## MI Unreturned Live Agent - Mass Markets

|  |  |  | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---|---|---:|---:|---:|
| 3,815 | **Completes** |  | - | 990 | 2,825 |
|  |  |  |  |  |  |
| 248 | Q4=01 | 1-Completed Survey | - | 36 | 212 |
| 1,257 | VM Message Left | 2-Message Delivered VM | - | 388 | 869 |
| 2,310 | up/RC | 3-Refused | - | 566 | 1,744 |
| 62,569 | No Answer | 4-No Answer | - | 15,482 | 47,087 |
| 3,644 | Numbers/Language | 5-Bad Number | - | 570 | 3,074 |
|  |  |  |  |  |  |
| 100.00% | List Penetration |  |  |  |  |
|  |  |  |  |  |  |
| 70,030 | Data Loads |  |  |  |  |

| Q1 - May I please speak to <lead on screen>? |  | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 958 | 23.65% | A-Reached Target | - | 158 | 800 |
| 142 | 3.51% | Uncertain | - | 57 | 85 |
| 2,950 | 72.84% | X = Refused | - | 883 | 2,067 |
| 0 | 0.00% |  |  |  |  |
| 4,050 | 100.00% | Sum of All Responses | - | 1,098 | 2,952 |

| Q2 - Did you request Absentee Ballot in state of MI? |  | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---:|---:|---|---:|---:|---:|
| 752 | 49.64% | A-Yes [Go to Q3] | - | 167 | 585 |

| | | | | | |
|---|---|---|---|---|---|
| 239 | 15.78% | B-No [Go to Q4] | - | 39 | 200 |
| 50 | 3.30% | Member) [Go to Q3] | - | 5 | 45 |
| 17 | 1.12% | Member) [Go to Q4] | - | 2 | 15 |
| 37 | 2.44% | E-Unsure [Go to Close A] | - | 4 | 33 |
| 11 | 0.73% | Moment [Go to Close A] | - | 2 | 9 |
| 409 | 27.00% | X = Refused | - | 63 | 346 |
| | | | | | |
| **1,515** | **100.00%** | **Sum of All Responses** | **-** | **282** | **1,233** |

| Q3 - Did you mail your ballot back? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 232 | 21.28% | A-Yes [Go to Q4] | - | 41 | 191 |
| 472 | 43.30% | B-No [Go to Close A] | - | 109 | 363 |
| 10 | 0.92% | Member) [Go to Q4] | - | 2 | 8 |
| 28 | 2.57% | Member) [Go to Close A] | - | 2 | 26 |
| 22 | 2.02% | Close A] | - | 5 | 17 |
| 326 | 29.91% | X = Refused | - | 60 | 266 |
| | | | - | | |
| **1,090** | **100.00%** | **Sum of All Responses** | **-** | **219** | **871** |

| Q4 - Can you please give us the best phone number to reach you at? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 246 | 69.89% | A-Yes (Capture Number) [Go to Q5] | - | 36 | 210 |
| 106 | 30.11% | B-Refused [Go to Q5] | - | 27 | 79 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | 0.00% | | | | |
| 0 | 0.00% | | | | |
| **352** | **100.00%** | **Sum of All Responses** | **-** | **63** | **289** |

| Q5 - Can you provide us your email address? | | Response | 11/15/2020 | 11/16/2020 | 11/17/2020 |
|---|---|---|---|---|---|
| 18 | 7.26% | 01-Yes [Go to Close B] | - | 5 | 13 |
| 230 | 92.74% | 02-No [Go to Close B] | - | 31 | 199 |
| 0 | 0.00% | | | | |
| **248** | **100.00%** | **Sum of All Responses** | **-** | **36** | **212** |