# Declaration of Eric Quinnell

1. My name is Dr. Eric Quinnell. I am over 18 years of age, and I am competent to testify in this action. All of the facts stated herein are true and based on my personal knowledge. All scientific conclusions herein are made to a reasonable degree of scientific certainty in my fields of expertise.

2. I received a Bachelor of Science Degree in Engineering in May of 2004, a Master of Science in Circuit Design in May of 2006, and a Doctorate in Computer Arithmetic in May of 2007, all from The University of Texas at Austin.

3. I have extensive professional experience as an engineer designing and leading teams engaged in various aspects of circuit architecture and processing. In this capacity, I frequently engage in complex and sophisticated predictive mathematical modeling and statistical analysis. I am required to prepare reports and analysis on the same for presentations to executives and other decision makers. I make this declaration in my personal capacity.

**Executive Summary**

4. I was asked to analyze the results of the 2020 General Election in Wayne and Oakland Counties, Michigan to determine if there were any statistical anomalies in voting, and if so, to perform a predictive modeling analysis to analyze those anomalies.

5. When compared to the 2016 General Election Democrat to Republican voting ratio, the voting distribution gains for 2020 are well outside the 2016 ratio of a multiple of 1.24 for Wayne County (outside Detroit) and 1.19 for Oakland County. Specifically, for every one additional voter for President Donald J. Trump ("Trump") over the full total from the 2016 General Election in e.g. Oakland County, former Vice-President Joseph R. Biden ("Biden") gained 2.32 additional voters over the full total from 2016 in Wayne County (outside Detroit) and 2.54 additional voters over the full total from 2016 in Oakland County.

1

6. At a county or district level of analysis, statistical anomalies appear in even greater ratios. For example, in the township of Livonia, Wayne County, which was a majority Republican county in the 2106 General Election, showed Biden gain 3.2new voters to every 1 new Trump voter. Biden also achieved 97% of all additional new votes above 2016General Election total vote sumLivonia, as well as achieved 151% more new votes than all total new registrations in the township, which is a significant mathematical curiosity.

7. Such local mathematical anomalies are not seen in all townships of both Wayne and Oakland Counties, but rather only a select few.

8. I constructed a mathematical model that subtracted out local statistical anomalies and renormalized them according to their 2016 ratios, all while keeping pace with the additional turnout for Trump as a control. This allowed me to quantize a predicted number of anomalous votes per county, which are listed at the end of the Declaration. In all, I identified some 40,771 votes as statistically anomalous in Wayne County (outside Detroit), and some 46,125 votes in Oakland County.

**Data Set Selection**

9. I retrieved publicly available data from thehttps://www.waynecounty.com/elected/clerk/election-results.aspxwebsite containing the official Wayne County 2016 and 2020General Election Results. I also retrieved the publicly available Oakland County 2020General Election Results fromhttps://results.enr.clarityelections.com/MI/Oakland/105840/web.264614/#/summaryand the 2016 results fromhttps://www.oakgov.com/clerkrod/elections/Pages/past-election-results.aspxwebsites as of November 24, 2020.

**Basic Methodology**

10. The anecdote of the 19th century French mathematician Henri Poincaré and a bread baker under his employ illustrate how one can use statistical inference to detect when agents are adjusting the data of the events under consideration. In particular, even if we only see part of behavior, we canoften infer the rest.

11. Henri wished for a bakery he owned in Paris to produce bread that averaged 1kg in weight and provided capital accordingly to his baker. Every morning, the baker would bring bread to Henri, who, being a mathematician, would weigh the bread and record the weight in a log. After a year, Henri sued the baker for making bread consistently lighter than 1kg.

12. Henri's accusation was backed by the normal distribution of data (more commonly known as the "bell curve" or sometimes "Gaussian") of natural variation across a year of different bread. Henri said that the average (or "mean") of the weight of the bread was centered around 950g, and only weighing 1kg at a lower frequency.This means primitively that the weight of the bread he received was under the specified 1kg more than half the time.



13. The baker admitted his scheme, paid a fine, and was given a second chance to start being honest while working for Henri's bakery. The following year, the pattern repeated—the baker would bring bread to Henri, who would chart the weight. At the end of the year, Henri fired the baker for his continued scheme by showing him the plot of his newly logged bread-weight data.

4



14. The baker, caught again, asked how Henri managed to root out the scheme with this new graph, as it clearly says the bread wasalwaysat least 1kg. What Henri noticed is that when he plotted the frequencies of weights of the loaves,he did not see a distribution,but instead just a tail. This plot is indicative of the baker throwing away all data pointsless than 1kg.Henri told the baker that he inferred he didn't change his behavior, but merely always brought him the heaviest piece of bread in the day's batch.

15. Henri's correct observation of the statistical anomaly in this particular anecdote is an abuse of the "tail of the curve". In natural phenomena, nearly all repeated behaviors in nature have a universal variance—or a bell curve, albeit of different variants of shapes. History continues to show examples of such observable mathematical anomalies to the tail of a variance curve.

16. In addition to the mean[1] and the standard deviation[2], one can look at other statistics to get a sense of the shape of the

---

[1]"Mean" is the average value of a dataset.
[2]"Standard Deviation" is the scale of fluctuations about the mean.

distribution. The next two are the skewness[3] and the kurtosis[4]. These statistics are normalized by dividing by the standard deviation, so they are all of a comparable scale; the standard normal has a skewness of 0 and a kurtosis of 3. As we often expect our data to be close to a normal distribution, significant deviations from these values can indicate an event that is statistically anomalous.

**Mathematical Signature of Differential Vote Gain Anomaly**

17. To set a baseline of the variability of vote pattern changes from the 2016 General Election, I plot the natural distribution of gain/lost votes per specific pricinct in a histogram plot for both Trump in Figure 1 and Biden in Figure 2 vote gains vs the 2016 General Election in the same areas. Oakland County is selected as a simpler example in the data shown:

---

[3] "Skew" or the "3rd moment" is the expected value of the cube of the fluctuations about the mean divided by the standard deviation. This tells us which side of the distribution has more mass.

[4] "Kurtosis" or the "4th moment" is the expected value of the fourth power of the fluctuations about the mean divided by the standard deviation, which informs us on how much of the tail is outside the main distribution.

6

| Trump Vote Gain over 2016 Distribution per precinct | |
|---|---:|
| *MEAN* | 70.79 |
| *STDEV* | 81.84 |
| *Skew* | 0.61 |
| *Kurtosis* | 11.67 |



*Figure 1. Trump Vote Gain Distribution vs 2016, Oakland County*

| Biden Vote Gain over 2016 Distribution per precinct | |
|---|---:|
| *MEAN* | 179.83 |
| *STDEV* | 98.88 |
| *Skew* | 1.43 |
| *Kurtosis* | 10.43 |



*Figure 2. Biden Vote Gain Distribution vs 2016, Oakland County*

18. Further, by calculating the gain in votes for both Trump and Biden over the respective 2016 total from the same districts, the Democratic/Republican ratio (D/R ratio or DEM/GOP ratio) of added votes gained for Biden over Trump was a 2.54x.

|  | **Gained Votes over 2016 Average per Precinct, Oakland County** |
|---|---:|
| *Trump* | 70.79 |
| *Biden* | 179.83 |
| *Diff* | 109.04 |
| *2020 DEM/GOP New Vote Gain Ratio* | 2.54 |
| *%* | 72D / 28R |
| *2016 DEM/GOP Ratio* | 1.19 |
| *%* | 54D / 46R |

8

19. As an example of the anomalous vote gains above the norm, consider the township of Troy, broken into precincts. Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor of the Biden vote – resulting in a "new vote population" that is voting 82 D / 20 Rratio in a township that as recent as 2016 was almost evenly split at 51 D/ 49 R. Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 109% of the new registered voters and 98% of the new votes above 2016.

| | 2016 | | | | | 2020 Gain | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| Troy, Precinct 1 | 462 | 434 | 944 | 0.94 | 46% | 40 | 226 | 230 | 199 | 5.65 | 114% | 98% |
| Troy, Precinct 2 | 805 | 792 | 1680 | 0.98 | 47% | 53 | 231 | 217 | 189 | 4.36 | 122% | 106% |
| Troy, Precinct 3 | 791 | 572 | 1446 | 0.72 | 40% | 137 | 270 | 343 | 337 | 1.97 | 80% | 79% |
| Troy, Precinct 4 | 974 | 998 | 2064 | 1.02 | 48% | 48 | 350 | 341 | 273 | 7.29 | 128% | 103% |
| Troy, Precinct 5 | 683 | 453 | 1193 | 0.66 | 38% | 18 | 120 | 104 | 72 | 6.67 | 167% | 115% |
| Troy, Precinct 6 | 204 | 177 | 402 | 0.87 | 44% | 19 | 55 | 61 | 40 | 2.89 | 138% | 90% |
| Troy, Precinct 7 | 571 | 625 | 1251 | 1.09 | 50% | 49 | 197 | 201 | 184 | 4.02 | 107% | 98% |
| Troy, Precinct 8 | 536 | 731 | 1337 | 1.36 | 55% | 29 | 153 | 125 | 68 | 5.28 | 225% | 122% |
| Troy, Precinct 9 | 843 | 746 | 1683 | 0.88 | 44% | 134 | 188 | 254 | 216 | 1.40 | 87% | 74% |
| Troy, Precinct 10 | 760 | 673 | 1518 | 0.89 | 44% | 21 | 306 | 263 | 273 | 14.57 | 112% | 116% |
| Troy, Precinct 11 | 754 | 680 | 1496 | 0.90 | 45% | -12 | 183 | 123 | 87 | -15.25 | 210% | 149% |
| Troy, Precinct 12 | 523 | 534 | 1103 | 1.02 | 48% | 56 | 128 | 155 | 137 | 2.29 | 93% | 83% |
| Troy, Precinct 13 | 939 | 1037 | 2112 | 1.10 | 49% | 37 | 312 | 251 | 217 | 8.43 | 144% | 124% |
| Troy, Precinct 14 | 763 | 679 | 1508 | 0.89 | 45% | 50 | 244 | 249 | 270 | 4.88 | 90% | 98% |
| Troy, Precinct 15 | 695 | 687 | 1443 | 0.99 | 48% | 2 | 288 | 254 | 200 | 144.00 | 144% | 113% |
| Troy, Precinct 16 | 549 | 599 | 1223 | 1.09 | 49% | 60 | 197 | 205 | 224 | 3.28 | 88% | 96% |
| Troy, Precinct 17 | 746 | 830 | 1644 | 1.11 | 50% | -35 | 219 | 133 | 139 | -6.26 | 158% | 165% |
| Troy, Precinct 18 | 618 | 529 | 1208 | 0.86 | 44% | -14 | 177 | 127 | 111 | -12.64 | 159% | 139% |
| Troy, Precinct 19 | 595 | 531 | 1189 | 0.89 | 45% | -32 | 224 | 157 | 73 | -7.00 | 307% | 143% |
| Troy, Precinct 20 | 812 | 766 | 1647 | 0.94 | 47% | 24 | 267 | 246 | 198 | 11.13 | 135% | 109% |
| Troy, Precinct 21 | 486 | 536 | 1096 | 1.10 | 49% | 67 | 194 | 214 | 213 | 2.90 | 91% | 91% |
| Troy, Precinct 22 | 838 | 1008 | 1941 | 1.20 | 52% | 82 | 320 | 329 | 325 | 3.90 | 98% | 97% |
| Troy, Precinct 23 | 866 | 954 | 1908 | 1.10 | 50% | 124 | 344 | 403 | 380 | 2.77 | 91% | 85% |
| Troy, Precinct 24 | 801 | 669 | 1554 | 0.84 | 43% | 181 | 178 | 311 | 295 | 0.98 | 60% | 57% |
| Troy, Precinct 25 | 724 | 802 | 1604 | 1.11 | 50% | 153 | 216 | 329 | 363 | 1.41 | 60% | 66% |
| Troy, Precinct 26 | 616 | 699 | 1421 | 1.13 | 49% | 120 | 332 | 369 | 330 | 2.77 | 101% | 90% |
| Troy, Precinct 27 | 404 | 671 | 1131 | 1.66 | 59% | 128 | 150 | 246 | 280 | 1.17 | 54% | 61% |
| Troy, Precinct 28 | 380 | 679 | 1109 | 1.79 | 61% | 60 | 155 | 173 | 149 | 2.58 | 104% | 90% |
| Troy, Precinct 29 | 840 | 885 | 1848 | 1.05 | 48% | 35 | 236 | 179 | 168 | 6.74 | 140% | 132% |
| Troy, Precinct 30 | 202 | 199 | 425 | 0.99 | 47% | -12 | 81 | 56 | 27 | -6.75 | 300% | 145% |
| Troy, Precinct 31 | 319 | 238 | 590 | 0.75 | 40% | 24 | 136 | 141 | 95 | 5.67 | 143% | 96% |
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| TOTAL | 20099 | 20413 | 42718 | 1.02 | 48% | 1646 | 6677 | 6789 | 6132 | 4.06 | 109% | 98% |
| | | 2016 Troy Dem/Rep | 51D / 49R | | | | | 2020 Troy Gain Dem/Rep | 80D / 20R | | | |

20. For completeness, I now list the similar observations for Wayne County, specifically in the townships outside Detroit. The D/R ratioof added votes gained for Biden over Trump in this area was a 2.32x.

**Gained Votes over 2016 Average**

9

|  | per Precinct, Wayne County (outside Detroit) |
|---:|---:|
| *Trump* | 79.85 |
| *Biden* | 185.41 |
| *Diff* | 105.56 |
| *2020 DEM/GOP New Vote Gain Ratio* | 2.32 |
| *%* | 70D / 30R |
| *2016 DEM/GOP Ratio* | 1.24 |
| *%* | 55D / 45R |

21.   As an example of the anomalous vote gains above the norm in Wayne County, consider the township of Livonia, broken into precincts. Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor of the Biden vote – resulting in a "new vote population" that is voting 76 D / 24 R ratio in a township that as recent as 2016 was Republican. Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 151% of the new registered voters and 97% of the new votes above 2016.

10

| Precinct | 2016 Trump | Clinton | Total | Dem/Rep | % Dem | 2020 Gain New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Livonia Pct 1A | 650 | 783 | 1558 | 1.20 | 50% | 119 | 263 | 310 | 272 | 2.21 | 97% | 85% |
| Livonia Pct 1B | 310 | 348 | 706 | 1.12 | 49% | 51 | 106 | 137 | 94 | 2.08 | 113% | 77% |
| Livonia Pct 2A | 630 | 634 | 1337 | 1.01 | 47% | 58 | 214 | 230 | 158 | 3.69 | 135% | 93% |
| Livonia Pct 3A | 467 | 492 | 1035 | 1.05 | 48% | 64 | 125 | 132 | 105 | 1.95 | 119% | 95% |
| Livonia Pct 3B | 854 | 722 | 1680 | 0.85 | 43% | 87 | 183 | 214 | 132 | 2.10 | 139% | 86% |
| Livonia Pct 4A | 1034 | 834 | 1961 | 0.81 | 43% | 44 | 233 | 217 | 137 | 5.30 | 170% | 107% |
| Livonia Pct 7A | 823 | 638 | 1514 | 0.78 | 42% | 31 | 164 | 168 | 102 | 5.29 | 161% | 98% |
| Livonia Pct 8A | 752 | 398 | 1212 | 0.53 | 33% | 20 | 134 | 123 | 71 | 6.70 | 189% | 109% |
| Livonia Pct 8B | 598 | 426 | 1082 | 0.71 | 39% | 18 | 135 | 114 | 30 | 7.50 | 450% | 118% |
| Livonia Pct 9A | 947 | 635 | 1651 | 0.67 | 38% | 12 | 264 | 238 | 146 | 22.00 | 181% | 111% |
| Livonia Pct 10A | 615 | 478 | 1168 | 0.78 | 41% | 47 | 153 | 152 | 105 | 3.26 | 146% | 101% |
| Livonia Pct 11A | 797 | 715 | 1625 | 0.90 | 44% | 53 | 218 | 193 | 95 | 4.11 | 229% | 113% |
| Livonia Pct 12A | 544 | 671 | 1293 | 1.23 | 52% | 78 | 159 | 183 | 146 | 2.04 | 109% | 87% |
| Livonia Pct 13A | 637 | 709 | 1426 | 1.11 | 50% | 44 | 180 | 177 | 131 | 4.09 | 137% | 102% |
| Livonia Pct 14A | 755 | 721 | 1582 | 0.95 | 46% | 53 | 163 | 143 | 60 | 3.08 | 272% | 114% |
| Livonia Pct 15A | 732 | 563 | 1361 | 0.77 | 41% | 74 | 140 | 181 | 114 | 1.89 | 123% | 77% |
| Livonia Pct 16A | 713 | 506 | 1294 | 0.71 | 39% | 84 | 133 | 176 | 106 | 1.58 | 125% | 76% |
| Livonia Pct 16B | 479 | 408 | 961 | 0.85 | 42% | 46 | 85 | 83 | 44 | 1.85 | 193% | 102% |
| Livonia Pct 178 | 646 | 493 | 1219 | 0.76 | 40% | 114 | 226 | 287 | 297 | 1.98 | 76% | 79% |
| Livonia Pct 17A | 732 | 488 | 1284 | 0.67 | 38% | -61 | 136 | 42 | -111 | -2.23 | -123% | 324% |
| Livonia Pct 18A | 884 | 597 | 1552 | 0.68 | 38% | 57 | 161 | 171 | 88 | 2.82 | 183% | 94% |
| Livonia Pct 19A | 674 | 494 | 1244 | 0.73 | 40% | 57 | 148 | 158 | 103 | 2.60 | 144% | 94% |
| Livonia Pct 19B | 768 | 598 | 1472 | 0.78 | 41% | 69 | 183 | 181 | 68 | 2.65 | 269% | 101% |
| Livonia Pct 20A | 861 | 602 | 1555 | 0.70 | 39% | 32 | 208 | 183 | 90 | 6.50 | 231% | 114% |
| Livonia Pct 21A | 715 | 566 | 1369 | 0.79 | 41% | 39 | 219 | 207 | 100 | 5.62 | 219% | 106% |
| Livonia Pct 22A | 712 | 576 | 1396 | 0.81 | 41% | 33 | 223 | 192 | 119 | 6.76 | 187% | 116% |
| Livonia Pct 22B | 592 | 486 | 1142 | 0.82 | 43% | 32 | 128 | 125 | 86 | 4.00 | 149% | 102% |
| Livonia Pct 238 | 508 | 325 | 876 | 0.64 | 37% | 119 | 390 | 498 | 524 | 3.28 | 74% | 78% |
| Livonia Pct 23A | 579 | 550 | 1199 | 0.95 | 46% | -31 | -89 | -164 | -315 | 2.87 | 28% | 54% |
| Livonia Pct 24B | 492 | 591 | 1149 | 1.20 | 51% | 102 | 235 | 313 | 182 | 2.30 | 129% | 75% |
| Livonia Pct 24A | 535 | 610 | 1215 | 1.14 | 50% | 69 | 126 | 155 | 161 | 1.83 | 78% | 81% |
| Livonia Pct 25A | 358 | 358 | 784 | 1.00 | 46% | 24 | 122 | 105 | 107 | 5.08 | 114% | 116% |
| Livonia Pct 31A | 654 | 561 | 1286 | 0.86 | 44% | 69 | 197 | 224 | 152 | 2.86 | 130% | 88% |
| Livonia Pct 31B | 600 | 520 | 1199 | 0.87 | 43% | 45 | 193 | 190 | 172 | 4.29 | 112% | 102% |
| Livonia Pct 32A | 739 | 537 | 1345 | 0.73 | 40% | 73 | 148 | 178 | 115 | 2.03 | 129% | 83% |
| Livonia Pct 33A | 850 | 680 | 1616 | 0.80 | 42% | 86 | 225 | 257 | 136 | 2.62 | 165% | 88% |
| Livonia Pct 34A | 683 | 746 | 1532 | 1.09 | 49% | 83 | 257 | 280 | 158 | 3.10 | 163% | 92% |
| Livonia Pct 34B | 651 | 591 | 1345 | 0.91 | 44% | 48 | 215 | 197 | 126 | 4.48 | 171% | 109% |
| Livonia Pct 34C | 539 | 487 | 1107 | 0.90 | 44% | 25 | 187 | 154 | 119 | 7.48 | 157% | 121% |
| Livonia Pct 35A | 517 | 468 | 1085 | 0.91 | 43% | 67 | 130 | 121 | 65 | 1.94 | 200% | 107% |
| Livonia Pct 35B | 350 | 343 | 753 | 0.98 | 46% | 28 | 144 | 135 | 62 | 5.14 | 232% | 107% |
| Livonia Pct 35C | 330 | 315 | 703 | 0.95 | 45% | 45 | 121 | 121 | 70 | 2.69 | 173% | 100% |
| Livonia Pct 36A | 407 | 462 | 944 | 1.14 | 49% | 62 | 145 | 163 | 151 | 2.34 | 96% | 89% |
| Livonia Pct 36B | 534 | 469 | 1079 | 0.88 | 43% | 104 | 165 | 219 | 142 | 1.59 | 116% | 75% |
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| TOTAL | 28247 | 24194 | 55896 | 0.86 | 43% | 2373 | 7595 | 7863 | 5015 | 3.20 | 151% | 97% |
| | | | 2016 Dem/Rep | 46D / 54R | | | | | 2020 Gain Dem/Rep | 76D / 24 R | | |

## Predictive Model to Identify Mathematically Anomalous Vote Totals

22.   I constructed a reverse engineeredpredictive model to identify and correct where such anomalies existed at a precinct level by using the 2016 General Election D/R total ratio per precinct and comparing them to the same ratio in the same precinct in 2020. The Trump 2020 General Election vote gain distributions are used as a

11

control for the increase in turnout (generally) in both counties as applied to both campaigns.The model is not presuming a standard normal distribution, but rather one with a mean that increases according to the 2016 General Election D/R ratio within a reasonable variance.

23. To achieve this, I did not create a distribution model from scratch. Rather, I began with the actual Biden 2020 General Election vote distribution and corrected anomalies from the original, district by district, until the distribution targets were achieved.

24. The difference between the raw 2020 General Election data and the reverse-engineered predictive model follows for Oakland County.

The 2020 General Election Oakland County raw data results are below:

| *2020 Actual* | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 1035172 | 771991 | 434148 | 325971 | **1.33** |
| *Turnout* | 75% | | 56% | 42% | |

The predicted model, holding turnout and 2016 General Election ratios consistent and correlated to the Trump baseline in the 2020 General Election for Oakland County, are below:

| *Total Predicted 2020* | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 1035172 | 750646 | 388023 | 325971 | **1.19** | 46,125 |
| *turnout* | 73% | | 52% | 43% | | |

The difference between the 2020 General Election raw data and the predicted correction show exceedingly large vote block gains to only specific townships.

12

25. The difference between the raw 2020 General Election data and the reverse-engineered predictive model follows for Wayne County (outside Detroit).

The 2020 General Election Wayne County (outside Detroit) raw data results are below:

| *2020 Actual* | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 900050 | 620483 | 356234 | 251664 | 1.42 |
| *Turnout* | 68.9% | | 57.4% | 40.6% | |

The predicted model, holding turnout and 2016 General Election ratios consistent and correlated to the Trump baseline in the 2020 General Election for Wayne County (outside Detroit), are below:

| *Total Predicted 2020* | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 900050 | 580056 | 315807 | 251664 | 1.25 | 40,771 |
| *turnout* | 64.4% | | 54.4% | 43.4% | | |

Again, the difference between the 2020 General Election raw data and the predicted correction show exceedingly large vote block gains to only specific townships.

**Full Predictive List of Biden Vote Gains Outside the Predicted Distribution in Wayne and Oakland Counties**

26. While some counties hold their 2016 ratio gains well within the historical variance and match the model perfectly, other counties or super districts stand out. Specifically, first in Oakland County, ~266 precincts of ~434 precincts (with some precincts merged to average out redistricting) have a sum of ~46,125 votes in excess of the predicted model. These votes are statistically anomalous.

13

27. As an example, the top 6 set of townships in Oakland County significantly exceeding the predicted model are shown:

| *Township* | Excess Votes |
|---:|---:|
| Troy | 4781 |
| Royal Oak | 4152 |
| Novi | 3911 |
| Farmington Hills | 3598 |
| Rochester Hills | 3597 |
| Bloomfield | 2696 |

With the aforementioned township of Troy listed like this:

| *Township* | Precinct | Excess Votes above Prediction |
|---:|---|---:|
| Troy | | 4781 |
| | Troy, Precinct 1 | 188 |
| | Troy, Precinct 2 | 179 |
| | Troy, Precinct 3 | 171 |
| | Troy, Precinct 4 | 301 |
| | Troy, Precinct 5 | 108 |
| | Troy, Precinct 6 | 39 |
| | Troy, Precinct 7 | 143 |
| | Troy, Precinct 8 | 113 |
| | Troy, Precinct 9 | 0 |
| | Troy, Precinct 10 | 287 |
| | Troy, Precinct 11 | 194 |
| | Troy, Precinct 12 | 71 |
| | Troy, Precinct 13 | 271 |
| | Troy, Precinct 14 | 200 |
| | Troy, Precinct 15 | 286 |
| | Troy, Precinct 16 | 132 |
| | Troy, Precinct 17 | 258 |
| | Troy, Precinct 18 | 189 |
| | Troy, Precinct 19 | 253 |

| | | |
|---|---|---|
| | Troy, Precinct 20 | 244 |
| | Troy, Precinct 21 | 120 |
| | Troy, Precinct 22 | 221 |
| | Troy, Precinct 23 | 207 |
| | Troy, Precinct 24 | 0 |
| | Troy, Precinct 25 | 0 |
| | Troy, Precinct 26 | 196 |
| | Troy, Precinct 27 | 0 |
| | Troy, Precinct 28 | 0 |
| | Troy, Precinct 29 | 199 |
| | Troy, Precinct 30 | 93 |
| | Troy, Precinct 31 | 118 |

28.     Repeating for Wayne County (outside Detroit),~266 precinctsof ~434precincts (with someprecincts merged to average out redistricting) have a sum of ~46,125votes in excess of the predicted model.  These votes are statistically anomalous.

29.     As an example, the top 6 set of townships in Wayne County (outside Detroit) significantly exceeding the predicted model are shown:

| *Township* | *Excess Votes* |
|---|---|
| *Canton* | 5735 |
| *Livonia* | 5428 |
| *Redford* | 4159 |
| *Gr Pointe* | 3052 |
| *Taylor* | 2891 |
| *Westland* | 2559 |

With the aforementioned township of Livonia listed like this:

| Township | Precinct | Excess Votes above Prediction |
|---|---|---|
| *Livonia* | | 5428 |
| | Livonia Pct 1A | 120 |
| | Livonia Pct 1B | 49 |
| | Livonia Pct 2A | 156 |
| | Livonia Pct 3A | 58 |
| | Livonia Pct 3B | 109 |
| | Livonia Pct 4A | 198 |
| | Livonia Pct 7A | 140 |
| | Livonia Pct 8A | 123 |
| | Livonia Pct 8B | 122 |
| | Livonia Pct 9A | 256 |
| | Livonia Pct 10A | 116 |
| | Livonia Pct 11A | 170 |
| | Livonia Pct 12A | 63 |
| | Livonia Pct 13A | 131 |
| | Livonia Pct 14A | 112 |
| | Livonia Pct 15A | 83 |
| | Livonia Pct 16A | 73 |
| | Livonia Pct 16B | 46 |
| | Livonia Pct 178 | 139 |
| | Livonia Pct 17A | 45 |
| | Livonia Pct 18A | 123 |
| | Livonia Pct 19A | 106 |
| | Livonia Pct 19B | 129 |
| | Livonia Pct 20A | 186 |
| | Livonia Pct 21A | 188 |
| | Livonia Pct 22A | 196 |
| | Livonia Pct 22B | 102 |
| | Livonia Pct 238 | 314 |
| | Livonia Pct 23A | 60 |
| | Livonia Pct 24B | 112 |
| | Livonia Pct 24A | 47 |
| | Livonia Pct 25A | 98 |
| | Livonia Pct 31A | 138 |

| | | |
|---|---|---:|
| | Livonia Pct 31B | 154 |
| | Livonia Pct 32A | 95 |
| | Livonia Pct 33A | 156 |
| | Livonia Pct 34A | 166 |
| | Livonia Pct 34B | 171 |
| | Livonia Pct 34C | 164 |
| | Livonia Pct 35A | 69 |
| | Livonia Pct 35B | 117 |
| | Livonia Pct 35C | 78 |
| | Livonia Pct 36A | 75 |
| | Livonia Pct 36B | 74 |

I declare under the penalty of perjury that the foregoing is true and correct.

November 25, 2020

_____

Eric Quinnell, Ph.D.

17