

**Matt Braynard** @MattBraynard · Nov 20

Update:

-Residency Analysis of ABS/EV Voters

These are the two indicators of someone no longer eligible to vote due to residency:

NCOA = Voters who filed change of address to another state.
SVR = Subsequent Voter Registration in another state
Merged = NCOA+SVR Deduped

💬 42    🔁 1K    ♡ 2.1K    ⬆

**Matt Braynard** @MattBraynard · Nov 20
State / NCOA / SVR / Merged
AZ / 5,084 / 744 / 5,790
GA / 15,700 / 4926 / 20,311
MI / 12,120 / 1,170 / 13,248
NV / 5,145 / 3,401 / 8,502
PA / 7,426 / 7,051 / 14,477
WI / 6,207 / 765 / 6,966

💬 9    🔁 178    ♡ 493    ⬆

**Matt Braynard** @MattBraynard · Nov 20
The SVR component was greatly hampered by the lack of reliable DOB from state voter records and/or commercial vendors, so these numbers are all artificially low. We only matched when we had a full DOB we were confident of.

💬 3    🔁 82    ♡ 397    ⬆

**Matt Braynard** @MattBraynard · Nov 20
- Double ABS/EV Voter Analysis

Voters who cast early/absentee in two+ states, and not including anyone who voted in person on E-Day as that data is not widely available. If it were, these numbers would be much higher.

Counts are also artificially low due to DOB issues.

💬 4    🔁 82    ♡ 360    ⬆

[Matt Braynard on Twitter: "Update: -Residency Analysis of ABS/EV Voters These are the two indicators of someone no longer eligible to vote due to residency: NCOA = Voters who filed change of address to another state. SVR = Subsequent Voter Registration in another state Merged = NCOA+SVR Deduped" / Twitter](#)