## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRCT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH, | Case No. 2:20-cv-13134 LVP-RSW |
| Plaintiffs. | Hon. Linda V. Parker |
| v. | |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS. | |
| Defendants. | |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Darryl Bressack of Fink Bressack hereby enters an appearance on behalf of Intervenor-Defendant City of Detroit.

Respectfully submitted,

DATED: November 27, 2020

**FINK BRESSACK**

 /s/ Darryl Bressack (P67820)
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
*Attorneys for Intervenor-Defendant City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020, I electronically filed the foregoing paper with the Clerk of the court using the ECF system which will send notification of such filing to all counsel of record registered for electronic filing.

### FINK BRESSACK

By: */s/* John L. Mack (P80710)
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com
*Attorneys for Intervenor-Defendant City of Detroit*