## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRCT OF MICHIGAN

TIMOTHY KING,     MARIAN ELLEN
SHERIDAN, JOHN EARL HAGGARD,
CHARLES    JAMES    RITCHARD,
JAMES DAVID HOOPER and  DAREN
WADE RUBINGH,

        Plaintiffs.

v.

GRETCHEN WHITMER, in her official
capacity as Governor of the State of
Michigan, JOCELYN BENSON, in her
official capacity as Michigan Secretary of
State and the Michigan BOARD OF
STATE CANVASSERS.

        Defendants.

Case No. 2:20-cv-13134 LVP-RSW

Hon. Linda V. Parker

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nathan Fink of Fink Bressack hereby enters

an appearance on behalf of Intervenor-Defendant City of Detroit.

Respectfully submitted,

DATED: November 27, 2020

**FINK BRESSACK**

 /s/ Nathan Fink (P75185)
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
*Attorneys for Intervenor-Defendant*
*City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304

Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2020, I electronically filed the foregoing

paper with the Clerk of the court using the ECF system which will send notification

of such filing to all counsel of record registered for electronic filing.

**FINK BRESSACK**

By:    */s/* John L. Mack (P80710)
David H. Fink (P28235)
Darryl Bressack (P67820)
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
dbressack@finkbressack.com
nfink@finkbressack.com
*Attorneys for Intervenor-Defendant*
*City of Detroit*