# AFFIDAVIT OF PATRICK COLBECK

I, __Patrick Colbeck__, do depose and state the following under penalty of perjury:

1. I am a small business owner, certified Microsoft Small Business Specialist, and Poll Challenger at the Detroit AV Counting Board certified through the Election Integrity Fund

2. I have personal knowledge of the facts stated herein.

3. I am competent and able to testify if called to do so.

4. I make this affidavit of my own free will.

5. I have been registered to vote in the state of Michigan for 16 years.

6. I can be contacted at 47841 Royal Pointe Drive, Canton, MI 48187, (734)453-3105, pjcolbeck@comcast.net

7. During the period between 10pm on November 3 and the early hours of November 4, from a distance of ~12 feet away, I witnessed mass file transfer operations on the monitor of a Local Data Center computer operated by IT Staff, Detroit Election Officials, and Dominion Voting Systems employees. The Adjudicator workstations were arranged as a barrier around the Local Data Center computers to prevent close observation. As an experienced IT professional, I was curious as to what files would need to be transferred in mass as opposed to the serial process of importing results from each

1

tabulator one at a time as prescribed in the Detroit Elections manual. I recall asking one of my fellow poll challengers (Janice Daniels) if she had binoculars that would allow me to observe the file names being transferred, but none were available. Event logs from the Local Data Center computer should indicate what files were transferred during this and similar operations.

FURTHER AFFIANT SAYETH NOT

I declare under penalty of perjury that the foregoing is true and correct. (28 US Code § 1746.)

Dated this \_\_\_20\_\_\_ day of \_\_\_November\_\_\_ 20\_20\_.

_____
(Signature of Affiant)

Patrick J. Colbeck
(Printed name of Affiant)

WILLIAM BARKER
NOTARY PUBLIC - MICHIGAN
WAYNE COUNTY
MY COMMISSION EXPIRES 08/17/2026
ACTING IN \_\_WAYNE\_\_ COUNTY

APPEARED BEFORE ME THIS 20th DAY OF NOVEMBER 2020.

WILLIAM BARKER