# Statistical voting analysis in the Michigan 2020 Presidential Election

*Wayne and Oakland Counties*

**Expert Analysis Prepared by Eric Quinnell, PhD**

Eric Quinnell, Ph.D.

November 25, 2020

# Contents

Executive Summary ........................................................................................................................ 2

Wayne County/Oakland are Right Targets ................................................................................... 2

Wayne County .............................................................................................................................. 3

Oakland County ............................................................................................................................ 6

# Executive Summary

**Analysis** – A team of unpaid citizen volunteer mathematicians, scientists, and engineers collaborated in a statistical vote analysis in the Michigan 2020 Presidential Election.

Using simple linear regression of unproblematic voting districts, we predict hypothetically problematic voting districts. Using distributional characteristics within problematic counties, we point to problematic districts and precincts.

**Findings** – Two Michigan counties stand out as problematic in this analysis. Wayne and Oakland counties show approximately 40,000 and 46,000 excessive votes above a standard distribution, respectively. Problematic districts and precincts within these counties exhibit unusual Democrat to Republican ratios as compared to their history. Additionally, some precincts show an excessive number of votes in favor of candidate Joseph Biden sometimes even exceeding new voter registrations.

# Wayne County/Oakland Counties Stand Out

A bi-variate trendline across all Michigan counties identify Wayne County and Oakland County as behaving well outside the voting trends of the rest of the state in 2020. Thus, these two counties were selected for deeper analysis.



| RowID | County | Biden 2020 | Trump 2020 | Other 2020 | Total 2020 |
|---|---|---|---|---|---|
| 63 | OAKLAND | 434,148 | 325,971 | 10,090 | 780,299 |
| 82 | WAYNE | 597,170 | 264,553 | 10,660 | 883,043 |

## Wayne County

A bi-variate linear fit of the Trump and Biden votes in 2020 Wayne County shows major precincts completely off the trend line as compared to the majority of the other precincts in the same county. The points exceedingly off the fit are mostly those in the Absentee Vote Counting Board (AVCB) districts. Several others outside of Detroit also miss the trend line of the rest of the area.



The AVCB mail-in districts within Detroit have no ability to correlate with the precincts inside the city, so a historical voting pattern per precinct is not possible. There is also no indication that the AVCB distributions include the same precincts from year to year, so therefore there is no way to link AVCB in obvious ways.

Instead, we first looked at the remainder of Wayne County. Outside the city, we have much more voting history and can observe both mail-in votes as well as election day votes correlated to a precinct..

Outside Detroit, Wayne County shows a significant disruption or new vote distribution well outside the 2016 norm. Specifically, both candidates achieved the total 2016 vote count and added to their sums, consistent with new turnout. What's curious is that above the 2016 totals, a new vote ratio appears in contrast to the voting history of the area – showing new votes going 70% Democrat vs 30% Republican – a 15-point mismatch to the same area just in the last Presidential Election.

| | Gained Votes over 2016 Avg per Precinct | |
|---|---|---|
| Trump | | 79.85 |
| Biden | | 185.41 |
| Diff | | 105.56 |
| 2020 Dem/Rep Gain Ratio | | 2.32 |
| % | 70D / 30R | |
| 2016 Dem/Rep Historical Ratio | | 1.29 |
| % | 55D / 45R | |

Voting totals of precincts may presume to follow a semi-normal distribution with enough data points. By fitting a normal distribution to actual data and taking the difference between the fitted and actual, potentially anomalous precincts can be identified. Using a per-precinct history, we can take an election result like this:

| *2020 Actual* | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 900050 | 620483 | 356234 | 251664 | 1.42 |
| Turnout | 68.9% | | 57.4% | 40.6% | |

This results in this prediction:

| *Total Predicted 2020* | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 900050 | 580056 | 315807 | 251664 | 1.25 | 40771 |
| turnout | 64.4% | | 54.4% | 43.4% | | |

This prediction helps us identify several townships outside Detroit in Wayne County that significantly stick out. A partial list of main townships that show excessive votes against a standard normal with reasonable variance:

| Township | Excessive Votes |
|---|---|
| Canton | 5735 |
| Livonia | 5428 |
| Redford | 4159 |
| Gr Pointe | 3052 |

| | |
|---|---|
| Taylor | 2891 |
| Westland | 2559 |
| Plymouth | 2400 |
| Dearborn | 2240 |
| Northville | 2111 |

As an example of the excess vote gains above the norm, consider the Township of Livonia, broken into precincts.

| | 2016 | | | | | 2020 Gain | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| Livonia Pct 1A | 650 | 783 | 1558 | 1.20 | 50% | 119 | 263 | 310 | 272 | 2.21 | 97% | 85% |
| Livonia Pct 1B | 310 | 348 | 706 | 1.12 | 49% | 51 | 106 | 137 | 94 | 2.08 | 113% | 77% |
| Livonia Pct 2A | 630 | 634 | 1337 | 1.01 | 47% | 58 | 214 | 230 | 158 | 3.69 | 135% | 93% |
| Livonia Pct 3A | 467 | 492 | 1035 | 1.05 | 48% | 64 | 125 | 132 | 105 | 1.95 | 119% | 95% |
| Livonia Pct 3B | 854 | 722 | 1680 | 0.85 | 43% | 87 | 183 | 214 | 132 | 2.10 | 139% | 86% |
| Livonia Pct 4A | 1034 | 834 | 1961 | 0.81 | 43% | 44 | 233 | 217 | 137 | 5.30 | 170% | 107% |
| Livonia Pct 7A | 823 | 638 | 1514 | 0.78 | 42% | 31 | 164 | 168 | 102 | 5.29 | 161% | 98% |
| Livonia Pct 8A | 752 | 398 | 1212 | 0.53 | 33% | 20 | 134 | 123 | 71 | 6.70 | 189% | 109% |
| Livonia Pct 8B | 598 | 426 | 1082 | 0.71 | 39% | 18 | 135 | 114 | 30 | 7.50 | 450% | 118% |
| Livonia Pct 9A | 947 | 635 | 1651 | 0.67 | 38% | 12 | 264 | 238 | 146 | 22.00 | 181% | 111% |
| Livonia Pct 10A | 615 | 478 | 1168 | 0.78 | 41% | 47 | 153 | 152 | 105 | 3.26 | 146% | 101% |
| Livonia Pct 11A | 797 | 715 | 1625 | 0.90 | 44% | 53 | 218 | 193 | 95 | 4.11 | 229% | 113% |
| Livonia Pct 12A | 544 | 671 | 1293 | 1.23 | 52% | 78 | 159 | 183 | 146 | 2.04 | 109% | 87% |
| Livonia Pct 13A | 637 | 709 | 1426 | 1.11 | 50% | 44 | 180 | 177 | 131 | 4.09 | 137% | 102% |
| Livonia Pct 14A | 755 | 721 | 1582 | 0.95 | 46% | 53 | 163 | 143 | 60 | 3.08 | 272% | 114% |
| Livonia Pct 15A | 732 | 563 | 1361 | 0.77 | 41% | 74 | 140 | 181 | 114 | 1.89 | 123% | 77% |
| Livonia Pct 16A | 713 | 506 | 1294 | 0.71 | 39% | 84 | 133 | 176 | 106 | 1.58 | 125% | 76% |
| Livonia Pct 16B | 479 | 408 | 961 | 0.85 | 42% | 46 | 85 | 83 | 44 | 1.85 | 193% | 102% |
| Livonia Pct 178 | 646 | 493 | 1219 | 0.76 | 40% | 114 | 226 | 287 | 297 | 1.98 | 76% | 79% |
| Livonia Pct 17A | 732 | 488 | 1284 | 0.67 | 38% | -61 | 136 | 42 | -111 | -2.23 | -123% | 324% |
| Livonia Pct 18A | 884 | 597 | 1552 | 0.68 | 38% | 57 | 161 | 171 | 88 | 2.82 | 183% | 94% |
| Livonia Pct 19A | 674 | 494 | 1244 | 0.73 | 40% | 57 | 148 | 158 | 103 | 2.60 | 144% | 94% |
| Livonia Pct 19B | 768 | 598 | 1472 | 0.78 | 41% | 69 | 183 | 181 | 68 | 2.65 | 269% | 101% |
| Livonia Pct 20A | 861 | 602 | 1555 | 0.70 | 39% | 32 | 208 | 183 | 90 | 6.50 | 231% | 114% |
| Livonia Pct 21A | 715 | 566 | 1369 | 0.79 | 41% | 39 | 219 | 207 | 100 | 5.62 | 219% | 106% |
| Livonia Pct 22A | 712 | 576 | 1396 | 0.81 | 41% | 33 | 223 | 192 | 119 | 6.76 | 187% | 116% |
| Livonia Pct 22B | 592 | 486 | 1142 | 0.82 | 43% | 32 | 128 | 125 | 86 | 4.00 | 149% | 102% |
| Livonia Pct 238 | 508 | 325 | 876 | 0.64 | 37% | 119 | 390 | 498 | 524 | 3.28 | 74% | 78% |
| Livonia Pct 23A | 579 | 550 | 1199 | 0.95 | 46% | -31 | -89 | -164 | -315 | 2.87 | 28% | 54% |
| Livonia Pct 24B | 492 | 591 | 1149 | 1.20 | 51% | 102 | 235 | 313 | 182 | 2.30 | 129% | 75% |
| Livonia Pct 24A | 535 | 610 | 1215 | 1.14 | 50% | 69 | 126 | 155 | 161 | 1.83 | 78% | 81% |
| Livonia Pct 25A | 358 | 358 | 784 | 1.00 | 46% | 24 | 122 | 105 | 107 | 5.08 | 114% | 116% |
| Livonia Pct 31A | 654 | 561 | 1286 | 0.86 | 44% | 69 | 197 | 224 | 152 | 2.86 | 130% | 88% |
| Livonia Pct 31B | 600 | 520 | 1199 | 0.87 | 43% | 45 | 193 | 190 | 172 | 4.29 | 112% | 102% |
| Livonia Pct 32A | 739 | 537 | 1345 | 0.73 | 40% | 73 | 148 | 178 | 115 | 2.03 | 129% | 83% |
| Livonia Pct 33A | 850 | 680 | 1616 | 0.80 | 42% | 86 | 225 | 257 | 136 | 2.62 | 165% | 88% |
| Livonia Pct 34A | 683 | 746 | 1532 | 1.09 | 49% | 83 | 257 | 280 | 158 | 3.10 | 163% | 92% |
| Livonia Pct 34B | 651 | 591 | 1345 | 0.91 | 44% | 48 | 215 | 197 | 126 | 4.48 | 171% | 109% |
| Livonia Pct 34C | 539 | 487 | 1107 | 0.90 | 44% | 25 | 187 | 154 | 119 | 7.48 | 157% | 121% |
| Livonia Pct 35A | 517 | 468 | 1085 | 0.91 | 43% | 67 | 130 | 121 | 65 | 1.94 | 200% | 107% |
| Livonia Pct 35B | 350 | 343 | 753 | 0.98 | 46% | 28 | 144 | 135 | 62 | 5.14 | 232% | 107% |
| Livonia Pct 35C | 330 | 315 | 703 | 0.95 | 45% | 45 | 121 | 121 | 70 | 2.69 | 173% | 100% |
| Livonia Pct 36A | 407 | 462 | 944 | 1.14 | 49% | 62 | 145 | 163 | 151 | 2.34 | 96% | 89% |
| Livonia Pct 36B | 534 | 469 | 1079 | 0.88 | 43% | 104 | 165 | 219 | 142 | 1.59 | 116% | 75% |
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| TOTAL | 28247 | 24194 | 55896 | 0.86 | 43% | 2373 | 7595 | 7863 | 5015 | 3.20 | 151% | 97% |

| 2016 Dem/Rep | 46D / 54R |
|---|---|

| 2020 Gain Dem/Rep | 76D / 24 R |
|---|---|

Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor of candidate Biden– resulting in a "new vote population" that is voting 76 D / 24 R…in a 2016 Republican township. Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 151% of the new registered voters and 97% of the new votes above 2016. This result/example is incredibly mathematically anomalous.

## Oakland County

Oakland shares the Wayne County mathematical curiosity well outside the norm. In Oakland, all votes added by both candidates above the 2016 take show a new vote ratio of 70% Democrat to 30% Republican – a 15-point mismatch to the same area just in the last Presidential Election

| Gained Votes over 2016 Avg per Precinct | | |
|---|---|---|
| Trump | | 70.79 |
| Biden | | 179.83 |
| Diff | | 109.04 |
| 2020 Dem/Rep Gain Ratio | | 2.54 |
| % | 72D / 28R | |
| 2016 Dem/Rep Historical Ratio | | 1.19 |
| % | 54D / 46R | |

As mentioned, voting totals of precincts may presume to follow a normal distribution. By fitting a normal distribution to actual data and taking the difference between the fitted and actual, potentially anomalous precincts can be identified. Using a per-precinct history, we can take an election result like this:

| *2020 Actual* | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 1035172 | 771991 | 434148 | 325971 | 1.33 |
| *Turnout* | 75% | | 56% | 42% | |

This results in this prediction:

| *Total Predicted 2020* | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 1035172 | 750646 | 388023 | 325971 | 1.19 | 46125 |
| *turnout* | 73% | | 52% | 43% | | |

This prediction helps us identify several townships outside Detroit in Wayne County that significantly stick out. A partial list of main townships that show excessive votes against a standard normal with reasonable variance:

| Township | Excess Votes |
|---|---|
| Troy | 4781 |
| Royal Oak | 4152 |
| Novi | 3911 |
| Farmington Hills | 3598 |
| Rochester Hills | 3597 |
| Bloomfield | 2696 |

As an example of the excess vote gains above the norm, consider the Township of Troy, broken into precincts. Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor candidate Biden – resulting in a "new vote population" that is voting 80 D / 20 R…in a 2016 almost even split Dem/Rep township. Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 109% of the new registered voters and 98% of the new votes above 2016. Yet another example that is incredibly mathematically anomalous.

| Precinct | 2016 Trump | Clinton | Total | Dem/Rep | % Dem | 2020 Gain New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Troy, Precinct 1 | 462 | 434 | 944 | 0.94 | 46% | 40 | 226 | 230 | 199 | 5.65 | 114% | 98% |
| Troy, Precinct 2 | 805 | 792 | 1680 | 0.98 | 47% | 53 | 231 | 217 | 189 | 4.36 | 122% | 106% |
| Troy, Precinct 3 | 791 | 572 | 1446 | 0.72 | 40% | 137 | 270 | 343 | 337 | 1.97 | 80% | 79% |
| Troy, Precinct 4 | 974 | 998 | 2064 | 1.02 | 48% | 48 | 350 | 341 | 273 | 7.29 | 128% | 103% |
| Troy, Precinct 5 | 683 | 453 | 1193 | 0.66 | 38% | 18 | 120 | 104 | 72 | 6.67 | 167% | 115% |
| Troy, Precinct 6 | 204 | 177 | 402 | 0.87 | 44% | 19 | 55 | 61 | 40 | 2.89 | 138% | 90% |
| Troy, Precinct 7 | 571 | 625 | 1251 | 1.09 | 50% | 49 | 197 | 201 | 184 | 4.02 | 107% | 98% |
| Troy, Precinct 8 | 536 | 731 | 1337 | 1.36 | 55% | 29 | 153 | 125 | 68 | 5.28 | 225% | 122% |
| Troy, Precinct 9 | 843 | 746 | 1683 | 0.88 | 44% | 134 | 188 | 254 | 216 | 1.40 | 87% | 74% |
| Troy, Precinct 10 | 760 | 673 | 1518 | 0.89 | 44% | 21 | 306 | 263 | 273 | 14.57 | 112% | 116% |
| Troy, Precinct 11 | 754 | 680 | 1496 | 0.90 | 45% | -12 | 183 | 123 | 87 | -15.25 | 210% | 149% |
| Troy, Precinct 12 | 523 | 534 | 1103 | 1.02 | 48% | 56 | 128 | 155 | 137 | 2.29 | 93% | 83% |
| Troy, Precinct 13 | 939 | 1037 | 2112 | 1.10 | 49% | 37 | 312 | 251 | 217 | 8.43 | 144% | 124% |
| Troy, Precinct 14 | 763 | 679 | 1508 | 0.89 | 45% | 50 | 244 | 249 | 270 | 4.88 | 90% | 98% |
| Troy, Precinct 15 | 695 | 687 | 1443 | 0.99 | 48% | 2 | 288 | 254 | 200 | 144.00 | 144% | 113% |
| Troy, Precinct 16 | 549 | 599 | 1223 | 1.09 | 49% | 60 | 197 | 205 | 224 | 3.28 | 88% | 96% |
| Troy, Precinct 17 | 746 | 830 | 1644 | 1.11 | 50% | -35 | 219 | 133 | 139 | -6.26 | 158% | 165% |
| Troy, Precinct 18 | 618 | 529 | 1208 | 0.86 | 44% | -14 | 177 | 127 | 111 | -12.64 | 159% | 139% |
| Troy, Precinct 19 | 595 | 531 | 1189 | 0.89 | 45% | -32 | 224 | 157 | 73 | -7.00 | 307% | 143% |
| Troy, Precinct 20 | 812 | 766 | 1647 | 0.94 | 47% | 24 | 267 | 246 | 198 | 11.13 | 135% | 109% |
| Troy, Precinct 21 | 486 | 536 | 1096 | 1.10 | 49% | 67 | 194 | 214 | 213 | 2.90 | 91% | 91% |
| Troy, Precinct 22 | 838 | 1008 | 1941 | 1.20 | 52% | 82 | 320 | 329 | 325 | 3.90 | 98% | 97% |
| Troy, Precinct 23 | 866 | 954 | 1908 | 1.10 | 50% | 124 | 344 | 403 | 380 | 2.77 | 91% | 85% |
| Troy, Precinct 24 | 801 | 669 | 1554 | 0.84 | 43% | 181 | 178 | 311 | 295 | 0.98 | 60% | 57% |
| Troy, Precinct 25 | 724 | 802 | 1604 | 1.11 | 50% | 153 | 216 | 329 | 363 | 1.41 | 60% | 66% |
| Troy, Precinct 26 | 616 | 699 | 1421 | 1.13 | 49% | 120 | 332 | 369 | 330 | 2.77 | 101% | 90% |
| Troy, Precinct 27 | 404 | 671 | 1131 | 1.66 | 59% | 128 | 150 | 246 | 280 | 1.17 | 54% | 61% |
| Troy, Precinct 28 | 380 | 679 | 1109 | 1.79 | 61% | 60 | 155 | 173 | 149 | 2.58 | 104% | 90% |
| Troy, Precinct 29 | 840 | 885 | 1848 | 1.05 | 48% | 35 | 236 | 179 | 168 | 6.74 | 140% | 132% |
| Troy, Precinct 30 | 202 | 199 | 425 | 0.99 | 47% | -12 | 81 | 56 | 27 | -6.75 | 300% | 145% |
| Troy, Precinct 31 | 319 | 238 | 590 | 0.75 | 40% | 24 | 136 | 141 | 95 | 5.67 | 143% | 96% |
| Precinct TOTAL | Trump 20099 | Clinton 20413 | Total 42718 | Dem/Rep 1.02 | % Dem 48% | New Trump 1646 | New Biden 6677 | New Total 6789 | New Registered 6132 | Gain Dem/Rep 4.06 | Dem % of New Registered 109% | Dem % of New Votes 98% |

2016 Troy Dem/Rep 51D / 49R

2020 Troy Gain Dem/Rep 80D / 20R