

[Matt Braynard on Twitter: "Update: -Residency Analysis of ABS/EV Voters These are the two indicators of someone no longer eligible to vote due to residency: NCOA = Voters who filed change of address to another state. SVR = Subsequent Voter Registration in another state Merged = NCOA+SVR Deduped" / Twitter](#)