# Michigan 2020 Voting Analysis Report

**11-27-20** (rev 11-29-20)



# — DRAFT —

Due to the fluidity of the election information available, this report is a living document. The authors of this report (all unpaid volunteers) generated a statistical analysis based on limited data and even more restricted time constraints. As relevant new data becomes available, an update will be issued, and the revision date changed. If any readers have data to share, comments, or corrections, please email them here.

# Table of Contents

Executive Overview .................................................................3

1 - Analysis of Michigan County Vote Counts ......................5

2 - Wayne & Oakland Counties: Finding Excessive Votes ................8

3 - Exploring Michigan Mail-in Ballots Data ....................14

4 - Irrational Michigan Absentee Ballot Findings ...........16

5 - Absentee Ballots Compared in Select MI Counties ...................20

6 - Analysis of a Survey of Absentee Ballot Recipients ...................23

7 - Statistical Analysis of Michigan 2020 Election ...........................26

Summary .................................................................31

Cover Graphic credit <tinyurl.com/y4wa6k3d>.

# Executive Overview

This scientific analysis of the reported Michigan (MI) 2020 Presidential voting results is a non-partisan effort by unpaid citizens and volunteer experts (several un-named). Our only objective is to play a small roll in helping assure that all legal MI votes are counted, *and* that only legal MI votes are counted.

Whether Donald Trump or Joseph Biden wins is not of concern in this analysis — the scientists involved with this report just want the election results to truly reflect the wishes of Michigan voting citizens.

Since there are multiple reports of voting chicanery circulating the Internet, a collection of statisticians and other scientists volunteered to examine the reported MI results from a scientific statistical perspective.

We feel that the best way to do this is to start by putting ourselves in the shoes of bad actors — and then considering how they might go about changing the wishes of MI citizens, into a different result. Some of the actions they might take are:

1 - Keep ineligible people (e.g. deceased, moved, etc.) on the voting roles.
   *(This would disguise actual voter participation rates, allow fabricated votes to be submitted in their names, etc.)*
2 - Get legislation passed that does not require in-person voter identification.
   *(This would make it easier for non-citizens, felons, etc. to vote.)*
3 - Encourage a much higher percentage of voting by mail.
   *(This would make it much easier to manipulate, as in-person checking is a more secure way to keep track of actual registered citizens, etc.)*
4 - Discard envelopes and other identifying materials from mail-in votes.
   *(This makes it very hard to check for duplications, etc.)*
5 - Count mail-in votes without careful signature or registration verification.
   *(This makes mail-in an easier choice for manipulators.)*
6 - Allow votes to count that are received after Election Day.
   *(This can direct where mail-in votes are needed to go.)*
7 - Stop vote counting for several hours before the final tabulations.
   *(This allows for an assessment of how many votes are "needed" etc.)*
8 - Do not allow for independent oversight of voting tabulation.
   *(This would make it easier to lose or miscalculate actual votes.)*
9 - Connect voting machines or precincts to the Internet.
   *(This makes it quite easy for third parties to access and change votes.)*
10- Distribute vote manipulations over multiple precincts and/or counties.
   *(This makes the adjustments more difficult to find.)*
11- Make most of the manipulations in unexpected districts.
   *(In other words, don't do as much manipulation where it's expected.)*
12- Use multiple methodologies to change vote results.
   *(It requires a much longer investigation to find all the adjustments.)*

There are undoubtedly more strategies those who are trying to control our politics would employ — but this is a representative sample. It should also be clear that many of these are difficult and time-consuming to find.

Frequently there is documented proof of some of these voting actions (e.g. leaving non-eligible voters on the rolls). However, these are usually dismissed with cursory responses such as: *we're doing the best that we can*, or *these deviations are not statistically significant*, or *our rolls are as accurate as other states*, or *there are some benefits for doing this (e.g. #3 & #6 above)*, etc.

However, studies like this and reports like this do not instill confidence that election results actually reflect the wishes of actual citizens.

So what can we do as scientists? Clearly we can't verify the legitimacy of every Michigan vote submitted. On the other hand, we can (from a scientific perspective along with with sufficient data) provide a statistically strong assessment that reported votes in certain locations are statistically unusual. Such a determination should be treated as an indication that some type of accidental or purposeful manipulation almost certainly occurred.

Such a science-based statistical analysis can not identify exactly what happened — or prove that fraud was involved. Honest mistakes, unintentional computer glitches, etc. can and do happen.

We approached this project assigning different experts to look at the Michigan data from different perspectives. By-and-large the experts worked mostly independently of each other. As a result, there may be some overlaps in the analyses in the following "chapters."

All of the experts agreed that there were major statistical aberrations in some of the Michigan results that are extremely unlikely to occur naturally.

Using more conventional statistical analyses, we identified nine counties with abnormal results (see Chapter 1). Due to time, data and manpower limitations, for this Report we focused on the statistical analysis for the worst two counties. As scientists (not attorneys) our non-legal recommendation is that both of those Michigan counties have proper recounts

If the results of an accurate recount are that there is **no** significant change in voting results for those two counties (very unlikely), then the authors of this report recommend that we write off those county deviations as an extreme statistical fluke, and that the Michigan voting results be certified.

On the other hand, if the results of an accurate recount are that there **are** significant changes in voting results for either of these two counties, then the authors of this Report recommend that (as a minimum) that the next seven statistically suspicious counties also have an accurate recount, prior to any certifying of the Michigan voting results.

See ***Summary*** on the final page, for more conclusions. (Note: we did a report with similar analyses for Pennsylvania. Contact the undersigned for a copy.)

 — Editor, physicist John Droz, jr. 11-28-20

# 1 - Analysis of Michigan County Vote Counts

S. Stanley Young, PhD, FASA, FAAAS, 11-25-20

**Summary:**

People today generally vote as they have done in the past. If a voting pattern changes, is it a slight shift, or are large changes occurring in a small number of locations? Our idea is to look at relative vote changes in counties within Michigan. How does Biden *vs* Trump2020 compare to Clinton *vs* Trump2016? There could be slight shifts that accumulate across the state, or there could be major changes in a relatively few counties. We use contrasts to examine voting results. We find vote changes are modest for the bulk of MI counties: less than 3,000± votes. However, there are nine counties with much larger changes in votes, up to 54,000±.

**Item 1 —**

Consider Biden *vs* Trump2020 compared to Clinton *vs* Trump2016.

Contrast = (Biden – Trump2020) – (Clinton – Trump2016)

Here is the distribution of Contrast:



Examine the left side of the above chart. There we see an approximate bell-shaped distribution, which is normally what would be expected. The Contrast (change in votes for Biden *vs* Trump relative to Clinton *vs* Trump) for almost all counties is within the range of plus or minus 3000± votes.

The outliers (numbers unusual relative to the rest of the data) are on the right of the chart, where Biden bested Trump *much* more than Clinton bested Trump.

**Item 2 —**

Here we rank contrasts from largest to smallest for all Michigan counties.



In the above histogram, each dot is one MI county. In 74 of 83 MI counties, the differential is small (near zero) implying that for the vast majority of counties, voters considered Biden *vs* Trump2020 much like they considered Clinton *vs* Trump2016.  On the left side of the histogram are the nine (9) outliers — i.e. counties with numbers that substantially deviate from the main distribution.

| RowID | County | Biden 2020 | Trump 2020 | Clinton 2016 | Trump 2016 | Contrast | Rank |
|---|---|---|---|---|---|---|---|
| 63 | OAKLAND | 434,148 | 325,971 | 343,070 | 289,203 | 54,310 | 1 |
| 82 | WAYNE | 597,170 | 264,553 | 519,444 | 228,993 | 42,166 | 2 |
| 41 | KENT | 187,915 | 165,741 | 138,683 | 148,180 | 31,671 | 3 |
| 81 | WASHTENAW | 157,136 | 56,241 | 128,483 | 50,631 | 23,043 | 4 |
| 33 | INGHAM | 94,212 | 47,639 | 79,110 | 43,868 | 11,331 | 5 |
| 39 | KALAMAZOO | 83,686 | 56,823 | 67,148 | 51,034 | 10,749 | 6 |
| 50 | MACOMB | 223,952 | 263,863 | 176,317 | 224,665 | 8,437 | 7 |
| 70 | OTTAWA | 64,705 | 100,913 | 44,973 | 88,467 | 7,286 | 8 |
| 28 | GD. TRAVERSE | 28,683 | 30,502 | 20,965 | 27,413 | 4,629 | 9 |

These nine counties together substantially increase the vote count for Biden. For instance, in the first two of these counties (Wayne and Oakland), the differential (contrast) swing for Biden amounts to 96,000± votes.

The remainder of the nine outlier counties (ranks 3 to 9 on the spreadsheet above) represent an additional 95,000± excess votes for Biden, compared to Clinton *vs* Trump. (For example, Trump bested Clinton in Kent county by 10,000± votes but lost to Biden by 22,000± votes, for a net swing of 32,000± votes.) The total unexpected votes for Biden in the nine Michigan outliers is 190,000± votes.

**Item 3 —**
Here is another anomaly that indicates suspicious results. The first set of plots compare Trump's election day votes to his mail-in votes, for each county. As would be expected, the distributions are quite similar. The second set of plots compare Biden's election day votes to his mail-in votes, again for each county. As is easily seen, the distributions are **very** different. This is a serious statistical aberration.



**CONCLUSIONS:** The distribution of Item 1, *and* the magnitude of the differentials in Item 2, *and* the statistically deviant patterns in Item 3, are all statistically improbable relative to the body of the data.

# 2 - Wayne and Oakland Counties: Finding Excessive Votes in 2020, Well Outside Their Voting History

*(condensed version: full version available)*
Dr. Eric Quinnell,  Dr. Stanley Young
11/26/2020

## Contents

| | |
|---|---|
| Executive Summary | 8 |
| Wayne County/Oakland Buck the Trend | 8 |
| Wayne County | 9 |
| Oakland County | 12 |

## Executive Summary

**Analysis** – A statistical team of unpaid citizen volunteer scientists, mathematicians, and engineers collaborated in a statistical vote analysis in the Pennsylvania 2020 Presidential Election, after having worked originally as individuals on various vote analysis across the country.  Following the PA report (available on request), the collaboration team netted steep learning curves in analysis and methods, and produced a mathematically based predictive model to reverse engineer vote differential signatures. This now much more robust model is re-applied to Michigan.

Using simple linear regression of unproblematic voting districts, we predict hypothetically problematic voting districts. Using distributional characteristics within problematic counties, we point to problematic districts and precincts.

**Findings** – Two Michigan counties stand out as problematic, Wayne and Oakland Counties, 40,000 and 46,000 estimated excessive votes, respectively. Problematic districts and precincts within these counties exhibit unusual Democrat/Republican (D/R) ratios relative to their history and excessive vote in favor of Biden often in excess of new Democrat registrations.

## Wayne County/Oakland Counties Buck the Trend

A bi-variate (two variable) trend-line across all Michigan counties (see next page) identify Wayne County and Oakland County as behaving well outside the trends of the rest of the state in 2020. Wayne and Oakland counties also stood out from the analysis done in another section of this report (see Page 6). Thus, these two counties were selected for deeper analysis.



| RowID | County | Biden 2020 | Trump 2020 | Other 2020 | Total 2020 |
|---|---|---|---|---|---|
| 63 | OAKLAND | 434,148 | 325,971 | 10,090 | 780,299 |
| 82 | WAYNE | 597,170 | 264,553 | 10,660 | 883,043 |

## Wayne County

A bi-variate linear fit of the Trump and Biden votes in 2020 Wayne County show major precincts completely off the charts as compared to the majority of the other precincts in the same county. The points exceedingly off the fit are mostly those in the Absentee Vote Counting Board (AVCB) districts. Several others outside of Detroit also buck the trend of the rest of the area.



The AVCB mail-in districts within Detroit have no ability to correlate with the precincts inside the city, so a historical voting pattern per precinct is not possible. There is also no indication that the AVCB distributions include the same precincts from year to year, so therefore there is no way to link AVCB in obvious ways. Instead, we first looked at the remainder of Wayne County. Outside the city we have much more history and can observe both mail-in votes as well as election day votes correlated to a precinct with history.

Outside Detroit, Wayne County shows a significant disruption or new vote distribution well outside the 2016 norm. Specifically, both candidates achieved the total 2016 vote count and added to their sums, consistent with new turnout. What's curious is that above the 2016 totals, a new vote ratio appears in contrast to the history of the area – showing new votes going 70% Democrat vs 30% Republican – a 15-point mismatch to the same area just in the last Presidential Election.

| | Gained Votes over 2016 Avg per Precinct |
|---|---|
| Trump | 79.85 |
| Biden | 185.41 |
| Diff | 105.56 |
| 2020 Dem/Rep Gain Ratio | 2.32 |
| % | 70D / 30R |
| 2016 Dem/Rep Historical Ratio | 1.29 |
| % | 55D / 45R |

Voting totals of precincts may presume to follow a semi-normal distribution with enough data points. By fitting a normal distribution to actual data and taking the difference between the fitted and actual, potentially anomalous precincts can be identified. Using a per-precinct history, we can take an election result like this:

| 2020 Actual | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 900050 | 620483 | 356234 | 251664 | 1.42 |
| Turnout | 68.9% | | 57.4% | 40.6% | |

And identify anomalous precincts. We forced the anomalous precincts back to their voting history ratios and adjust to keep pace with the 2020 turnout. This results in this prediction:

| Total Predicted 2020 | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 900050 | 580056 | 315807 | 251664 | 1.25 | 40771 |
| turnout | 64.4% | | 54.4% | 43.4% | | |

Which helps us identify several townships outside Detroit in Wayne County that significantly stick out. A partial list of main townships that show excessive votes vs a standard normal with reasonable variance:

| Townships | Excessive Votes |
|---|---|
| Canton | 5735 |
| Livonia | 5428 |
| Redford | 4159 |
| Gr Pointe | 3052 |
| Taylor | 2891 |
| Westland | 2559 |
| Plymouth | 2400 |
| Dearborn | 2240 |
| Northville | 2111 |

As an example of the excess vote gains above the norm, consider the Township of Livonia, broken into precincts. Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor of the Biden camp – resulting in a "new vote population" that is voting 76 D / 24 R — in a 2016 Republican township.

Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 151% of the new registered voters and 97% of the new votes above 2016. This result/example is incredibly mathematically anomalous.

| 2016 | | | | | 2020 Gain | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| Livonia Pct 1A | 650 | 783 | 1558 | 1.20 | 50% | 119 | 263 | 310 | 272 | 2.21 | 97% | 85% |
| Livonia Pct 1B | 310 | 348 | 706 | 1.12 | 49% | 51 | 106 | 137 | 94 | 2.08 | 113% | 77% |
| Livonia Pct 2A | 630 | 634 | 1337 | 1.01 | 47% | 58 | 214 | 230 | 158 | 3.69 | 135% | 93% |
| Livonia Pct 3A | 467 | 492 | 1035 | 1.05 | 48% | 64 | 125 | 132 | 105 | 1.95 | 119% | 95% |
| Livonia Pct 3B | 854 | 722 | 1680 | 0.85 | 43% | 87 | 183 | 214 | 132 | 2.10 | 139% | 86% |
| Livonia Pct 4A | 1034 | 834 | 1961 | 0.81 | 43% | 44 | 233 | 217 | 137 | 5.30 | 170% | 107% |
| Livonia Pct 7A | 823 | 638 | 1514 | 0.78 | 42% | 31 | 164 | 168 | 102 | 5.29 | 161% | 98% |
| Livonia Pct 8A | 752 | 398 | 1212 | 0.53 | 33% | 20 | 134 | 123 | 71 | 6.70 | 189% | 109% |
| Livonia Pct 8B | 598 | 426 | 1082 | 0.71 | 39% | 18 | 135 | 114 | 30 | 7.50 | 450% | 118% |
| Livonia Pct 9A | 947 | 635 | 1651 | 0.67 | 38% | 12 | 264 | 238 | 146 | 22.00 | 181% | 111% |
| Livonia Pct 10A | 615 | 478 | 1168 | 0.78 | 41% | 47 | 153 | 152 | 105 | 3.26 | 146% | 101% |
| Livonia Pct 11A | 797 | 715 | 1625 | 0.90 | 44% | 53 | 218 | 193 | 95 | 4.11 | 229% | 113% |
| Livonia Pct 12A | 544 | 671 | 1293 | 1.23 | 52% | 78 | 159 | 183 | 146 | 2.04 | 109% | 87% |
| Livonia Pct 13A | 637 | 709 | 1426 | 1.11 | 50% | 44 | 180 | 177 | 131 | 4.09 | 137% | 102% |
| Livonia Pct 14A | 755 | 721 | 1582 | 0.95 | 46% | 53 | 163 | 143 | 60 | 3.08 | 272% | 114% |
| Livonia Pct 15A | 732 | 563 | 1361 | 0.77 | 41% | 74 | 140 | 181 | 114 | 1.89 | 123% | 77% |
| Livonia Pct 16A | 713 | 506 | 1294 | 0.71 | 39% | 84 | 133 | 176 | 106 | 1.58 | 125% | 76% |
| Livonia Pct 16B | 479 | 408 | 961 | 0.85 | 42% | 46 | 85 | 83 | 44 | 1.85 | 193% | 102% |
| Livonia Pct 17B | 646 | 493 | 1219 | 0.76 | 40% | 114 | 226 | 287 | 297 | 1.98 | 76% | 79% |
| Livonia Pct 17A | 732 | 488 | 1284 | 0.67 | 38% | -61 | 136 | 42 | -111 | -2.23 | -123% | 324% |
| Livonia Pct 18A | 884 | 597 | 1552 | 0.68 | 38% | 57 | 161 | 171 | 88 | 2.82 | 183% | 94% |
| Livonia Pct 19A | 674 | 494 | 1244 | 0.73 | 40% | 57 | 148 | 158 | 103 | 2.60 | 144% | 94% |
| Livonia Pct 19B | 768 | 598 | 1472 | 0.78 | 41% | 69 | 183 | 181 | 68 | 2.65 | 269% | 101% |
| Livonia Pct 20A | 861 | 602 | 1555 | 0.70 | 39% | 32 | 208 | 183 | 90 | 6.50 | 231% | 114% |
| Livonia Pct 21A | 715 | 566 | 1369 | 0.79 | 41% | 39 | 219 | 207 | 100 | 5.62 | 219% | 106% |
| Livonia Pct 22A | 712 | 576 | 1396 | 0.81 | 41% | 33 | 223 | 192 | 119 | 6.76 | 187% | 116% |
| Livonia Pct 22B | 592 | 486 | 1142 | 0.82 | 43% | 32 | 128 | 125 | 86 | 4.00 | 149% | 102% |
| Livonia Pct 23B | 508 | 325 | 876 | 0.64 | 37% | 119 | 390 | 498 | 524 | 3.28 | 74% | 78% |
| Livonia Pct 23A | 579 | 550 | 1199 | 0.95 | 46% | -31 | -89 | -164 | -315 | 2.87 | 28% | 54% |
| Livonia Pct 24B | 492 | 591 | 1149 | 1.20 | 51% | 102 | 235 | 313 | 182 | 2.30 | 129% | 75% |
| Livonia Pct 24A | 535 | 610 | 1215 | 1.14 | 50% | 69 | 126 | 155 | 161 | 1.83 | 78% | 81% |
| Livonia Pct 25A | 358 | 358 | 784 | 1.00 | 46% | 24 | 122 | 105 | 107 | 5.08 | 114% | 116% |
| Livonia Pct 31A | 654 | 561 | 1286 | 0.86 | 44% | 69 | 197 | 224 | 152 | 2.86 | 130% | 88% |
| Livonia Pct 31B | 600 | 520 | 1199 | 0.87 | 43% | 45 | 193 | 190 | 172 | 4.29 | 112% | 102% |
| Livonia Pct 32A | 739 | 537 | 1345 | 0.73 | 40% | 73 | 148 | 178 | 115 | 2.03 | 129% | 83% |
| Livonia Pct 33A | 850 | 680 | 1616 | 0.80 | 42% | 86 | 225 | 257 | 136 | 2.62 | 165% | 88% |
| Livonia Pct 34A | 683 | 746 | 1532 | 1.09 | 49% | 83 | 257 | 280 | 158 | 3.10 | 163% | 92% |
| Livonia Pct 34B | 651 | 591 | 1345 | 0.91 | 44% | 48 | 215 | 197 | 126 | 4.48 | 171% | 109% |
| Livonia Pct 34C | 539 | 487 | 1107 | 0.90 | 44% | 25 | 187 | 154 | 119 | 7.48 | 157% | 121% |
| Livonia Pct 35A | 517 | 468 | 1085 | 0.91 | 43% | 67 | 130 | 121 | 65 | 1.94 | 200% | 107% |
| Livonia Pct 35B | 350 | 343 | 753 | 0.98 | 46% | 28 | 144 | 135 | 62 | 5.14 | 232% | 107% |
| Livonia Pct 35C | 330 | 315 | 703 | 0.95 | 45% | 45 | 121 | 121 | 70 | 2.69 | 173% | 100% |
| Livonia Pct 36A | 407 | 462 | 944 | 1.14 | 49% | 62 | 145 | 163 | 151 | 2.34 | 96% | 89% |
| Livonia Pct 36B | 534 | 469 | 1079 | 0.88 | 43% | 104 | 165 | 219 | 142 | 1.59 | 116% | 75% |
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| TOTAL | 28247 | 24194 | 55896 | 0.86 | 43% | 2373 | 7595 | 7863 | 5015 | 3.20 | 151% | 97% |

| 2016 Dem/Rep | 46D / 54R |
|---|---|

| 2020 Gain Dem/Rep | 76D / 24R |
|---|---|

## Oakland County

Oakland shares the Wayne County mathematical deviance of being well outside the norm. In Oakland all votes added by both candidates above the 2016 take show a new vote ratio of 72% Democrat to 28% Republican – an 18-point mismatch to the same area just since the last Presidential Election.

| Gained Votes over 2016 Avg per Precinct | |
|---|---|
| Trump | 70.79 |
| Biden | 179.83 |
| Diff | 109.04 |
| 2020 Dem/Rep Gain Ratio | 2.54 |
| % | 72D / 28R |
| 2016 D/R Historical Ratio | 1.19 |
| % | 54D / 46R |

As mentioned, voting totals of precincts may presume to follow a normal distribution. By fitting a normal distribution to actual data and taking the difference between the fitted and actual, potentially anomalous precincts can be identified. Using a per-precinct history, we can take an election result like this

| 2020 Actual | Register | Voted | Biden | Trump | D/R |
|---|---|---|---|---|---|
| | 1035172 | 771991 | 434148 | 325971 | 1.33 |
| Turnout | 75% | | 56% | 42% | |

and identify anomalous precincts.  Should we peel those anomalies back to the voting history ratios and keep pace with the 2020 turnout, we get this prediction:

| Total Predicted 2020 | Register | Voted | Biden | Trump | D/R | Excess Votes |
|---|---|---|---|---|---|---|
| | 1035172 | 750646 | 388023 | 325971 | 1.19 | 46125 |
| turnout | 73% | | 52% | 43% | | |

This helps us identify several townships in Oakland County that significantly stick out. This is a partial list of main townships that show unexpected deviations:

| Townships | Excessive Votes |
|---|---|
| Troy | 4781 |
| Royal Oak | 4152 |
| Novi | 3911 |
| Farmington Hills | 3598 |
| Rochester Hills | 3597 |
| Bloomfield | 2696 |

As an example of the excess vote gains above the norm, consider the Township of Troy, broken into precincts. Nearly every single precinct first achieves the entire 2016 vote total for each party, but then a new population of votes skews excessively in favor of the Biden camp – resulting in a "new vote population" that is voting 80 D / 20 R — in a 2016 almost evenly split Dem/Rep township.

Additionally, the votes gained by Biden well outpace even the new registrations in the township – gaining 109% of the new registered voters and 98% of the new votes above 2016.

This situation is yet another example that is incredibly mathematically anomalous.

| | 2016 | | | | | 2020 Gain | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| Troy, Precinct 1 | 462 | 434 | 944 | 0.94 | 46% | 40 | 226 | 230 | 199 | 5.65 | 114% | 98% |
| Troy, Precinct 2 | 805 | 792 | 1680 | 0.98 | 47% | 53 | 231 | 217 | 189 | 4.36 | 122% | 106% |
| Troy, Precinct 3 | 791 | 572 | 1446 | 0.72 | 40% | 137 | 270 | 343 | 337 | 1.97 | 80% | 79% |
| Troy, Precinct 4 | 974 | 998 | 2064 | 1.02 | 48% | 48 | 350 | 341 | 273 | 7.29 | 128% | 103% |
| Troy, Precinct 5 | 683 | 453 | 1193 | 0.66 | 38% | 18 | 120 | 104 | 72 | 6.67 | 167% | 115% |
| Troy, Precinct 6 | 204 | 177 | 402 | 0.87 | 44% | 19 | 55 | 61 | 40 | 2.89 | 138% | 90% |
| Troy, Precinct 7 | 571 | 625 | 1251 | 1.09 | 50% | 49 | 197 | 201 | 184 | 4.02 | 107% | 98% |
| Troy, Precinct 8 | 536 | 731 | 1337 | 1.36 | 55% | 29 | 153 | 125 | 68 | 5.28 | 225% | 122% |
| Troy, Precinct 9 | 843 | 746 | 1683 | 0.88 | 44% | 134 | 188 | 254 | 216 | 1.40 | 87% | 74% |
| Troy, Precinct 10 | 760 | 673 | 1518 | 0.89 | 44% | 21 | 306 | 263 | 273 | 14.57 | 112% | 116% |
| Troy, Precinct 11 | 754 | 680 | 1496 | 0.90 | 45% | -12 | 183 | 123 | 87 | -15.25 | 210% | 149% |
| Troy, Precinct 12 | 523 | 534 | 1103 | 1.02 | 48% | 56 | 128 | 155 | 137 | 2.29 | 93% | 83% |
| Troy, Precinct 13 | 939 | 1037 | 2112 | 1.10 | 49% | 37 | 312 | 251 | 217 | 8.43 | 144% | 124% |
| Troy, Precinct 14 | 763 | 679 | 1508 | 0.89 | 45% | 50 | 244 | 249 | 270 | 4.88 | 90% | 98% |
| Troy, Precinct 15 | 695 | 687 | 1443 | 0.99 | 48% | 2 | 288 | 254 | 200 | 144.00 | 144% | 113% |
| Troy, Precinct 16 | 549 | 599 | 1223 | 1.09 | 49% | 60 | 197 | 205 | 224 | 3.28 | 88% | 96% |
| Troy, Precinct 17 | 746 | 830 | 1644 | 1.11 | 50% | -35 | 219 | 133 | 139 | -6.26 | 158% | 165% |
| Troy, Precinct 18 | 618 | 529 | 1208 | 0.86 | 44% | -14 | 177 | 127 | 111 | -12.64 | 159% | 139% |
| Troy, Precinct 19 | 595 | 531 | 1189 | 0.89 | 45% | -32 | 224 | 157 | 73 | -7.00 | 307% | 143% |
| Troy, Precinct 20 | 812 | 766 | 1647 | 0.94 | 47% | 24 | 267 | 246 | 198 | 11.13 | 135% | 109% |
| Troy, Precinct 21 | 486 | 536 | 1096 | 1.10 | 49% | 67 | 194 | 214 | 213 | 2.90 | 91% | 91% |
| Troy, Precinct 22 | 838 | 1008 | 1941 | 1.20 | 52% | 82 | 320 | 329 | 325 | 3.90 | 98% | 97% |
| Troy, Precinct 23 | 866 | 954 | 1908 | 1.10 | 50% | 124 | 344 | 403 | 380 | 2.77 | 91% | 85% |
| Troy, Precinct 24 | 801 | 669 | 1554 | 0.84 | 43% | 181 | 178 | 311 | 295 | 0.98 | 60% | 57% |
| Troy, Precinct 25 | 724 | 802 | 1604 | 1.11 | 50% | 153 | 216 | 329 | 363 | 1.41 | 60% | 66% |
| Troy, Precinct 26 | 616 | 699 | 1421 | 1.13 | 49% | 120 | 332 | 369 | 330 | 2.77 | 101% | 90% |
| Troy, Precinct 27 | 404 | 671 | 1131 | 1.66 | 59% | 128 | 150 | 246 | 280 | 1.17 | 54% | 61% |
| Troy, Precinct 28 | 380 | 679 | 1109 | 1.10 | 61% | 60 | 155 | 173 | 149 | 2.58 | 104% | 90% |
| Troy, Precinct 29 | 840 | 885 | 1848 | 1.05 | 48% | 35 | 236 | 179 | 168 | 6.74 | 140% | 132% |
| Troy, Precinct 30 | 202 | 199 | 425 | 0.99 | 47% | -12 | 81 | 56 | 27 | -6.75 | 300% | 145% |
| Troy, Precinct 31 | 319 | 238 | 590 | 0.75 | 40% | 24 | 136 | 141 | 95 | 5.67 | 143% | 96% |
| Precinct | Trump | Clinton | Total | Dem/Rep | % Dem | New Trump | New Biden | New Total | New Registered | Gain Dem/Rep | Dem % of New Registered | Dem % of New Votes |
| TOTAL | 20099 | 20413 | 42718 | 1.02 | 48% | 1646 | 6677 | 6789 | 6132 | 4.06 | 109% | 98% |
| | | 2016 Troy Dem/Rep | 51D / 49R | | | | | | 2020 Troy Gain Dem/Rep | 80D / 20R | | |

# 3 - Exploring Michigan 2020 Mail-In Ballots Data

Robert Wilgus  11/27/20

The 2020 election data for Michigan mail-in ballots was provided as a large file obtained *via* an FOIA.  The data was perused for anomalies that stood out.  A more comprehensive analysis is appropriate and that is what has been arranged (see **Conclusions**).

The data file contains 19 fields for each mail-in application.  The fields can be text, numbers, or dates.   My understanding of the process is that certain voters (not sure how they were determined) were sent a form to request a mail-in ballot.

The data available captures the process from when the application was sent. The total of requested absentee ballots is 3,507,129.  The table below contains measures that merit further investigation:

| Measure | Count |
|---|---|
| Duplicate Voter ID | 8341 |
| Duplicate Ballot ID | 32 |
| Missing Ballot ID | 35897 |
| Missing Ballot Number | 36035 |
| Missing Application Sent Date | 495065 |
| Missing Application Return Date | 0 |
| Missing Ballot Sent Date | 36052 |
| Missing Ballot Returned Date | 217271 |
| Missing Ballot Address | 35988 |
| Missing Resident Address | 41 |
| Rejected Ballots | 47226 |
| Spoiled Ballots | 87793 |
| Year of Birth Earliest | 1850 |
| Year of Birth Latest | 2002 |
| Year of Birth before 1921 | 1414 |

Ballots did not get sent to about 36,000 of the requests received. It's not clear what the reason(s) were for this (e.g. faulty address, etc.). The ballot can be marked as Rejected or Spoiled. Spoiled ballots (incomplete?) and Rejected ballots (duplicates?) add up to about 135,000 ballots that got tossed. That seems like a lot.

The data also includes the voter's year of birth. One is 170 years old, likely an error but their application was not rejected. In total more than 1400 of these absentee voters are over 100 years old. These could well be nursing home patients.

There are 217,271 applications without a recorded date (i.e. never received back).  More interesting is the 288,783 that have the application sent and ballot received on the same day.  Maybe these are one stop voting and get recorded with the mail in ballots?  The table below contains other date related findings:

.

| Measure | Value |
|---|---|
| Earliest Ballot Sent | 06-Feb-2020 |
| Ballots Sent before 1-Sep-2020 | 13372 |
| Ballots Sent after 3-Nov-2020 | 12 |
| Ballots Returned after 3-Nov-2020 | 936 |
| Ballots Returned before Sent | 64 |
| Same Date App Sent/Returned | 224525 |
| Same Date Ballot Sent/Returned | 288783 |
| Same Date for All | 78312 |

The ballots rejected doesn't provide any additional information for what the reason was. It does appear that the majority of ballots received after Nov-3 did fall into this category.

| Measure | Value |
|---|---|
| Total Ballots Rejected | 47,226 |
| Rejected Missing Return Date | 43,874 |
| Rejected and Spoiled | 398 |
| Rejected Return after 3-Nov-2020 | 909 |

The last but not least is the spoiled ballots. There is a lot of them. In the first table there are 8,341 duplicate Voter ID. I would expect these were the 'spoiled' ones that got new ballots. There is another column in the table named SPOILED_IND that means spoiled by the individual. It has values 'N' or is not entered.

There is also very small number that are both rejected and spoiled

| Measure | Value |
|---|---|
| Total Spoiled Ballots | 87,793 |
| Spoiled Missing Return Date | 15,724 |

**CONCLUSIONS:** There are numerous measures in the mail-in ballot data that warrant further investigation.  This is surprising because there are very few field values with obvious errors.  The records with multiple empty fields are of concern.  Additional information is also needed for the high number of applications and ballots with the same and returned dates

Because of the importance of this file we recently shared it with a firm that specializes in data analytics of very large databases, to see what they can tease out if it. We are looking forward to some interesting analyses.

# 4 - Irrational MI Absentee Ballots Findings

Thomas Davis, 11/28/20

All American citizens, regardless of party affiliation, should be concerned about the integrity of of our election process. If citizens no longer determine who their representatives are, the United States is no longer a Republic. Accordingly, post-election scrutiny of suspicious results is not only appropriate, but required.

It is unsurprising that absentee voting in 2020 occurred at a much higher rate than in previous years. (For example, in Kent County Michigan there were 69,000,± absentee voters in 2016, and 211,000± in 2020 – a threefold increase.) The COVID-19 virus undoubtedly had a direct impact on the strong move to absentee voting across the nation. In Michigan, there were two additional major contributing factors: **1)** voters approved a no-reason absentee voting law in 2018, and **2)** Secretary of State Jocelyn Benson sent absentee voting applications to all 7.7 million registered Michigan voters this past summer.

When statistics in Michigan showed especially high numbers of absentee votes for Biden, it didn't raise many red flags. After all, the Democratic party had encouraged people to vote absentee, while the Republican party had encouraged voting in-person (since ballots *could* be lost in the mail). However, a closer look at absentee voting (from the select Michigan counties that publish detailed voting statistics) appears to tell a different story.

Let's start by showing what normal (non-manipulated) absentee voting results should be. The plot below is the percentage of absentee ballots received by each 2016 presidential candidate in Ingham County (Michigan), by precinct (Red = R and Blue = D). Note the irregularities that occur: some precincts are higher for R, some are higher for D. More importantly, the difference between the two (R minus D) varies widely — from plus to minus. In other words: **neither the red line nor the blue line has a discernible pattern**. *This is what a normal result looks like!*



Now we'll look at Ingham County for 2020. (Note that Ingham is one of the top nine Michigan counties exhibiting 2020 voting irregularities [see page 6], *and* one of the few that has such data currently available.) Except for one outlier, the *percentage* of Democratic absentee voters exceeds the *percentage* of Republican absentee voters **in every precinct**. Even more remarkable (and unbelievable): these two *independent variables* **appear to track one another**.



*DEM% (blue) = # of absentee votes for Biden / total # of Biden votes*
*REP% (red) = # of absentee votes for Trump / total # of Trump votes*

There is no apparent legitimate explanation for the two absentee lines to be tracking each other like that — other than it being due to a computer algorithm (software program).

Just so the reader is not left with the mistaken impression that Ingham County is some exception, we'll look at two others on the list of nine problematic Michigan counties. (We would have liked to do more, but the data is not available.) Here is another stunning comparison: Oakland County in 2016 (below). What the following shows is that Oakland County exhibited a *normal* absentee pattern for the 2016 Presidential election.



Now look at what happens in 2020. Although Oakland County has 4± times more voters than Ingham County, this same artificial pattern can again be seen in the 2020 Presidential election results below — albeit somewhat less clearly, as there are more data points (i.e. precincts):



You should be getting the idea now, so just one more example from the list of most problematic Michigan counties in 2020: Macomb. The first is the expected relatively normal plot that occurs in 2016. Below that is the statistically tell-tale plot from 2020.





For statistical junkies, here are two other perspectives on one of these counties. (We have the plots for the others mentioned above, and they are similarly deviant.) The point is that there are always multiple ways to statistically look at data, so we tried two additional methodologies here. The inescapable conclusion is the same for all three types of analyses: *the 2016 results look reasonably normal — while the 2020 results look artificial.*



**Conclusion:** This is *very* strong evidence that the absentee voting counts in some counties in Michigan have likely been manipulated by a computer algorithm. The comparison of the 2020 results to the normal 2016 election data is dramatic.

If no other plausible explanation can be made for these unexpected findings, it appears that this computer software was installed sometime after the 2016 Presidential election.

On the surface it would seem that the tabulating equipment in infected precincts has been programmed to shift a percentage of absentee votes from Trump to Biden. An accurate hand-count of absentee ballots from a sampling of precincts might be helpful.

Assuming that that any software insertions haven't been undone, it would also be advisable that for at least the three counties highlighted here, a forensic analysis (of the tabulating equipment and compiling codes) by independent experts would be required for definitive proof of malfeasance.

# 5 - Michigan Absentee Ballots:
# Several Key Counties Compared

Dr. William M. Briggs, 11/26/20

Data from counties in Michigan where absentee votes by candidate were available were gathered. The counties were (alphabetically): (1) Eaton, (2) Grand Traverse, (3) Ingham, (4) Leelanau, (5) Macomb, (6) Monroe, (7) Oakland, and (8) Wayne.

In Eaton and Oakland votes could be either **straight** party (e.g. choose all Democrats for all contests) or **variable** ballots (e.g. choose candidates individually). These were treated separately.

The data sources are: <u>Eaton</u> (XML), <u>Grand Traverse</u> (PDF), <u>Ingham</u> (PDF), <u>Leelanau</u> (PDF), <u>Macomb</u> (HTML), <u>Monroe</u> (PDF), <u>Oakland</u> (XML), and <u>Wayne</u> (PDF).

The percent of the total vote for each candidate (not the overall total, but the candidate total) that was absentee was calculated across each precinct or district within each county. The data within a county was sorted by the absentee percentages for Biden, low to high, for display ease.

Next, we plot the percent absentee votes for both Biden (D:blue) and Trump (R:red). See below for examples of two large counties. (For the same types of graphs of more Michigan counties see <u>here</u>.) The precinct numbers are here arbitrary, and reflect the sorting of the data.



Almost never does the percent of absentee ballots cast for Trump exceed the percent cast for Biden. There are only rare exceptions, such as in very small precincts where we'd expect totals to be more variable.

If absentee voting behavior was the same for those voting for Trump and Biden, the chance that absentee ballots for Biden would almost always be larger would, given the large number of precincts here, be vanishingly small.

Thus, either the absentee voting behavior of those voting for Biden was remarkably consistently different, or there is another explanation, such as manipulation of totals.

More proof of this is had by examining the ratios of absentee ballot totals in each precinct. See below for examples of the same two large counties. (For the similar graphs of more Michigan counties see here.) Again, the precinct numbers are arbitrary and reflect the same sorting as before.



Only 36 precincts out of the 2,146 examined had 0% absentee ballots. These are obviously not shown in the figures (because of divide-by-zero possibilities). As mentioned, the ratio of Biden to Trump absentee votes is astonishingly consistent. The mean ratio inside each county is printed in the figure, along with the number of precincts.

If voting behavior was similar for both candidates, we'd expect this ratio to be 1, with some variability across precincts, with numbers both above and below 1. Instead, the ratios are almost always greater than 1, and with a tight mean about 1.5 to 1.6 or so. This indicates the official tallies of absentee ballots for Biden were about 50-60% higher almost everywhere, with very little variation, except in smaller counties were the ratio was slightly higher.

Such behavior could be genuine, or programmatic changes of the votes could be the explanation of these unusual results. The data here is more consistent with the later hypothesis.

Across all counties there are 2,145 precincts. If Democrat and Republican absentee- voting behavior was the same on average, then the probability the number of Democrat absentee ballots would exceed the number of Republican absentee ballots would be 0.5, or 50%. We can then plot a probability for every possible number of precincts where Democrats outnumber Republicans.

This is pictured below. The actual number of D > R precincts is 2,103. The probability this happens assuming equal behavior is about $10^{-557}$, a very small number, equivalent to winning the Powerball lottery about 65 times in a row.



# 6 - An Analysis of Surveys Regarding Absentee Ballots in Several States (including Michigan)

Dr. William M. Briggs, 11/23/20

## 1: Summary

Survey data was collected from individuals in several states, sampling those who the states listed as not returning absentee ballots. Data was provided by [Matt Braynard](#).

The survey asked respondents whether they **(a)** had ever requested an absentee ballot, and, if so, **(b)** whether they had in fact returned this ballot. From this sample I produce predictions of the total numbers of: **Error #1**, those who were recorded as receiving absentee ballots without requesting them; and **Error #2**, those who returned absentee ballots but whose votes went missing (i.e. marked as unreturned).

The sizes of both errors were large in each state. The states were: Arizona, Georgia,, Michigan, Pennsylvania, and Wisconsin.

## 2: Analysis Description

Each analysis was carried out separately for each state. The analysis used **(a)** the number of absentee ballots recorded as *unreturned*, **(b)** the total number of people responding to the survey, **(c)** the total of those saying they did *not* request a ballot, **(d)** the total of those saying they *did* request a ballot, and of these **(e)** the number saying they returned their ballots.

From these data a simple parameter-free predictive model was used to calculate the probability of all possible outcomes. Pictures of these probabilities were derived, and the 95% prediction interval of the relevant numbers was calculated. The pictures for Michigan appear in the Appendix at the end. (Other states are available on request.) They are summarized here with their 95% prediction intervals.

> **Error #1:** being recorded as sent an absentee ballot without requesting one.
> **Error #2:** sending back an absentee ballot and having it recorded as not returned.

| State | Unreturned ballots | Error #1 | Error #2 |
|---|---|---|---|
| Georgia | 138,029 | 16,950–22,787 | 31,581–38,894 |
| Michigan | 139,190 | 29,402–36,270 | 27,731–34,464 |
| Pennsylvania | 481,022 | 93,091–107,795 | 77,037–90,748 |
| Wisconsin | 96,771 | 10,640–13,216 | 10,067–12,581 |
| Arizona | 518,560 | 208,3333–229,937 | 78,714–94,975 |

Ballots that were not requested, and ballots returned and marked as not returned were classified as troublesome. The estimated average number of troublesome ballots for each state was then calculated using the table above and are presented here:

| State | Unreturned ballots | Estimated average troublesome ballots | Percent |
|---|---|---|---|
| Georgia | 138,029 | 53,528 | 39% |
| Michigan | 139,190 | 62,064 | 45% |
| Pennsylvania | 481,022 | 181,604 | 38% |
| Wisconsin | 96,771 | 21.517 | 22% |
| Arizona | 518,560 | 303,305 | 58% |

## 3: Conclusion

There are clearly a large number of troublesome ballots in each swing state investigated. Ballots marked as not returned that were never requested are clearly an error of some kind. The error is not small as a percent of the total recorded unreturned ballots.

Ballots sent back and unrecorded is a separate error. These represent votes that have gone missing, a serious mistake. The number of these missing ballots is also large in each state.

Survey respondents were not asked that if they received an unrequested ballot whether they sent these ballots back. This is clearly a possibility, and represents a third possible source of error, including the potential of voting twice (once by absentee and once at the polls). No estimates or likelihood can be calculated for this additional potential error due to absence of data.

*(See next page for an Appendix to this chapter…)*

## 4: Appendix

The probability pictures for Michigan for each outcome as mentioned above.

*Probability of numbers of un−requested absentee ballots listed as not returned for Michigan:*



*Probability of numbers of absentee ballots returned but listed as not returned for Michigan:*



# 7 - Statistical Analysis of Michigan 2020 Election

*(condensed version: full version available)*
Dr. Louis Bouchard
11/28/2020

**Synopsis -** Election results for the state of Michigan (MI) were analyzed for potential anomalies.  The state of Florida (FL) is used as reference for comparison, as the election results show a tight race for both states.  Therefore, one would assume that the vote counts should be similar, at least on average.  Two such anomalies have been identified: **(1)** The rates vote counts is significantly lower for Trump than Biden (even when normalized to the total vote count), indicating the possibility of pro-Biden systematic bias (weighted vote count);  and **(2)** *Statistically impossible* "jumps" in the vote counts are found in Biden's favor for Michigan.

**Methodology -** Edison Research election data was downloaded from the New York Times website on Nov. 25, 2020 and analyzed in MATLAB 2019b.  (*The MATLAB code and JSON files are available on request*.)  We used the state of FL as reference for comparison because no serious allegations of election fraud have been made to date for FL. The time axis for each state is as follows:

> FL: from 2020-11-04 06:43:00 to 2020-11-20 14:16:04
> MI: from 2020-11-04 10:00:04 to 2020-11-24 02:28:05

To simplify things, in the graphs below time is reported as "batch", which roughly speaking corresponds to time.  We use "time" and "batch" interchangeably in this document.

Our approach consists of analyzing the statistics of votes added from batch to batch.   The rationale is that with each batch, the votes added enables us to study the potential occurrence of anomalous "jumps".  These jumps are denoted here as: Δ Trump and Δ Biden.

**Analysis of Statistical Anomalies -** Figure 1 (*next page*) shows the results for Florida.  The four graphs shown are: [*top left*] cumulative vote count (Trump vs Biden) as function of time (batch), [*top right*] votes added ("jumps") at each batch divided by the time interval between consecutive batches (i.e. "velocity" of vote counts, denoted Δ Trump and Δ Biden), [*bottom left*] correlation analysis of Biden jumps vs Trump jumps and [*bottom right*] plot of the residuals.   "Residuals" is defined as the difference between Biden and Trump votes added (Δ Biden-Δ Trump) for each batch.

On the average, we expect Trump/Biden jumps to be of the same order of magnitude for each candidate. Wild differences in magnitudes, and especially ones that favor a particular candidate, are signs of potential anomalies. When the race is tight, we expect the points to lie along the diagonal red line, indicating that the jumps in vote counts are similar between both candidates. Deviations from the diagonal may indicate anomalous jumps.

As can be seen in the correlation plot, and to a larger extent in the residuals plot, statistically anomalous jumps are all in Biden's favor. A jump of magnitude shown by the green line [*bottom right*] is statistically impossible: the odds of this happening are 1 in $10^{23}$. We see two such jumps in the FL data, both in Biden's favor.



Figure 1. State of Florida election time series analysis (a reference).

For the Michigan election (Figure 2, next page) there is one statistically impossible jump to the level shown by the horizontal green line [*bottom right*].  The odds of this happening are 1 in $10^{117}$.  This "impossible" jump also happens to be in Biden's favor.

We note that for both states, the largest jumps are not only statistically impossible, but all happen to be in Biden's favor.  For Michigan the jump occurs after the election (towards the end of the count).  In the case of Florida, the anomalous jumps occur earlier in the count.

These "impossible" Biden jumps are found at the following time stamps in the EDISON data:

MI: 2020-11-04 11:31:48 (+141,257 votes),

FL: 2020-11-04 00:32:23 (+435,219 votes) and 2020-11-04 00:38:40 (+367,539 votes)



Figure 2.  State of Michigan election time series analysis.

**Analysis of Statistical Bias in Votes Added -** Focusing on Michigan, Fig. 2 (top right plot) shows results for votes added (including any jumps) for both candidates.  We find that the votes added for Biden are systematically higher, i.e. there are considerably more events of the type Δ Biden-Δ Trump > 0.  While this behavior may be expected for a "blowout race" where one candidate gets a much higher vote count than the other, it is unexpected in a race this close.  To quantify the bias and likelihood of such an unlikely event, we require a reference race to use for comparison purposes.  We will use the race in FL because the results are also close (51.2% Trump, 47.9% Biden) and the FL election has not yet been contested to our knowledge.

Figure 3 presents an alternative way to plot the results of Fig. 2 (top right).  This plot shows the Biden curve consistently above the Trump curve. As shown by the yellow regions, across more than 90% of the frequency axis, votes added for Biden are consistently higher than those of Trump.   This is indicative of bias in the way votes are added: either the vote count for Biden is artificially inflated at every batch, or those of Trump are systematically depressed.



Figure 3.  Comparison of statistical bias in the votes added for Michigan.

Vertical axis indicates votes added (for each candidate).  Horizontal axis is frequency of batches.  This plot, technically called "power spectral density (PSD)", depicts how frequently such a vote-added count pattern occurs in the time series.

Quantification of the likelihood of such bias to occur was done using a reference time series. FL results were used as reference.  A statistical test comparing the mean votes added (for MI vs FL) concluded that for Biden, the means are not statistically different, implying that the votes in MI likely have been counted using the same method as in FL.

On the other hand, the test found significant differences in the way Trump votes in MI were added compared to FL.  This could imply: Biden vote counts were inflated, or Trump vote counts were depressed.  The odds of this outcome are 1 in 1,000, an unlikely occurrence.  This statistical test used all data points in the time series and the mean value of each time series is dominated by small jumps, which happen most frequently (see Figures 1 and 2, top right).

We also compared the "tails" of the distributions between MI and FL, i.e. the larger jumps found in the time series of Δ Biden and Δ Trump (Figs. 1-2, top right plots).  These large jumps contain information about rare events, i.e. statistical anomalies.  By considering the votes added that correspond to large jumps, we analyzed the behavior of large jumps while discarding the small jumps.

Our analysis found that the statistics of Biden large jumps in MI did not differ from those in FL. On the other hand, the analysis found that the statistics of Trump large jumps in MI differed from those in FL.  The odds of this happening are 1 in $10^{10}$, a statistical impossibility.

**Conclusions -** Statistically impossible jumps in the Biden vote counts were found in the time series of election results. For one of these jumps (MI election, +141,257 votes for Biden added during a single time interval), its odds of happening were 1 in $10^{117}$, a vanishingly small probability. We also found systematic bias in the way votes were counted, favoring Biden. With high certainty, Trump vote counts were depressed (or, Biden vote counts were inflated). This bias was confirmed using multiple methods[1].  These statistically unlikely events in the Michigan election all favored Biden.  Our analysis is statistical and based on the EDISON times series[2].  It also uses Florida as a reference state for statistical analysis.

We recommend further investigations of the root causes of these anomalies.

---

[1] A more detailed report is available upon request.

[2] EDISON dataset exhibited small occasional drops in candidates' vote counts, but the drops were small and neglected in our analysis; their presence does not alter our analysis and conclusions.

# Summary

Several nationally recognized statistical experts were asked to examine some 2020 Michigan voting records, and to identify anything that they deemed to be statistically significant anomalies — i.e large deviations from the norm.

In the process they basically worked separately from other team members, consulted with other experts, analyzed the data they were given from different perspectives, obtained some additional data on their own, etc. — all in a very limited time allotment.

Their one — and only — objective was to try to assure that every legal Michigan vote is counted, *and* only legal Michigan votes are counted.

The takeaway is that (based on the data files they were examining) these experts came to one or more of the following conclusions:
1) There are some major statistical aberrations in the MI voting records, that are extremely unlikely to occur in a normal (i.e. un-manipulated) setting.
2) The appearance of software manipulation (Chapter 5) is most troubling.
3) The anomalies almost exclusively happened with the Biden votes. By comparison, the Trump votes looked statistically normal.
4) Nine (out of 83) Michigan counties stood out from all the rest. These counties (see Page 6) showed distinctive signs of voting abnormalities — again, all for Biden.
5) The total number of suspicious votes in these counties is 190,000± — which greatly exceeds the reported margin of Biden votes over Trump. (We don't know how many of these are artificial Biden votes, *or* votes switched from Trump to Biden.)
6) These statistical analyses do not prove fraud, but rather provide scientific evidence that the reported results are highly unlikely to be an accurate reflection of how Michigan citizens voted.

As stated in the Executive Overview, our strong recommendation is that (as a minimum):
**the two worst of the nine abnormal MI counties have an immediate recounts.**

If the results of an accurate recount are that there is **no** significant change in voting results for those two counties (very unlikely), then the authors of this report recommend that we write off those county deviations as an extreme statistical fluke, and that the Michigan voting results be certified.

On the other hand, if the results of an accurate recount are that there **are** significant changes in voting results for either of these two counties, then the authors of this Report recommend that (as a minimum) that the next seven statistically suspicious counties also have an accurate recount, prior to any certifying of the Michigan voting results.

**Declaration of Thomas Davis**

Pursuant to 28 U.S.C Section 1746, I, Thomas Davis, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. My training and experience are in Information Technology (IT). I earned a B.S. in Computer Science from Michigan State University (MSU) and the bulk of my career was spent working in the central IT department at MSU. I retired in 2015 and now own and operate a small IT consulting business (TechWise).

3. I reside at 661 S. Edgar Road, Mason, MI 48854

4. My affidavit highlights the percentage of absentee voting that each major party presidential candidate received in the Michigan 2020 election.

5. News of a voting "glitch" in Antrim County MI caught my attention. In an effort to learn about what happened, I went to the Internet in search of the backstory. Given today's world full of misinformation, I kept digging until I was satisfied with the answer.

6. In resolving the Antrim County question satisfactorily, I stumbled upon a report of statistical anomalies regarding straight-party voting in Kent County MI. This piqued my interest enough that I went to the county website, downloaded the election results, and massaged them into Excel. I was able to reproduce the scatter graph (as seen on the Internet) but was not convinced that it represented anything anomalous about the presidential election (as reported).

7.  Poking around in the Kent County voting data, I noticed that John James (the Republican senate candidate) received a much higher percentage of votes than Donald Trump (the Republican presidential candidate). This intrigued me enough to keep digging.

8.  I discovered that several Michigan counties use the same system to publish voting results – electionreporting.com – so downloaded these PDF datasets. Reports of potential voting irregularities in various locations prompted me to peek into voting data from Georgia where I learned about clarityelections.com (all counties in Georgia publish their results on this website). A nice feature of this site is that data can be downloaded directly into Excel for analysis.

9.  Turning my focus back to Michigan, I found that Oakland County publishes voting results (for multiple years) on clarityelections.com so downloaded the data into Excel and began poking around. This dataset included details about absentee voting and, in examining these data, stumbled upon the seemingly anomalous fact that the percentage of Democrat absentee voters exceeded the percentage of Republican voters in every precinct. This was remarkable. I then looked at the 2016 election data and found no similar anomaly.

10.  Being particularly interested in my home county, I learned that Ingham County publishes detailed voting results (in PDF format). After loading these data into Excel and looking at absentee voting percentages, I found the same pattern as Oakland (with one outlier).

11.  Increasingly convinced that these were evidence of algorithmic manipulation of voting results, I visited the websites of all 83 Michigan county websites in a quest for voting data. Eight counties

publish detailed results which include absentee voting by precinct (Eaton, Grand Traverse, Ingham, Leelanau, Macomb, Monroe, Oakland, and Wayne) and I created Excel spreadsheets for each. The absentee voting pattern was evident in all cases.

12.    I subsequently created line graphs for each of the eight counties and pasted them into a single PDF document. As reports of potential voting irregularities continued, I began looking for ways to publish my findings. I learned of Sidney Powell's lawsuit in Michigan and, in reading the filing, came across the name William M. Briggs. Having never heard of him before, I tracked down his website and provided a copy of my graphs via the "Contact Us" form.

13.    William M. (Matt) Briggs put me in contact with John Kroz and I subsequently provided my data and graphs to his team of experts. I also wrote a chapter of the team report which described my findings.

Thomas Davis

November 28, 2020

Mason, MI

# Thomas D. Davis

661 S. Edgar Road, Mason, MI 48854 | tom@mytechwise.com | 517-881-3578

## Summary

- IT executive with diversified experience delivering services that benefit a broad range of end-users
- Well-rounded leader skilled in developing effective teams, processes, and organizational structures
- Team player with results orientation and outstanding communication and interpersonal skills

## Experience

TECHWISE CONSULTING, LLC (MASON, MICHIGAN)

### Organizer and Sole Member — February 2017–Present

- Expert technology solutions and support for small businesses and individuals

LANSING BOARD OF WATER AND LIGHT (LANSING, MICHIGAN)

### Director of Information Technology — July 2015–May 2016

- Overall responsibility for portfolio of IT systems and networks
- Established governance to provide oversight of IT projects and services
- Rebuilt trust and collaboration between IT and business units

MICHIGAN STATE UNIVERSITY (EAST LANSING, MICHIGAN)

### Assistant VP, Information Technology Services — September 2014–June 2015

- Oversaw $20M enterprise research administration project
- Directed team of functional and technical experts implementing complex software system
- Interfaced with senior executives to ensure functional and strategic alignment of project

### Acting CIO, Information Technology Services — March 2013–August 2014

- Management and oversight of MSU's $60M central IT Services organization
- Formulated and executed plans for major IT projects and service improvements
- Developed, maintained, and applied policies and guidelines pertinent to IT resources and assets
- Engaged with senior executives and governance groups relevant to the position

### Deputy CIO, Information Technology Services — March 2012–February 2013

- Led planning activities for central IT unit consisting of eight departments and 340 employees
- Built highly collaborative working relationships between central IT and distributed IT units
- Restructured central IT unit to improve organizational effectiveness and service delivery

### Director, Academic Technology Services — June 2002–March 2012

- Responsible for campus networking, infrastructure, and central academic computing services
- Directed 140 employees and department with $24M annual operating budget
- Collaborated with campus units on planning, development, and operation of IT-related services
- Upgraded campus network backbone to 10Gbps with fault-tolerant architecture
- Launched annual IT Conference, quarterly IT Exchange meetings, and monthly IT coordinating council
- Refurbished 40-year-old datacenter to state-of-the-art facility supporting co-location and virtualization
- Improved overall IT service quality and support utilizing ITIL-based service management practices

*Thomas D. Davis — continued*

- Established high-performance computing center to support computational research
- Merged two diverse departments with long-standing histories into single integrated support unit
- Assisted in the development and implementation of university-wide policies and IT strategic plans
- Developed Michigan Lambda Rail (MiLR) fiber network with University of Michigan and Wayne State
- Represented MSU with off-campus interests including alumni, vendors, peer universities, and the media

**Division Manager, Computer Laboratory — April 1996–June 2002**

- Managed key campus services including MSUNet authentication, Andrew File System, MSU email system, Blackboard CourseInfo, microcomputer labs, self-service laser printing, and web services
- Expanded division from five to 20 employees
- Worked collaboratively with Main Library on several initiatives including conversion of online catalog system
- Developed and maintained servers for K-12 schools participating in Southeast Central Network Consortium
- Provided email portion of MichK12 project in partnership with Merit Network, Inc.
- Participated on Instructional Computing and Technology Committee

**Team Leader, Computer Laboratory — May 1991–April 1996**

- Led development, deployment, and growth of MSU email system
- Managed team of two systems programmers
- Expanded Andrew File System to support MSU email, microcomputer labs, and web servers
- Implemented high-speed dial-up service
- Participated on Network Communication Committee and Merit Remote Access committee

**Systems Programmer, Computer Laboratory — August 1988–May 1991**

- Developed network printing system for mainframe users
- Administered and maintained key network servers and software (e.g., DNS)
- Managed distribution of site-licensed software

# Education

MICHIGAN STATE UNIVERSITY (EAST LANSING, MICHIGAN)

- BS in Computer Science with minors in Electrical Engineering and Mathematics — 1982
- Graduated with High Honors

# Professional Development

MICHIGAN STATE UNIVERSITY (EAST LANSING, MICHIGAN)

- Inaugural Executive Leadership Academy (ELA) Fellow — 2006
- Assisted with subsequent ELA cohorts and establishment of MSU IT leadership development programReferences

# Declaration of Eric Quinnell

Pursuant to 28 U.S.C Section 1746, I, Eric Quinnell, make the following declaration.

1.     My name is Dr. Eric Quinnell.  I am over 21 years of age, and I am competent to testify in this action.  All of the facts stated herein are true and based on my personal knowledge.  All scientific conclusions herein are made to a reasonable degree of scientific certainty in my fields of expertise.

2.     I received a Bachelor of Science Degree in Engineering in May of 2004, a Master of Science in Circuit Design in May of 2006, and a Doctorate in Computer Arithmetic in May of 2007, all from The University of Texas at Austin.

3.     I have extensive professional experience as an engineer designing and leading teams engaged in various aspects of circuit architecture and processing.  In this capacity, I frequently engage in complex and sophisticated predictive mathematical modeling and statistical analysis.  I am required to prepare reports and analysis on the same for presentations to executives and other decision makers.  I make this declaration in my personal capacity.

## Executive Summary

4.     I was asked and willingly participated as part of a statistical team of unpaid citizen volunteer scientists, mathematicians, and engineers to produce a statistical vote analysis of the Michigan 2020 Presidential Election.

5.     The team produced a report titled "Michigan 2020 Voting Analysis Report". I hereby attest my contributing section is Chapter 2, titled "Wayne and Oakland Counties: Finding Excessive Votes in 2020, Well Outside Their Voting History".  I co-author this section with Dr. Stanley Young.

1

6.    I have already filed an affidavit with an extracted version of this Chapter's report which has Dr. Young's work stripped out and my work alone remaining. The original affidavit already cites my methodology, analysis, and data set selection that matches that found in the larger Michigan statistical report.

I declare under the penalty of perjury that the foregoing is true and correct.

November 28, 2020

Eric Quinnell, Ph.D.

# Eric Charles Quinnell, Ph.D.

6501 Orchard Hill Dr.
Austin, TX  78739
eric.quinnell@gmail.com
(512) 736-1488

**Education**

**Doctor of Philosophy, Computer Arithmetic, May 2007**
Dissertation Title: *Floating-Point Fused Multiply-Add Architectures*
**Master of Science, Circuit Design, May 2006**
**Bachelor of Science, Electrical Engineering - magna cum laude, May 2004**
The University of Texas at Austin

**Experience**

**ARM**

**Principal Engineer – current – Core Architect (2022 ELP core)**
- Designed and specified isa and uArch plan for next gen "big" cpu core, setting general vision for full cpu team intercept
- Wrote performance models, rtl experiments, timing experiments, verification code, micro benchmarks
- Extracted new traces, workloads, MTBF data, and ram model tradeoffs to gather data for future insight
- Worked with post silicon, compilers, customers, mid/small cpu groups, marketing, tech leads, unit engineers to define full spectrum PPA and engineer work tradeoffs

**Samsung**

**Principal Engineer – Front-End Fetch/Branch-Predict Lead Micro Architect – (Exynos M4, M5, Galaxy S10/S11/S20)**
- Lead uArchitect, team lead for Front-End Fetch and Neural Net Branch Predictors, ~6 rtl, ~30 engineers all groups
- Individual RTL for predictors, iTags, TLBs, ISA changes, skids, queues, caches, and any/all holes that need filling

**Sr. Staff Engineer 2015-2016 – L3 Lead Micro Architect, Team Lead – (Exynos M3, Galaxy S9)**
- uArchitect, team lead for from-scratch L3 shared cache, ~3 rtl, ~15 engineers all groups
- Individual RTL for tags, snoop filters, LRU, data bank, ECC

**Staff Engineer 2013-2014 – FP/L2 Micro Architect – Mongoose ARMv8 (Exynos M1,M2, Galaxy S7, S8)**
- RTL/uArch for the floating-point multiplier (FPA), floating-point convert (FCVT), NSHUF, NSHIFT
- RTL/uArch for the L2 shared cache, specialized in ECC, write replays, snoops, tags, arbitration
- Sold uArch IP from UT dissertation to Samsung, used in all Exynos M-CPUs (100M+ so far)

**AMD**

**MTS Engineer 2010-2012 – Micro Architect – Jaguar x86 CPU (PS4, Xbox One)**
- RTL/uArch for the floating-point multiplier (FPM), floating-point adder (FPA), AES and math units
- Added SSE4.1, SSE4.2, AES, CLMUL, AVX to FP unit; expanded datapaths to a 128-bit native FPU

**Senior Design Engineer 2007-2009 – Physical Designer – Bobcat x86 CPU (try #2) (Netbooks)**
- Designed a variable width sleep FET implementation for the Bobcat core-C6 sleep state, 45nm
- Physical block owner of L2 Cache. (SAPR, ECOs, DRC/LVS)

**Design Engineer II 2006-2007 – Physical Designer – Bobcat x86 CPU (try #1)**
- Physical custom placement designer for floating-point multiplier (FPM) and floating-point adder (FPA)
- CAD method developer and owner of route, IR, and power/signal EM, 65nm

**Patents**:
**US8037118, US8078660, US8415972, US8988108, US9291676, US9461667, US9830129, US9904545, US10108398, US10360158, US10564963, US10740236, more Samsung and ARM applications pending**

**Publications**:
**[1]** Brian Grayson, Jeff Rupley, Gerald Zuraski, Eric Quinnell, Daniel A. Jiménez, Tarun Nakra, Paul Kitchin, Ryan Hensley, Edward Brekelbaum, Vikas Sinha, Ankit Ghiya, "*Evolution of the Samsung Exynos CPU Microarchitecture,*" 2020 ACM/IEEE 47th Annual International Symposium on Computer Architecture (ISCA), 2020.
**[2]** Jeff Rupley, John King, Eric Quinnell, Frank Galloway, Ken Patton, Peter-Michael Seidel, James Dinh, Hai Bui, Anasua Bhowmik, "*The Floating-Point Unit of the Jaguar x86 Core*," 2013 IEEE 21st Symposium on Computer Arithmetic
**[3]** A. Rogers, D. Kaplan, E. Quinnell, and B. Kwan**,** "*The Core-C6 (CC6) Sleep State of the AMD Bobcat x86 Microprocessor*," ISLPED '12, Aug 2012.
**[4]** E. Quinnell, E. E. Swartzlander, Jr., and C. Lemonds, "*Bridged Fused Multiply-Add Design,*" IEEE Transactions on VLSI Systems, 2008.
**[5]** E. Quinnell, E. E. Swartzlander, Jr, "*Introduction to Floating-Point Arithmetic Systems,*" J.W. Wiley Encyclopedia of Computer Engineering, 2008.
**[6]** E. Quinnell, "*Floating-point fused multiply-add architectures,*" PhD Thesis, The University of Texas at Austin, 2007
**[7]** E. Quinnell, E. E. Swartzlander, Jr., and C. Lemonds, "*Floating-Point Fused Multiply-Add Architectures,*" Proceedings of the 41st Asilomar Conference on Signals, Systems, and Computers (ACSSC), 2007.

**Actual Life**:
Eagle Scout, Collegiate Medaling Archer, Father of 3, Cub Scout Den Leader, Visiting uArch lecturer (UT, Madison), MMA

**Declaration of S. Stanley Young**

Pursuant to 28 U.S.C Section 1746, I, S. Stanley Young, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a trained statistician with experience in multiple fields, biology, chemistry, drug discovery, etc. I am a Fellow of the American Statistical Association and also a Fellow of the American Association for the Advancement of Science. I am or have been an adjunct professor of statistics at five research universities. I am currently on the EPA Science Advisory Board. I have over 60 published papers.

3. I reside at 3401 Caldwell Drive, Raleigh, NC.

4. My affidavit highlights substantial deviance from statistical norms and results regarding voting patterns in Pennsylvania and Michigan.

5. Several counties in both Pennsylvania and Michigan deviate substantially from either previous voting patterns or from other counties in the respective states. My contributions to voting questions are given in two reports: Exhibit A, **Michigan 2020 Voting Analysis Report 11-27-20** (rev 1), and B, **Pennsylvania 2020 Voting Analysis Report 11-16-20** (rev 2).

*S. Stanley Young*

S, Stanley Young

STATE OF FLORIDA
COUNTY CITRUS
SWORN TO (OR AFFIRMED) AND SUBSCRIBED BEFORE
ME ON THIS 28th DAY OF NOVEMBER, 2020 BY
S. STANLEY YOUNG, HE PROVIDED NORTH
CAROLINA DRIVERS LICENSE FOR IDENTIFICATION
NOTARY:
COMM EXP : 06-NOV-2023



ARMAND DAMESIMO, JR.
MY COMMISSION # GG 929949
EXPIRES: November 6, 2023
Bonded Thru Notary Public Underwriters

Young CV 2020

S. Stanley Young
3401 Caldwell Drive
Raleigh, NC 27607-3326
919 782 2759
Cell 919 219 2030
genetree@bellsouth.net

**Current Position:**
CEO CGStat LLC

**Education**
BS, MES, PhD, 1966, 1968, 1974, North Carolina State University, Raleigh, NC

**Postions**

| | |
|---|---|
| 1972-1987 | Research Statistician, Eli Lilly&Co. |
| 1987-2000 | Principle Consultant, GlaxoWelcome |
| 2000-2002 | Director, Statistical Research, GlaxoSmithKline |
| 1996- | Adjunct Professor of Statistics, NCSU |
| 1998- | Adjunct Professor of Statistics, University of Waterloo |
| 2002- | CEO, CGStat, LLC |
| 2002-2015 | Assistant Director for Bioinformatics, NISS |
| 2004- | Adjunct Professor of Statistics, University of British Columbia |
| 2015- | Adjunct Professor of Biostatistics, Georgia Southern University |
| 2018- | Member USEPA Scientific Advisory Board |

**Other Experience and Professional Memberships**

| | |
|---|---|
| 1972- | American Statistical Association |
| 1972- | Biometrics Society |
| 2004 | Program Chair, ASA's Section on SPES |
| 2003 | Program Chair, Midwest Biopharmaceutical Statistics Workshop |

**Honors**

| | |
|---|---|
| 1980 | Best Statistics Paper, SAS Users' Group International |
| 1989 | Best Statistics Paper, SAS Users' Group International |
| 1990 | Fellow of the American Statistics Association |
| 1991 | Best Statistics Application Paper, ASA |
| 1998 | Statistics in Chemistry Award, ASA |
| 1999 | Virtual Screening Conference, Marburg Germany |
| 2000 | Statistics in Chemistry Award, ASA |
| 2000 | Participant of "Biostatistics Workshop" at the Oberwolfach Institute in Germany |
| 2000 | Participant of "Computational Chemistry Workshop" Beilstein Institute of Germany |
| 2006 | Fellow of the American Association for the Advancement of Science |
| 2006 | Statistics in Chemistry Award, ASA |

**Book**
Peter H. Westfall and S. Stanley Young (1993) *Resampling-based Multiple Testing*, John Wiley&Sons

**Book Chapters**
Young SS, Hawkins DM. (2004) Using recursive partitioning analysis to evaluate compound

selection methods. Chemoinformatics: Methods and Protocols Ed. J. Bajorath. The Humana Press Inc., Totowa, NJ 07512

Westfall, W.H., Zaykin, D.V. and Young, S.S. (2002) Multiple tests for genetic effects in association studies. Biostatistical Methods. S.W. Looney, Ed. Humana Press Inc., Totowa, NJ 07512

Lambert CG, Young SS. (2006) Pharmaceutical research and development productivity: Can software help? Computer Applications in pharmaceutical research and development, Ekins S, Wang B. Eds Wiley

Young SS, Obenchain RL, Lambert CG. (2016) A Problem of Bias and Response Heterogeneity. In Standing with Giants. Eds. Moghissi AA and Ross G. American Council on Science and Health.

## Patents
Farmen MW, Lambert CG, Rusinko III AR, Young SS. Statistical deconvoluting of mixtures. US Patent 6,434,542. (1997).

Lam RLH, Welch WJ, Young SS. Cell based binning methods and cell coverage system for molecule selection. US Patent 6,850,876 (2000)

Young SS,  Barrett, Jr. TH, Beecher CW. System, method, and computer program product for analyzing spectrometry data to identify and quantify individual components in a sample. US Patent 7,561,975 (2009)

## Papers
Gries CL,  Young SS. (1982) Positive correlation of body weight with pituitary tumor incidence in rats. *Fundamental and Applied Toxicology* 2:145-148.

Young SS. On the choice of experimental populations for research in neurobehavioral toxicology. *J Toxicol Environ Health.* 1983 Oct-Dec;12(4-6):841-842.

Young SS, Gries CL. (1984) Exploration of the negative correlation between proliferative hepatic lesions and lymphoma in rats and mice - establishment and implications. *Fundamental and Applied Toxicology* 4, 632-640.

Meyers DB, Young SS, Gries CL. (1985) Design of cancer assays for pharmaceutical agents. *J Natl Cancer Inst.* 74,1151-1152.

Young SS, Brannon DR. (1986) Dose selection for long-term rodent carcinogenicity studies. *Fundam Appl Toxicol.* 6, 185-188.

Tamura RN, Young SS. (1986) The incorporation of historical information in tests of proportions: Simulation study of Tarone's procedure. *Biometrics* 42, 343-349.

Tamura RN Young SS. (1987) A stabilized moment estimator for the beta-binomial distribution. *Biometrics* 43, 813-824.

Young SS. (1988) Evaluation of data from long-term rodent studies. *J Natl Cancer Inst.* 80,3-4.

Young SS. (1988) Do short-term tests predict rodent carcinogenicity? *Science.* 241,1232-3.

Westfall PH, Young SS. (1989)  P-value adjustments for multiple tests in multivariate binomial models. *JASA* 84, 780-786.

Young SS. (1989) What is the proper experimental unit for long-term rodent studies? An examination of the NTP benzyl acetate study. *Toxicology.* 54, 233-9.

Young SS. (1989) A blind reanalysis of a random subset of NCI bioassay studies: agreement between rats and mice. *Fundam Appl Toxicol.* 12, 232-41.

Young, S.S. (1991) Drug Design: Examining Large Experimental Designs.  Proceedings of the 23rd Computing Science and Statistics: Symposium on the Interface.

Young, S.S., and Hawkins, D.M. (1995) Analysis of a $2^9$ full factorial chemical library. *J. Medicinal Chemistry* 38, 2784-2788.

Young S S, Farmen M., Rusinko A. III (1996) Random versus rational which is better for general compound screening?  Network Sci. [Electronic Publication] 2(7), URL: http://www.awod.com/netsci/Issues/Aug96/feature3.html

Hawkins, D.M., Young, S.S., and Rusinko, A. III (1997) Analysis of a large structure-activity data set using recursive partitioning. *QSAR* 16: 296-302.

Young SS, Sheffield CF,  Farmen, M. (1997) Optimum utilization of a compound collection or chemical library for drug discovery. *J. Chem. Info. Comp. Science* 37: 892-899.

Young, S.S. and Hawkins, D.M. (1998) Using recursive partitioning to analyze a large SAR data set. *SAR and QSAR in Environmental Research* 8: 183-193.

Westfall PH, Young SS, Lin DKJ. 1998. Forward selection error control in the analysis of supersaturated designs. Statistica Sinica 8, 101-117.

Chen X, Rusinko A III, Young SS. (1998) Recursive partitioning analysis of a large structure-activity data set using three-dimensional descriptors. *J. Chem. Info. Comp. Science* 38: 1054-1062.

Westfall PH, Krishen A, Young SS. (1998) Using prior information to allocate significance levels for multiple endpoints. *Stat Med.* 17, 2107-19.

Chen X, Rusinko A., Tropsha A, Young S S. (1999) Automated pharmacophore identification for large chemical data sets. *J. Chem. Info. Comp. Science* 39, 887–896.

Rusinko A, Farmen MW, Lambert CG, Brown PL, Young SS. (1999). Analysis of a large structure/biological activity data set using recursive partitioning, *J Chemical Inf Comp Sci*, 39, 1017-1026.

Jones-Hertzog DK, Mukhopadhyay P, Keefer CE, Young SS. (1999) Use of recursive partitioning in the sequential screening of G-protein-coupled receptors. *J Pharmacol Toxicol* 42, 207-215.

Drewry, D.H., Young, S.S. (1999) Approaches to the Design of Combinatorial Libraries. *Chemom. Intell. Lab. Syst.*, 48, 1-20.

Zaykin DV, Young SS, Westfall PH. (2000) Using the false discovery rate approach in the genetic dissection of complex traits: a response to Weller et al. *Genetics.* 154, 1917-8.

Young SS, Gombar VK, Emptage MR., Cariello NF, Lambert C, (2001) Mixture deconvolution and analysis of Ames mutagenicity data. *Chemometrics and Intelligent Laboratory Systems* 60, 5-11.

Xie, M., Tatsuoka, K., Sacks, J., and Young, S.S. (2001) Group testing with blockers and synergism. *JASA* 96: 92-102.

Abt M., Lim Y-B, Sacks J., Xie M., Young S.S. (2001) A sequential approach for identifying lead compounds in large chemical databases. *Stat Sci* 16, 154-168.

Zhu L, Hughes-Oliver JM, Young, S.S. (2001) Statistical decoding of potent pools based on chemical structure. *Biometrics,* 57 (3), 922--930.

Young, SS, Lam RLH, Welch W. (2002) Initial compound selection for sequential screening. *Current Opinion in Drug Discovery & Development* 5, 422-427.

Yi B, Hughes-Oliver JM, Zhu L, Young, S.S. 2002. A Factorial Design to Optimize Cell-Based Drug Discovery Analysis. *J. Chem. Info. Comp. Science,* 42, 1221-1229.

Lam R, Welch W, Young SS. (2002) Cell-based design of high throughput screening sets. *Technometrics* 44:99-109.

Westfall PH, Zaykin DV, Young SS. (2002) Multiple tests for genetic effects in association studies. *Methods Mol Biol.* 184:143-68.

Zaykin, D.V., Westfall, P.H., Young, S.S., Karnoub, M.A., Wagner, M.J., Ehm, M.G. (2002) Testing Association of Statistically Inferred Haplotypes with Discrete and Continuous Traits in Samples of Unrelated Individuals. *Human Heredity* 53, 79–91.

Feng J, Lurati L, Ouyang H, Robinson T, Wang Y, Yuan S, and Young SS. (2003) Predictive toxicology: Benchmarking molecular descriptors and statistical Methods. *J Chem Inf Comput Sci* 43, 1463-1470

Liu L, Hawkins DM, Ghosh S, Young SS. (2003) Robust singular value decomposition analysis of microarray data. *Proceedings of the National Academy of Sciences*, 100, 13167-13172.

Young SS, Wang M, Gu F. (2003) Design of diverse and focused combinatorial libraries using an alternating algorithm. *J. Chem. Info. Comp. Science* 43, 1916-1921.

Hawkins DM, Wolfinger RD, Liu L, and Young SS. (2003) Exploring blood spectra for Signs of Ovarian Cancer. *Chance*, 16, 19-23.

Young SS, Ge N.  Design of diversity and focused combinatorial libraries in drug discovery. *Current Opinion in Drug Discovery & Development* 2004 7, 318-324.

Jung SH, Bang H, Young SS. (2005) Sample size calculation for multiple testing in microarray data analysis. *Biostatistics* 6, 157-169.

Liu, J., Feng, J., Young, S.S. (2005) PowerMV: A Software Environment for Molecular Viewing,

Descriptor Generation, Data Analysis and Hit Evaluation. *J. Chem. Inf. Model.* 45, 515-522.

Young SS, Ge N. (2005) Recursive partitioning analysis of complex disease pharmcogenetic studies: I. Motivation and overview. *Pharmacogenomics.* 6, 65-75.

Karr AF, Feng J, Lin X, Sanil AP, Young SS, Reiter JP. (2005) Secure analysis of distributed chemical databases without data integration. *J Comput Aided Mol Des.* 19, 739-747.

Zaykin, D.V., Young, S.S. (2005) Recursive partitioning as a tool for pharmcogenetic studies of complex diseases: II. Statistical considerations. *Pharmacogenomics.* 6, 77-89.

Karr AF, Fulp WJ, Vera F, Young SS, Lin X, Reiter JP. (2006) Secure, privacy-preserving analysis of distributed databases. *Technometrics* 48, 133-143.

Feng J., Sanil A, Young SS. (2006) PharmID: Pharmacophore identification using Gibbs sampling. *Journal of Chemical Information and Modeling.* 46, 1352-1359.

Young, SS, Fogel, P., Hawkins, DM. (2006) Clustering Scotch Whiskies using Non-Negative Matrix Factorization. *Q&SPES News* 14, 11-13.

Remlinger KS, Hughes-Oliver JM, Young SS, Lam RL. (2006) Statistical design of pools using optimal coverage and minimal collision. *Technometrics* 48, 133-143.

Wang, X. S., Salloum, G.A., Chipman, H.A., Welch, W.J. Young, S.S. (2007) Exploration of cluster structure-activity relationship analysis in efficient high-throughput screening. *J. Chem. Inf. Model.* 47, 1206-1214.

Fogel P, Young SS, Hawkins DM, Ledirac N. (2007) Inferential, robust non-negative matrix factorization analysis of microarray data. *Bioinformatics* 23, 44-49.

Young SS. (2008) Re: Low-fat dietary pattern and cancer incidence in the Women's Health Initiative Dietary Modification Randomized Controlled Trial. *J Natl Cancer Inst.* 100:284.

Marcus P, Arnold RJG, Ekins S, Sacco P, Massanari M, Young SS, Donohue J, Bukstein D. (2008) A retrospective randomized study of asthma control in the US: results of the CHARIOT study Current Medical Research and Opinion, 24, 3443-3452.

Young SS, Bang H, Oktay K.(2009) Cereal-induced gender selection? Most likely a multiple testing false positive. *Proc. Roy Soc B* 276(1660): 1211–1212.

Fogel P, Gobinet C, Young SS, Zugaj D. (2009) Evaluation of unmixing methods for the separation of quantum dot sources. *WHISPERS 2009*

Young SS, Yu M. (2009) To the Editor: Association of Bisphenol A with diabetes and other abnormalities. *JAMA* 301:720-722.

Young SS. (2009) Bias, multiple modeling and trust me science. Pediatrics. (on line)

Young SS. (2009) Acknowledge and fix the multiple testing problem. *International Journal of Epidemiology* doi: 10.1093/ije/dyp188.

Profeta S Jr., Kumar SVS, Austin R, Young SS. (2010) Differential reactivity of thiophene-2-carboxylic and thiophene-3-carboxylic acids. Results from DFT and Hartree–Fock theory. *Journal of Molecular Graphics and Modelling* 28:540-547.

Young SS, Karr A. (2011) Deming, data and observational studies: A process out of control and needing fixing. *Significance*, September, 122-126.

Triant VA, Josephson F, Rochester CG, Althoff KN, Marcus K, Munk R, Cooper C, D'Agostino RB, Costagliola D,Sabin CA,10 P. L. Williams PL,11 S. Hughes S,12 W. S. Post WS, Chandra-Strobos N, Guaraldi G, Young SS, Obenchain R, Bedimo R, Miller V, Strobos J. (2011) *Adverse Outcome Analyses of Observational Data: Assessing Cardiovascular Risk in HIV Disease. Clinical Infectious Diseases. doi: 10.1093/cid/cir829*

Beasley CM, Benson C, Xia JQ, Young SS, Haber H, Mitchell MI, Loghin C. (2011) Systematic decrements in QTc between the first and second day of contiguous daily ECG recordings under controlled conditions. *PACE* 34, 1116-1127.

Hughes-Oliver JM, Brooks A, Welch W, Khaldei MG, Hawkins DM, Young SS, Patil K, Howell GW, Ng RT, Chu MT. (2011-2012) ChemModLab: A web-based cheminromates modeling laboratory. *In Silico Biology* 11, 61-81.

Anamitra Pal A, J. S. Thorp JS, Khan T, Young KT (2013) Classification trees for complex synchrophasor data, *Electric Power Components and Systems* 41, 1381-1396.

Young SS, Katzoff M. (2013) Multivitamins for cancer prevention in men. *JAMA* 309, 980-981.

Obenchain RL, Young SS. (2013) Advancing statistical thinking in health care research. *Journal of Statistical Theory and Practice* 7, 456-469.

Young SS, Xia JQ. (2013) Assessing geographic heterogeneity and variable importance in an air pollution data set. *Statistical analysis and data mining.* 6, 375-386.

Young SS. (2013) Re: "Modeling the association between particle constituents of air pollution and health outcomes. *American Journal of Epidemiology* 177, 195.

Zhang K, Hughes-Oliver JM, Young SS. (2013) Analysis of high-dimensional structure-activity screening datasets using the Optimal Bit String Tree. *Technometrics* 55, 161-173.

Fogel P, Hawkins DM, Beecher C, Luta G, Young SS. (2013) A tale of two matrix factorizations. *The American Statistician* 67, 207-218.

Webb D, Leahy MM, Milner JA, Allison DB, Dodd KW, Gaine PC, Matthews RAJ, Schneeman BO, Tucker KL, Young SS. (2013) Strategies to optimize the impact of nutritional surveys and epidemiological studies. Advances in Nutrition (Impact Factor: 3.2). 01/2013; 4(5):545-7.

Kuske RR, Young SS. (2014) Breast brachytherapy versus whole-breast irradiation: Reported differences may be statistically significant but clinically trivial. *Radiation Oncology* 88, 266-268.

Young SS, Fogel P. (2014) Air pollution and daily deaths in California. Proceedings, 2014 Discovery Summit. https://community.jmp.com/docs/DOC6691/

Lopiano KK, Obenchain RL, Young SS. (2014) Fair Treatment Comparisons in Observational Research. *Statistical Analysis and Data Mining* 7, 376–384.

Young SS. (2015) Where there is smoke, there are often mirrors. *BMJ 2014;348:g40* http://www.bmj.com/content/348/bmj.g40/rr

Young SS, Obenchain RL, Krstic G. (2015) Local Control Analysis of Radon and Ozone. Discovery Summit 2015. https://community.jmp.com/docs/DOC-7784

Lopiano KK, Smith RL, Young SS (2015) Air quality and acute deaths in California, 2000-2012. https://arxiv.org/abs/1502.03062

Fogel P, Gaston-Mathé Y, Fogel F, Luta G, Young SS. (2016) Applications of a Novel Clustering Approach Using Non-Negative Matrix Factorization to Environmental Research in Public Health. International Journal of Environmental Research and Public Health. 13,509 doi:10.3390/ijerph13050509.

Obenchain RL, Young SS. (2017) Local Control strategy: Simple analyses of air pollution data can reveal heterogeneity in longevity outcomes. Risk Analysis. Risk Anal. doi: 10.1111/risa.12749

Young SS. (2017) Air quality environmental epidemiology studies are unreliable. Regulatory Toxicology and Pharmacology 88, 177-180.

Young SS, Smith RL, Lopiano KK. (2017) Air quality and acute deaths in California, 2000-2012. Regulatory Toxicology and Pharmacology 88, 173-184.

Peace KE, Yin JJ, Rochani H, Pandeya S, Young SS. (2018) A Serious Flaw in Nutrition Epidemiology: A Meta-Analysis Study. International Journal of Biostatistics. **Published Online**: 2018-11-22 | **DOI:** doi.org/10.1515/ijb-2018-0079

You C, Lin DJK,Young SS. (2018) $PM_{2.5}$ and ozone, indicators of air quality, and acute deaths in California, 2004–2007. Regulatory Toxicology and Pharmacology 96:190-196.

You C, Lin DKJ, Young SS (2018) Time series smoother for effect detection. PLoS ONE 13(4): e0195360. doi.org/10.1371/journal.pone.0195360

Young SS, Acharjee MK, Das K. (2018) The reliability of an environmental epidemiology meta-analysis, a case study. Regulatory Toxicology and Pharmacology. 102:47-52.

Young SS and Fogel P. (2018) MetaEval: a JMP add-in to evaluate a claim coming from a meta-analysis [version 1; not peer reviewed]. *F1000Research* 2018, **7**:1913 (slides) doi: 10.7490/f1000research.1116344.1)

Obenchain, R., Young, S. S., Krstic, G. 2019. Low-level radon exposure and lung cancer mortality. Regulatory Toxicology and Pharmacology 107 (2019) 104418 https://doi.org/10.1016/j.yrtph.2019.104418.]

Young SS, Kindzierski KB. 2018. Combined background information for meta-analysis evaluation. https://arxiv.org/abs/1808.04408

Young SS, Kindzierski KB. 2019. Evaluation of a meta-analysis of air quality and heart attacks, a case study, Critical Reviews in Toxicology, doi: 10.1080/10408444.2019.1576587

**Declaration of Louis Bouchard**

Pursuant to 28 U.S.C Section 1746, I, Louis Bouchard, make the following declaration.

1. My name is Louis Bouchard.  I am over the age of 21 years and I am competent to testify in this action.  All of the facts stated herein are true and based on my personal knowledge.  All scientific conclusions herein are made to a reasonable degree of scientific certainty in my fields of expertise.

2. I received a Bachelor of Science in Physics in 1996 (McGill University), a Master of Science in Medical Biophysics in 1999 (University of Toronto) and a Ph.D. in Chemistry in 2005 (Princeton University).

3. I have extensive professional experience as a research scientist and teacher at a research university and have taught hundreds of students and mentored many graduate and undergraduate students. In this capacity, I frequently engage in complex and sophisticated data modeling and statistical analysis. I am required to prepare scientific papers and give presentations in class and at scientific meetings.  I make this declaration in my personal capacity.

**Executive Summary**

4. I was asked and willingly participated as part of a statistical team of unpaid citizen volunteer scientists, mathematicians, and engineers to produce a statistical vote analysis of the Michigan 2020 Presidential Election.

5. The team produced a report entitled "Michigan 2020 Voting Analysis Report".  I hereby attest that my contributed section is a Chapter titled "Statistical Analysis of Michigan 2020 Election" where I analyzed Edison time-course data for Michigan and compared it to Florida.  I have found statistical anomalies in the vote count.  The reported findings are of the "statistically impossible" kind.  I authored this section as a sole author.

6. The Chapter is a simplified version (i.e. layman's version) of a more detailed report, which is available on request.


November 29, 2020

Louis Bouchard, Ph.D.

# LOUIS BOUCHARD

Associate Professor | UCLA Departments of Chemistry & Biochemistry and of Bioengineering

## education and training

| | |
|---|---|
| 2005-08 | UC Berkeley | Post Doc | Chemistry & Materials Sciences |
| 2000-05 | Princeton University | Ph.D. | Physical Chemistry |
| 1997-99 | University of Toronto | M.Sc. | Medical Biophysics |
| 1993-96 | McGill University | B.Sc. | Physics |

## awards and honors

2015   ΑΧΣ (UCLA) Glenn T. Seaborg Award
2015   Chinese Academy of Sciences | CAS President's International Fellowship
2014   Jonsson Comprehensive Cancer Center | Seed Grant Award
2014   UCLA Diversity & Faculty Development | Faculty Career Development Award
2013   UCLA Diversity & Faculty Development | Faculty Career Development Award
2013   Jonsson Comprehensive Cancer Center | Seed Grant Award
2012   Arnold and Mabel Beckman Foundation | Beckman Young Investigator Award
2012   Exploratory Research Space | RWTH Aachen University
2012   UCLA Diversity & Faculty Development | Faculty Career Development Award
2011   Jonsson Comprehensive Cancer Center | Seed Grant Award
2011   UCLA Council on Research | Faculty Research Grant Award
2010   Spectroscopy Society of Pittsburgh | Starter Grant Award
2008   Camille and Henry Dreyfus Foundation | New Faculty Award
2003   Princeton University | Charlotte Elizabeth Procter University Honorific Fellowship
1998   University of Toronto | Graduate Fellowship

## appointments

2014-       UCLA | Molecular Biology Institute | Associate Member
2012        RWTH Aachen University | Visiting Scientist
2009-       UCLA | California NanoSystems Institute | Member
2009-       UCLA | Affiliate Faculty | Department of Bioengineering
2008-2016   UCLA | Assistant Professor | Department of Chemistry and Biochemistry
2016-       UCLA | Associate Professor | Department of Chemistry and Biochemistry
2018-       Associate Editor | *Science Advances*

## patents

1. **US National Stage Patent Application No. 16/626,508** (Filed: December 24, 2019) **PCT Patent Application No. PCT/US2018/039944, WO2019006088A1** (Filed: Jun. 28, 2017, Published: Jan. 3, 2019)**.** Title: "Training artificial neural networks with reduced computational complexity". Inventors: Youssef K, **Bouchard LS**.
2. **US Patent Application no. 15/799,498** (Filed: Nov. 1, 2016 as Provisional Appln. No. 62/415,986)**.** Title: "Biologically applicable water-soluble heterogeneous catalysts for para-hydrogen induced polarization". Inventors: Glöggler S, Wagner S, **Bouchard LS**.
3. **US Patent no. US20160171727A1** (Granted: Apr. 24, 2018).  Title: "Feature-preserving image noise removal". Inventors: Youssef K, **Bouchard LS**.

4. **International Patent Application no. PCT/US2014/055507** (Filed: Sep. 12, 2014). Title: "Universal bio diagnostic, drug delivery device & marker for correlated optical & electron microscopy". Inventors: Zurbuchen M, Lake M, Zhou ZH, **Bouchard LS**.
5. **US Patent no. US20150137807 A1** (Application: US 14/413,679)**; International Patent no. WO/2014/011937 A1.** (Application: PCT/US2013/050161, Published: Jan. 16, 2014). Title: "Miniaturized magnetic resonance probe". Inventors: Hu J, **Bouchard LS**.
6. **US Patent no. US8547095 B2** (Application: US 12/753,306, Published: Oct. 1, 2013)**; International Patent no. WO/2009/046350 A1** (Application: PCT/US2008/078820, Published: Apr. 9, 2009). Title: "Detection of magnetic resonance signals using a magnetoresistive sensor". Inventors: Budker D, Pines A, Xu S, Hilty C, Ledbetter MP, **Bouchard LS**.
7. **US Patent no. US20110001478 A1** (Application: US 12/747,488, Published: Jan. 6, 2011)**; International Patent no. WO/2009/097053 A1** (Application: PCT/US2008/086646, Published: Aug. 6, 2009). Title: "Magnetic resonance imaging of living systems by remote detection". Inventors: Wemmer DE, Pines A, **Bouchard LS**, Xu S, Harel E, Budker D, Lowery T, Ledbetter MP.
8. **US Patent no. US8570042 B2** (Application: US 12/675,604, Published: Oct. 29, 2013)**; International Patent no. WO/2009/029896 A1** (Application: PCT/US2008/074925, Published: Mar. 5, 2009). Title: "Adjustable permanent magnet assembly for NMR and MRI". Inventors: Pines A, Paulsen A, **Bouchard LS**, Blümich B.
9. **US Patent no. US8633693 B2** (Application: US 12/594,341, Published: Jan. 21, 2014)**; International Patent no. WO/2008/154059 A9** (Application: PCT/US2008/059183, Published: Feb. 19, 2009). Title: "Rotating-frame gradient fields for magnetic resonance imaging and nuclear magnetic resonance in low fields". Inventors: **Bouchard LS**, Pines A, Demas V.
10. **US Patent no. US20120136241 A1** (Application: US 13/202,976, Published: May 31, 2012)**; International Patent no. WO/2010/096828** (Application: PCT/US2010/025097, Published: Aug. 26, 2010). Title: "Multi-modality nanoparticles having optically responsive shape". Inventors: Chen FF, **Bouchard LS**.

**p u b l i c a t i o n s** (over 80 publications in peer-reviewed journals)

1. Li H, Zhao X, Wang Y, Lou X, Chen S, Deng E, Shi L, Xie J, Tang D, Zhao J, **Bouchard LS**, Xia L, Zhou X, Damaged lung gas-exchange function of discharged COVID-19 patients detected by hyperpolarized $^{129}$Xe MRI, *Science Advances* 20 Nov 2020: eabc8180 DOI: 10.1126/sciadv.abc8180
2. Hasani-Sadrabadi MM, Majedi FS, Miller ML, Thauland TJ, **Bouchard LS**, Li S and Butte MJ, Augmenting T-cell responses to tumors by in situ nanomanufacturing, *Materials Horizons* (advance article) https://doi.org/10.1039/D0MH00755B
3. Majedi FS, Hasani-Sadrabadi MM, Thauland TJ, Li S, **Bouchard LS**, Butte MJ, T-cell activation is modulated by the 3D mechanical microenvironment, *Biomaterials* **252**, 120058 (2020)
4. Youssef K, Cai Y, Schuette G, Zhang D, Huang Y, Rahmat-Samii Y, **Bouchard LS**, Scalable End-to-End Radar Classification: A Case Study on Undersized Dataset Regularization by Convolutional-MST (in preparation)
5. Koumoulis D, Fang L, Chung DY, Kanatzidis MG, **Bouchard LS**, Evolution of nontrivial Fermi surface features in the band structures of the homologous members $Pb_5Bi_6Se_{14}$ and $Pb_5Bi_{12}Se_{23}$, *Phys. Rev. B.* **101**, 115309 (2020)
6. Zheng Q, Guo Q, Yuan Y, Zhang X, Jiang W, Xiao S, Zhang B, Lou X, Ye C, Liu M, **Bouchard LS**, Zhou X, A Small Molecule Multifunctional Tool for pH Detection, Fluorescence Imaging and Photodynamic Therapy, *ACS Appl. Bio Mater.* **3**, 1779-1786 (2020)

7. Kaltschnee L, Jagtap AP, McCormick J, Wagner S, **Bouchard LS**, Utz M, Griesinger C, Glöggler S, Hyperpolarization of Amino Acids in Water Utilizing Parahydrogen on a Rhodium Nanocatalyst, *Chemistry: A Europeau Journal* **25**, 11031-11035 (2019)

8. Majedi FS, Hasani-Sadrabadi MM, Thauland TJ, Li S, **Bouchard LS**, Butte MJ, Augmentation of T-Cell Activation by Oscillatory Forces and Engineered Antigen-Presenting Cells, *Nano Letters* **19**, 6945-6954 (2019)

9. Yang S, McCormick J, Mamone S, **Bouchard LS**, Glöggler S, Nuclear Spin Singlet States in Photoactive Molecules: From Fluorescence/NMR Bimodality to a Bimolecular Switch for Spin Singlet States, *Angewandte Chemie* **58**, 2879-2883 (2019)

10. Archer BJ, Überrück T, Mack JJ, Youssef K, Jarenwattananon NN, Rall D, Wypysek D, Wiese M, Bluemich B, Wessling M, Iruela-Arispe ML, **Bouchard LS**, Non-Invasive Quantification of Cell Density in 3D Gels by MRI, *IEEE Trans. Biomed. Eng.* **66**, 821-830 (2019)

11. Acosta VM, **Bouchard LS**, Budker D, Folman R, Lenz T, Maletinsky P, Rohner D, Schlussel Y, Thiel L, Color centers in diamond as novel probes of superconductivity, *Journal of Superconductivity and Novel Magnetism* **32**, 85-95 (2019)

12. Youssef K, **Bouchard LS**, Haigh KZ, Krovi H, Silovsky J, Vander Valk CP, Machine learning approach to RF transmitter identification, *IEEE Journal of Radio Frequency Identification* **2**, 197-205 (2018) see also: arXiv:1711.01559 (2017)

13. McCormick J, Korchak S, Mamone S, Ertas Y, Liu Z, Verlinsky L, Wagner S, Glöggler S, **Bouchard LS**, Over 12% polarization and 20 minute lifetime of $^{15}N$ on choline derivative utilizing parahydrogen and Rh nanocatalyst in water, *Angew. Chem.* **57**, 1-6 (2018)

14. Hasani-Sadrabadi MM, Majedi FS, Bensinger SJ, Wu BM, **Bouchard LS**, Weiss PS, Moshaverinia A, Mechanobiological mimicry of helper T lymphocytes to evaluate cell-biomaterials crosstalk, *Adv. Mater.* **30**, 1706780 (2018)

15. Jarenwattananon NN, **Bouchard LS**, Breakdown of Carr-Purcell-Meiboom-Gill spin echoes in inhomogeneous fields, *J. Chem. Phys.* **149**, 084304 (2018)

16. Majedi FS, Hasani-Sadrabadi MM, Kidani Y, Thauland TJ, Moshaverinia A, Butte MJ, Bensinger SJ, **Bouchard LS**, Cytokine secreting microparticles engineer the fate and the effector functions of T cells, *Adv. Mater.* **9**, 23400-08 (2017)

17. Koumoulis D, Kupers M, Touzani R, Zhang Y, Fokwa BPT, **Bouchard LS**, $Cr_3$ triangles induced competing magnetic interactions in the new metal boride $TiCrIr_2B_2$: An NMR and DFT study, *Mater. Res. Bull.* **100**, 91-96 (2017)

18. Mack JJ, Mosqueiro T, Archer BJ, Jones W, Sunshine H, Faas G, Briot A, Aragon R, Su T, Romay M, McDonald A, Kuo CH, Lizama C, Lane T, Zovein A, Fang Y, Tarling E, de Aguiar Vallim T, Navab M, Fogelman A, **Bouchard LS**, Iruela-Arispe ML, NOTCH1 is a mechanosensor in adult arteries, *Nat. Commun.* **8**, 1620 (2017)

19. Koumoulis D, Taylor RE, McCormick J, Ertas YN, Pan L, Che X, Wang KL, **Bouchard LS**, Effects of Cd vacancies and unconventional spin dynamics in the Dirac Semimetal $Cd_3As_2$, *J. Chem. Phys.* **147**, 084706 (2017)

20. Yang Y, Chen S, Liu L, Li S, Zeng Q, Zhao X, Li H, Zhang Z, **Bouchard LS**, Liu M, Zhou X, Increasing cancer therapy efficiency through targeting and localized light activation, *ACS Appl. Mater. Interfaces* **9**, 23400-23408 (2017)

21. Lake M, **Bouchard LS**, Targeted nanodiamonds for identification of subcellular protein assemblies in mammalian cells, *PLOS ONE* **12**, e0179295 (2017)

22. McCormick J, Grunfeld AM, Ertas YN, Biswas AN, Marsh KL, Wagner S, Glöggler S, **Bouchard LS**, Aqueous ligand-stabilized palladium nanoparticle catalysts for parahydrogen induced $^{13}C$ hyperpolarization, *J. Am. Chem. Soc.* **89**, 7190-7194 (2017)

23. Yang S, Yuan Y, Jiang W, Ren L, Deng H, **Bouchard LS**, Zhou X, Liu M, Hyperpolarized $^{129}Xe$ MRI sensor for $H_2S$, *Chem. Eur. J.* **23**, 7648-7652 (2017)

3

24. Ertas YN, **Bouchard LS**, Controlled nanocrystallinity in Gd nanobowls leads to magnetization of 226 emu/g, *J. Appl. Phys.* **121**, 093902 (2017)

25. Zheng Q, Guo Q, Yuan Y, Yang Y, Zhang B, Ren L, Zhang X, Luo Q, Liu M, **Bouchard LS**, Zhou X, Mitochondria targeted and intracellular biothiol triggered hyperpolarized $^{129}$Xe magneto-fluorescent biosensor, *Anal. Chem.* **89**, 2288-2295 (2017)

26. Chen J, Lourette S, Rezai K, Hoelzer T, Lake M, Nesladek M, **Bouchard LS**, Hemmer P, Budker D, Optical quenching and recovery of photoconductivity in single-crystal diamond, *Appl. Phys. Lett.* **110**, 011108 (2017)

27. Jarenwattananon NN, **Bouchard LS**, Jarenwattananon and Bouchard Reply, *Phys. Rev. Lett.* **117**, 249702 (2016)

28. Koumoulis D, Scheifers JP, St. Touzani R, Fokwa BPT, **Bouchard LS**, Pseudogap formation and vacancy ordering in the new perovskite boride $Zr_2Ir_6B$, *Acta Materialia* **120**, 32-39 (2016)

29. Koumoulis D, Scheifers JP, St. Touzani R, Fokwa BPT, **Bouchard LS**, Direct chemical fine-tuning of electronic properties in $Sc_2Ir_{6-x}Pd_xB$, *ChemPhysChem* **17**, 2972-2976 (2016)

30. Yang S, Jiang W, Ren L, Yuan Y, Zhang B, Luo Q, Guo Q, **Bouchard LS**, Liu M, Zhou X, Biothiol xenon MRI sensor based on thiol-addition reaction, *Anal. Chem.* **88**, 5835-5840 (2016)

31. Youssef K, Jarenwattananon NN, **Bouchard LS**, 4-D Flow Control in Porous Scaffolds: Toward a Next Generation of Bioreactors, *IEEE TBME* **64**, 61-69 (2017)

32. Guo Q, Zeng Q, Jiang W, Zhang X, Luo Q, Zhang X, **Bouchard LS**, Liu M, Zhou X, A molecular imaging approach to mercury sensing based on hyperpolarized $^{129}$Xe molecular clamp probe, *Chem. Eur. J.* **22**, 3967-3970 (2016)

33. Glöggler S, Grunfeld AM, Ertas YN, McCormick J, Wagner S, **Bouchard LS**, Surface Ligand-Directed Pair-wise Hydrogenation for Heterogeneous Phase Hyperpolarization, *Chem. Comm.*, **52**, 605-608 (2016)

34. Ertas YN, Jarenwattananon NN, **Bouchard LS**, Oxide-Free Gadolinium Nanocrystals with Large Magnetic Moments, *Chem. Mater.* **27**, 5371-5376 (2015)

35. Koumoulis D, Morris GD, He L, Kou X, King D, Wang D, Hossain MD, Wang KL, Fiete GA, Kanatzidis MG, **Bouchard LS**, Nanoscale β-Nuclear Magnetic Resonance Depth Imaging of Topological Insulators, *Proc. Natl. Acad. Sci. USA* **112**, E3645-E3650 (2015)

36. Koumoulis D, Chasapis TC, Leung B, Taylor RE, Stoumpos CC, Calta NP, Kanatzidis MG, **Bouchard LS**, Site-specific Contributions to the Band Inversion in a Topological Crystalline Insulator, *Adv. Electr. Mater.* **1**, 1500117, 12pp (2015)

37. Youssef K, Jarenwattananon NN, **Bouchard LS**, Feature-Preserving Noise Removal, *IEEE Trans. Med. Imag.* **34**, 1822-1829 (2015)

38. Chasapis TC, Koumoulis D, Leung B, Calta NP, Lo SH, Dravid VP, **Bouchard LS**, Kanatzidis MG, Two-Band Model Interpretation of the p- to n- Transition in Ternary Tetradymite Topological Insulators, *APL Materials* **3**, 083601, 8pp (2015)

39. Glöggler S, Wagner S, **Bouchard LS**, Hyperpolarization of Amino Acid Derivatives in Water for Biological Applications, *Chem. Sci.* **6**, 4261-4266 (2015)

40. Jarenwattananon NN, **Bouchard LS**, Motional Averaging of Nuclear Resonance in a Field Gradient, *Phys. Rev. Lett.* **114**, 197601, 5pp (2015)  (selected, PRL Editors' Suggestion) Erratum *Phys. Rev. Lett.* **116**, 219903 (2016)

41. Brown JW, Jarenwattananon NN, Otto T, Wang JL, Glöggler S, **Bouchard LS**, Heterogeneous Heck Coupling in Multivariate Metal-Organic Frameworks for Enhanced Selectivity, *Catal. Commun.* **65**, 105-107 (2015)

42. Glöggler S, Grunfeld AM, Ertas YN, McCormick J, Wagner S, Schleker PPM, **Bouchard LS**, A Nanoparticle Catalyst for Heterogeneous Phase *Para*-Hydrogen-Induced Polarization in Water, *Angew. Chem. Intl Ed.* **54**, 2452-6 (2015)

4

43. Alexandrova AN, **Bouchard LS**,  Sub-Nano Clusters: The Last Frontier of Inorganic Chemistry, *Adv. Chem. Phys.* **156**, 73-100 (2015)  Eds: SA Rice, AR Dinner, John Wiley & Sons Inc., Hoboken, NJ. ISBN: 978-1-118-94969-6.

44. Otto T, Jarenwattananon NN, Glöggler S, Brown JW, Melkonian A, Ertas YN, **Bouchard LS**,  Effects of Multivariate Linker Substitution, Metal Binding, and Reactor Conditions on the Catalytic Activity of a Pd-Functionalized MOF for Olefin Hydrogenation, *Appl. Catal. A: Gen.* **488**, 248-255 (2014)

45. Brown JW, Nguyen QT, Otto T, Jarenwattananon NN, Glöggler S, **Bouchard LS**,  Epoxidation of Alkenes with Molecular Oxygen Catalyzed by a Manganese Porphyrin-Based Metal-Organic Framework, *Cat. Comm.* **59**, 50-54 (2015)

46. Koumoulis D, Taylor RE, King Jr D **Bouchard LS**,  NMR Study of Native Defects in PbSe, *Phys. Rev. B* **90**, 125201, 6pp (2014)

47. Koumoulis D, Leung B, Chasapis TC, Taylor RE, King Jr D, Kanatzidis MG, **Bouchard LS**,  Understanding Bulk Defects in Topological Insulators From Nuclear-Spin Interactions, *Adv. Func. Mater.* 24, 1519-1528 (2014)

48. Jarenwattananon NN, Glöggler S, Otto T, Melkonian A, Morris W, Burt SR, Yaghi OM, **Bouchard LS**,  Thermal maps of gases in Heterogeneous Reactions, *Nature* **502**, 537-540 (2013)  Story covered in: *Nature* (editorial), *C&E News*, *Chemistry World*,  *SpectroscopyNOW*, *Physics Today*

49. Zurbuchen MA, Lake MP, Kohan SA, Leung B, **Bouchard LS**,  Nanodiamond Landmarks for Subcellular Multimodal Optical and Electron Imaging, *Sci. Rep.* **3**, 2668, 5pp (2013)

50. Waxman A, Schlussel Y, Groswasser D, Acosta VM, **Bouchard LS**, Budker D, Folman R,  Diamond Magnetometry of Superconducting Thin Films, *Phys. Rev. B* **89**, 054509, 9pp (2014)

51. Compton R, Osher S, **Bouchard LS**,  Hybrid Regularization for MRI Reconstruction with Static Field Inhomogeneity Correction, *Inverse Probl. Imag.* **7**, 1215-1233 (2013)

52. Taylor RE, Alkan F, Koumoulis D, Lake MP, King D, Dybowski C, **Bouchard LS**,  A combined NMR and DFT study of Narrow Gap Semiconductors: The case of PbTe, *J. Phys. Chem. C* **117**, 8959-8967 (2013)

53. Koumoulis D, Chasapis TC, Taylor RE, Lake MP, King D, Jarenwattananon NN, Fiete GA, Kanatzidis MG, **Bouchard LS**,  NMR Probe of Metallic States in Nanoscale Topological Insulators, *Phys. Rev. Lett.* **110**, 026602 (2013)

54. Mack JJ, Youssef K, Lake MP, Noel ODV, Wu A, Iruela-Arispe ML, **Bouchard LS**,  Real-Time Maps of Fluid Flow Fields in Porous Biomaterials, *Biomaterials* **34**, 1980-1986 (2013)

55. Taylor RE, Leung B, Lake MP, **Bouchard LS**,  Spin-Lattice Relaxation in Bismuth Chalcogenides, *J. Phys. Chem. C* **116**, 17300-17305 (2013)

56. Budker D, Ledbetter MP, Appelt S, **Bouchard LS**, Wojtsekhowski B,  Polarized Nuclear Target Based on Parahydrogen Induced Polarization. *Nucl. Inst. Meth. Phys. Res. A* **694**, 246-250 (2013)

57. Sharma R, **Bouchard LS**,  Strongly Hyperpolarized Gas From Parahydrogen by Rational Design of Ligand-Capped Nanoparticles, *Sci. Rep.* **2**, 277 (2011)

58. Youssef K, Mack JJ, Iruela-Arispe ML, **Bouchard LS**,  Macro-scale Topology Optimization for Controlling Internal Shear Stress in a Porous Scaffold Bioreactor, *Biotech. & Bioeng.* **109**, 1844-1854 (2012)

59. Sharma R, Taylor RE, **Bouchard LS**,  Intramolecular Ligand Dynamics in $d_{15}$-(PPh$_3$)-Capped Gold Nanoparticles Investigated by $^2$H NMR, *J. Phys. Chem. C* **115**, 3297-3303 (2011)

60. **Bouchard LS**, Acosta VM, Bauch E, Budker D,  Detection of the Meissner effect with a Diamond Magnetometer, *New J. Phys.* **13**, 025017 (2011)

61. Michalak DJ, Xu S, Lowery TJ, Crawford CW, Ledbetter M, **Bouchard LS**, Wemmer DE, Budker D, Pines A,  Relaxivity of Gadolinium Complexes Detected by Atomic Magnetometry, *Magn. Reson. Med.* **66**, 605-608 (2011)

5

62. McFadden C, **Bouchard LS**, Universality of Cluster Dynamics, *Phys. Rev. E* **82**, 061125 (2010)

63. Acosta VM, Bauch E, Ledbetter MP, Waxman A, **Bouchard LS**, Budker D, Temperature Dependence of the Nitrogen-Vacancy Magnetic Resonance in Diamond, *Phys. Rev. Lett.* **104**, 070801 (2010)

64. Robson SA, Peterson R, **Bouchard LS**, Villareal VA, Clubb RT, Heteronuclear Zero Quantum Coherence Nz-Exchange Experiment That Resolves Resonance Overlap and Its Application To Measure the Rates of Heme Binding to the IsdC Protein, *J.Am.Chem.Soc.***132**, 9522-9523 (2010)

65. Franck JM, Demas V, Martin RW, **Bouchard LS**, Pines A, Shimmed Matching Pulses: Simultaneous Control of RF and Static Gradients for Inhomogeneity Correction, *J. Chem. Phys.* **131**, 234506 (2009)

66. **Bouchard LS**, Anwar MS, Liu GL, Hann B, Xie H, Gray JW, Wang X, Pines A, Chen FF, Picomolar Sensitivity MRI and Photoacoustic Imaging of Cobalt Nanoparticles, *Proc. Natl. Acad. Sci. USA* **106**, 4085-4089 (2009)

67. Demas V, Franck JM, **Bouchard LS**, Sakellariou D, Meriles CA, Martin R, Prado PJ, Bussandri A, Reimer JA, Pines A, 'Ex Situ' Magnetic Resonance Volume Imaging, *Chem. Phys. Lett.* **467**, 398-401 (2009)

68. Kelso N, Lee SK, **Bouchard LS**, Demas V, Mück M, Pines A, Clarke JC, Distortion-Free Magnetic Resonance Imaging in the Zero-Field Limit, *J. Magn. Reson.* **200**, 285-290 (2009)

69. **Bouchard LS**, "Shimming pulses" in Magnetic Resonance Microscopy: Spatially Resolved NMR Techniques and Applications, Wiley-VCH, 2009; Ed. Joseph D. Seymour and Sarah Codd.

70. Paulsen JL, Franck J, Demas V, **Bouchard LS**, Least Squares Magnetic-Field Optimization for Portable Nuclear Magnetic Resonance Magnet Design, *IEEE Trans. Magn.* **44**, 4582-4590 (2008)

71. Paulsen JL, **Bouchard LS**, Graziani N, Blümich B, Pines A, Volume Selective Magnetic Resonance Imaging Using an Adjustable, Single-Sided, Portable Sensor, *Proc. Natl. Acad. Sci. USA* **105**, 20601-20604 (2008)

Pre-UCLA

72. Verpillat F, Ledbetter MP, Xu S, Michalak M, Hilty C, **Bouchard LS**, Antonijevic S, Budker D, Pines A, Remote Detection of Nuclear Magnetic Resonance With an Anisotropic Magnetoresistive Sensor, *Proc. Natl. Acad. Sci. USA* **105**, 2271–2273 (2008)

73. **Bouchard LS**, Sushkov AO, Budker D, Ford JJ, Lipton AS, Nuclear-Spin Relaxation of $^{207}$Pb in Ferroelectric Powders, *Phys. Rev. A* **77**, 022102 (2008)

74. **Bouchard LS**, Burt SR, Anwar MS, Kovtunov KV, Koptyug IV, Pines A, NMR Imaging of Catalytic Hydrogenation in Microreactors With the Use of Para-Hydrogen, *Science* **319**, 442-445 (2008)

75. **Bouchard LS**, Kovtunov KV, Burt SR, Anwar MS, Koptyug IV, Sagdeev RZ, Pines A, Parahydrogen-Enhanced Hyperpolarized Gas-Phase Magnetic Resonance Imaging, *Angew. Chem. Int. Ed.* **46**, 4064-4068 (2007)

76. Jachmann RC, Trease DR, **Bouchard LS**, Sakellariou D, Martin R, Schlueter RD, Budinger, TF, Pines A, Multipole Shimming of Permanent Magnets Using Harmonic Corrector Rings, *Rev. Sci. Instr.* **78**, 035115, 7pp (2007)

77. **Bouchard LS**, Anwar MS, Synthesis of Matched Magnetic Fields for Controlled Spin Precession, *Phys. Rev. B* **76**, 014430, 10pp (2007)

78. Anwar MS, Hilty C, Chu C, **Bouchard LS**, Pierce KL, Pines A, Spin Coherence Transfer in Chemical Transformations Monitored by Remote Detection NMR, *Analytical Chem.* **79**, 2806–2811 (2007)

79. **Bouchard LS**,  Unidirectional Magnetic-Field Gradients and Geometric-Phase Errors During Fourier Encoding Using Orthogonal AC Fields, *Phys. Rev. B* **74**, 054103, 11pp (2006)

80. **Bouchard LS**, Warren WS, Multiple-quantum vector field imaging by magnetic resonance, *J. Magn. Reson.* **177**, 9-21 (2005)

81. **Bouchard LS**, Wehrli FW, Chin CL, Warren WS, Structural Anisotropy and Internal Magnetic Fields in Trabecular Bone: Coupling Solution and Solid Dipolar Interactions, *J. Magn. Reson.* **176**, 27-36 (2005)

82. Ledbetter MP, Savukov IM, **Bouchard LS**, Romalis MV,  Numerical and Experimental Studies of Long-Range Magnetic Dipolar Interactions, *J. Chem. Phys.* **121**, 1454-65 (2004)

83. **Bouchard LS**, Warren WS, Tensorial Character of Magnetization Diffusion in Periodic Lattices, *Phys. Rev. B* **70**, 224426, 9pp (2004)

84. Tang XP, Chin CL, **Bouchard LS**, Wehlri FW, Warren WS,  Observing Bragg-Like Diffraction via Multiple Coupled Nuclear Spins, *Phys. Lett. A* **326**, 114-25 (2004)

85. **Bouchard LS**, Warren WS, Reconstruction of Porous Material Geometry by Stochastic Optimization Based on Bulk NMR Measurements of the Dipolar Field, *J. Magn. Reson.* **170**, 299-309 (2004)

86. Shannon KL, Branca RT, Galiana G, Cenzano S, **Bouchard LS**, Soboyejo W, Warren WS, Simultaneous Acquisition of Multiple Orders of Intermolecular Multiple-Quantum Coherence Images in vivo, *Magn. Reson. Imaging* **22**, 1407-12 (2004)

87. Chin CL, Tang XP, **Bouchard LS**, Saha PK, Warren WS, Wehrli FW,  Isolating Quantum Coherences in Structural Imaging Using Intermolecular Double-Quantum Coherence MRI, *J. Magn. Reson.* **165**, 309-14 (2003)

88. **Bouchard LS**, Rizi RR, Warren WS, Magnetization Structure Contrast Based on Intermolecular Multiple-Quantum Coherences, *Magn. Reson. Med.* **48**, 972-9 (2002)

89. **Bouchard LS**, Bronskill MJ,  Magnetic Resonance Imaging of Thermal Coagulation Effects in a Phantom for Calibrating Thermal Therapy Devices, *Med. Phys.* **27**, 1141 (2000)