AO 440 (Rev. 06-12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan ▼

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>*Plaintiff(s)*<br>v.<br>GRETCHEN WHITMER, in her official capacity as Governor of the State of MI, JOCELYN BENSON, in her official capacity as MI Secretary of State, and the MICHIGAN BOARD OF STATE CANVASSERS<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-13134-LVP-RSW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michigan Board of State Canvassers
Richard H. Austin Building
430 W. Allegan
Lansing, MI 48918


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory J. Rohl
The Law Offices of Gregory J. Rohl, P.C.
41850 W. 11 Mile Road
Suite 110
Novi, MI 48375
248-380-9404

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*