# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH,<br><br>               Plaintiffs,<br>   v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANVASSERS,<br><br>               Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-13134-LVP-RSW<br><br>Hon. Linda V. Parker |

## NOTICE OF APPEARANCE

NOW COMES Scott R. Eldridge of the law firm MILLER, CANFIELD, PADDOCK AND STONE, P.L.C., and hereby enters his appearance, in the above-captioned matter, as attorney for Proposed Intervenor-Defendants DNC Services Corporation/Democratic National Committee and Michigan Democratic Party.

36910705.1/159808.00001

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

/s/ Scott R. Eldridge
Scott R. Eldridge (P66452)
Attorney for Intervenor-Defendants DNC and MDP
One Michigan Avenue, Suite 900
Lansing, MI 48933
(517) 483-4918
eldridge@millercanfield.com

Dated: November 30, 2020