# EXHIBIT 8

# Case Search

*Case Docket Number Search Results - 355378*

Appellate Docket Sheet
**COA Case Number: 355378**
DONALD J TRUMP FOR PRESIDENT INC V SECRETARY OF STATE

| | | | | | |
|---|---|---|---|---|---|
| 1 | DONALD J TRUMP FOR PRESIDENT INC | PL-AT | RET | (40231) | **HEARNE MARK F II** |
| 2 | OSTERGREN ERIC | PL-AT | SAM | | |
| 3 | SECRETARY OF STATE | DF-AE | AG | (55439) | **MEINGAST HEATHER S** |

**COA Status:** OPEN
**Case Flags:** Election - Priority per MCR 7.213(C)(4); Emergency; Defective Filing

| | | |
|---|---|---|
| 11/06/2020 | 1 App For Leave to Appeal - Civil | |
| | Proof of Service Date: 11/09/2020 | |
| | Answer Due: 11/30/2020 | |
| | Fee Code: EPAY | |
| | Immediate Consideration: Y | |
| | Attorney: 40231 - HEARNE MARK F II | |
| 11/06/2020 | 2 Order Appealed From | |
| | From: COURT OF CLAIMS | |
| | Case Number: 2020-000225-MZ | |
| | Trial Court Judge: 28417 STEPHENS CYNTHIA DIANE | |
| | Nature of Case: | |
| |    Elections | |
| 11/09/2020 | 3 Defective Holding File Letter | |
| | Attorney: 40231 - HEARNE MARK F II | |
| | Comments: Letter sent to all parties. | |
| 11/09/2020 | 4 Telephone Contact | |
| | For Party: 1 DONALD J TRUMP FOR PRESIDENT INC PL-AT | |
| | Attorney: 40231 - HEARNE MARK F II | |
| | Comments: Left tx message re case number and filing defects | |
| 11/09/2020 | 5 LCt Document | |
| | For Party: 1 DONALD J TRUMP FOR PRESIDENT INC PL-AT | |
| | Attorney: 40231 - HEARNE MARK F II | |
| | Comments: register of actions | |
| 11/09/2020 | 6 LCt Order | |
| | For Party: 1 DONALD J TRUMP FOR PRESIDENT INC PL-AT | |
| | Attorney: 40231 - HEARNE MARK F II | |
| | Comments: copy of order appealed | |
| 11/09/2020 | 7 Transcript Filed By Party | |
| | Date: 11/09/2020 | |
| | Filed By Attorney: 40231 - HEARNE MARK F II | |
| | Hearings: | |

11/06/2020
Case Listing Complete