# EXHIBIT 11

STATE OF MICHIGAN
IN THE THIRD CIRCUIT COURT FOR THE COUNTY OF WAYNE

CHERYL A. COSTANTINO and EDWARD
P. MCCALL, JR.,

      Plaintiffs,
v.

CITY OF DETROIT; DETROIT ELECTION
COMMISSION; JANICE M. WINFREY, in
her official capacity as the CLERK OF THE
CITY OF DETROIT and the Chairperson of
the DETROIT ELECTION COMMISSION;
CATHY M. GARRETT, in her official
capacity as the CLERK OF WAYNE
COUNTY; and the WAYNE COUNTY
BOARD OF CANVASSERS,

      Defendants.
v.

MICHIGAN DEMOCRATIC PARTY,

      [Proposed] Intervenor Defendant.
_____/

Case No. 20-014780-AW
Hon. Timothy M. Kenny, Chief Judge

## ORDER GRANTING UNOPPOSED MOTION OF MICHIGAN DEMOCRATIC PARTY TO INTERVENE AS DEFENDANT

At a session of said court held in the City of Detroit,
County of Wayne, State of Michigan on

Date: 11/13/2020

Present: Hon. Timothy M. Kenny, Chief Judge
CIRCUIT COURT JUDGE

This matter having come before the Court on the Unopposed Motion of Michigan Democratic Party to Intervene as Defendant; the Court having read the movant's brief and submissions; the Court having heard oral argument on November 11, 2020; and the Court being otherwise fully advised in the premises;

Page **1** of **2**

**IT IS HEREBY ORDERED** that, for the reasons stated on the record, the Unopposed Motion of Michigan Democratic Party to Intervene as Defendant is GRANTED.

Pursuant to MCR 2.602(A)(3), this order does not resolve the last pending claim and the case remains open.

Dated: November 11, 2020                         By: /s/ Timothy M. Kenny
                                                                             Hon. Timothy M. Kenny, Chief Judge
                                                                             Circuit Court Judge