## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RICHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH,

      Plaintiffs,

v.

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANVASSERS,

      Defendants.
_____/

CIVIL ACTION

No. 2:20-cv-13134-LVP-RSW

Hon. Linda V. Parker

## NOTICE OF APPEARANCE

NOW COMES Mary Ellen Gurewitz, of Cummings & Cummings Law PLLC, and hereby enters her appearance in the above-captioned matter as attorney for Proposed Intervenor-Defendants DNC Services Corporation/Democratic National Committee and Michigan Democratic Party.

Dated:  December 1, 2020
/s/<u>Mary Ellen Gurewitz</u> _____
Mary Ellen Gurewitz (P25724)
Of Counsel
Cummings & Cummings Law Group, PLLC
423 N. Main Street, Suite 200
Royal Oak, MI  48067
maryellen@cummingslawpllc.com
(T) ( 313) 204-6979  (F) (248) 733-3666