# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARAD, CHARLES JAMES RICHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH, | CIVIL ACTION |
| | No. 2:20-cv-13134-LVP-RSW |
| Plaintiffs, | Hon. Linda V. Parker |
| v. | |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANVASSERS, | |
| Defendants. _____/ | |

## NOTICE OF APPEARANCE

NOW COMES Mary Ellen Gurewitz, of Cummings & Cummings Law PLLC, and hereby enters her appearance in the above-captioned matter as attorney for Proposed Intervenor-Defendants DNC Services Corporation/Democratic National Committee and Michigan Democratic Party.

Dated: December 1, 2020

/s/<u>Mary Ellen Gurewitz</u> _____
Mary Ellen Gurewitz (P25724)
Of Counsel
Cummings & Cummings Law Group, PLLC
423 N. Main Street, Suite 200
Royal Oak, MI 48067
maryellen@cummingslawpllc.com
(T) ( 313) 204-6979 (F) (248) 733-3666