## Concurrence Proposed Intervening Defendant Robert Davis' Motion To Intervene in the matter of Timothy King, et.al.v Gov. Whitmer, et.al., Case No. 20-cv-13134, Eastern District of Michigan, Judge Linda Parker

Inbox

**Drew Paterson**  Nov 26, 2020, 2:15 PM (5 days ago)

to Heather, Erik, scotthagerstrom@yahoo.com, gregoryrohl@yahoo.com, Lisa

Counsel,
I am writing on behalf of my client, Robert Davis, who is a Wayne County registered voter that lawfully voted by absentee ballot in the November 3, 2020 Presidential General Election. To ensure he is not disenfranchised, and his vote is counted, my client will be filing a motion to intervene as a defendant in the above-entitled matter. Will you concur with his intervention as a defendant? Please advise ASAP. Thanks.

Drew Paterson
(248) 568-9712
aap43@outlook.com

_____

**From:** Gregory Rohl <gregoryrohl@yahoo.com>
**Sent:** Thursday, November 26, 2020 5:30 PM
**To:** aap43@outlook.com <aap43@outlook.com>
**Subject:** Re: Concurrence Proposed Intervening Defendant Robert Davis' Motion To Intervene in the matter of Timothy King, et.al.v Gov. Whitmer, et.al., Case No. 20-cv-13134, Eastern District of Michigan, Judge Linda Parker

Is ur client an attorney w whom I am familiar?

Sent from Yahoo Mail on Android

_____

**Drew Paterson**  Nov 26, 2020, 6:30 PM (5 days ago)

to Gregory

Mr. Rohl,

My client is not an attorney and I'm not sure why that is relevant with respect to our request for concurrence for his motion to Intervene as a defendant. So again, I respectfully ask: do you concur?

Drew Paterson
(248) 568-9712
aap43@outlook.com

_____

**From:** Gregory Rohl <gregoryrohl@yahoo.com>
**Sent:** Thursday, November 26, 2020 9:15 PM
**To:** aap43@outlook.com <aap43@outlook.com>
**Subject:** Re: Concurrence Proposed Intervening Defendant Robert Davis' Motion To Intervene in the matter of Timothy King, et.al.v Gov. Whitmer, et.al., Case No. 20-cv-13134, Eastern District of Michigan, Judge Linda Parker

Fine with me

Sent from Yahoo Mail on Android

_____

**Drew Paterson**  Nov 26, 2020, 9:34 PM
 (5 days ago)

to Heather, Erik, Lisa, Gregory

Mr. Rohl,
Thank you for providing your concurrence. I will await to receive a response from Assistant Attorneys General Meingast and Grill.

Drew Paterson
(248) 568-9712
aap43@outlook.com