# Summons and Complaint Return of Service

Case No. 20-cv-13134
Hon. Linda V. Parker

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jocelyn Benson
was received by me on *(date)* 12/1/20 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Adam Fracassi , who is
designated by law to accept service of process on behalf of *(name of organization)* Secretary of State
Jocelyn Benson on *(date)* 12/1/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 12/1/20

*Server's signature*

Richard S. Hagerstrom, Attorney
*Printed name and title*

222 W. Genesee St.
Lansing MI 48933
*Server's address*

Additional information regarding attempted service, etc:

# Summons and Complaint Return of Service

Case No. 20-cv-13134
Hon. Linda V. Parker

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Michigan Board of State Canvassers
was received by me on *(date)* 12/1/20 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Adam Fracassi , who is
designated by law to accept service of process on behalf of *(name of organization)* Secretary of State
Jocelyn Benson on *(date)* 12/1/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/1/20

*Server's signature*

Richard S. Hegerstrom, Attorney
*Printed name and title*

222 W. Genesee St, Lansing MI 48933
*Server's address*

Additional information regarding attempted service, etc:

# Summons and Complaint Return of Service

Case No. 20-cv-13134
Hon. Linda V. Parker

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Gretchen Whitmer
was received by me on *(date)* 12/01/20.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kristina Gierhart, who is designated by law to accept service of process on behalf of *(name of organization)* Governor Gretchen Whitmer on *(date)* 12/1/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/1/20

*Server's signature*

Richard S. Hagerstrom, Attorney
*Printed name and title*

222 W Genesee St
*Server's address*

Additional information regarding attempted service, etc: Lansing, MI

Case 2:20-cv-13134-LVP-RSW   ECF No. 21, PageID.2114   Filed 12/01/20   Page 6 of 6