UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

        Plaintiffs,

v.

                                   Case No. 20-13134
                                   Honorable Linda V. Parker

GRETCHEN WHITMER, et al.,

        Defendants.

_____/

## ORDER RE: BRIEFING SCHEDULE

This matter is presently before the Court on Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7) and Emergency Motion to Seal (ECF No. 8.)

**IT IS ORDERED** that Defendants' response to Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7) and Emergency Motion to Seal (ECF No. 8.) shall be filed no later than 8:00 PM on Wednesday, December 2, 2020.

**IT IS FURTHER ORDERED** that replies, if any, to Defendants' Response to Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7) and Emergency Motion to Seal (ECF No. 8.) shall be filed no later than 8:00 PM on Thursday, December 3, 2020.

**IT IS FURTHER ORDERED** that, in the event that the Court grants the

Motions to Intervene (ECF Nos. 5, 12, 14), the movants shall file a response to

Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7) and

Emergency Motion to Seal (ECF No. 8.) on the same schedule as Defendants.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: December 1, 2020

2