UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH,<br><br>    Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANVASSERS,<br><br>    Defendants. | CIVIL ACTION<br><br>No. 2:20-cv-13134-LVP-RSW<br><br>Hon. Linda V. Parker<br><br>**PROPOSED INTERVENOR-DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXTEND PAGE LIMITS FOR THEIR BRIEF IN OPPOSITION OF PLAINTIFFS' EMERGENCY MOTION FOR TRO** |

  With this *ex parte* application (see Local Rule 7.1(d)(3)(a)), Proposed Intervenor-Defendants, DNC Services Corporation/Democratic National Committee and Michigan Democratic Party ("Proposed Intervenors"), respectfully request permission to file their Brief in Opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order (ECF No. 7) in excess of the 25-page limit for the reasons stated below. Plaintiffs' counsel does not oppose this request.

  1. Local Rule 7.1(d)(3) limits response briefs to 25 pages absent permission from the Court allowing a longer brief.

0

2.      Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7), while only 16 pages, purports to be supported by all of the allegations from their 233-paragraph, 85-page first amended complaint, which includes a 13-point prayer for relief (ECF No. 6).  Indeed, Plaintiffs incorporate by reference the entire first amended complaint into their Emergency Motion for Temporary Restraining Order (ECF No. 7, PageID 1832).

3.      Plaintiffs' Emergency Motion for Temporary Restraining Order (ECF No. 7), also purports to be supported by every one of the 30 exhibits attached to the first amended complaint, which collectively amount to 874 pages (ECF Nos. 6-1 thru 6-30, PageIDs 958-1831).  Indeed, Plaintiffs incorporate by reference their entire, voluminous set of exhibits into their Emergency Motion for Temporary Restraining Order (ECF No. 7, PageID 1832).

4.      Proposed Intervenors request a modest page-limit increase of five pages to properly analyze and address the arguments in Plaintiffs' Emergency Motion for Temporary Restraining Order and voluminous supporting materials, resulting in a 30-page brief in opposition.

5.      On December 2, 2020, counsel for Proposed Intervenors sought concurrence from Plaintiffs' counsel, and Plaintiffs' counsel concurs.

6. Proposed Intervenors respectfully request to file, and that the Court accept, a 30-page brief in opposition to Plaintiffs' Emergency Motion for a Temporary Restraining Order.

Dated: December 2, 2020.                    Respectfully submitted,

/s/ *Scott R. Eldridge*
Scott R. Eldridge (P66452)
MILLER CANFIELD
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
Telephone: (517) 483-4918
eldridge@millercanfield.com

Mary Ellen Gurewitz (P25724)
CUMMINGS & CUMMINGS
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
Telephone: (248) 733-3405
maryellen@cummingslawpllc.com

Marc E. Elias (DC #442007)
Jyoti Jasrasaria (DC #1671527)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
melias@perkinscoie.com
jjasrasaria@perkinscoie.com

William B. Stafford (WA #39849)*
Jonathan P. Hawley (WA #56297)*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000

2

wstafford@perkinscoie.com
jhawley@perkinscoie.com

Seth P. Waxman (DC #257337)
Brian M. Boynton (DC #483187)*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: (202) 663-6000
seth.waxman@wilmerhale.com
brian.boynton@wilmerhale.com

John F. Walsh (CO #16642)*
WILMER CUTLER PICKERING HALE
AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, Colorado 80202
Telephone: (720) 274-3154
john.walsh@wilmerhale.com

*Counsel for Proposed Intervenor-Defendants DNC Services Corporation/Democratic National Committee and Michigan Democratic Party*

*Admission forthcoming

3

## CERTIFICATE OF SERVICE

Scott R. Eldridge certifies that on the 2nd day of December 2020, he served a copy of the above document in this matter on all counsel of record and parties via the ECF system.

/s/ *Scott R. Eldridge*
Scott R. Eldridge

4