UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH,<br><br>    Plaintiffs,<br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>    Defendants,<br><br>CITY OF DETROIT,<br><br>    Intervening Defendant,<br><br>ROBERT DAVIS,<br><br>    Intervening Defendant,<br><br>DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>    Intervening Defendant.<br>_____ | No. 2-20-cv-13134<br><br>HON. LINDA V. PARKER<br><br>MAG. R. STEVEN WHALEN<br><br>**STATE DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**EXHIBIT LIST** |

**STATE DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER**

**EXHIBIT LIST**

1. Constantino v City of Detroit Wayne Circuit 20-014780-AW Affidavit of Christopher Thomas
2. Affidavit of Jonathan Brater
3. Draft minutes 11.23.2020
4. Electors Transmittal
5. MRP Electors
6. Johnson v Benson, et al MI Sup Ct 162286 Petition
7. Bailey v Antrim Co Antrim Circuit 20-9238-CZ Complaint
8. Trump v Benson Court of Claims 20-000225-MZ Complaint
9. Trump v Benson Court of Claims 20-000225-MZ Order
10. Trump v Benson Court of Appeals 355378 Brief
11. Stoddard v City of Detroit, et al Wayne Circuit 20-014604-CZ Complaint
12. Stoddard v City of Detroit, et al Wayne Circuit 20-014604-CZ Order
13. Constantino v City of Detroit, et al Wayne Circuit 20-01780-AW Complaint
14. Constantino v City of Detroit, et al Wayne Circuit 20-014780-AW Order
15. Constantino MI Sup Ct 162245 Order