# EXHIBIT 3



STATE OF MICHIGAN
JOCELYN BENSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

# Meeting of the Board of State Canvassers

### November 23, 2020

| | |
|---|---|
| **Called to order:** | 1:07 p.m. |
| **Members present:** | Jeannette Bradshaw - Chairperson<br>Aaron Van Langevelde – Vice Chairperson<br>Julie Matuzak<br>Norman Shinkle |
| **Members absent:** | None. |
| **Agenda item:** | Consideration of meeting minutes for approval (October 15, 2020 meeting).<br><br>**Board action on agenda item:** The Board approved the minutes of the October 15, 2020 meeting as submitted. Moved by Matuzak; supported by Van Langevelde. Ayes: Bradshaw, Van Langevelde, Matuzak, Shinkle. Nays: None. Motion carried. |
| **Agenda item:** | Canvass and certification of the November 3, 2020 general election.<br><br>**Board action on agenda item:** Three motions were offered.<br><br>(1) Based on an examination of the election returns received by the Secretary of State for the November 3, 2020 general election, the Board certified that the attached reports are true statements of the votes cast at the election for the offices certified by this Board, and for the Electors of President and Vice President of the United States; the Board further certified that the persons named on the attached listing were duly elected for the indicated offices, and State Proposals 20-1 and 20-2 passed. Moved by Matuzak; supported by Bradshaw. Ayes: Bradshaw, Van Langevelde, Matuzak. Nays: None. Abstention: Shinkle. Motion carried.<br><br>*Time of certification: 4:34 p.m.*<br><br>(2) The Board authorized the staff of the Bureau of Elections to represent the Board in any recount of votes cast at the November 3, 2020 general |

election. Moved by Matuzak; supported by Shinkle. Ayes: Bradshaw, Van Langevelde, Matuzak, Shinkle. Nays: None. Motion carried.

(3) The Board requested that the Michigan Legislature conduct an in-depth review of Michigan election processes and procedures to address concerns that have been raised by experts and citizens about our elections in order to assure our citizens that Michigan elections are accurate, transparent and fully protective of all citizens constitutional rights. Moved by Shinkle; supported by Matuzak. Ayes: Bradshaw, Van Langevelde, Matuzak, Shinkle. Nays: None. Motion carried.

**Agenda item:** Recording the results of the November 3, 2020 special election for the Michigan House of Representatives, 4th District, partial term ending January 1, 2021.

**Board action on agenda item:** The Board recorded the results of the November 3, 2020 special election for the office of State Representative, 4th District as certified by the Wayne County Board of Canvassers on November 17, 2020. Moved by Shinkle; supported by Van Langevelde. Ayes: Bradshaw, Van Langevelde, Matuzak, Shinkle. Nays: None. Motion carried.

**Agenda item:** Such other and further business as may be properly presented to the Board.

**Board action on agenda item:** None.

**Adjourned:** 9:40 p.m.

_____  _____
Chair Bradshaw                         Vice-Chair Van Langevelde

_____  _____
Member Matuzak                         Member Shinkle

_____
Date

2