# EXHIBIT 4

STATE OF MICHIGAN
OFFICE OF THE GOVERNOR
LANSING

GRETCHEN WHITMER
GOVERNOR

GARLIN GILCHRIST II
LT. GOVERNOR

November 23, 2020

***VIA COURIER DELIVERY***

David S. Ferriero
Archivist of the United States
732 N. Capitol Street, NW
Suite A-734
Washington, D.C. 20401

Dear Mr. Ferriero,

Enclosed with this letter, please find three (3) original Certificates of Ascertainment bearing the Seal of the State of Michigan. These certificates contain my original signature, as well as the original signature of the Michigan Secretary of State, Jocelyn Benson.

If you have any questions or require additional information, please do not hesitate to contact Mark Totten, Chief Legal Counsel at (517) 241-0061 or at tottenm1@michigan.gov.

Sincerely,

Gretchen Whitmer
Governor

Enclosures

GEORGE W. ROMNEY BUILDING • 111 SOUTH CAPITOL AVENUE • LANSING, MICHIGAN 48909
www.michigan.gov
Printed by members of: SEIU

**GRETCHEN WHITMER**
GOVERNOR

**STATE OF MICHIGAN**
**OFFICE OF THE GOVERNOR**
LANSING

**GARLIN GILCHRIST II**
LT. GOVERNOR

# CERTIFICATE OF ASCERTAINMENT OF THE ELECTORS OF THE PRESIDENT AND VICE PRESIDENT OF THE UNITED STATES OF AMERICA

I, Gretchen E. Whitmer, Governor of the State of Michigan, certify that at the general election held in Michigan on Tuesday, November 3, 2020:

The following persons nominated by the **Democratic Party**, each having received **2,804,040 votes**, were duly elected as Electors of the President and Vice President of the United States of America:

| | |
|---|---|
| Chris Cracchiolo | 5140 Arrowhead Ct., Williamsburg, MI 49690 |
| Timothy E. Smith | 14883 Crescent St., 105, Grand Haven, MI 49417 |
| Blake Mazurek | 3458 Olderidge Dr. NE, Grand Rapids, MI 49525 |
| Bonnie J. Lauria | 3931 Mines Rd., West Branch, MI 48661 |
| Bobbie Walton | 8412 Mapleview Dr., Davison, MI 48423 |
| Mark Edward Miller | 122 Sydelle Ave., Kalamazoo, MI 49006 |
| Connor Wood | 319 N. Bowen St., Jackson, MI 49202 |
| Robin Smith | 3004 Andrea Dr., Lansing, MI 48906 |
| Walter C. Herzig III | 320 Stratford Rd., Ferndale, MI 48220 |
| Carolyn Holley | 727 White St., Port Huron, MI 48060 |
| Susan Nichols | 44099 Deep Hollow Circle, Northville, MI 48168 |
| Steven Rzeppa | 2985 Anna Ct., Trenton, MI 48183 |
| Helen Moore | 8335 Indiana St., Detroit, MI 48204 |
| Michael Kerwin | 17517 Birchcrest Dr., Detroit, MI 48221 |
| Chuck Browning | 20091 Herzog Dr., Rockwood, MI 48173 |
| Marseille Allen | 4442 Jena Ln., Flint, MI 48507 |

Votes received by other candidates for the office of Elector of the President and Vice President of the United States of America are as follows:

The following persons nominated by the **Republican Party** each received **2,649,852 votes**: John Haggard; Kent Vanderwood; Terri Lynn Land; Gerald Wall; Amy Facchinello; Rose Rook; Hank Choate; Mari-Ann Henry; Clifford Frost; Stanley Grot; Marian Sheridan; Timothy King; Michele Lundgren; Mayra Rodriguez; Meshawn Maddock; and Kathy Berden.

The following persons nominated by the **Libertarian Party** each received **60,381 votes**: David Holmer; Alexander Avery; Vicki Hall; Richard Hewer; Angela Thornton; Rafael Wolf; James Lewis Hudler; Jon Elgas; Greg Stempfle; Jim Fulner; Joseph LeBlanc; Claranna Gelineau; Andrew Chadderdon; Scott Avery Boman; Connor Nepomuceno; and Andy Evans.

GEORGE W. ROMNEY BUILDING • 111 SOUTH CAPITOL AVENUE • LANSING, MICHIGAN 48909
www.michigan.gov
Printed by members of:

The following persons nominated by the **Green Party** each received **13,718 votes**: Stephen Boyle; Destiny Clayton; Jean-Michel Creviere; Frank Foster, Jr.; Jennifer Kurland; Melissa Noelle Lambert; John Anthony La Pietra; Robin Laurain; Daniel Martin-Mills; Jessica McCallie-Arquette; Louis Novak; Jeffery Jon Rubley II; Rick Sauermilch; Amanda Slepr; N. J. Sparling; and Marcia Squier.

The following persons nominated by the **U.S. Taxpayers Party** each received **7,235 votes**: Mary Sears; Christine Schwartz; William Mohr II; Doug Levesque; Patrick Lambert; Aaron Nichols; Edward J. Sanger; Victoria Monroe; Lester Townsend; Christopher Rudy; William A. Kohn, Jr.; Paul Stahl; Marc Sosnowski; Cecile A. Harrity; Robert Gale; and Gerald Van Sickle.

The following persons nominated by the **Natural Law Party** each received **2,986 votes**: Connie Tewes; Mary Schutt; Dan Royer; Paul A. Natke; Shelly L. Reynolds; Donald Meyer; Gene Capatina; Ramzi Masri-Elyafaoui; Jacob Schlau; James Radatz; Daniel S. Smith; Mark Moylan; Guy Purdue; Nicholas Malzone; Robert Forreider; and Daniel B. Smith.

The following persons nominated by write-in candidate Brian T. Carroll each received **947 votes**: Michael Maturen; Robert Clark II; Jason Kennedy Duncan; Paul L. DuBois; Timothy Doubblestein; Jason Gatties; Lucy Ellen Moye; Lloyd A. Conway; Linnaea Joyce Licavoli; Tsai-Yi Watts; John Henry Svoboda; Benjamin Setterholm; Brandon Barry Mullins; Daniel Patrick Meloy; Elisa J. Kolk; and Matthew James Williams.

The following persons nominated by write-in candidate Jade Simmons each received **88 votes**: Cecilia Lester; Tyler Prough; James Ryans; Chelsea Slocum; Raymond Hall; Dana Morris; Janasia Johnson; Terrel Boyd; Constance Clay; Erika Couch; Tyrone Pickens; Karalyn Schubring; Michele Coleman; Grant Philson; Jherrard Hardeman; and Gertrude Taylor.

The following persons nominated by write-in candidate Tom Hoefling each received **32 votes**: Mark A. Aungst; Scott Suchecki; Richard Nagel; Mark Zimmerman; Justin Phillips; Kimberly Cleveland; Thomas Frederick; Kurt Richards; Georgia S. Halloran; Dawne Worden; Kim Millard; Alan G. Sides; DaWone Allison; Samuel Denson; Joshua Ohlman; and Suzanne M. Stuut.

The following persons nominated by write-in candidate Kasey Wells each received **5 votes**: Sandra Murrell; Ronald Klett; Andrew Colclasure; Charity Archer; Paul Atkins; Shiquita Reed; Mark Jeffrey; Brian W. Gibbs, Jr.; William W. Brown; Patricia Gorzelski; Anthony Jackson; Jeremy Mortensen; Justen Grieve; Shiesha Davis; Matthew Shepard; and Miranda Ames.

(cont.)

Given under my hand and the Great Seal of the State of Michigan.

Date:   November 23, 2020

Time:   5:30 pm

_____
GRETCHEN WHITMER
GOVERNOR

By the Governor:

_____
SECRETARY OF STATE

3