# EXHIBIT 5

CERTIFICATE OF THE REPUBLICAN PRESIDENTIAL ELECTORS ELECTED AT THE MICHIGAN REPUBLICAN STATE CONVENTION, AUGUST 29-30, 2020

At Large – Meshawn Maddock
    1150 South Milford Rd.
    Milford, MI 48381

At Large – Kathy Berden
    4040 Mushroom Road
    Snover, MI 48472

District 1 – John Haggard
    9375 Pearl Avenue
    Charlevoix, MI 49720

District 2 – Kent Vanderwood
    5183 Olsen Springs Court
    Wyoming, MI 49509

District 3 – Terri Lynn Land
    7955 Byron Station Court
    Byron Center, MI 49315

District 4 – Gerald Wall
    10581 Eastridge Ct.
    Roscommon, MI 48653

District 5 – Amy Facchinello
    8351 Oxford Lane
    Grand Blanc, MI 48439

District 6 – Rose Rook
    50842 County Road 665
    Paw Paw, MI 49079

District 7 – Hank Choate
    11670 Culver Rd.
    Cement City, MI 49233

District 8 – Mari-Ann Henry
    895 Pinery Blvd.
    Lake Orion, MI 48362

District 9 – Clifford Frost
    2629 Irma
    Warren, MI 48092

District 10 – Stanley Grot
    11927 Hiawatha Drive
    Shelby Twp., MI 48315

District 11 – Marian Sheridan
        7259 White Oak Dr.
        West Bloomfield, MI  48324

District 12 – Timothy King
        1573 Mollie Street
        Ypsilanti, MI  48198

District 13 – Michele Lundgren
        55 Peterbro
        Apt. 101
        Detroit, MI  48201

District 14 – Mayra Rodriguez
        8 Carmel Lane
        Grosse Pointe Farms, MI  48236