# Exhibit 4

**Michigan.gov**

**The Office of Secretary of State Jocelyn Benson**

SOS  FAQs  Online  Contact

**2020 Michigan Election Results**
Date: 11/03/2020 Type: General, **Official**
Updated: 11/23/2020@05:05 PM
Counties: 83/83

Races  Info  Data

### President of the United States 4 Year Term (1) Position

| Party | Candidate | Votes | Percent |
|---|---|---:|---:|
| Democratic | Biden, Joseph R. | 2,804,040 | 50.62% |
| Republican | Trump, Donald J. | 2,649,852 | 47.84% |
| Libertarian | Jorgensen, Jo | 60,381 | 1.09% |
| US Taxpayers | Blankenship, Don | 7,235 | 0.13% |
| Green | Hawkins, Howie | 13,718 | 0.25% |
| Natural Law | De La Fuente, Rocky | 2,986 | 0.05% |
| Write-In | Carroll, Brian T. | 963 | 0.02% |
| Write-In | Hoefling, Tom | 32 | 0.00% |
| Write-In | Hunter, Tara Renee | 1 | 0.00% |
| Write-In | Simmons, Jade | 89 | 0.00% |
| Write-In | Wells, Kasey | 5 | 0.00% |
| | **Total Votes:** | 5,539,302 | |