# Exhibit 24

## AFFIDAVIT OF MELANIE GRUND

MELANIE GRUND, BEING OF FULL AGE, ON HER OATH, DEPOSES AND SAYS:

1.   I am over the age of 21 and if sworn as a witness, I am competent to testify about the matters set forth herein, based upon personal knowledge, except where the matter is indicated to be based on information and belief.

2.   I am a registered voter in Berkley, Michigan.

3.   In the evening of November 3, 2020, I saw a social media post stating that sixty Democratic challengers were needed at the TCF Center while absentee ballots were being counted, because sixty Republican challengers had arrived.  I wasn't available that night.

4.   On the morning of November 4, 2020, I saw another social media post seeking more Democratic challengers at TCF Center and instructing people to email Mike at 2020 Victory, which I did around 8:00 a.m. I was told that if I could be there at 9:00 a.m.  I could go through the credentialing process.

5.   I arrived at 9 a.m. and was trained as a Democratic challenger upon arrival. I went through a COVID screening and then received a packet of instructions about what was not allowed at the tables.  I was trained on the packet and then received credentials.   Our role was to make sure that

challengers were proper, mitigate any intimidation, and protect the workers. We were instructed not to get involved in the counting unless warranted, not to talk to the people counting, and to make sure that we had grounds for any challenges we may bring. We were instructed to wear masks and stay six feet apart.

6.    After I was trained, I was required to sign in with my affiliation and the time of my arrival before entering the counting room.

7.    I felt like the Democratic challengers did a good job of staying in our lanes. There were two of us in a row, and we monitored three tables at a time. On the other hand, we were swarmed by groups of Republican challengers multiple times. There were enough of them there to surround us. I felt outnumbered.

8.    The tables all had monitors, which were on the same corner at every table. The tables were set up in a square so that anyone could look at any time to see what the person scanning the ballots was doing. Because of this, there was no need for any challenger to get close enough to an election worker to look over their shoulders, but Republican challengers got very close to them and did so multiple times.

9.    The Republican challengers were very focused on the problem ballot box. They kept asking how the box was getting the middle of the room and

would comment that they didn't know whether the ballots were being changed by the election workers.

10. Things got really ugly in the room during the day, and the Republican challengers became more and more aggressive. At one point, an election worker at my table picked up a ballot. The election worker had not even opened the envelope the ballot was in, and a Republican challenger said, "I challenge that ballot." I incredulously remarked that the ballot had not even been opened yet. The Republican challenger waited for the ballot to be opened, and then reiterated, "I challenge that ballot." She did not articulate a basis for her challenge, and none of the challenges ever amounted to anything.

11. Around 1 p.m., I watched a Republican challenger supervisor tell a group of challengers to "be super aggressive but professional." If the election workers would lean over to get a personal item from their bag, like a chapstick or something similar, the Republican challengers accused them of taking things out of their bags to somehow tamper with the ballots.

12. By 5:30 p.m., the military ballots were being counted. We had been told that the Republican challengers had been instructed to challenge all of the military ballots on the basis of pending litigation. We were asked to say

"I object to the challenge.  There is no basis for a challenge to all of the ballots.  I want to see all of the votes counted."

13. I noticed that I did not observe any Republican challengers who were Black, Hispanic, or otherwise people of color.  In contrast, the election workers were predominantly Black.  I am Caucasian, and I feel that the entire experience was a tangible, illustrative example of my privilege because I did not react the same way to the Republican challengers as the people who were counting the ballots and particularly to the pounding and screaming coming from outside the room.  I felt protected but they were afraid.  They were exhausted, and half of the people in the room were there for the purpose of making the election inspectors' jobs difficult.  The presence of the Democratic and non-partisan challengers was much more necessary than it should have been.

## AFFIRMATION

I affirm that the contents of this affidavit are true and correct to the best of my knowledge.

Signature of the person making this affidavit: *Melanie L Shun*

Affirmed before me this _17_ day of _November, 2020_ at _1:45 pm_

My commission expires on _April 30, 2024_.

Signature of Officer Administering Oath _Giancarlo Guzman_

Title _Notary Public, State of Michigan County of Oakland_

GIANCARLO J. GUZMAN
Notary Public, State of Michigan
County of Oakland
My Commission Expires Apr. 30, 2024
Acting in the County of _Oakland_