# EXHIBIT 8

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**CHERYL A. COSTANTINO and,**
**EDWARD P. McCALL, JR.,**         Case No. 20-014780-AW

    Plaintiffs,                    Hon. Timothy M. Kenny

vs.

**CITY OF DETROIT; DETROIT ELECTION**
**COMMISSION; JANICE WINFREY, in her official**
**capacity as the CLERK OF THE CITY and the**
**Chairperson of the DETROIT ELECTION COMMISSION;**
**CATHY M. GARRETT, in her official capacity as the**
**CLERK OF WAYNE COUNTY; and the WAYNE COUNTY**
**BOARD OF CANVASSERS,**

    Defendants.

---

| | |
|---|---|
| GREAT LAKES JUSTICE CENTER<br>David A. Kallman (P34200)<br>Erin E. Mersino (P70886)<br>Jack C. Jordan (P46551)<br>Stephen P. Kallman (P75622)<br>5600 W. Mount Hope Hwy.<br>Lansing, MI 48917<br>(517) 322-3207<br>*Attorneys for Plaintiffs* | FINK BRESSACK<br>David H. Fink (P28235)<br>Darryl Bressack(P67820)<br>38500 Woodward Ave., Suite 350<br>Bloomfield Hills, MI 48304<br>(248) 971-2500<br>dfink@finkbressack.com<br>dbressack@finkbressack.com<br>*Attorneys for City of Detroit, City of Detroit Election Commission and Janice Winfrey*<br><br>CITY OF DETROIT LAW DEPARTMENT<br>Lawrence T. García (P54890)<br>Charles N. Raimi (P29746)<br>James D. Noseda (P52563)<br>2 Woodward Ave., 5th Floor<br>Detroit, MI 48226<br>(313) 237-5037<br>garcial@detroitmi.goc<br>raimic@detroitmi.gov<br>nosej@detroitmi.gov<br>*Attorneys for City of Detroit, City of Detroit Election Commission and Janice Winfrey* |

**AFFIDAVIT OF DANIEL BAXTER**

Being duly sworn, Daniel Baxter, deposes and states the following as true, under oath:

1. From 1985 until 2019, I was employed by the Detroit Department of Elections, with a two year hiatus, from 2013 to 2015, when I served as the Director of Elections for Montgomery County, Alabama.

2. From 2005 until 2019, except during my tenure at Montgomery County, I served as Director of the Detroit Department of Elections.

3. Since September 1, 2020, I have served as Special Project Election Consultant for the Detroit Department of Elections, charged with administering all activities associated with the Central Counting Board for the November 3, 2020 General Election.

4. I was present at the Central Counting Board at the TCF Center, where absentee ballots were counted on Monday, November 2, 2020 from 5:30 AM until after midnight; on Tuesday, November 3, 2020 from 6:00 AM until midnight; and on Wednesday, November 4, 2020, from 7:00 AM until Thursday, November 5, 2020, at 6:00 AM.

5. The Detroit Department of Elections completed its final count at or around 10:00 PM on Wednesday, November 4, 2020.

6. The Detroit Department of Elections has submitted its final count to the Wayne County Board of Canvassers.

7. Jessy Jacob was a furloughed employee from another City department, assigned to the Department of Elections for limited, short-term, purposes, in September, 2020. Despite her long tenure with the City of Detroit, her tenure with the Department of Elections was brief, and her responsibilities were limited.

8. Ms. Jacob helped support work at two Absentee Voting Satellite Locations.

9. Ms. Jacob's affidavit, dated November 7, 2020, suggests that she did not understand many of the processes that she observed, and for which she was not responsible.

10. During training, all staff were instructed that their primary responsibility when voters came to the satellite locations was to facilitate the services requested by the voter.

11. If a voter was interested in voting by absentee ballot, staff were instructed to issue the voter an application, verify the voter's identity through a form of identification approved by the State of Michigan and issue a ballot based on Department of Elections procedures.

12. Staff was also instructed that if a voter did not have appropriate proof of identity, the voter should not be turned away; instead, the voter was to be offered an Affidavit of Voter Not in Possession of Photo ID.

13. Staff was instructed that the Department of Elections is strictly non-partisan, meaning the Department and its employees do not offer opinions on candidates or on proposals.

14. If a voter was issued an absent voter ballot and then applied for a second ballot at a satellite office, the voter would be required to request in writing that the first ballot be spoiled. If that does not occur, the Qualified Voter File alerts the satellite staff that there is an absent voter ballot already issued. In order to prevent double voting, until the first ballot is canceled, a second ballot cannot be issued. In the event the first ballot is returned, it is verified in the Qualified Voter File and rejected as a duplicate.

15. After her work on the election was completed, Ms. Jacob was again furloughed.

16. Prior to the filing of this lawsuit, Ms. Jacob did not report any of the issues addressed in her affidavit to any of her supervisors.

I affirm that the representations above are true.

Further, Affiant sayeth not.

Date: November 11, 2020

_____
DANIEL BAXTER

Subscribed and sworn to before me
this 11th day of November, 2020.

_____
Notary Public
County of: Wayne County
My Commission Expires: 11/24/2021

CAROL J ALDRIDGE
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Nov 24, 2021
ACTING IN COUNTY OF