

Delaware North Companies Sportservice

December 23, 2010

TO WHOM IT MAY CONCERN:

    Mr. Arthur J. Clemens, Jr. worked as a stand attendant at Busch Stadium for one of our subsidiaries, St. Louis Sportservice, LLC during the 2009 baseball season.

    While so employed Mr. Clemens demonstrated initiative, originality and knowledge of our accounting and organizational structure when he made two suggestions for the improvement of our point-of-sale stand attendant systems and procedures. His suggestions were acknowledged and appreciated at both our local unit and our headquarters in Buffalo, and are believed to have resulted in improved stand attendant accountability.

    Mr. Clemens announced his resignation of employment with us, but we wish him well in his future endeavors as a consultant and otherwise.

                              Sincerely,

                              Sheri Heinbuck

40 Fountain Plaza Buffalo, New York 142022285 716-858-5000 Fax 716-858-5056 www.DelawareNorth.com