

DEPARTMENT OF THE ARMY
U.S. ARMY MILITARY PERSONNEL CENTER
200 STOVALL STREET
ALEXANDRIA, VIRGINIA 22332-0400

REPLY TO
ATTENTION OF

October 27, 1986

Military Awards Branch

Mr. Arthur J. Clemens, Jr.
9743 W. University Avenue #164
Des Moines, Iowa 50322

Dear Mr. Clemens:

This is in reply to your recent inquiry concerning awards of the Bronze Star Medal and the Army Commendation Medal.

Enclosed is a copy of General Orders 8942 dated 27 August 1971 awarding you the Bronze Star Medal for your service in the Republic of Vietnam.

In regards to your award of the Army Commendation Medal, it was necessary to request additional records to verify your claim to the award. Further information will be provided as soon as possible. In the meanwhile, it would assist in our research if you will send us a copy of your Army Commendation Medal Certificate.

Sincerely,

James T. Garrett
Chief Warrant Officer, U.S. Army
Chief, Authorizations Section
Military Awards Branch

Enclosures