IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH,<br><br>      Plaintiffs.<br><br>v.<br><br>GRETCHEN WHITMER, in her Official capacity as the Governor Of the State of Michigan, JOCELYN BENSON, in her official Capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS.<br><br>      Defendants. | CASE No. 20-cv-13134<br><br>HON. LINDA V. PARKER |

## MOTION FOR EXTENSION OF TIME

Fed. R. Civ. P. 6(b)(A)

Now comes the Plaintiffs by and through counsel, pursuant to Rule 6(b)(A) and move this Court for a order to extend time to file a reply to the Defendant's Response to Plaintiff's Emergency Motion for Temporary Restraining Order, and move this Court for an order to extend time from 8:00pm on December 3, 2020 to 10:00pm on December 3, 2020 to file their reply. In support hereof, Plantiffs show the following.

1. The time for filing the Reply to the Defendants' response has not expired.

2. This motion is not being made for the purpose of delay, but is made based upon current assignments and the need for more time to prepare a reply.

3. All of the Defendants and Interveners have been contacted. At the time of this filing the original Defendants have responded and do not oppose.

Therefore, Plaintiffs respectfully request the Court for an order extending the time to file a reply to December 3, 2020 at 10:00pm.

Respectfully submitted,

GREGORY ROHL (P39185)

/s/Gregory Rohl

Law Offices of Gregory J. Rohl, P.C.
41850 West 11 Mile Rd., Suite 110
Novi, MI 48375
248-380-9404
Gregoryrohl@yahoo.com

RICHARD S. HAGERSTROM (P57885)

/s/Richard S. Hagerstrom

222 W. Genesee St.
Lansing, MI 48933
517-763-7499

PROOF OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause on **December 3, 2020** by:

☐ U.S. Mail ☐ Fax
☐ Certified Mail ☐ Regular Mail
☒ Efiling and Eservice ☐ Hand Delivery

*/s/ Amanda Perkins*
AMANDA PERKINS