# Did you provide Plaintiffs' counsel in King, et.al. v Whitmer, Eastern District, Judge Linda Parker Written Consent to File Amended Complaint

**Meingast, Heather (AG)** <MeingastH@michigan.gov>

| | |
|---:|---|
| to: | Drew Paterson <aap43@outlook.com> |
| cc: | "Albro, Lisa (AG)" <AlbroL@michigan.gov>, Robert Davis <davisrobert854@gmail.com> |
| date: | Dec 3, 2020, 6:17 PM |
| subject: | RE: Did you provide Plaintiffs' counsel in King, et.al. v Whitmer, Eastern District, Judge Linda Parker Written Consent to File Amended Complaint |
| mailed-by: | michigan.gov |
| signed-by: | michigan.gov |
| security: | Standard encryption (TLS) Learn more |

Meingast, Heather (AG) <MeingastH@michigan.gov>
Thu 12/3/2020 6:17 PM


No, I did not.  The first I knew about it was when we saw it on PACER.


Heather S. Meingast, Division Chief
Civil Litigation, Employment & Elections Division
Michigan Department of Attorney General
meingasth@michigan.gov
(517) 335-7659 (office)

_____

**From:** Drew Paterson <aap43@outlook.com>
**Sent:** Thursday, December 3, 2020 5:46 PM
**To:** Meingast, Heather (AG) <MeingastH@michigan.gov>
**Cc:** Albro, Lisa (AG) <AlbroL@michigan.gov>; Robert Davis <davisrobert854@gmail.com>
**Subject:** Did you provide Plaintiffs' counsel in King, et.al. v Whitmer, Eastern District, Judge Linda Parker Written Consent to File Amended Complaint

**CAUTION: This is an External email. Please send suspicious emails to** abuse@michigan.gov

Ms. Meingast,

Did you provide Plaintiffs' counsel, Mr. Rohl, written consent to file an amended complaint? I just want to be sure that you did not provide Plaintiffs' counsel with written consent since there was no stipulation filed with the Court. Can you confirm ASAP. Thanks.

Drew Paterson

(248) 568-9712

aap43@outlook.com