I am writing this statement in regard to my identity being known. I have worked in areas that have made me a known target, have had death threats and even a price put on my head by foreign terrorist organizations. For the safety of myself and my family, I have requested to remain redacted. I have found listening devices in my home and have had attempts on myself.

  Because of work I have done as a Confidential Human source/ Confidential informant as well as work investigating spy's across the globe, my identity is redacted. Not just work I have done here in America but also working with foreign nations, where even currently I am working to get Smartmatic out of other nations elections systems and doing election fraud mitigation.

  I request that these extreme cases be taken into consideration for my personal safety, my families safety, the safety of sources I have worked with, I respectfully request that my persona remain redacted.

  I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this December 3, 2020.

