## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**TIMOTHY KING,** *et.al.*,

    Plaintiffs**,**

v.

**GRETCHEN WHITMER,** in her official capacity
as Governor of the State of Michigan, *et.al.,*

    Defendants,

and

**ROBERT DAVIS**,

    Intervenor Defendant.

Case No. 20-cv-13134

**Hon. Linda V. Parker**

_____/

GREGORY J. ROHL (P39185)
The Law Offices of Gregory Rohl
41850 West 11 Mile Rd., Ste.110
Novi, MI 48375
(248) 380-9404
gregoryrohl@yahoo.com

HEATHER S. MEINGAST (P55439)
ERIC GRILL (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

ANDREW A. PATERSON (P18690)
Attorney for Proposed Intervening
Defendant Robert Davis
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
Aap43@outlook.com

_____/

## INTERVENOR DEFENDANT ROBERT DAVIS' NOTICE OF WITHDRAWAL OF EMERGENCY MOTION TO STRIKE PLAINTIFFS' MOTION FOR TRO [6] (ECF NO. 45) AND INTERVENOR DEFENDANT DAVIS' EMERGENCY MOTION TO EXPEDITE BRIEFING (ECF NO. 46).

**NOW COMES** INTERVENOR DEFENDANT ROBERT DAVIS, by and through his attorney, ANDREW A. PATERSON, and for his Notice of Withdrawal of Intervenor Defendant Robert Davis' Emergency Motion to Strike Plaintiffs' Emergency Motion for TRO [7] (ECF No. 45) and Intervenor Defendant Davis' Emergency Motion to Expedite Briefing (ECF No. 46), states as follows:

Intervenor Defendant Robert Davis hereby withdraws Intervenor Defendant's Emergency Motion to Strike Plaintiffs' Emergency Motion for TRO [7] (ECF No. 45) and Intervenor Defendant Davis' Emergency Motion To Expedite Briefing (ECF No. 46). The foregoing emergency motions (ECF No. 45, 46) are hereby withdrawn because the Court's December 3, 2020 "Text-Only" Order DENYING Intervenor Defendant Davis' Emergency Motions to Strike Plaintiffs' amended complaint (ECF Nos. 41, 42) renders them moot.

Dated: December 4, 2020             Respectfully submitted,

                                     */s/ ANDREW A. PATERSON*
                                    ANDREW A. PATERSON (P18690)
                                    Attorney for Intervenor Defendant
                                    Robert Davis
                                    2893 E. Eisenhower Pkwy
                                    Ann Arbor, MI 48108
                                    (248) 568-9712
                                    aap43@outlook.com

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that forgoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 4th day of December, 2020, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

Dated: December 4, 2020             Respectfully submitted,

*/s/ ANDREW A. PATERSON*
ANDREW A. PATERSON (P18690)
Attorney for Intervenor Defendant
Robert Davis
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com