UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:20-cv-13134-LVP-RSW <br><br> Hon. Linda V. Parker |

## **APPEARANCE**

Notice is hereby given that Stephen E. Glazek of Barris, Sott, Denn & Driker, PLLC, enters his appearance in this matter for Amicus Curiae Michigan State Conference NAACP, for purposes of receiving papers filed with the Court, notices and orders from the Court.

Dated: December 4, 2020                               Respectfully submitted,

| | |
|---|---|
| BARRIS, SOTT, DENN & DRIKER, PLLC <br><br> By: ___/s/ Stephen E. Glazek_____ <br> Eugene Driker (P12959) <br> Stephen E. Glazek (P23186) <br> Daniel M. Share (P26903) <br> 333 West Fort Street, Suite 1200 <br> Detroit, MI 48226 <br> (313) 965-9725 | Kristen Clarke (*pro hac vice* pending) <br> Jon Greenbaum (*pro hac vice* pending) <br> Ezra Rosenberg (*pro hac vice* pending) <br> Julie Houk (*pro hac vice* pending) <br> LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW <br> 1500 K Street NW, Suite 900 <br> Washington, DC 20005 <br> Telephone: (202) 662-8300 <br> kclarke@lawyerscommittee.org |

| | |
|---|---|
| edriker@bsdd.com | jgreenbaum@lawyerscommittee.org |
| sglazek@bsdd.com | erosenberg@lawyerscommittee.org |
| dshare@bsdd.com | |

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 4, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will automatically send notification of such filing to all attorneys of record registered for electronic filing.

                                                               /s/ Stephen E. Glazek