# **<u>Exhibit 1</u>**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH,<br><br>    Plaintiffs,<br> v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and MICHIGAN BOARD OF STATE CANVASSERS.<br><br>    Defendants.<br><br>DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>    Intervenor-Defendants.<br><br>CITY OF DETROIT,<br><br>    Intervenor-Defendants.<br><br>ROBERT DAVIS<br><br>    Intervenor-Defendant. | CIVIL ACTION<br><br>Case No. 2:20-CV-13134<br><br>Hon. Linda V. Parker<br><br><br>**INTERVENOR-DEFENDANTS' RESPONSE TO PLAINTIFFS' SUBMISSION OF SUPPLEMENTAL AUTHORITY** |

In support of their motion for Declaratory, Emergency, and Permanent Injunctive relief seeking to "de-certify" Michigan's election (ECF No. 7), Plaintiffs

have submitted, as supposed "supplemental authority," an order setting a briefing schedule in a case Plaintiffs' counsel initiated in the U.S. District Court for the Eastern District of Wisconsin seeking to nullify the results of that state's presidential election. *See* ECF No. 57 & 57-1. Plaintiffs contend that the scheduling order in the Wisconsin case "rebuts Defendant and Defendant Intervenors' assertion of laches and abstention as grounds for dismissal of the Complaint and denial of Plaintiffs' TRO motion" in the present action. ECF No. 57 at 3.

Plaintiffs' characterization of the Wisconsin scheduling order is blatantly incorrect. The Wisconsin order *sets a briefing schedule*. It does not address or resolve the merits of any claims or defenses asserted in the Wisconsin case— including laches and abstention—let alone in this case. *See* ECF No. 14-1 at 7-10; ECF 31 at 3-7, 19-31; ECF No. 39 at 26-29, 30.

Dated: December 4, 2020.    Respectfully submitted,

/s/ *Scott R. Eldridge*

| | |
|---|---|
| Marc E. Elias (DC #442007) | Scott R. Eldridge (P66452) |
| Jyoti Jasrasaria (DC #1671527)* | MILLER CANFIELD |
| PERKINS COIE LLP | One Michigan Avenue, Suite 900 |
| 700 Thirteenth Street NW, Suite 800 | Lansing, Michigan 48933 |
| Washington, DC 20005 | Telephone: (517) 483-4918 |
| Telephone: (202) 654-6200 | eldridge@millercanfield.com |
| melias@perkinscoie.com | |
| jjasrasaria@perkinscoie.com | Mary Ellen Gurewitz (P25724) |
| | CUMMINGS & CUMMINGS |
| William B. Stafford (WA #39849)* | 423 North Main Street, Suite 200 |
| Jonathan P. Hawley (WA #56297)* | Royal Oak, Michigan 48067 |
| PERKINS COIE LLP | Telephone: (248) 733-3405 |
| 1201 Third Avenue, Suite 4900 | maryellen@cummingslawpllc.com |
| Seattle, Washington 98101 | |
| Telephone: (206) 359-8000 | Seth P. Waxman (DC #257337) |
| wstafford@perkinscoie.com | Brian M. Boynton (DC #483187) |
| jhawley@perkinscoie.com | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 1875 Pennsylvania Avenue NW |
| John F. Walsh (CO #16642) | Washington, D.C. 20006 |
| WILMER CUTLER PICKERING HALE AND DORR LLP | Telephone: (202) 663-6000 |
| 1225 Seventeenth Street, Suite 2600 | seth.waxman@wilmerhale.com |
| Denver, Colorado 80202 | brian.boynton@wilmerhale.com |
| Telephone: (720) 274-3154 | |
| john.walsh@wilmerhale.com | |

*Counsel for Intervenor-Defendants DNC Services Corporation/Democratic National Committee and Michigan Democratic Party*

*Admission forthcoming

3