## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>   Plaintiffs<br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, the Michigan BOARD OF STATE CANVASSERS,<br><br>   Defendants. | CASE NO. 20-cv-13134 |

### PLAINTIFFS' RESPONSES TO INTERVENORS' SUBMISSION OF SUPPLEMENTAL AUTHORITY

COMES NOW Plaintiffs, Timothy King, Marian Ellen Sheridan, John Earl Haggard, Charles James Ritchard, James David Hooper, and Daren Wade Rubingh, by and through their undersigned counsel, and file this Response to Intervenors' Motion for Submission of Additional Authority.

Intervenors submit two newspaper articles that offer no admissible or probative evidence relevant to this case. With regard to the issues raised by the Detroit Free Press, Mr. Ramsland already responded to the same points raised by defendants' expert, Dr. Rodden, and stands by his conclusions. (See Ramsland Reply Report, Docket No 49, Ex. 3 at par 6). The article brings nothing to light that isn't already before the court. Further the article incorrectly claims that

there is no Spring Lake Township, Precinct 6. Maybe the reporter should tell that to the people recorded as voting there. See below from state voting records.

| Precinct | Contest | Candidate | Party | Votes | Timestamp |
|---|---|---|---|---|---|
| Spring Lake Township, Precinct 6 - B | Regent of the University of Michigan - 2 Positions | Shauna Ryder Diggs | DEM | 4 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Regent of the University of Michigan - 2 Positions | Mark Bernstein | DEM | 6 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Regent of the University of Michigan - 2 Positions | Eric Larson | LIB | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Regent of the University of Michigan - 2 Positions | Sarah Hubbard | REP | 5 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Regent of the University of Michigan - 2 Positions | Carl Meyers | REP | 6 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | REGISTERED VOTERS - TOTAL | REGISTERED VOTERS - TOTAL | NON | 10 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in Congress 2nd District - 1 Position | Jean-Michel Creviere | GRN | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in Congress 2nd District - 1 Position | Max Riekse | LIB | 1 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in Congress 2nd District - 1 Position | Gerald T. Van Sickle | UST | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in Congress 2nd District - 1 Position | Bryan Berghoef | DEM | 5 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in Congress 2nd District - 1 Position | Bill Huizenga | REP | 6 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in State Legislature 89th District - 1 Position | Anita Marie Brown | DEM | 4 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Representative in State Legislature 89th District - 1 Position | Jim Lilly | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Spring Lake Public Schools Operating Millage | No | | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Spring Lake Public Schools Operating Millage | Yes | | 9 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | State Proposal 2020-1 | No | | 3 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | State Proposal 2020-1 | Yes | | 7 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | State Proposal 2020-2 | No | | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | State Proposal 2020-2 | Yes | | 11 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Natural Law Party | NLP | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Green Party | GRN | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | U.S. Taxpayers Party | UST | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Libertarian Party | LIB | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Working Class Party | WCP | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Democratic Party | DEM | 2 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Straight Party Ticket - 1 Position | Republican Party | REP | 3 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Supervisor - Spring Lake - 1 Position | John. H. Nash | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Treasurer - Spring Lake - 1 Position | James Koster | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee - Spring Lake - 4 Positions | Jerry L. Rabideau | REP | 9 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee - Spring Lake - 4 Positions | Catherine A. Pavick | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee - Spring Lake - 4 Positions | Ernie Petrus | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee - Spring Lake - 4 Positions | Rachel L. Terpstra | REP | 8 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Brandon Hu | GRN | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Robin Lea Laurain | GRN | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Will Tyler White | LIB | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Bridgette Abraham-Guzman | NLP | 1 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Pat O'Keefe | REP | 6 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Tonya Schuitmaker | REP | 5 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | John Paul Sanger | UST | 0 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Janet M. Sanger | UST | 1 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Brian Mosallam | DEM | 4 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | Trustee of Michigan State University - 2 Positions | Rema | DEM | 5 | 11-30-20 12:27 |
| Spring Lake Township, Precinct 6 - B | United States Senator - 1 Position | Leona | | 0 | 11-30-20 12:27 |

The second article from the Associated Press makes no mention of any evidence presented here. Intervenors' submission is nothing more than a desperate attempt to discredit Mr. Ramsland's opinions where their experts have failed.

Respectfully submitted, this 6th day of December, 2020.

/s Sidney Powell*
Sidney Powell PC

Texas Bar No. 16209700


Of Counsel:
Emily P. Newman (Virginia Bar No. 84265)
Julia Z. Haller (D.C. Bar No. 466921)

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice Forthcoming

Howard Kleinhendler
New York Bar No. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
(917) 793-1188
howard@kleinhendler.com

/s/ Scott Hagerstrom
Michigan State Bar No. 57885
222 West Genesee
Lansing, MI 48933
517) 763-7499
Scotthagerstrom @yahoo.com

/s/ Gregory P. Rohl
Michigan State Bar No. P39185
The Law Offices of Gregory P. Rohl, P.C.
41850 West 11 Mile Road, Suite 110
Novi, Michigan 48375
(248) 380-9404
gregoryrohl@yahoo.com