UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

                Plaintiff(s),

v.                                            Case No. 2:20−cv−13134−LVP−RSW
                                            Hon. Linda V. Parker

Gretchen Whitmer, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

        Motion for TRO − #7
        Motion to Seal − #8

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Linda V. Parker *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/R Loury
                                                  Case Manager

Dated:   December 6, 2020