UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,

        Plaintiffs.

Case No. 20-cv-13134
Hon. LINDA V. PARKER

v.

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS.

        Defendants.

_____/

STEFANIE LYNN JUNTTILA
Attorney for Plaintiffs
500 Griswold St., Ste. 2340
Detroit, MI 48301
(248) 270-6689
Email: attorneystefanielambert@gmail.com
_____/

## APPEARANCE OF COUNSEL

PLEASE ENTER the Appearance of the Undersigned, STEFANIE LYNN JUNTTILA, on behalf of the named Plaintiffs TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH.

KINDLY FORWARD all future notices and pleadings to the undersigned

        Respectfully submitted,

        /s/ Stefanie Lynn Junttila
        STEFANIE LYNN JUNTTILA
        Attorney for Plaintiffs
        500 Griswold St., Ste. 2340
        Detroit, MI 48301
        (248) 270-6689
Date:  December 8, 2020        Email: attorneystefanielambert@gmail.com