UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,

                Plaintiffs.

                Case No. 20-cv-13134
                Hon. LINDA V. PARKER

v.

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS.

                Defendants.
_____/

STEFANIE LYNN JUNTTILA
Attorney for Plaintiffs
500 Griswold St., Ste. 2340
Detroit, MI 48301
(248) 270-6689
Email: attorneystefanielambert@gmail.com
_____/

**NOTICE OF APPEAL**

      NOW COMES the Plaintiffs TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH by and through their attorney, STEFANIE LYNN JUNTTILA, and hereby give NOTICE OF APPEAL of this Court's 12/07/2020 R. 62 OPINION and ORDER Denying Plaintiffs' Emergency Motion for Declaratory, Emergency, and Permanent Injunctive Relief.

                Respectfully submitted,

                /s/ Stefanie Lynn Junttila
                STEFANIE LYNN JUNTTILA
                Attorney for Plaintiffs
                500 Griswold St., Ste. 2340
                Detroit, MI 48301
                (248) 270-6689
Date:  December 8, 2020      Email: attorneystefanielambert@gmail.com