UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

            Plaintiff(s),

v.

Gretchen Whitmer, et al.,

           Defendant(s).

Case No. 2:20−cv−13134−LVP−RSW
Hon. Linda V. Parker

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

      United States Court of Appeals for the Sixth Circuit
      Potter Stewart U.S. Courthouse
      100 East Fifth Street, Fifth Floor
      Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 9, 2020.

DAVID J. WEAVER, CLERK OF COURT

By: s/ L. Granger
     Deputy Clerk

Dated:   December 9, 2020