UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, *et al.*, <br><br> Defendants. | CIVIL ACTION <br><br> No. 2:20-cv-13134-LVP-RSW <br><br> Hon. Linda V. Parker |

## **APPEARANCE**

Notice is hereby given that Julie M. Houk of Lawyers Committee for Civil Rights Under Law, enters her appearance in this matter for Amicus Curiae Michigan State Conference NAACP, for purposes of receiving papers filed with the Court, notices and orders from the Court.

Dated: December 9, 2020

Eugene Driker (P12959)
Stephen E. Glazek (P23186)
Daniel M. Share (P26903)
BARRIS, SOTT, DENN & DRIKER, PLLC
333 West Fort Street, Suite 1200
Detroit, MI 48226
(313) 965-9725
edriker@bsdd.com
sglazek@bsdd.com

Respectfully submitted,

By: /s/ Julie M. Houk
Julie M. Houk
Kristen Clarke
Jon Greenbaum
Ezra Rosenberg
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Telephone: (202) 662-8300
jhouk@lawyerscommittee.org

| | |
|---|---|
| dshare@bsdd.com | kclarke@lawyerscommittee.org<br>jgreenbaum@lawyerscommittee.org<br>erosenberg@lawyerscommittee.org |

*Attorneys for Amicus Curiae*

## CERTIFICATE OF SERVICE

 I hereby certify that on December 9, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will automatically send notification of such filing to all attorneys of record registered for electronic filing.

              __/s/ Julie M. Houk_____