UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

Plaintiff(s),

v.

Case No. 2:20−cv−13134−LVP−RSW
Hon. Linda V. Parker

Gretchen Whitmer, et al.,

Defendant(s).

_____

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 10, 2020.

DAVID J. WEAVER, CLERK OF COURT

By: s/ S. Schoenherr_____
Deputy Clerk

Dated:  December 10, 2020