UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH, | No. 2-20-cv-13134 |
| | HON. LINDA V. PARKER |
| Plaintiffs, v | MAG. R. STEVEN WHALEN |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS, | **DEFENDANTS' EX PARTE MOTION TO EXCEED PAGE LIMIT FOR STATE DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS** |
| Defendants, | |
| CITY OF DETROIT, | |
| Proposed Intervening Defendant, | |
| ROBERT DAVIS, | |
| Proposed Intervening Defendant, | |
| DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, | |
| Proposed Intervening Defendant. | |

1

Gregory J. Rohl (P39185)
Attorney for Plaintiffs
41850 West 11 Mile Road, Suite 110
Novi, Michigan 48375
248.380.9404
gregoryrohl@yahoo.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

David Fink (P28235)
Attorney for Proposed Intervenor City of Detroit
38500 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.971.2500
dfrink@finkbressack.com

Mary Ellen Gurewitz (P25724)
Attorney for Proposed Intervenor DNC/MDP
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
313.204.6979
maryellen@cummingslawpllc.com

Scott R. Eldridge
Attorney for Proposed Intervenor DNC/MDP
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
517.483.4918
eldridge@millercanfield.com

Andrew A. Paterson (P18690)
Attorney for Proposed Intervenor Davis
2893 East Eisenhower Parkway
Ann Arbor, Michigan 48108
248.568.9712
Aap43@outlook.com

/

## DEFENDANTS' EX PARTE MOTION TO EXCEED PAGE LIMIT FOR STATE DEFENDANTS' BRIEF IN SUPPORT OF MOTION TO DISMISS

Now come Defendants Governor Gretchen Whitmer, Secretary of State Jocelyn Benson and the Board of State Canvassers, by counsel, and request that this Court allow Defendants to file a brief in response to Plaintiffs' motion for a temporary restraining order that exceeds the 25-page limit established by L.R. 7.1(d)(3)(A) for good cause shown in light of the important nature of this elections case.  In support thereof, Defendants state:

1. Plaintiffs' Amended Complaint consists of 233 paragraphs and was accompanied by dozens of exhibits, totaling over 900 pages.

2. Because the legal questions before this Court are numerous and distinct and require the discussion of multiple factors, along with an application of the law to the facts, Defendants require additional pages to adequately make these arguments.

2. Defendant's brief is 62 pages in length.

WHERFORE, due to the important nature of this case and the legal questions presented, Defendants' request to extend the page length to 62 pages is warranted and reasonable in this case.

Respectfully submitted,

DANA NESSEL
Attorney General

*s/Erik A. Grill*
Erik A. Grill (P64713)
Heather S. Meingast (P55439)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: grille@michigan.gov
P64713

Dated: December 22, 2020

## Certificate of Service

I hereby certify that on December 22, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*s/Erik A. Grill*
Erik A. Grill (P64713)
Assistant Attorney General
Attorney for Defendants
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659