# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 11, 2020

162320 & (20) (24) (25)

DONALD J. TRUMP FOR PRESIDENT, INC.,
and ERIC OSTERGREN,
       Plaintiffs-Appellants,

v

SECRETARY OF STATE,
       Defendant-Appellee.
_____/

SC: 162320
COA: 355378
Ct of Claims: 2020-000225-MZ

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

    On order of the Court, the motions for immediate consideration are GRANTED. The application for leave to appeal the December 4, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to intervene is DENIED as moot.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 11, 2020


Clerk

p1209t