# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>　　　　Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

## THE CITY OF DETROIT'S MOTION TO DISMISS
## AND
## FOR AN AWARD OF SANCTIONS

### Index of Exhibits

Exhibit 1 – November 4, 2020 Opinion and Order in *Donald J. Trump for President, Inc v. Secy' of State*

Exhibit 2 – November 6, 2020 Opinion and Order in *Stoddard v. City Elect Comm of the City of Detroit*

Exhibit 3 – December 4, 2020 Order in *Donald J. Trump for President, Inc v. Secy' of State*