# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TIMOTHY KING,** *et.al.*,
    Plaintiffs**,**

Case No. 20-cv-13134
**Hon. Linda V. Parker**

v.

**GRETCHEN WHITMER,** in her official capacity as Governor of the State of Michigan, *et.al.,*
    Defendants,

and

**ROBERT DAVIS**,
    Intervenor Defendant.

_____/

| | |
|---|---|
| GREGORY J. ROHL (P39185) | HEATHER S. MEINGAST (P55439) |
| The Law Offices of Gregory Rohl | ERIC GRILL (P64713) |
| 41850 West 11 Mile Rd., Ste.110 | Assistant Attorneys General |
| Novi, MI 48375 | Attorneys for Defendants |
| (248) 380-9404 | P.O. Box 30736 |
| gregoryrohl@yahoo.com | Lansing, MI 48909 |
| | (517) 335-7659 |
| | meingasth@michigan.gov |
| | grille@michigan.gov |
| | |
| | ANDREW A. PATERSON (P18690) |
| | Attorney for Proposed Intervening |
| | Defendant Robert Davis |
| | 2893 E. Eisenhower Pkwy |
| | Ann Arbor, MI 48108 |
| | (248) 568-9712 |
| | Aap43@outlook.com |

_____/

# INTERVENOR DEFENDANT ROBERT DAVIS' EMERGENCY MOTION TO STRIKE PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE (ECF NO. 74).

NOW COMES, INTERVENOR DEFENDANT ROBERT DAVIS (hereinafter "Intervenor Defendant Davis"), by and through his attorney, ANDREW A. PATERSON, and for his Emergency Motion to Strike Plaintiffs' Motion for Extension of Time To File Response (ECF No. 74), states the following:

## I. Concurrence

Pursuant to Local Rule 7.1, prior to filing the instant motion, counsel for Intervenor Defendant Davis sought concurrence from Plaintiffs' counsel, but concurrence was denied, necessitating the filing of this motion.

## II. Necessity for Immediate Consideration

It is necessary for the Court to address the merits of Intervenor Defendant Davis' instant motion on an expedited basis because Plaintiffs' motion for extension of time (ECF No. 74) was improperly filed because Plaintiffs' counsel mistakenly selected and identified Intervenor Defendant Davis as being the "filer" of the motion for extension of time (ECF No. 74) when in fact the Plaintiffs are the true "filers" of the motion for extension of time (ECF No. 74) and not Intervenor Defendant Davis.

This error needs to be corrected immediately so that Plaintiffs' counsel can properly refile the motion for extension of time (ECF No. 74).

### III. Plaintiffs' Motion for Extension of Time Must Be Stricken And Refiled Correctly Identifying The Proper Filers of the Motion.

On December 22, 2020, Intervenor Defendant Robert Davis filed a motion for sanctions against the Plaintiffs and Plaintiffs' counsel. (ECF No. 69). On January 2, 2021, Plaintiffs' counsel sent Intervenor Defendant Davis' counsel an email seeking concurrence for Plaintiffs' motion for extension of time to file a response to Intervenor Defendant Davis' motion for sanctions (ECF No. 69). (See Email Thread attached as Exhibit A). However, concurrence was denied. (*Id.*)

Accordingly, on January 4, 2021, Plaintiffs' counsel filed a motion for extension of time. (ECF No. 74). However, upon closely reviewing the ECF filing notice, Intervenor Defendant Davis' counsel realized that Plaintiffs' counsel mistakenly selected and identified Intervenor Defendant Davis as the "filer" of said motion. (See ECF Filing for ECF No. 74 attached as Exhibit A). Upon recognizing this apparent error, Intervenor Defendant Davis' counsel immediately contacted Plaintiffs' counsel and requested that the motion be withdrawn and refiled

correctly. (*Id.*) Surprisingly, Plaintiffs' counsel refused to correct this error and further advised Intervenor Defendant Davis' counsel that the Clerk's office had advised Plaintiffs' counsel that the motion for extension of time (ECF No. 74) was properly filed despite the apparent error that incorrectly lists Intervenor Defendant Davis as the "filer" of the motion. (*Id.*)

Plaintiffs' filing must be corrected so that the record can accurately reflect the true "filers" of the motion for extension of time (ECF No. 74). Accordingly, Plaintiffs' motion for extension of time (ECF No. 74) must be STRICKEN and refiled identifying the correct "filers" of the motion.

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Intervenor Defendant Davis prays that this Honorable Court GRANT his emergency motion to strike Plaintiffs' motion for extension of time (ECF No. 74) and order Plaintiffs to refile said motion identifying the proper and correct "filers" of the motion.

**Dated: January 4, 2021**  Respectfully submitted,

/s/ ANDREW A. PATERSON
ANDREW A. PATERSON (P18690)
Attorney for Intervenor Defendant
Robert Davis
2893 E. Eisenhower
Ann Arbor, MI 48108
(248) 568-9712

**CERTIFICATE OF SERVICE**

I, ANDREW A. PATERSON, certify that forgoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 4th day of January, 2021, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

Dated: January 4, 2021  Respectfully submitted,

*/s/ ANDREW A. PATERSON*
ANDREW A. PATERSON (P18690)
Attorney for Intervenor Defendant
Robert Davis
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com