Re: Fw: Motion for Extension of Time to File Response/Reply in 2:20-cv-13134-LVP-RSW King et al v. Whitmer et al

To: Stefanie Lambert <attorneystefanielambert@gmail.com>
From: Drew Paterson
Mon 1/4/2021 2:01 PM

Counsel,

Respectfully, your motion was not properly filed because it lists my client as the "filer" of the motion". Again, my client should not be listed as the "filer" of the motion for extension of time. Rather, your clients should be listed as the filers. Accordingly, I will be proceeding with filing a motion to strike your improperly filed motion and requesting the Court to assess additional sanctions for me having to file this motion since you should simply voluntarily withdraw this improperly filed motion and simply refile it.

Drew Paterson
(248) 568-9712
aap43@outlook.com

---

**From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
**Sent:** Monday, January 4, 2021 1:57 PM
**To:** Drew Paterson <aap43@outlook.com>
**Subject:** Re: Fw: Motion for Extension of Time to File Response/Reply in 2:20-cv-13134-LVP-RSW King et al v. Whitmer et al

Counsel,

I spoke with Devon at the Clerk's Office to confirm the motion was properly filed.

Robert Davis is listed because my motion had to be linked to his motion when it was filed.

Best regards,

Stefanie Lambert Junttila


On Mon, Jan 4, 2021 at 1:54 PM Drew Paterson <aap43@outlook.com> wrote:
Counsel,
The motion was NOT filed properly because the filer is listed as my client, Robert Davis.  The flier should be listed as your clients and NOT

Mr. Davis. Accordingly, I will be filing an emergency motion to strike the improperly filed motion and will be seeking additional sanctions. Will you concur in the relief requested?

Drew Paterson
(248) 568-9712
aap43@outlook.com

---

**From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
**Sent:** Monday, January 4, 2021 1:51 PM
**To:** Drew Paterson <aap43@outlook.com>
**Subject:** Re: Fw: Motion for Extension of Time to File Response/Reply in 2:20-cv-13134-LVP-RSW King et al v. Whitmer et al

Counsel,

As confirmed by the Clerk's Office, the motion was properly filed.

Sincerely,

Stefanie Lambert Junttila

On Mon, Jan 4, 2021 at 12:57 PM Drew Paterson <aap43@outlook.com> wrote:

Counsel,
I am respectfully requesting that your most recent filing be Immediately stricken because you incorrectly filed it as if you were representing my client, But Intervening Defendant Robert Davis.


Drew Paterson

(248) 568-9712

aap43@outlook.com

---

**From:** cmecfadmin@mied.uscourts.gov <cmecfadmin@mied.uscourts.gov>
**Sent:** Sunday, January 3, 2021 10:30 PM
**To:** do_not_reply@mied.uscourts.gov <do_not_reply@mied.uscourts.gov>
**Subject:** Motion for Extension of Time to File Response/Reply in 2:20-cv-13134-LVP-RSW King et al v. Whitmer et al

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court

Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered by Junttila, Stefanie on 1/3/2021 at 10:30 PM EST and filed on 1/3/2021
**Case Name:**     King et al v. Whitmer et al
**Case Number:**   2:20-cv-13134-LVP-RSW
**Filer:**         Robert Davis
**Document Number:** 74

**Docket Text:**
**MOTION for Extension of Time to File Response/Reply as to [69] MOTION for Sanctions *against Plaintiffs and Plaintiffs' counsel* by Robert Davis. (Attachments: # (1) Exhibit Exhibit 1) (Junttila, Stefanie)**

**2:20-cv-13134-LVP-RSW Notice has been electronically mailed to:**

Andrew A. Paterson , Jr     aap43@hotmail.com

Daniel M. Share     dshare@bsdd.com, jmichaels@bsdd.com

Darryl Bressack     dbressack@finkbressack.com, ggayer@finkbressack.com, khunt@finkbressack.com

David H. Fink     dfink@finkbressack.com, ggayer@finkbressack.com, jmack@finkbressack.com, khunt@finkbressack.com

Erik A. Grill     grille@michigan.gov, albrol@michigan.gov, richardsm1@michigan.gov, StOngeN@michigan.gov

Eugene Driker     edriker@bsdd.com, ssimkins@bsdd.com

Ezra D Rosenberg     erosenberg@lawyerscommittee.org

Gregory J. Rohl     gregoryrohl@yahoo.com

Heather S. Meingast     meingasth@michigan.gov, albrol@michigan.gov, richardsm1@michigan.gov

Jon Greenbaum     jgreenbaum@lawyerscommittee.org, jon-greenbaum-5373@ecf.pacerpro.com

Julie M Houk     jhouk@lawyerscommittee.org

Mary Ellen Gurewitz     megurewitz@gmail.com, rcunningham@michlabor.legal

Nathan J. Fink     nfink@finkbressack.com, ggayer@finkbressack.com, jmack@finkbressack.com, khunt@finkbressack.com

Scott R. Eldridge     eldridge@millercanfield.com, yoak@millercanfield.com

Stefanie Lynn Junttila     attorneystefanielambert@gmail.com

Stephen E. Glazek     sglazek@bsdd.com, STaylor@bsdd.com

**2:20-cv-13134-LVP-RSW Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=1/3/2021] [FileNumber=10153504-0
] [3abf50ee8890aa1552d2a22336a0f78ff1a081cece3a10293d48618480a1166ff7f
5f748acb2766312cdbfddc576515499997d8c072b72417b33763a9dd60be7]]
**Document description:**Exhibit Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1047317467 [Date=1/3/2021] [FileNumber=10153504-1
] [99e9864b67395f7c96d7bf2d896951ab9e5432724b5e518b4f858a4bda6b9ca7a9f
470ce8a5dd82d1733a1f8b03423bb1f0c9bf98b446e7d228680432fe8df92]]