UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

        Plaintiffs,

v.                                    Case No. 20-13134
                                      Honorable Linda V. Parker

GRETCHEN WHITMER, et al.,

        Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE and MICHIGAN
DEMOCRATIC PARTY, and
ROBERT DAVIS,

        Intervenor-Defendants.
_____/

## **ORDER**

This matter is presently before the Court on Plaintiffs' Motion for Extension of Time to File Response/Reply to Motion for Sanctions Against Plaintiffs and Plaintiffs' Counsel (ECF No. 74) and Intervenor-Defendant Robert Davis' Emergency Motion to Strike Motion for Extension of Time to File Response/Reply to Motion for Sanctions Against Plaintiffs and Plaintiffs' Counsel (ECF No. 75).

**IT IS ORDERED** that the Clerk's Office shall correct the docket entry text associated with Plaintiffs' motion (ECF No. 74) so that the filing party is noted as "All Plaintiffs"—not "Robert Davis."

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Extension of Time to File Response/Reply to Motion for Sanctions Against Plaintiffs and Plaintiffs' Counsel (ECF No. 74) is **GRANTED**. Plaintiffs shall file a response by no later than 5:00 PM on January 19, 2021.

**IT IS FURTHER ORDERED** that Intervenor-Defendant Robert Davis' Emergency Motion to Strike Motion for Extension of Time to File Response/Reply to Motion for Sanctions Against Plaintiffs and Plaintiffs' Counsel (ECF No. 75) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

                                          s/ Linda V. Parker
                                          LINDA V. PARKER
                                          U.S. DISTRICT JUDGE

Dated: January 5, 2021