# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>          Plaintiffs,<br><br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>          Defendants<br>  and<br><br>CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>          Intervenor-Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

**INDEX OF EXHIBITS TO:**

THE CITY OF DETROIT'S MOTION FOR SANCTIONS, FOR DISCIPLINARY ACTION AND FOR DISBARMENT REFERRAL

1. News article (https://lawandcrime.com/2020-election/detroit-is-trying-to-get-sidney-powell-fined-banned-from-court-and-referred-to-the-bar-for-filing-the-kraken/)
2. Official Turnout Results – Detroit, North Muskegon and Zeeland Twp
3. Slip Opinion, *Pearson v. Kemp*, No. 1:20-cv-4809 (N.D. Ga. Dec. 7, 2020)

4. Affidavit filed in Georgia lawsuit
5. Transcript of Telephone Call Between Donald Trump and Brad Raffensperger
6. News article (https://www.politico.com/news/2020/12/03/trump-pac-fundraising-442775)
7. Slip Opinion, *Wisconsin Voters Alliance v. Pence*, No. 1:20-cv-03791 (D.C. Jan. 4, 2021)
8. News article (https://www.law360.com/articles/1339984)
9. CISA Statement
10. Costantino Opinion and Order
11. Nov. 11, 2020 Affidavit of Christopher Thomas
12. Affidavit of Daniel Baxter
13. Dec. 10, 2020 Affidavit of Christopher Thomas
14. Michigan Department of State Press Release regarding Antrim County
15. News report (https://www.bridgemi.com/michigan-government/gop-calls-michigan-election-probe-officials-say-their-claims-are-weak)
16. Antrim County Audit Results
17. News report (https://www.washingtonpost.com/investigations/sidney-powell-spider-spyder-witness/2020/12/11/0cd567e6-3b2a-11eb-98c4-25dc9f4987e 8_story.html)
18. News report (https://www.freep.com/story/news/politics/elections/2020/12/15/trump-fact-check-defect-voting-machines-michigan/3902951001/)
19. Braynard Survey (as submitted in Johnson)
20. Affidavit of Charles Stewart
21. Rohl Notice of Suspension