# EXHIBIT 2

# Election Summary Report
## November 3, 2020 - General Election
### Detroit, Michigan
### OFFICIAL RESULTS

Precincts Reported: 637 of 637 (100.00%)
Registered Voters: 257,619 of 506,305 (50.88%)
Ballots Cast: 257,619

## Straight Party (Vote for 1)

Precincts Reported: 637 of 637 (100.00%)

|  |  | Election Day | AV Counting | Total |  |
|---|---|---|---|---|---|
| Times Cast |  | 83,235 | 174,384 | 257,619 / 506,305 | 50.88% |

| Candidate | Party | Election Day | AV Counting Board | Total |  |
|---|---|---|---|---|---|
| Democrat Party | DEM | 61,710 | 135,381 | 197,091 | 94.99% |
| Republican Party | REP | 3,787 | 3,448 | 7,235 | 3.49% |
| Libertarian Party | LIB | 310 | 292 | 602 | 0.29% |
| U.S. Taxpayers Party | UST | 378 | 271 | 649 | 0.31% |
| Working Class Party | WCP | 610 | 550 | 1,160 | 0.56% |
| Green Party | GRN | 218 | 219 | 437 | 0.21% |
| Natural Law Party | NLP | 183 | 131 | 314 | 0.15% |
| Total Votes |  | 67,196 | 140,292 | 207,488 |  |

|  |  | Election Day | AV Counting Board | Total |
|---|---|---|---|---|
| Unresolved Write-In |  | 0 | 0 | 0 |

**Precinct Results**

Election Night Results

Run Time: 5:55 PM
Run Date: 11/13/2020

**Muskegon County, Michigan**

General Election

11/3/2020

Page 460

**Official Results**

Registered Voters
96730 of 148377 = 65.19%

Precincts Reporting
75 of 75 = 100.00%

**Cityh of North Muskegon, Precinct 1**                         1,178 of 1,602 registered voters = 73.53%

### United States Senator - Vote for not more than 1

| Choice | Party | Absentee Voting | | Election Day Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Gary Peters | DEM | 391 | 58.53% | 160 | 32.79% | 551 | 47.66% |
| John James | REP | 266 | 39.82% | 314 | 64.34% | 580 | 50.17% |
| Valerie L. Willis | UST | 3 | 0.45% | 8 | 1.64% | 11 | 0.95% |
| Marcia Squier | GRN | 5 | 0.75% | 4 | 0.82% | 9 | 0.78% |
| Doug Dern | NLP | 3 | 0.45% | 2 | 0.41% | 5 | 0.43% |
| Leonard Paul Gadzinski (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Rober william Carr (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 668 | 100.00% | 488 | 100.00% | 1,156 | 100.00% |
| | Overvotes: | 0 | | 1 | | 1 | |

### Representative in Congress 2nd District - Vote for not more than 1

| Choice | Party | Absentee Voting | | Election Day Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Bryan Berghoef | DEM | 368 | 55.59% | 145 | 30.15% | 513 | 44.88% |
| Bill Huizenga | REP | 281 | 42.45% | 321 | 66.74% | 602 | 52.67% |
| Max Riekse | LIB | 8 | 1.21% | 9 | 1.87% | 17 | 1.49% |
| Gerald T. VanSickle | UST | 0 | 0.00% | 4 | 0.83% | 4 | 0.35% |
| Jean-Michel Creviere | GRN | 5 | 0.76% | 2 | 0.42% | 7 | 0.61% |
| | Cast Votes: | 662 | 100.00% | 481 | 100.00% | 1,143 | 100.00% |
| | Overvotes: | 2 | | 0 | | 2 | |

### Representative in State Legislature 92nd District - Vote for not more than 1

| Choice | Party | Absentee Voting | | Election Day Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Terry J. Sabo | DEM | 452 | 68.69% | 206 | 43.64% | 658 | 58.23% |
| Michael L. Haueisen | REP | 206 | 31.31% | 266 | 56.36% | 472 | 41.77% |
| | Cast Votes: | 658 | 100.00% | 472 | 100.00% | 1,130 | 100.00% |
| | Overvotes: | 0 | | 0 | | 0 | |

**Precinct Results**

Election Night Results

Run Time 5:55 PM
Run Date 11/13/2020

**Muskegon County, Michigan**

General Election

11/3/2020

Page 467

**Official Results**

**Registered Voters**
96730 of 148377 = 65.19%

**Precincts Reporting**
75 of 75 = 100.00%

## City of North Muskegon, Precinct 2

1,470 of 1,788 registered voters = 82.21%

### Straight Party Ticket - Vote for not more than 1

| Choice | Party | Absentee Voting | | Election Day Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Democratic Party | DEM | 209 | 62.20% | 86 | 35.54% | 295 | 51.04% |
| Republican Party | REP | 125 | 37.20% | 153 | 63.22% | 278 | 48.10% |
| Libertarian Party | LIB | 2 | 0.60% | 1 | 0.41% | 3 | 0.52% |
| US Taxpayers Party | UST | 0 | 0.00% | 1 | 0.41% | 1 | 0.17% |
| Working Class Party | WCP | 0 | 0.00% | 1 | 0.41% | 1 | 0.17% |
| Green Party | GRN | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Natural Law Party | NLP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 336 | 100.00% | 242 | 100.00% | 578 | 100.00% |
| | Overvotes: | 0 | | 1 | | 1 | |

### Electors of President and Vice-President of the United States - Vote for not more than 1

| Choice | Party | Absentee Voting | | Election Day Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Joseph R. Biden / Kamala D. Harris | DEM | 491 | 57.23% | 208 | 34.55% | 699 | 47.88% |
| Donald J. Trump / Michael R. Pence | REP | 350 | 40.79% | 381 | 63.29% | 731 | 50.07% |
| Jo Jorgensen / Jeremy Cohen | LIB | 17 | 1.98% | 9 | 1.50% | 26 | 1.78% |
| Don Blankenship / William Mohr | UST | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Howie Hawkins / Angela Walker | GRN | 0 | 0.00% | 3 | 0.50% | 3 | 0.21% |
| Rocky De La Fuente / Darcy Richardson | NLP | 0 | 0.00% | 1 | 0.17% | 1 | 0.07% |
| Brian T. Carrol (W) | | | | 0 | 0.00% | 0 | 0.00% |
| Jade Simmons (W) | | | | 0 | 0.00% | 0 | 0.00% |
| Kasey Wells (W) | | | | 0 | 0.00% | 0 | 0.00% |
| Tara Renee Hunter (W) | | | | 0 | 0.00% | 0 | 0.00% |
| Tom Hoefling (W) | | | | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 858 | 100.00% | 602 | 100.00% | 1,460 | 100.00% |
| | Overvotes: | 0 | | 1 | | 1 | |

**Precinct Report**

Ottawa County Canvass of Votes

Run Time: 4:20 PM
Run Date: 11/11/2020

**Ottawa County, Michigan**

General Election

11/3/2020

Page 918

**Official Results**

Registered Voters
169960 of 221421 = 76.76%

Precincts Reporting
105 of 105 = 100.00%

**Zeeland Charter Township, Precinct 1**  1,580 of 2,122 registered voters = 74.46%

### Straight Party Ticket - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Democratic Party | DEM | 96 | 15.92% | 155 | 33.55% | 251 | 23.57% |
| Republican Party | REP | 500 | 82.92% | 297 | 64.29% | 797 | 74.84% |
| Libertarian Party | LIB | 2 | 0.33% | 3 | 0.65% | 5 | 0.47% |
| U.S. Taxpayers Party | UST | 1 | 0.17% | 0 | 0.00% | 1 | 0.09% |
| Working Class Party | WCP | 1 | 0.17% | 4 | 0.87% | 5 | 0.47% |
| Green Party | GRN | 1 | 0.17% | 3 | 0.65% | 4 | 0.38% |
| Natural Law Party | NLP | 2 | 0.33% | 0 | 0.00% | 2 | 0.19% |
| | Cast Votes: | 603 | 100.00% | 462 | 100.00% | 1,065 | 100.00% |
| | Undervotes: | 297 | | 218 | | 515 | |
| | Overvotes: | 0 | | 0 | | 0 | |

### Electors of President and Vice-President of the United States - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Joseph R. Biden / Kamala D. Harris | DEM | 177 | 19.82% | 267 | 39.50% | 444 | 28.30% |
| Donald J. Trump / Michael R. Pence | REP | 696 | 77.94% | 395 | 58.43% | 1,091 | 69.53% |
| Jo Jorgensen / Jeremy Cohen | LIB | 13 | 1.46% | 7 | 1.04% | 20 | 1.27% |
| Don Blankenship / William Mohr | UST | 2 | 0.22% | 3 | 0.44% | 5 | 0.32% |
| Howie Hawkins / Angela Walker | GRN | 3 | 0.34% | 4 | 0.59% | 7 | 0.45% |
| Rocky De La Fuente / Darcy Richardson | NLP | 1 | 0.11% | 0 | 0.00% | 1 | 0.06% |
| Brian T. Carroll (W) | | 1 | 0.11% | 0 | 0.00% | 1 | 0.06% |
| Jade Simmons (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Kasey Wells (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tara Renee Hunter (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tom Hoefling (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 893 | 100.00% | 676 | 100.00% | 1,569 | 100.00% |
| | Undervotes: | 6 | | 4 | | 10 | |
| | Overvotes: | 1 | | 0 | | 1 | |

**Precinct Report**

Ottawa County Canvass of Votes

Run Time: 4:20 PM
Run Date: 11/11/2020

Ottawa County, Michigan

General Election

11/3/2020

Page 927

**Official Results**

**Registered Voters**
169960 of 221421 = 76.76%

**Precincts Reporting**
105 of 105 = 100.00%

## Zeeland Charter Township, Precinct 2

2,110 of 2,626 registered voters = 80.35%

### Straight Party Ticket - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Democratic Party | DEM | 75 | 15.86% | 185 | 21.64% | 260 | 19.58% |
| Republican Party | REP | 389 | 82.24% | 666 | 77.89% | 1,055 | 79.44% |
| Libertarian Party | LIB | 7 | 1.48% | 4 | 0.47% | 11 | 0.83% |
| U.S. Taxpayers Party | UST | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Working Class Party | WCP | 1 | 0.21% | 0 | 0.00% | 1 | 0.08% |
| Green Party | GRN | 1 | 0.21% | 0 | 0.00% | 1 | 0.08% |
| Natural Law Party | NLP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 473 | 100.00% | 855 | 100.00% | 1,328 | 100.00% |
| | Undervotes: | 298 | | 484 | | 782 | |
| | Overvotes: | 0 | | 0 | | 0 | |

### Electors of President and Vice-President of the United States - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Joseph R. Biden / Kamala D. Harris | DEM | 157 | 20.60% | 464 | 34.97% | 621 | 29.73% |
| Donald J. Trump / Michael R. Pence | REP | 584 | 76.64% | 841 | 63.38% | 1,425 | 68.21% |
| Jo Jorgensen / Jeremy Cohen | LIB | 20 | 2.62% | 17 | 1.28% | 37 | 1.77% |
| Don Blankenship / William Mohr | UST | 0 | 0.00% | 3 | 0.23% | 3 | 0.14% |
| Howie Hawkins / Angela Walker | GRN | 1 | 0.13% | 2 | 0.15% | 3 | 0.14% |
| Rocky De La Fuente / Darcy Richardson | NLP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Brian T. Carroll (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Jade Simmons (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Kasey Wells (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tara Renee Hunter (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tom Hoefling (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 762 | 100.00% | 1,327 | 100.00% | 2,089 | 100.00% |
| | Undervotes: | 9 | | 12 | | 21 | |
| | Overvotes: | 0 | | 0 | | 0 | |

**Precinct Report**

Ottawa County Canvass of Votes

Run Time 4:20 PM
Run Date 11/11/2020

**Ottawa County, Michigan**

General Election

11/3/2020

Page 936

**Official Results**

**Registered Voters**
169960 of 221421 = 76.76%

**Precincts Reporting**
105 of 105 = 100.00%

**Zeeland Charter Township, Precinct 3**  2,046 of 2,531 registered voters = 80.84%

### Straight Party Ticket - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Democratic Party | DEM | 72 | 10.94% | 179 | 27.33% | 251 | 19.12% |
| Republican Party | REP | 581 | 88.30% | 471 | 71.91% | 1,052 | 80.12% |
| Libertarian Party | LIB | 4 | 0.61% | 3 | 0.46% | 7 | 0.53% |
| U.S. Taxpayers Party | UST | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Working Class Party | WCP | 0 | 0.00% | 1 | 0.15% | 1 | 0.08% |
| Green Party | GRN | 1 | 0.15% | 1 | 0.15% | 2 | 0.15% |
| Natural Law Party | NLP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 658 | 100.00% | 655 | 100.00% | 1,313 | 100.00% |
| | Undervotes: | 365 | | 366 | | 731 | |
| | Overvotes: | 2 | | 0 | | 2 | |

### Electors of President and Vice-President of the United States - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Joseph R. Biden / Kamala D. Harris | DEM | 176 | 17.27% | 387 | 37.98% | 563 | 27.63% |
| Donald J. Trump / Michael R. Pence | REP | 831 | 81.55% | 618 | 60.65% | 1,449 | 71.10% |
| Jo Jorgensen / Jeremy Cohen | LIB | 9 | 0.88% | 6 | 0.59% | 15 | 0.74% |
| Don Blankenship / William Mohr | UST | 0 | 0.00% | 2 | 0.20% | 2 | 0.10% |
| Howie Hawkins / Angela Walker | GRN | 2 | 0.20% | 2 | 0.20% | 4 | 0.20% |
| Rocky De La Fuente / Darcy Richardson | NLP | 1 | 0.10% | 0 | 0.00% | 1 | 0.05% |
| Brian T. Carroll (W) | | 0 | 0.00% | 4 | 0.39% | 4 | 0.20% |
| Jade Simmons (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Kasey Wells (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tara Renee Hunter (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tom Hoefling (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 1,019 | 100.00% | 1,019 | 100.00% | 2,038 | 100.00% |
| | Undervotes: | 6 | | 2 | | 8 | |
| | Overvotes: | 0 | | 0 | | 0 | |

**Precinct Report**

Ottawa County Canvass of Votes

Run Time: 4:20 PM
Run Date: 11/11/2020

Ottawa County, Michigan

General Election

11/3/2020

Page 945

**Official Results**

Registered Voters
169960 of 221421 = 76.76%

Precincts Reporting
105 of 105 = 100.00%

## Zeeland Charter Township, Precinct 4

1,239 of 1,461 registered voters = 84.80%

### Straight Party Ticket - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Democratic Party | DEM | 41 | 9.60% | 91 | 22.47% | 132 | 15.87% |
| Republican Party | REP | 375 | 87.82% | 313 | 77.28% | 688 | 82.69% |
| Libertarian Party | LIB | 6 | 1.41% | 1 | 0.25% | 7 | 0.84% |
| U.S. Taxpayers Party | UST | 1 | 0.23% | 0 | 0.00% | 1 | 0.12% |
| Working Class Party | WCP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Green Party | GRN | 4 | 0.94% | 0 | 0.00% | 4 | 0.48% |
| Natural Law Party | NLP | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 427 | 100.00% | 405 | 100.00% | 832 | 100.00% |
| | Undervotes: | 221 | | 186 | | 407 | |
| | Overvotes: | 0 | | 0 | | 0 | |

### Electors of President and Vice-President of the United States - Vote for not more than 1

| Choice | Party | Election Day Voting | | Absentee Voting | | Total | |
|---|---|---|---|---|---|---|---|
| Joseph R. Biden / Kamala D. Harris | DEM | 102 | 15.84% | 199 | 33.90% | 301 | 24.45% |
| Donald J. Trump / Michael R. Pence | REP | 525 | 81.52% | 379 | 64.57% | 904 | 73.44% |
| Jo Jorgensen / Jeremy Cohen | LIB | 11 | 1.71% | 8 | 1.36% | 19 | 1.54% |
| Don Blankenship / William Mohr | UST | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Howie Hawkins / Angela Walker | GRN | 5 | 0.78% | 1 | 0.17% | 6 | 0.49% |
| Rocky De La Fuente / Darcy Richardson | NLP | 1 | 0.16% | 0 | 0.00% | 1 | 0.08% |
| Brian T. Carroll (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Jade Simmons (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Kasey Wells (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tara Renee Hunter (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| Tom Hoefling (W) | | 0 | 0.00% | 0 | 0.00% | 0 | 0.00% |
| | Cast Votes: | 644 | 100.00% | 587 | 100.00% | 1,231 | 100.00% |
| | Undervotes: | 4 | | 4 | | 8 | |
| | Overvotes: | 0 | | 0 | | 0 | |