# EXHIBIT 3

CM/ECF-GA Northern District Court    https://gand-ecf.sso.dcn/cgi-bin/GANDc_mkmin.pl?943543211146275-...

Case 2:20-cv-13134-LVP-RSW  Case 1:20-cv-04809-TCB  Document 78-4  Document 74  Filed 36/36/07/20  Filed 12/05/21  Page 1 of 2  Page 2 of 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04809-TCB
## Pearson et al v. Kemp et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:06 A.M.      COURT REPORTER: Lori Burgess
TIME IN COURT: 1:06                    DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

ATTORNEY(S)           Joshua Belinfante representing Brad Raffensperger
PRESENT:              Joshua Belinfante representing Brian Kemp
                      Joshua Belinfante representing David J. Worley
                      Joshua Belinfante representing Matthew Mashburn
                      Joshua Belinfante representing Rebecca N. Sullivan
                      Amanda Callais representing DCCC
                      Amanda Callais representing DSCC
                      Amanda Callais representing Democratic Party of Georgia, Inc.
                      Julia Haller representing Brian Jay Van Gundy
                      Julia Haller representing Carolyn Hall Fisher
                      Julia Haller representing Cathleen Alston Latham
                      Julia Haller representing Coreco Jaqan Pearson
                      Julia Haller representing Gloria Kay Godwin
                      Julia Haller representing James Kenneth Carroll
                      Julia Haller representing Vikki Townsend Consiglio
                      Harry MacDougald representing Brian Jay Van Gundy
                      Harry MacDougald representing Carolyn Hall Fisher
                      Harry MacDougald representing Cathleen Alston Latham
                      Harry MacDougald representing Coreco Jaqan Pearson
                      Harry MacDougald representing Gloria Kay Godwin
                      Harry MacDougald representing James Kenneth Carroll
                      Harry MacDougald representing Vikki Townsend Consiglio
                      Charlene McGowan representing Anh Le
                      Charlene McGowan representing Brad Raffensperger
                      Charlene McGowan representing Brian Kemp
                      Charlene McGowan representing David J. Worley

|  | |
|---|---|
|  | Charlene McGowan representing Matthew Mashburn<br>Charlene McGowan representing Rebecca N. Sullivan<br>Carey Miller representing Anh Le<br>Carey Miller representing Brad Raffensperger<br>Carey Miller representing Brian Kemp<br>Carey Miller representing David J. Worley<br>Carey Miller representing Matthew Mashburn<br>Carey Miller representing Rebecca N. Sullivan<br>Sidney Powell representing Brian Jay Van Gundy<br>Sidney Powell representing Carolyn Hall Fisher<br>Sidney Powell representing Cathleen Alston Latham<br>Sidney Powell representing Coreco Jaqan Pearson<br>Sidney Powell representing Gloria Kay Godwin<br>Sidney Powell representing James Kenneth Carroll<br>Sidney Powell representing Vikki Townsend Consiglio<br>** Abigail Frye |
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED<br>[63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |