# EXHIBIT 14

**The Office of Secretary of State Jocelyn Benson** ☰

SOS 

# Hand audit of all Presidential Election votes in Antrim County confirms previously certified results, voting machines were accurate

**DECEMBER 17, 2020**



A hand audit by bipartisan election officials of all the votes cast for president in Antrim County confirmed today that the result certified last month by the bipartisan Board of Antrim County canvassers was accurate. The audit proved again that the disinformation campaign surrounding Antrim's presidential election and its use of Dominion vote-tabulation machines was completely meritless.

"Today's full audit in Antrim County confirmed the truth and affirmed the facts: Dominion's voting machines accurately tabulated the votes cast for president in Antrim County," said Secretary of State Jocelyn Benson. "It is time for the disinformation campaigns to stop, and for elected and other leaders on both sides of the aisle to unequivocally affirm that the election was secure and accurate."

In the hand-tallied total, when compared with the machine-tabulated and certified results the net difference was only 12 votes out of 15,718 total votes.

**Previously Certified Results**
Trump: 9,748
Biden:   5,960

**Hand-Tallied Audit Results (preliminary)**
Trump:  9,759
Biden:   5,959

The slight differences in counts were in line with what is typically seen in hand recounts, as human counters may not award a vote to a pen mark on a ballot oval, where the machine counted it as a vote, or vice-versa. Human counters might also identify invalid write-in votes that need to be awarded to a different candidate. But the fact that the totals are so close confirms that the reporting error prior to certification was not related to tabulation, as has been falsely claimed without evidence.

The audit of the Antrim County presidential votes was a zero-limit risk-limiting audit, meaning it confirmed to absolute certainty that the outcome of the presidential election in Antrim County was correct by tallying every vote cast for president. In January, the Bureau of Elections and local and county clerks will complete a statewide risk-limiting audit of the Presidential Election



in which a random sample of ballots will be drawn statewide. It is expected to affirm that ballot-counting machines were accurate across the state, as was demonstrated by a pilot statewide risk-limiting audit following Michigan's March 10 Presidential Primary Election.

# # #

For media questions, contact
Tracy Wimmer at 517-281-1876.

We welcome questions and comments at the **Contact the Secretary of State page**.

Customers may call the Department of State Information Center to
speak to a customer-service representative at 888-SOS-MICH (767-6424).



**SOS Home**
**FAQ**
**Online Services**
**Forms**
**Contact the Secretary of State**
**FOIA**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**
**POLICIES**

**COPYRIGHT 2021 STATE OF MICHIGAN**



STATE OF MICHIGAN
JOCELYN BENSON, SECRETARY OF STATE
DEPARTMENT OF STATE
LANSING

November 7, 2020

## Isolated User Error in Antrim County Does Not Affect Election Results,

## Has no Impact on Other Counties or States

The error in reporting unofficial results in Antrim County Michigan was the result of a user error that was quickly identified and corrected; did not affect the way ballots were actually tabulated; and would have been identified in the county canvass before official results were reported even if it had not been identified earlier. This further explanation of the issue is based on the Bureau of Elections' preliminary review of the issue. The County Clerk and County Board of Canvassers will be able to provide any further detail during the ongoing county canvass.

Antrim County uses the Dominion Voting Systems election management system and voting machines (tabulators), which count hand-marked paper ballots. Counties use election management systems to program tabulators and also to report unofficial election results.

After Antrim County initially programmed its election software for the November Election, the county identified in October two local races where the ballot content had to be updated. The county received updated programming from its election programming vendor, Election Source. The updated programming correctly updated the election software for the county.

When the software was reprogrammed, the County also had to update the software on all of the media drives that are placed in tabulators to ensure tabulators communicate properly with the election management system. The county <u>did</u> update the media drives that went into the tabulators with the corrected local races, but did <u>not</u> update the media drives on the tabulators for the rest of the county. Because the Clerk correctly updated the media drives for the tabulators with changes to races, and because the other tabulators did not have changes to races, <u>all tabulators counted ballots correctly</u>.

However, because the county did not update the media drives for the tabulators that did <u>not</u> have changes to races, those tabulators did not communicate properly with the County's central election management system software when the county combined and reported unofficial results. Every tabulator recorded ballots correctly but the unofficial reports were erroneous.

These errors can always be identified and corrected because every tabulator prints a paper totals tape showing how the ballots for each race were counted. After discovering the error in reporting the unofficial results, the clerk worked diligently to report correct unofficial results by reviewing the printed totals tape on each tabulator and hand-entering the results for each race, for each precinct in the county.

Again, all ballots were properly tabulated. The user error affected only how the results from the tabulators communicated with the election management system for unofficial reporting. Even if the error had not been noticed and quickly fixed, it would have been caught and identified

during the county canvass when printed totals tapes are reviewed. This was an isolated error, there is no evidence this user error occurred elsewhere in the state, and if it did it would be caught during county canvasses, which are conducted by bipartisan boards of county canvassers. The Antrim County Canvass is currently ongoing, and the Board of County Canvassers and County Clerk will be able to provide any further necessary details during the course of the county canvass.

As with other isolated user errors that have occurred in the reporting of unofficial results both in this and previous elections, this is not the result of any intentional misconduct by an election official or because of software or equipment malfunctioning or failing to work properly. Municipal and county clerks are dedicated public servants who work hard and with integrity. Sometimes they make honest mistakes, and when they do there are many checks and balances in the election system to ensure they can be identified and corrected so that the official results reflect the complete, accurate count of all votes.

Additional information

https://www.dominionvoting.com
https://www.cisa.gov/rumorcontrol