# EXHIBIT 16

# HAND COUNT CALCULATION SHEET

**OFFICE:** President of the United States

**COUNTY:** Antrim

| Jurisdiction | Biden – Democratic Party | | | Trump – Republican Party | | | Jorgenson – Libertarian Party | | | Hawkins – Green Party | | | Blankenship – U.S. Taxpayers Party | | | De La Fuente – Natural Law Party | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Original | Hand Count | Net | Original | Hand Count | Net | Original | Hand Count | Net | Original | Hand Count | Net | Original | Hand Count | Net | Original | Hand Count | Net |
| TOTAL VOTES | 5960 | 5959 | -1 | 9748 | 9759 | 11 | 189 | 190 | 1 | 28 | 28 | 0 | 16 | 17 | 1 | 8 | 9 | 1 |
| TOTAL CHANGE | | -1 | | | 11 | | | 1 | | | 0 | | | 1 | | | 1 | |
| Banks Township, Precinct 1 | 349 | 349 | 0 | 756 | 758 | 2 | 11 | 11 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| Central Lake Township, Precinct 1 | 549 | 549 | 0 | 906 | 906 | 0 | 16 | 16 | 0 | 6 | 6 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Chestonia Township, Precinct 1 | 93 | 93 | 0 | 197 | 197 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Custer Township, Precinct 1 | 240 | 240 | 0 | 521 | 521 | 0 | 11 | 11 | 0 | 1 | 1 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Echo Township, Precinct 1 | 198 | 198 | 0 | 392 | 392 | 0 | 8 | 8 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Elk Rapids Township, Precinct 1 | 202 | 201 | -1 | 414 | 415 | 1 | 12 | 12 | 0 | 4 | 4 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Elk Rapids Township, Precinct 1 AVCB | 784 | 783 | -1 | 611 | 614 | 3 | 5 | 5 | 0 | 5 | 5 | 0 | 2 | 2 | 0 | 0 | 0 | 0 |
| Forest Home Township, Precinct 1 | 610 | 610 | 0 | 753 | 753 | 0 | 19 | 19 | 0 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| Helena Township, Precinct 1 | 306 | 306 | 0 | 431 | 430 | -1 | 4 | 4 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Jordan Township, Precinct 1 | 183 | 182 | -1 | 371 | 369 | -2 | 13 | 14 | 1 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 |
| Kearney Township, Precinct 1 | 471 | 470 | -1 | 743 | 743 | 0 | 16 | 16 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Mancelona Township, Precinct 1 | 276 | 277 | 1 | 835 | 835 | 0 | 20 | 20 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 1 | 0 |
| Mancelona Township, Precinct 2 | 247 | 247 | 0 | 646 | 646 | 0 | 13 | 13 | 0 | 1 | 1 | 0 | 2 | 3 | 1 | 0 | 0 | 0 |
| Milton Township, Precinct 1 | 143 | 143 | 0 | 478 | 478 | 0 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 1 |
| Milton Township, Precinct 1 AVCB | 626 | 624 | -2 | 543 | 545 | 2 | 6 | 6 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 2 | 2 | 0 |
| Star Township, Precinct 1 | 161 | 166 | 5 | 462 | 468 | 6 | 10 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Torch Lake Township, Precinct 1 | 462 | 461 | -1 | 526 | 526 | 0 | 7 | 7 | 0 | 2 | 2 | 0 | 1 | 1 | 0 | 1 | 1 | 0 |
| Warner Township, Precinct 1 | 60 | 60 | 0 | 163 | 163 | 0 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |