# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**TIMOTHY KING,** *et.al.*,
     Plaintiffs**,**

Case No. 20-cv-13134
**Hon. Linda V. Parker**

v.

**GRETCHEN WHITMER,** in her official capacity
as Governor of the State of Michigan, *et.al.,*
     Defendants,

and

**ROBERT DAVIS**,
     Intervenor Defendant.

_____/

GREGORY J. ROHL (P39185)
The Law Offices of Gregory Rohl
41850 West 11 Mile Rd., Ste.110
Novi, MI 48375
(248) 380-9404
gregoryrohl@yahoo.com

HEATHER S. MEINGAST (P55439)
ERIC GRILL (P64713)
Assistant Attorneys General
Attorneys for Defendants
P.O. Box 30736
Lansing, MI 48909
(517) 335-7659
meingasth@michigan.gov
grille@michigan.gov

ANDREW A. PATERSON (P18690)
Attorney for Proposed Intervening
Defendant Robert Davis
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
Aap43@outlook.com

_____/

# INTERVENOR DEFENDANT ROBERT DAVIS' MOTION FOR
# THE COURT TO TAKE JUDICIAL NOTICE OF MOTION FOR
# LEAVE TO WITHDRAW AS COUNSEL FILED IN THE UNITED

STATES DISTRICT COURT FOR EASTERN DISTRICT OF PENNSYLVANIA AGAINST DONALD J. TRUMP FOR PRESIDENT, INC. PURSUANT TO FED.R.EVID. 201.

NOW COMES, INTERVENOR DEFENDANT ROBERT DAVIS (hereinafter "Intervenor Defendant Davis"), by and through his attorney, ANDREW A. PATERSON, and for his Motion for the Court To Take Judicial Notice of Motion for Leave to Withdraw as Counsel filed in the United States District Court for Eastern District of Pennsylvania Against Donald J. Trump for President, Inc. Pursuant to Fed.R.Evid. 201, states the following:

## I.    Concurrence

Pursuant to Local Rule 7.1, prior to filing the instant motion, counsel for Intervenor Defendant Davis sought concurrence from Plaintiffs' counsel, but concurrence was denied, necessitating the filing of this motion.

## II.    Law and Legal Analysis

**A. The Court Should Take Judicial Notice of The Motion to Withdraw Filed In the United States District Court for the Eastern District of Pennsylvania against Donald J. Trump, for President, Inc.**

Rule 201 of the Federal Rules of Evidence allows the court to take judicial notice of "adjudicative facts" which are "not subject to reasonable dispute" because they are "either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot be questioned." FED. R. EVID. 201(b). Rule 201(c) of the Federal Rules of Evidence further provides that the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." FED. R. EVID. 201(c).  Moreover, "[t]he court may take judicial notice at any stage of the proceeding." FED. R. EVID. 201(d).

Here, Intervenor Defendant Davis is respectfully requesting the Court to take judicial notice of the Motion for Leave to Withdraw as Counsel filed on January 7, 2021 by attorneys representing Donald J. Trump for President, Inc., in the matter of *Donald J. Trump for President, Inc v Philadelphia Board of Elections*, Case No. 20-cv-05533, U.S. District Court for Eastern District of Pennsylvania. (**See Motion for Leave to Withdraw attached as Exhibit A**).  What is of great significance and importance for the Court to take judicial notice of is President Trump's soon-to-be former legal counsel alleges that his

client, Donald J. Trump for President, Inc., "**has used the lawyer's services _to perpetrate a crime_ _and the client insists upon taking action that the lawyer considers repugnant_ and with which the lawyer has a fundamental disagreement**." (*Id.*)

Intervenor Defendant Davis believes the allegations asserted by counsel for President Donald J. Trump in the motion for leave to withdraw as counsel (Exhibit A) relate to the improper conduct of the Plaintiffs and Plaintiffs' counsel in the instant case, which Intervenor Defendant Davis believes warrants Plaintiffs and Plaintiffs' counsel to be sanctioned by the Court. (ECF No. 69). It is well-settled in the Sixth Circuit that "a federal court may take judicial notice of the proceedings in other courts of record." *Rodic v. Thistledown Racing Club, Inc.*, 615 F.2d 736, 738 (6th Cir.1980) (quoting *Granader v. Public Bank*, 417 F.2d 75, 82-83 (6th Cir. 1969) (citing cases)), cert. denied, 449 U.S. 996, 101 S.Ct. 535, 66 L.Ed.2d 294 (1980). "[T]hese court records are available online to members of the public; as they are court records, this court may take judicial notice of them." *Lynch v Leis,* 382 F.3d 642, 647 n.5 (6th Cir. 2004).

## CONCLUSION

**WHEREFORE**, for the foregoing reasons, Intervenor Defendant

Davis prays that this Honorable Court GRANT his motion for the Court

to take judicial notice of the motion for leave to withdraw as counsel

filed on January 7, 2021 by attorneys representing Donald J. Trump for

President, Inc., in the matter of *Donald J. Trump for President, Inc v*

*Philadelphia Board of Elections*, Case No. 20-cv-05533, U.S. District

Court for Eastern District of Pennsylvania.

**Dated: January 8, 2021**          Respectfully submitted,

/s/ ANDREW A. PATERSON
ANDREW A. PATERSON (P18690)
Attorney for Intervenor Defendant
Robert Davis
2893 E. Eisenhower
Ann Arbor, MI 48108
(248) 568-9712

## CERTIFICATE OF SERVICE

I, ANDREW A. PATERSON, certify that forgoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 8th day of January 8, 2021, which will automatically send notification of such filing to all attorneys and parties of record registered electronically.

Dated: December 5, 2020          Respectfully submitted,

*/s/ ANDREW A. PATERSON*
ANDREW A. PATERSON (P18690)
Attorney for Intervenor Defendant
Robert Davis
2893 E. Eisenhower Pkwy
Ann Arbor, MI 48108
(248) 568-9712
aap43@outlook.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


DONALD J. TRUMP FOR PRESIDENT, INC.

v.                                                                       Case No.: 20-5533

PHILADELPHIA COUNTY BOARD OF ELECTIONS


**MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR PLAINTIFF**


The Undersigned respectfully requests leave of this Court to withdraw as counsel for

Plaintiff in this action pursuant to Pennsylvania Rule of Professional Conduct 1.16(b)(3) and (4)

inasmuch as the client has used the lawyer's services to perpetrate a crime and the client insists

upon taking action that the lawyer considers repugnant and with which the lawyer has a

fundamental disagreement.


                                        Respectfully submitted,

                                        _____

                                        Jerome M. Marcus
                                        P.A. Bar No. 50708
                                        P.O. Box 212
                                        Merion Station, PA 19066
                                        (610) 246 6584
                                        jmarcus@marcuslaw.us

## <u>CERTIFICATE OF SERVICE</u>

I, Jerome M. Marcus, Esquire hereby certify that on this 7th day of January, 2021, I served a true and correct copy of the foregoing Motion for Leave to Withdraw as Counsel for Philadelphia on all counsel of record via email.

<u>/s/ Jerome M. Marcus</u>
Jerome M. Marcus, Esquire