UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al

        Plaintiffs,        Civil Action No. 20-13134
                                          Honorable Linda V. Parker

v.

GRETCHEN WHITMER, et al

        Defendants.
_____/

## ORDER STRIKING

The Court has reviewed the following document: **Motion for Extension of Time (ECF No. 80)**. The Court finds that it should be stricken for the following reasons:

☐ Missing statement of concurrence.  See LR 7.1(a).

☐ Over-length.  See LR 7.1(d)(3).

☐ Wrong font size.  See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.).  See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☒ **Other - Filing does not comply with E.D. MI. L.R. 7.1(b)(1) and 7.1(d).**

Accordingly, the Court strikes the document. Plaintiffs shall file a proper motion that complies with all requirements, by the close of business on January 12, 2021.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: January 12, 2021