CAUTION EXTERNAL EMAIL: DO NOT open attachments or click links from unknown or unexpected emails.

Counsel:

As you know, our response to the Motion to Dismiss is due on January 12, 2020. We are requesting an extension to respond to the motion until January 19, 2021. Please let me know if you will agree to that extension and we will prepare a consent motion.

Sincerely,

Stefanie Lambert Junttila

 Gmail

## Whitmer v. King

**Meingast, Heather (AG)** <MeingastH@michigan.gov>  Mon, Jan 11, 2021 at 2:26 PM
To: Stefanie Lambert <attorneystefanielambert@gmail.com>
Cc: "Grill, Erik (AG)" <GrillE@michigan.gov>

Hello Ms. Lambert,

Ordinarily we would agree to such requests as a matter of course. Unfortunately, these are not ordinary times, and we do not agree to the extension. It is our position that this case should be resolved as quickly as possible.

Thank you,

Heather


Heather S. Meingast, Division Chief

Civil Litigation, Employment & Elections Division

Michigan Department of Attorney General

meingasth@michigan.gov

(517) 335-7659 (office)


**From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
**Sent:** Monday, January 11, 2021 12:18 PM
**To:** Grill, Erik (AG) <GrillE@michigan.gov>; Meingast, Heather (AG) <MeingastH@michigan.gov>
**Subject:** Whitmer v. King

---

**CAUTION:** This is an External email. Please send suspicious emails to abuse@michigan.gov

---

[Quoted text hidden]



## Whitmer v. King

**Stefanie Lambert** <attorneystefanielambert@gmail.com>   Mon, Jan 11, 2021 at 12:21 PM
To: Darryl Bressack <dbressack@finkbressack.com>, dfink@finkbressack.com, nfink@finkbressack.com

Counsel:

As you know, our response to the Motion to Dismiss is due on January 12, 2020. We are requesting an extension to respond to the motion until January 19, 2021. Please let me know if you will agree to that extension and we will prepare a consent motion.

Sincerely,

Stefanie Lambert Junttila

 Gmail

## Whitmer v. King

**David Fink** <dfink@finkbressack.com>  Mon, Jan 11, 2021 at 3:07 PM
To: Stefanie Lambert <attorneystefanielambert@gmail.com>
Cc: Darryl Bressack <dbressack@finkbressack.com>, Nate Fink <nfink@finkbressack.com>

Ms. Junttila,

The City of Detroit will not stipulate to any extension of time for your response.

The damage caused by your lawsuit is magnified every day that these seditious lies remain in the court record.

David Fink



**David H. Fink**

T: 248-971-2500

E: dfink@finkbressack.com | W: http://www.finkbressack.com

A: 38500 Woodward Ave., Suite 350, Bloomfield Hills, MI 48304

A: 535 Griswold St., Suite 1000, Detroit, MI 48226

NOTICE: This is a communication from Fink Bressack and is intended for the named recipient(s) only. It may contain information which is privileged, confidential and/or protected by the attorney-client privilege or attorney work product doctrine. If you received this by mistake, please destroy it and notify us of the error. Thank you.

[Quoted text hidden]

 Gmail                                                                                      Stefanie Lambert

## RE: Whitmer v. King [MCPS-ACTIVE.FID2617013]

**Eldridge, Scott R.** <Eldridge@millercanfield.com>                           Mon, Jan 11, 2021 at 2:55 PM
To: Stefanie Lambert <attorneystefanielambert@gmail.com>, "megurewitz@gmail.com" <megurewitz@gmail.com>

Dear Stefanie:

We have inquired with our clients about your request. They do not consent to an extension.

Thank you for your attention to this matter.

Scott

---



**Scott R. Eldridge** | Senior Principal Attorney / Managing Director

**Miller Canfield**
One Michigan Avenue, Suite 900
Lansing, Michigan 48933 (USA)

T +1.517.483.4918 | F +1.517.374.6304 | Mobile +1.517.927.9223

eldridge@millercanfield.com | View Profile + VCard

---



**#MASKUPMICHIGAN**

This electronic message and all of its contents and attachments contain information from the law firm of Miller, Canfield, Paddock and Stone, P.L.C. which may be privileged, confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, then any disclosure, copying, distribution or use of this message, or its contents or any of its attachments, is prohibited. If you have received this electronic message in error, please notify us immediately and destroy the original message and all copies.

**From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
**Sent:** Monday, January 11, 2021 12:20 PM