UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH, | No. 2-20-cv-13134 |
| | HON. LINDA V. PARKER |
| Plaintiffs, | |
| v | MAG. R. STEVEN WHALEN |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS, | **DEFENDANTS WHITMER AND BENSON'S CONCURRENCE IN CITY OF DETROIT'S MOTION FOR SANCTIONS** |
| Defendants, | |
| CITY OF DETROIT, | |
| Intervening Defendant, | |
| ROBERT DAVIS, | |
| Intervening Defendant, | |
| DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, | |
| Intervening Defendant. | |
| _____ | |

Gregory J. Rohl (P39185)
Attorney for Plaintiffs
41850 West 11 Mile Road, Suite 110
Novi, Michigan 48375
248.380.9404
gregoryrohl@yahoo.com
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

David Fink (P28235)
Attorney for Proposed Intervenor City of Detroit
38500 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.971.2500
dfrink@finkbressack.com

Mary Ellen Gurewitz (P25724)
Attorney for Proposed Intervenor DNC/MDP
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
313.204.6979
maryellen@cummingslawpllc.com

Scott R. Eldridge
Attorney for Proposed Intervenor DNC/MDP
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
517.483.4918
eldridge@millercanfield.com

Andrew A. Paterson (P18690)
Attorney for Proposed Intervenor Davis
2893 East Eisenhower Parkway
Ann Arbor, Michigan 48108
248.568.9712
Aap43@outlook.com

## DEFENDANTS WHITMER AND BENSON'S CONCURRENCE IN THE CITY OF DETROIT'S MOTION FOR SANCTIONS

For the reasons stated in the City of Detroit's January 5, 2021 motion for sanctions (ECF No. 78, PageID.3616-3836), Defendants Governor Gretchen Whitmer and Secretary of State Jocelyn Benson concur in the motion and the relief sought by the City of Detroit, while reserving their option to file their own motion subsequent to the Court's determination of the pending motions to dismiss the complaint.

Respectfully submitted,

*s/Heather S. Meingast*
Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendant
P.O. Box 30736
Lansing, Michigan 48909
517.335.7659
Email: meingasth@michigan.gov
P55439

Dated: January 14, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                            *s/Heather S. Meingast*
                                            Heather S. Meingast (P55439)
                                            Assistant Attorney General
                                            P.O. Box 30736
                                            Lansing, Michigan 48909
                                            517.335.7659
                                            Email:  meingasth@michigan.gov
                                            P55439