UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, *et al., Defendants*, <br><br> and <br><br> ROBERT DAVIS, *et al.*, <br> *Intervenor Defendants*. | Case No. 20-cv-13134 <br> Hon. Linda V. Parker |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Timothy King, Marian Ellen Sheridan, John Earl Haggard, Charles James Ritchard, James David Hooper, and Daren Wade Rubingh herby note their dismissal of this matter, without prejudice, as to the following defendants and intervenors: Gretchen Whitmer, Jocelyn Benson, the Michigan Board of State Canvassers, the City of Detroit, the Democratic National Committee, and the Michigan Democratic Party.[1] None of these defendants or intervenors filed an

---

[1] Plaintiffs will file a Motion for Voluntary Dismissal as to the Intervenor Defendant Davis pursuant to Fed. R. Civ. P. 41(a)(2). Davis filed an Answer to the Amended Complaint, so the dismissal as to him is brought by motion rather than notice.

answer or motion for summary judgment and dismissal by notice pursuant to Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

        Respectfully submitted,

        /s/ Stefanie Lynn Junttila
        Stefanie Lynn Junttila (P71303)
        Law Office of Stefanie L. Lambert PLLC
        500 Griswold Steeet, Ste 2340
        Detroit, MI 48301
        248-270-6689
        Email: attorneystefanielambert@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record.

        /s/ Stefanie Lynn Junttila_____
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com