UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, *et al.*, <br> *Defendants*, <br><br> and <br><br> CITY OF DETROIT, <br> *Intervenor Defendant*. | Case No. 20-cv-13134 <br> Hon. Linda V. Parker |

## **PLAINTIFFS' EX PARTE MOTION TO FILE EXTENDED BRIEF**

Pursuant to Local Rule 7.1(d)(3), Plaintiffs requests leave to file an extended brief, not to exceed 38 pages, in response to Intervenor City of Detroit's Motion for Sanctions, for Disciplinary Action, for Disbarment Referral, and for Referral to State Bar Disciplinary Bodies ("Sanctions Motion"). The City of Detroit received leave to file a 38 page brief in support of its Sanctions Motion. Because of the extraordinary relief requested in the Sanctions Motion Plaintiffs seek leave to respond with a 49 page brief.

# BRIEF IN SUPPORT OF PLAINTIFFS' EX PARTE MOTION TO FILE EXTENDED BRIEF

On January 5, 2021, Intervenor Defendant City of Detroit filed a 38 page brief in support of its Sanctions Motion, upon receiving leave to exceed the page limitation from this Court. That motion, and its brief in support, raise a number of issues that need to be fully rebutted. While Plaintiffs will be concise, to thoroughly respond to the factual and legal issues raised in the Sanctions Motion, they will need to exceed the 25 page limitation. Local Rule 7.1(d)(3) specifically provides for this Court extending the page limitation on briefing in appropriate circumstances, such as this. *See Elhady v. Bradley*, 438 F. Supp. 3d 797, 821 n. 11 (E.D. Mich. 2020). The motion to file an extended brief, not to exceed 49 pages, should be granted.

Respectfully submitted,

/s/ Stefanie Lynn Junttila
Stefanie Lynn Junttila
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2020, a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record:

 /s/ Stefanie Lynn Junttila
Stefanie Lynn Junttila
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com