Re: Concurrence to Strike Improperly Filed Notice of Dismissal
Drew Paterson
Mon 1/18/2021 2:25 PM
To: Stefani Lambert
Cc: Gregory Rohl

Counsel,
There's nothing for the clerk of the court to correct. You must withdraw the improperly filed notice and refile it as a motion.

Drew Paterson
(248) 568-9712
aap43@outlook.com

---

**From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
**Sent:** Monday, January 18, 2021 2:15 PM
**To:** Drew Paterson <aap43@outlook.com>
**Cc:** Gregory Rohl <gregoryrohl@yahoo.com>
**Subject:** Re: Concurrence to Strike Improperly Filed Notice of Dismissal

Counsel,

I called the Clerk's office to correct any potential filing error. The office is closed today for MLK day.

I'll take care of it first thing tomorrow morning.

Best regards,

Stefanie Lambert Junttila

On Mon, Jan 18, 2021 at 1:40 PM Drew Paterson <aap43@outlook.com> wrote:
To: Stefani Lambert; Gregory Rohl

Counsel,
Today, you improperly filed a motion as a notice of dismissal. Please Immediately withdraw the improperly filed notice of dismissal and refile the document as a motion for voluntary dismissal. If the improperly filed notice is not withdrawn by 5pm today I will proceed with filing a motion to strike the notice.

Drew Paterson
(248) 568-9712
aap43@outlook.com