UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, *et al.*, <br> *Plaintiffs*, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, <br> *Defendants*, <br><br> and <br><br> ROBERT DAVIS, *et al.*, <br> *Intervenor Defendant*. | Case No. 20-cv-13134 <br> Hon. Linda V. Parker |

**NOTICE OF FILING ERROR FOR PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL AS TO INTERVENOR-DEFENDANT DAVIS PUSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE 41(a)(2)</u>**

Stefanie Lambert Junttila (P71303)
Attorney for Plaintiffs
500 Griswold Street, Suite 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

Andrew A. Paterson, Jr. (P18690)
Attorney for Intervenor Davis
2893 East Eisenhower Parkway
Ann Arbor, Michigan 48108
248.568.9712
Aap43@outlook.com

## NOTICE OF FILING ERROR FOR PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL AS TO INTERVENOR-DEFENDANT DAVIS PUSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE 41(a)(2)</u>

On January 17, 2021, Plaintiffs Timothy King, Marian Ellen Sheridan, John Earl Haggard, Charles James Ritchard, James David Hooper, and Daren Wade Rubingh, by and through counsel, filed a Motion for Voluntary Dismissal as to Intervenor-Defendant Davis Pursuant to Federal Rule of Civil Procedure 41(a)(2).

On January 17, 2021, counsel incorrectly selected the Notice of Voluntary Dismissal link when filing the Motion for Voluntary Dismissal. Counsel seeks to correct the docket entry to properly reflect the Motion for Voluntary Dismissal.

Respectfully submitted,

 /s/ Stefanie Lynn Junttila_____
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Street, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, a true and genuine copy of the foregoing was served via electronic mail by the Court's CM/ECF system to all counsel of record.

/s/ Stefanie Lynn Junttila
Stefanie Lynn Junttila (P71303)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Street, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com