UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

                Plaintiff(s),

v.                                        Case No. 2:20−cv−13134−LVP−RSW
                                          Hon. Linda V. Parker

Gretchen Whitmer, et al.,

                Defendant(s),

## ORDER REQUIRING RESPONSE

The following document has been filed:

      Motion − #92

IT IS HEREBY ORDERED that Robert Davis shall file a response to the above document on or before February 5, 2021. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                          s/Linda V. Parker
                                          Linda V. Parker
                                          U.S. District Judge

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                          By: s/R Loury
                                                Case Manager

Dated:   January 25, 2021