# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH, <br><br> Plaintiffs, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, et al, <br><br> Defendants, <br><br> and <br><br> CITY OF DETROIT, et al, <br><br> Intervenor-Defendants. | No. 2:20-cv-13134 <br><br> Hon. Linda V. Parker |

## THE CITY OF DETROIT'S REPLY IN SUPPORT OF MOTION FOR SANCTIONS, FOR DISCIPLINARY ACTION, FOR DISBARMENT REFERRAL AND FOR REFERRAL TO <u>STATE BAR DISCIPLINARY BODIES</u>

## INDEX OF EXHIBITS

Ex. 1        Jan. 14, 2021 *Washington Post* article

Ex. 2        Ashli Babbitt Retweet

Ex. 3        Jan. 21, 2021 AP Article

Ex. 4        Lin Wood Parler Post

Ex. 5        Lin Wood Parler Post

Ex. 6        Sidney Powell Retweet

Ex. 7        Sidney Powell Retweet

Ex. 8        Lin Wood Parler Post

Ex. 9        Jan. 6, 2021 Mashable Article

Ex. 10       Lin Wood Parler Post

Ex. 11       Lin Wood Parler Post

Ex. 12       Plaintiffs' Petition for Writ of Certiorari in the Supreme Court of the United States

Ex. 13       John R. Lott, Jr. Tweet

Ex. 14       Nov. 5, 2020 MLive Article

Ex. 15       Eggers, Garro, and Grimmer Jan 8, 2021 Article

Ex. 16       Nov. 6, 2020 Michigan Court of Claims Opinion and Order

Ex. 17       Jan. 11, 2021 Superior Court for the State of Delaware Opinion and Order