# EXHIBIT 2



Lin Wood @LLinWood · 14h

MUST BE DONE LIST before Congress meets today:

1. Mike Pence @vp @Mike_Pence must resign & thereafter be charged with TREASON.

2. Rod Rosenstein @RodRosenstein must be arrested & charged with being accessory to murder & TREASON.

3. Chief Justice John Roberts must RESIGN.

5.3K  25.6K  62.9K