# EXHIBIT 4

     



**LLinWood** 1 day ago · 4.5m
@linwood

The time has come Patriots. This is our time. Time to take back our country. Time to fight for our freedom.

Pledge your lives, your fortunes, & your sacred honor.

There will not be another chance.

Speak TRUTH. Be FEARLESS. Almighty God is with you.

TODAY IS OUR DAY.

read less



 3.0k    13k    34k   

Member Agreement     Privacy Policy     Community Guidelines     © 2021 Parler