# EXHIBIT 5



WE TRIED TO WARN THEM
YOU COULD HAVE PREVENTED THIS