# EXHIBIT 6



↻ Sidney Powell 🇺🇸⭐⭐⭐
#Kraken Retweeted

**Steph**
@steph93065

I'm trying to be upset about this, but what other method do people have?

The politicians won't listen.
The court won't listen.
The media won't listen.

I consider it a last resort to "petition the government for a redress of grievances"



Kyle Becker ✓ @kylenabecker · 1d
ELECTORAL COLLEGE. 🚨

Reports of *GUNFIRE* at the chambers.
TEAR GAS has reportedly been deployed.
Reinforcements are being brought in.There...

12:10 PM · 1/6/21 · Twitter for iPhone