# EXHIBIT 8



linwood

     

**LLinWood** 23 hours ago · 👁 6.8m

@linwood

Indisputable photographic evidence that antifa violently broke into Congress today to inflict harm & do damage. NOT @realdonaldtrump supporters.

Do not be fooled. Trump supporters are peaceful. It was antifa that created the violence in our cities over the past several months.

read less



💬 6.9k    🔥 33k    ⬆ 59k