# EXHIBIT 9

Mashable

VIDEO  ENTERTAINMENT  CULTURE  TECH  SCIENCE  SOCIAL GOOD  AMPLIFY  SHOP  MORE

Culture

FOLLOW MASHABLE >    Like   Follow

# No, antifa did not invade the Capitol today, despite what Trump supporters say



*IMAGE: WIN MCNAMEE/GETTY IMAGES*

Conservatives are spreading falsehoods claiming these Trump supporters are actually antifa in disguise.

BY MATT BINDER
JAN 06, 2021

Trump supporters have threatened for months that if Trump's loss in November's election wasn't overturned, a civil war would ensue.

On Wednesday, a mob of Donald Trump supporters attempted just that. A large crowd of "Make America Great Again" hat-adorned people stormed the U.S. Capitol, attacked police, and broke into the Congressional chambers. One person was shot by police and three more died of "medical complications" during the incident.

Now, Trump supporters are saying the mob wasn't really made up of Trump supporters. They're instead claiming the violent mob was actually made up of left-wing antifascists, or antifa, disguised as Trump supporters.

Two Republican U.S. Congressmen, Louie Gohmert and Mo Brooks, are even spreading this conspiracy theory on Twitter. Late Wednesday night, Congressman Matt Goetz pushed these false claims on the House floor.

It's a lie, plain and simple.



Aaron Rupar
@atrupar

Replying to @atrupar

Holy shit. Matt Gaetz just said, "some of the people who breached the Capitol today were not Trump supporters, they were masquerading as Trump supporters and in fact were members of the violent terrorist group antifa."

10:21 PM · Jan 6, 2021

18.6K      16K people are Tweeting about this

On Friday, FBI Assistant Director Steven D'Antuono confirmed that there is no evidence that antifa was involved.



Tom Winter
@Tom_Winter

NEW: FBI Assistant Director Steven D'Antuono was just asked


**TECH**
These are the tech terms to know in 2021


**TECH**
Check out Amazon's new iOS app icon




**CULTURE**
'The Crown' cast dancing to Lizzo's 'Good As Hell' between scenes will make your day


**ENTERTAINMENT**
Seth Meyers lambasts Republicans trying to squirm out of impeaching Trump




**SOCIAL GOOD**
7 acts of self-care you can practice during a winter lockdown


**ENTERTAINMENT**
Jimmy Fallon surprises Steve Kornacki by cleaning up his very messy office

If the FBI has uncovered any efforts by people associated with Antifa to "frame" Trump supporters for the violence at the Capitol.

He said, "We have no indication of that, at this time."

In their effort to spread their antifa disinformation campaign, prominent conservatives have mainly focused on two individuals who were part of the Trump mob. An article from the Washington Times that was widely shared on social media claimed the two men were identified by XRVision, which purports to be a facial recognition software company but is largely a shadowy entity. XRVision disputed the Washington Times' assertion that they were involved in identifying either individual, and they have since removed the article from their site.

One of those at the center of this conspiracy theory is Jake Angeli, who is also known as the "QAnon Shaman." Even with no facial recognition software, with his viking hat and face paint he is easy to spot in pictures from Wednesday's attack on the Capitol. As one of the first people to make it inside the Senate chambers, Angeli's photo was everywhere on social media during the mayhem.



IMAGE: WIN MCNAMEE/GETTY IMAGES

Soon after that though, a photo spread on Twitter showing Angeli at a Black Lives Matter protest earlier this year. This was proof enough for conservatives that Angeli must be an antifa infiltrator and not a real Trump supporter.

The photo and the caption are accurate, Angeli was indeed at a BLM protest. However, the photo is manipulated to crop out his QAnon sign. Angeli was photographed at a BLM protest...because he was there as a pro-Trump counter-protestor.



Furthermore, Angeli has made a name for himself as a big supporter of QAnon conspiracy, which is a hardcore pro-Trump movement. He has even spoken at pro-Trump events in support of Trump's re-election.

Another antifa conspiracy theory gaining traction following the Jan. 6 insurrection is being spread by Lin Wood, a prominent right-wing conspiracy theorist and pro-Trump





TECH
Apple's new 'Time to Walk' feature officially lands on Fitness+

TECH
Twitter launches crowdsourced fact-checking portal 'Birdwatch'



TECH
Google workers in 10 countries form union alliance: 'We will hold Alphabet accountable'



CULTURE
Champ and Major Biden, our new First Dogs, have moved into the White House



ENTERTAINMENT
Shudder's creepy 'The Dark and the Wicked' trailer is some serious nightmare fuel



CULTURE
Who you should follow from Biden-Harris administration



CULTURE
Lips is a new social network where sexual expression is welcome



TECH
Tesla sues a former employee for allegedly

lawyer.

Wood shared an image of an individual pictured in the Capitol today alongside a photo of the same person posted on "PhillyAntifa.org." Wood's claim is that this is proof the individual is actually an antifacist, and it has received nearly 50,000 retweets.

Wood's claim is totally false. First of all, it's unclear if the man in both photos is the same person. Wood uses a screenshot from Google Images in the second photo. Google is simply showing that they found the image of that person on PhillyAntifa.org. It's true that the picture is on that website. However, if you actually click the link, the image on PhillyAntifa.org website is located on a page outing that person as "Jason Tankersley," a white supremacist. PhillyAntifa.org is literally warning their community about him. The person standing in that photo with Tankersley is Matthew Heimbach, a prominent neo-Nazi.

The individual in Wood's first photo is also the same person Rep. Gohmert claimed had a hammer and sickle tattoo. In actuality, as many on social media have pointed out, the tattoo is a logo from a video game.

However, if you're looking for a tattoo on Tankersley that explains his political ideology, head on over to PhillyAntifa.org's exposé where they identify him as a far-right fascist. The post includes a photo showcasing the huge swastika tattoo on Tankersley's chest.

The antifa blame game is nothing new for the far right. Disinformation spread far and wide on social media this past summer blaming antifa for everything from civil unrest over police brutality to west coast wildfires.

Since President Trump's loss in November, his most hardcore supporters have been protesting the election results under the "#StopTheSteal" banner. Some have threatened violence and even civil war if Joe Biden's win wasn't overturned. Many Trump supporters explicitly saw Jan. 6 as their last chance to get their way.

Now that it has come to pass, some Republicans have seen what their fellow Trump supporters have wrought and are trying to escape the blame and pin it on antifa by spreading disinformation on social media.

**UPDATE: Jan. 6, 2021, 9:48 p.m. CST** This article was updated to include the claim that XRVision was involved in identifying the two individuals.

**UPDATE: Jan. 7, 2021, 3:34 p.m. AEDT** This article was updated to note three people died due to medical emergencies during the siege.

**UPDATE: Jan. 7, 2021, 10:33 a.m. CST** This article has been updated to include XRVision's dispute over their involvement.

**UPDATE: Jan. 7, 2021, 1:29 p.m. CST** This article was updated to include the Washington Times removing the article from their site.

### WATCH: How to recognize and avoid fake news



**TOPICS:** ANTIFA, CULTURE, DONALD TRUMP, MISINFORMATION, POLITICS

---

## RECOMMENDED FOR YOU



**CULTURE**
Internet sleuths misidentified some of the Trump supporters who stormed the Capitol



**CULTURE**
After Twitter banned Trump, misinfo on the site fell dramatically



**TECH**
Twitter's election label now acknowledges Joe Biden as president-elect



**ENTERTAINMENT**
Get 14 PC games and a month of EA Play Pro for only $15 with this Humble Bundle



**TECH**
The new MacBook Pro with Apple's fancy M1 chip just got its biggest discount yet



Sign up for Mashable Newsletters to get personalized updates on top stories and viral hits.

EMAIL                    SIGN UP

---



**TECH**
Apple's new 'Time to Walk' feature will serve inspiring audio stories while you stroll around



**TECH**
Apple warns iPhone 12, MagSafe users with medical implants to keep a safe distance



**CULTURE**
Seth Rogen is trending because Ted Cruz is desperate for a distraction



**CULTURE**
'Black excellence': Gymnast Nia Dennis blesses the internet with another stunning floor routine



**CULTURE**
'Black excellence': Gymnast Nia Dennis blesses the internet with another stunning floor routine



**SCIENCE**
SpaceX sends more than 100 satellites skyward in a dazzling Sunday launch



**SCIENCE**
SpaceX sends more than 100 satellites skyward in a dazzling Sunday launch