# EXHIBIT 10



### Hashtag Feed

#parler          #parlerusa
#parleruk        #parlerksa
#gardenclub      #fatkidclub
#twexit          #techtyrants
#bitcoin         #videogames
#meme

### people to follow



Sean Hannity
@SeanHannity



Mark Levin
@Marklevinshow



Tucker Carlson
@TuckerCarlson



Devin Nunes
@Devinnunes



Phil Robertson
@officialphilrobertson



Mariabartiromotv
@Mariabartiromotv



Sharyl Attkisson
@SharylAttkisson



Kirstie Alley
@Kirstiealley



Tito Ortiz
@TitoOrtiz

Wayne Dupree Media L.L.C
@waynedupreeshow

---

**LLinWood**
@linwood
Joined Dec 13, 2018

**Follow**

1.1m Followers    79 Following    2 Comments
1 Votes

623 Parleys    182 Media

**LLinWood** · 37 minutes ago · 849k
@linwood

https://nam11.safelinks.protection.outlook.com/?url=https%3A

💬 3.9k    🏷 9.9k    ⬆ 17k

echoed by @linwood

**LLinWood** · 7 hours ago · 5.9m
@linwood

Several people have sent me screen shots of Ashli Babbitt's Twitter page. Below you will see that it appears Ms. Babbitt retweeted my tweet the day she was shot, 1/6. It appears to be her last post before her death. She had 1,915 Followers.

Member Agreement    Privacy Policy    Community Guidelines    © 2021 Parler



**LLinWood** · 6 hours ago · 2.5m
@linwood

I was suspended from Twitter promptly after the DC incident. From my #FightBackLaw Twitter account, I checked Ms. Babbitt'a account & it had been suspended. Then my #FightBack Twitter account was banned.

Something is not right here.

4.4k    11k    32k

**LLinWood** · 6 hours ago · 2.9m
@linwood



**Ashli Babbit ALIVE and WELL The FALSE FLAG Shooting**

You have been PLAYED. Chalk one more for the DeepState. Sheeple will still believe whatever they are told. In this Slowe…

https://www.brighteon.com/22375a2f-1f93-44fe-8fb5-4a2d0b2729

@GovernorNoem

**Hashtag Feed**

#parler    #parlerusa
#parleruk    #parlerksa
#gardenclub    #fatkidclub
#twexit    #techtyrants
#bitcoin    #videogames
#meme

**people to follow**

Sean Hannity
@SeanHannity

Mark Levin
@Marklevinshow

Tucker Carlson
@TuckerCarlson

Devin Nunes
@Devinnunes

Phil Robertson
@officialphilrobertson

Mariabartiromotv
@Mariabartiromotv

Sharyl Attkisson
@SharylAttkisson

Kirstie Alley
@Kirstiealley

Tito Ortiz
@TitoOrtiz

Wayne Dupree Media L.L.C
@waynedupreeshow

Member Agreement    Privacy Policy    Community Guidelines    © 2021 Parler