# EXHIBIT 13



**John R Lott Jr.**
@JohnRLottJr

When u make a mistake, u make a mistake. The results in my paper had 2 parts. The precinct level data was in error, though I believe there is a way to do it correctly. That said, the results for the 1st part are inconclusive. 2nd part still holds.
@aeggers
papers.ssrn.com/sol3/papers.cf...

---

Andy Eggers @aeggers · Jan 4

See below for my response (with @justingrimmer and Haritz Garro) to @JohnRLottJr's paper claiming to show election fraud in GA and PA absentee voting. A couple extra thoughts of my own: twitter.com/justingrimmer/...

Show this thread