# EXHIBIT 14

MLive

Please support high-quality journalism. Subscribe to MLive.com.

Politics & Elections

# See 2020 election turnout by Michigan county compared to 2016

Updated Nov 05, 2020; Posted Nov 05, 2020



Election officials, poll watchers and challengers monitor the counting of Grand Rapids absentee ballots at DeVos Place on Wednesday, Nov. 4, 2020. (Cory Morse | MLive.com)  Cory Morse | MLive.com

3,121
shares

By Julie Mack | jmack1@mlive.com and Scott Levin j.slevin@mlive.com

A total of 5,568,097 Michigan ballots were cast in Tuesday's election, shattering the state's previous record of 5,039,080 set in November 2008.

This week's total also is 14% higher than the 4,874,619 ballots cast in November 2016.

In all, 71% of Michigan adults age 18 and older participated in the 2020 presidential election, the largest percentage since 1960, when 73% participated in the election that pitted John F. Kennedy against Richard Nixon. (Kennedy won Michigan that year, with 51% of the state's vote.)

That 71% is also, easily, the highest percentage since the voting age was lowered from 21 to 18 in 1970. That dropped turnout by percentage because of the low turnout rate among young adults.

About 3.2 million voted by absentee ballot in this week's election, about 57% of total votes cast.

Here's a look at voter turnout by county in 2020 compared to 2016, shaded by the percentage change. You can put your cursor over a county to see the underlying numbers. (Can't see the map? Click here.)



2020 General election voter turnout

MAP  LEGENDS

Map by Scott Levin | slevin@mlive.com

A few takeaways from the data:

**1. Only one county saw a decrease.**

Dickinson County in the Upper Peninsula was the only county with fewer votes in November 2020 compared to 2016, and that decrease was minimal -- the county counted 13,325 ballots this week, which was 34 fewer than 2016.

**2. The five counties with the biggest percentage increases:**

- Luce, from 2,624 in 2016 to 3,795 in 2020, up 45%;
- Huron, from 15,167 in 2016 to 18,557 in 2020, up 22%;
- Mecosta, from 17,392 in 2016 to 21,159 in 2020, up 22%;
- Jackson, from 70,701 in 2016 to 85,449 in 2020, up 21%;
- Clare, from 13,588 in 2016 to 16,375 in 2020, up 21%.

**3. The five counties with the lowest percentage increases:**

- Bay, from 53,745 in 2016 to 54,296 in 2020, up 1%;
- Newaygo, from 26,959 in 2016 to 27,323 in 2020, up 1.4%;
- Keweenaw, from 1,465 in 2016 to 1,566 in 2020, up 6.9%;
- Ontonagon, from 3,531 in 2016 to 3,833 in 2020, up 8.6%;
- Saginaw, from 95,604 in 2016 to 103,991 in 2020, up 8.8%.

**4. Wayne County had a 10% increase.**

Wayne County, which is Michigan's largest county and includes Detroit, went from 788,459 voters in 2016 to 867,409 in 2020.

The number of ballots in Wayne was a little more than the votes cast in Michigan's 55 smallest counties.

About 39% of Michigan ballots were cast in the tri-county metro Detroit region of Wayne, Oakland and Macomb counties. Oakland had a 15% increase in turnout compared to 2016 and Macomb was up 18%.

**More on MLive:**

No 'blue wave' for Michigan

Michigan 2020 live election results: President, Congress and ballot proposals

Joe Biden wins Michigan, flipping state in narrow victory over Trump

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

# Around the web

### Ever Wondered What Kind of American Accent You Have?
**World Life Style** | Sponsored

### Harley N95 Respirator Face Mask - Model L-188 - NIOSH Approved - 20 per box
**Bona Fide Masks** | Sponsored

Shop Now

### Relieve Dark Spots in the Blink of an Eye (Watch THIS)
**Gundry MD** | Sponsored