# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH, <br><br> Plaintiffs, <br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, et al, <br><br> Defendants, <br><br> and <br><br> CITY OF DETROIT, et al, <br><br> Intervenor-Defendants. | No. 2:20-cv-13134 <br><br> Hon. Linda V. Parker |

**STIPULATED ORDER EXTENDING TIME FOR INTERVENOR-DEFENDANT CITY OF DETROIT'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS AND FOR AWARD OF SANCTIONS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time for the City of Detroit to file its Reply Brief in Support of the Motion to Dismiss and for Award of Sanctions in this

matter is extended until Thursday, February 4, 2021.

    **IT IS SO ORDERED**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: January 28, 2021

**STIPULATED TO AND APPROVED BY:**

Date:  January 28, 2021

/s/ *Stefanie Lambert Junttila*
STEFANIE LAMBERT JUNTTILA (P71303)
Attorney for Plaintiffs
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

/s/ *David H. Fink*
David H. Fink (P28235)
FINK BRESSACK
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkbressack.com