# EXHIBIT B

From: Grill, Erik (AG)
To: Meingast, Heather (AG); Albro, Lisa (AG)
Subject: FW: King v. Whitmer   E.D. Mich. Case No. 2:20 cv 13134
Date: Tuesday, December 22, 2020 10:52:09 AM
Attachments:

---

From: Stefanie Lambert attorneystefanielambert@gmail.com
Sent: Tuesday, December 22, 2020 10:34 AM
To: Grill, Erik (AG) <GrillE@michigan.gov>
Cc: Howard Kleinhendler <howard@kleinhendler.com>
Subject: Re: King v. Whitmer - E.D. Mich. Case No. 2:20-cv-13134

Counsel:

As you know, this case is on appeal to the Sixth Circuit and to the United States Supreme Court. Therefore we are not in a position to respond to your request below until these appeals are decided. Further, we do not believe the district court has jurisdiction to consider your motion while the case is on appeal.

Best regards,

Stefanie Lambert Junttila

On Tue, Dec 22, 2020 at 10:11 AM Grill, Erik (AG) <GrillE@michigan.gov> wrote:

> Counsel for Plaintiffs,
>
> The Governor Whitmer, Secretary Benson, and the Board of State Canvassers also intend to file a motion to dismiss the complaint this afternoon. Please let me know by 3 p.m. today if you will either concur in the motion or stipulate to dismiss the complaint.
>
> Erik A. Grill
> Assistant Attorney General
> Civil Litigation, Elections, & Employment Division
>
>