# EXHIBIT D

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH, <br><br> Plaintiffs, <br> v <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS, <br><br> Defendants, <br><br> CITY OF DETROIT, <br><br> Intervening Defendant, <br><br> ROBERT DAVIS, <br><br> Intervening Defendant, <br><br> DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, <br><br> Intervening Defendant. <br> _____ | No. 2-20-cv-13134 <br><br> HON. LINDA V. PARKER <br><br> MAG. R. STEVEN WHALEN <br><br> **DECLARATION OF HEATHER S. MEINGAST IN SUPPORT OF DEFENDANTS WHITMER AND BENSON'S MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927** |

1

# DECLARATION OF HEATHER S. MEINGAST IN SUPPORT OF DEFENDANTS WHITMER AND BENSON'S MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927

I, Assistant Attorney General Heather S. Meingast, being duly sworn, voluntarily state as follows:

1. I have been licensed to practice law in the State of Michigan since 1998.

2. I primarily practice law in Ingham County, Michigan.

3. I have worked for the Michigan Department of Attorney General since February 2004.

4. During my nearly 17 years with the office, I have worked in the Department's Public Employment, Elections and Tort Division as well as in the Appellate Division and was formerly the Division Chief of the Opinions Division. During these years, I frequently handled election cases in state and federal court and at the trial court and appellate level.

5. I am presently the Division Chief for the Civil Litigation, Employment and Elections Division, and have held that position since February 2019. In this position, I supervise five attorneys, including Assistant Attorney General Erik A. Grill.

6. Assistant Attorney General Grill and I worked together researching and drafting the various submissions filed by Defendants Whitmer, Benson, and the Board of State Canvassers in this matter, with each of us handling different issues and working on separate parts of the submissions.

7. To the best of my recollection, the following chart accurately reflects the time I personally spent on various activities performed in defense of this matter:

| Date | Activity | Hours |
|---|---|---|
| 11/27/20 | Review Plaintiffs' Complaint | 1.0 |

Declaration of Heather S. Meingast Page 2

| | | |
|---|---|---|
| 11/27/20 | Email to clients re: new filing | 0.20 |
| 11/30/20 | Review Plaintiffs' Amended Complaint and exhibits | 2.0 |
| 11/30/20 | Review Plaintiffs' emergency motion for declaratory judgment and injunctive relief | 1.0 |
| 12/1/20 | Email to clients updating on case and service | 0.1 |
| 12/2/20 | Email to clients advising of due date for response to injunction motion | 0.1 |
| 12/2/20 | Legal research on mootness and abstention doctrines | 1.0 |
| 12/2/20 | Draft portions of Defendants' response to Plaintiffs' emergency motion for declaratory and injunctive relief, including introduction, statement of facts, mootness and abstention arguments, and state law claims | 4.0 |
| 12/2/20 | Review and edit Brater Declaration in support of Defendants' Response to Plaintiffs' emergency motion for declaratory and injunctive relief | 0.5 |
| 12/2/20 | Email to clients with draft of response brief | 0.1 |
| 12/2/20 | Review and edit draft of Defendants' Response to Plaintiffs' emergency motion for declaratory and injunctive relief before filing | 0.75 |
| 12/2/20 | Review and edit response to emergency motion to seal | 0.3 |
| 12/2/20 | Emails to clients with filed briefs | 0.1 |
| 12/7/20 | Review December 7, 2020, Opinion & Order | 0.5 |
| 12/7/20 | Emails to clients attaching December 7 Opinion & Order | 0.1 |
| 12/22/20 | Review and edit Defendants' motion to dismiss and brief for filing | 1.5 |
| 1/14/20 | Review voluntary dismissal and email clients with update | 0.3 |

Declaration of Heather S. Meingast Page 3

| | |
|---|---|
| Total Hours | 13.55 |
| Reasonable rate[1] | $395/hr |
| Total Attorney Fees/Costs | $5,352.25 |

I declare under penalty of perjury that the foregoing is true and correct.

_Heather S. Meingast_     Dated: January 28, 2021

---

[1] Based on the State Bar of Michigan's 2020 Economics of Law Practice in Michigan Survey, the median and mean billing rates for election law attorneys in the Lansing area is $300 and $395 respectively. See https://www.michbar.org/file/pmrc/articles/0000156.pdf. Given my years of experience and supervisory position, an hourly rate of $395 is reasonable in this matter.