# EXHIBIT E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH,

    Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,

    Defendants,

CITY OF DETROIT,

    Intervening Defendant,

ROBERT DAVIS,

    Intervening Defendant,

DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,

    Intervening Defendant.

_____

No. 2-20-cv-13134

HON. LINDA V. PARKER

MAG. R. STEVEN WHALEN

**DECLARATION OF ERIK A. GRILL IN SUPPORT OF DEFENDANTS WHITMER AND BENSON'S MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927**

Declaration of Erik A. Grill Page 1

# DELCARATION OF ERIK A. GRILL IN SUPPORT OF DEFENDANTS WHITMER AND BENSON'S MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927

I, Assistant Attorney General Erik A. Grill, being duly sworn, voluntarily state as follows:

1. I have been licensed to practice law in the State of Michigan since 2002.

2. I primarily practice law in Ingham County, Michigan.

3. I have worked for the State of Michigan since December 2002.

4. During my more than 18 years of practice, I have worked in the Attorney General's State Operations Division, the Public Employment, Elections and Tort Division, and the Civil Litigation, Employment and Elections Division. I have also worked for the General Counsel of the Department of Insurance and Financial Services.

5. I am presently a Senior Attorney in the Civil Litigation, Elections & Employment Division. In this position, I have unique experience and substantial expertise in the field of election law, and I have frequently handled election cases in state and federal courts at both the trial court and appellate court levels.

6. Collaborating with my Division Chief, Heather Meingast, I researched and drafted the various submissions filed by Defendants Whitmer, Benson, and the Board of State Canvassers in this matter, with each of us handling different issues and working on separate parts of the submissions.

7. To the best of my recollection, the following chart accurately reflects the time I personally spent on various activities performed in defense of this matter:

Declaration of Erik A. Grill Page 2

| Date | Activity | Hours |
|---|---|---|
| 11/27/20 | Review Plaintiffs' Complaint | 1.0 |
| 11/29/20 | Review Plaintiffs' Amended Complaint and exhibits | 1.0 |
| 11/30/20 | Review Plaintiffs' emergency motion for declaratory judgment and injunctive relief | 1.0 |
| 12/2/20 | Legal research on laches, standing, Eleventh Amendment, Electors & Elections Clauses, Equal Protection, and Due Process. | 2.0 |
| 12/2/20 | Draft portions of Defendants' response to Plaintiffs' emergency motion for declaratory and injunctive relief | 5.0 |
| 12/2/20 | Review and edit Brater Declaration in support of Defendants' Response to Plaintiffs' emergency motion for declaratory and injunctive relief | 0.5 |
| 12/2/20 | Review and edit draft of Defendants' Response to Plaintiffs' emergency motion for declaratory and injunctive relief before filing | 0.5 |
| 12/2/20 | Draft response to emergency motion to seal | 0.5 |
| 12/7/20 | Review December 7, 2020, Opinion & Order | 0.5 |
| 12/22/20 | Draft portions of Defendants' motion to dismiss and review; Review and edit draft before filing | 2 |
| 1/14/20 | Review City of Detroit's Motion for Sanctions and draft Defendants' concurrence with that motion | 1.0 |
| 1/19/20 | Review voluntary dismissal; Legal research on federal rules for voluntary dismissal | 0.25 |

Declaration of Erik A. Grill Page 3

| | |
|---|---|
| Total Hours | 15.25 |
| Reasonable rate[1] | $375/hr |
| Total Attorney Fees/Costs | $5,718.75 |

I declare under penalty of perjury that the foregoing is true and correct.

_Erik A. Grill_                              Dated:  January 28, 2021

---

[1] Based on the State Bar of Michigan's 2020 Economics of Law Practice in Michigan Survey, the median and mean billing rates for election law attorneys in the Lansing area is $300 and $395 respectively.  See https://www.michbar.org/file/pmrc/articles/0000156.pdf.  Given my years of experience, an hourly rate of $375 is reasonable in this matter.

Declaration of Erik A. Grill Page 4