# Exhibit E

20201116_004450.jpg 51 of 65

**Swaps & Lost Leaders**
https://thedonald.win/p/11Q8O2wesk/happening-calling-every-pede-to-/
Processed in Excel
As of 11 Nov 2020

| State | Voting System | Switched | Lost | Discrep |
|---|---|---|---|---|
| Pennsylvania | Dominion Voting Systems | 220,883 | 941,248 | 1, |
| Virginia | Dominion Voting Systems | 12,163 | 789,023 | [illegible] |
| New York | Dominion Voting Systems | 18,124 | 623,213 | [illegible] |
| Minnesota | Dominion Voting Systems | 2,766 | 195,650 | [illegible] |
| New Jersey | Dominion Voting Systems | 80,242 | 20 | |
| West Virginia | Unknown Systems | 0 | 78,300 | |
| Illinois | Dominion Voting Systems | 2,166 | 54,730 | |
| Georgia | Dominion Voting Systems | 17,407 | 33,574 | |
| Texas | Premier ES | 14,954 | 30,557 | |
| Michigan | Dominion Voting Systems | 20,213 | 21,882 | |
| Kentucky | ES&S | 8,129 | 23,849 | |
| Nebraska | ES&S | 30,086 | 50 | |
| Nebraska | Unknown Systems | 30,086 | 50 | |
| Arkansas | ES&S | 3,664 | 20,748 | |
| Florida | Dominion Voting Systems | 21,422 | 456 | |
| Missouri | Dominion Voting Systems | 0 | 20,730 | |
| Ohio | Dominion Voting Systems | 14,965 | 5,102 | |
| California | Dominion Voting Systems | 7,701 | 10,989 | |
| Wisconsin | Dominion Voting Systems | 2,078 | 3,408 | |
| South Carolina | ES&S | 2,779 | 2,119 | |
| New Mexico | Dominion Voting Systems | 268 | 4,610 | |
| Arizona | Dominion Voting Systems | 4,492 | 0 | |

150% Slideshow Fullscreen

