# Exhibit G

From: Team Dana <bounce@bounce.myngp.com> On Behalf Of Team Dana
Sent: Sunday, February 07, 2021 2:36 PM
To:
Subject: Dana's Dispatch: Legal Actions Against Trump, Scam Alerts & Holding Seditionist Lawyers Accountable



# Nessel took more than 200 legal actions in the Trump era. Here's a look at where they stand.

> Many of the Trump administration's actions took aim at workers' rights, the environment, health care and some were just plain discriminatory.  I look forward to working with an administration that shares the same respect as our office does for the residents of Michigan.

With a new Democratic administration now in charge, and President Joe Biden already reversing a number of Trump-era policies, the Advance took a look back on the extensive federal actions Nessel's office has taken or joined since 2019.

Nessel became Michigan's first Democratic attorney general since 2002 when she was elected in 2018. An August report by the Washington, D.C.-based Economic Policy Institute (EPI) named her one of the leading state attorneys general in protecting workers' rights, and Nessel's office has been active in challenging right-wing Trump policies, along with many other states.

"From health care to discrimination in the workforce, a number of concerns were raised by the Trump administration's policies over the past several years," said Nessel spokesperson Ryan Jarvi.

"Along with many of her colleagues, Attorney General Nessel felt compelled to oppose those policies that jeopardized our environment, disregarded the public's health and financial well-being or in some other way undermined the democratic foundations our country was built on and which inspire millions of people to seek a better life for themselves."

During Nessel's two years in office so far, she and her department have filed a total of 94 multi-state amicus curiae ("friends of the court") briefs. Amicus briefs are legal documents filed in a case where the person or entity filing the brief has an interest in the outcome.

### READ MORE

Laina G  Stebbins, Michigan Advance (2021, February 1) Nessel took more than 200 legal actions in the Trump era  Here's a look at where they stand
Retrieved from:  Nessel took more than 200 legal actions in the Trump era  Here's a look at where they stand

---

# Michigan Attorney General: Restrict sale of long guns to those 21 and younger

> In recent years, an alarming number of mass shootings have been top stories across the country, and action on sensible gun reform continues to be needed. States have the right and responsibility to protect our residents against harm by enacting commonsense laws and policies.



Photo courtesy of WEY  Mid-Michigan Now

The coalition argues that laws restricting the sale of long guns and semi-automatic rifles to individuals under the age of 21, unless they fall into enumerated exceptions, are reasonable requirements that California has the right to adopt because:

The Second Amendment allows states to enact new and varied measures in response to gun violence. The brief explains that states are entitled to adopt reasonable restrictions to protect the health, safety and welfare of their residents, which includes preventing crime and minimizing gun violence. All states have imposed age-based regulations on the sale and use of, and access to, firearms within their borders.

Joining Nessel in the brief are the attorneys general of Connecticut, Delaware, the District of Columbia, Hawaii, Illinois, Maryland, Massachusetts, Minnesota, New Jersey, New Mexico, New York, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia and Washington.

## READ MORE

Dave Bondy  WEY  Mid-Michigan Now (2021  February 1) Michigan Attorney General  Restrict sale of long guns to those 21 and younger  Retrieved from   Michigan Attorney General  Restrict sale of long guns to those 21 and younger

# Attorney General Warns Consumers To Watch Out For Law Enforcement Scam Calls

Bad actors will truly stop at nothing to swindle anyone out of their personal information & hard earned money.  Make sure to be aware that no law enforcement agency will ever contact you by phone demanding that you pay, regardless of payment method, for your warrant to disappear.

Michigan Attorney General Dana Nessel today urged Michigan residents to beware of scammers posing as law enforcement agencies or other companies demanding payment for warrants or services via gift card.

Recently, illegal robocalls have been reported detailing that bad actors are spoofing – falsifying the phone number that appears on your caller ID – local law enforcement phone numbers, and when answered, they may claim the victim's name is on a package of drugs and money and/or there is a warrant out for their arrest. The scammer tells the victim to wire money and/or purchase gift cards. They are then instructed to provide the gift card numbers over the phone to take care of the warrant.

"The framework of these scams – whether it's a law enforcement, grandparent, or tech support scam – are always the same. The demands are urgent, they prey on fear, and they always insist on an untraceable payment method," said Nessel. "The fact is, anyone who demands payment by gift card is a scammer, period. No reputable company or government agency will ever demand payment via gift card."

The Michigan Department of Attorney General provides a host of resources available online specifically related to robocalls. From identifying the signs of a scam call to actual recordings of such calls, this information is in place to equip anyone with the tools they need to combat this public nuisance. A library of consumer alerts is also available to the public and number of scam examples.

[READ MORE](#)

94 9 FM WSJM (2021  February 2) Attorney General Warns Consumers To Watch Out For Law Enforcement Scam Calls Retrieved from  Attorney General Warns Consumers To Watch Out For Law Enforcement Scam Calls

# Future of Line 5 drives wedge between Michigan, Canada

*I have all the respect in the world for the Canadian government and, of course, the good people of Canada. But at the end of the day, I was elected by the residents of the state of Michigan. We get very little of what flows through Line 5, and yet we bear all of this risk.*

Michigan Attorney General Dana Nessel, who has pursued litigation since 2019 seeking to close the pipeline, questioned where Canada has been as debate raged in Michigan over the future of the four-mile Straits of Mackinac segment.

"This is not a secret," said Nessel, noting she and Whitmer ran on promises to close the line. "I can't imagine what they could say, I can't imagine what they could offer that would possibly change my mind in terms of the grave risk that Line 5 poses," she said.

Nessel argued that Michigan's losses in the event of a spill would be far greater than Canada's would be under a Line 5 closure. About 1.3 million jobs and $82 billion in wages are supported by the Great Lakes annually, according to a study by the Michigan Sea Grant.

While Nessel said she's sympathetic to Canadian concerns about job losses, she said such complaints are "a bit tone-deaf" given what Michigan has to lose.

"At the end of the day, I was elected by the residents of the state of Michigan."

**[READ MORE](#)**

Beth LeBlanc Detroit News (2021 February 2) Future of Line 5 drives wedge between Michigan Canada Retrieved from [Future of Line 5 drives wedge between Michigan Canada](#)

---

# Interview on All in with Chris Hayes: Michigan Officials

# Seek Accountability for Election Lies

The people who were involved in the insurrection believed what was in these lawsuits; they truly drank the Kool-Aid.  And these lawyers mixed it, stirred it and served it up in Dixie cups. We have an obligation to fight back against these types of lies and efforts to undermine our election & democracy. As attorneys and elected officials in Michigan, if we aren't the proper authorities to bring such a complaint, who is?

Watch my interview with Chris Hayes here:



nterview with Chris Hayes  MSNBC (2021  February 3) Michigan Officials Seek Accountability for Election Lies  Retrieved from   Michigan Officials Seek Accountability for Election Lies



**Thank you for being a part of Dana's re-election campaign!**

Sending emails is a crucial way to keep supporters like you updated on Dana's fight for justice and progress. Plus, this campaign is fueled by grassroots supporters like you! **Will you chip in today to join Dana in the fight for a better tomorrow?**

**CHIP IN TO RE-ELECT DANA NESSEL >>**

## KEEP IN TOUCH WITH DANA:

  

Any donor history information in this email reflects what we have on file for this specific email address. If you have donated with a different email address, with a check, or with a spouse – thank you so much. We have that on file and cannot thank you enough for your support.

Paid for by Friends of Dana Nessel

Friends of Dana Nessel
P.O. Box 11141
Lansing MI 48901 United States