UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, *et al.*, *Plaintiffs*, <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, *et al.*, *Defendants*, <br><br> and <br><br> CITY OF DETROIT, *Intervenor Defendant*. | Case No. 20-cv-13134 <br> Hon. Linda V. Parker |

**PLAINTIFFS' EX PARTE MOTION TO FILE EXTENDED BRIEF**

Pursuant to Local Rule 7.1(d)(3), Plaintiffs requests leave to file an extended brief, 62 pages, in response to Plaintiffs' Opposition to State Defendants' Motion for Sanctions under 28 U.S.C. § 1927, ("Sanctions Motion"). State Defendants Motion, ECF 105, constituted 45 pages plus exhibits, and it is respectfully requested that we submit additional pages in support of Plaintiffs' Opposition to State Defendants' Sanctions Motion.

# BRIEF IN SUPPORT OF PLAINTIFFS'
# EX PARTE MOTION TO FILE EXTENDED BRIEF

On January 28, 2021, State Defendants filed a 45 page brief in support of their Sanctions Motion. That motion, and its brief in support, raise a number of issues that need to be fully rebutted. While Plaintiffs seek to be concise, to thoroughly respond to the factual and legal issues raised in the Sanctions Motion, Plaintiffs will need to exceed the 25 page limitation.  Local Rule 7.1(d)(3) specifically provides for this Court extending the page limitation on briefing in appropriate circumstances, such as this. *See Elhady v. Bradley*, 438 F. Supp. 3d 797, 821 n. 11 (E.D. Mich. 2020). The motion to file an extended brief, Plaintiffs respectfully request be granted.

        Respectfully submitted,

        _/s/  Stefanie Lynn Junttila_
        Stefanie Lynn Junttila
        Law Office of Stefanie L. Lambert PLLC
        500 Griswold Steeet, Ste 2340
        Detroit, MI 48301
        248-270-6689
        Email: attorneystefanielambert@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, a true and genuine copy of theforegoing was served via electronic mail by the Court's CM/ECF system to all counsel of record:

 /s/ Stefanie Lynn Junttila
Stefanie Lynn Junttila
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
248-270-6689
Email: attorneystefanielambert@gmail.com