Case No. 20-2205

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TIMOTHY KING; MARIAN SHERIDAN; JOHN HAGGARD; CHARLES RITCHARD; JAMES HOOPER; DAREN RUBINGH

    Plaintiffs - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; MICHIGAN BOARD OF STATE CANVASSERS

    Defendants - Appellees

CITY OF DETROIT, MI

    Intervenor Defendant - Appellee

Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                      **ENTERED PURSUANT TO RULE 45(a),**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Deborah S. Hunt, Clerk

Issued: January 26, 2021

# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 26, 2021

Mr. Darryl G. Bressack
Mr. David H. Fink
Mr. Nathan Joshua Fink
Mr. Erik A. Grill
Ms. Stefanie Lynn Junttila
Ms. Heather S. Meingast

Re: Case No. 20-2205, *Timothy King, et al v. Gretchen Whitmer, et al*
Originating Case No. : 2:20-cv-13134

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue