UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH, | No. 2-20-cv-13134 |
| | HON. LINDA V. PARKER |
| Plaintiffs, | |
| v | MAG. R. STEVEN WHALEN |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS, | **STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS BENSON AND WHITMER TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS** |
| Defendants, | |
| CITY OF DETROIT, | |
| Intervening Defendant, | |
| ROBERT DAVIS, | |
| Intervening Defendant, | |
| DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, | |
| Intervening Defendant. | |

_____

1

Stephanie Lambert Junttila (P71303)
Attorney for Plaintiffs
500 Griswold, Suite 2340
Detroit, Michigan 48226
313.963.4740
attorneystefanielambert@gmail.com

Gregory J. Rohl (P39185)
Attorney for Plaintiffs
41850 West 11 Mile Road, Suite 110
Novi, Michigan 48375
248.380.9404
gregoryrohl@yahoo.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

David Fink (P28235)
Attorney for Proposed Intervenor City of Detroit
38500 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.971.2500
dfrink@finkbressack.com

Mary Ellen Gurewitz (P25724)
Attorney for Proposed Intervenor DNC/MDP
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
313.204.6979
maryellen@cummingslawpllc.com

Scott R. Eldridge
Attorney for Proposed Intervenor DNC/MDP
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
517.483.4918
eldridge@millercanfield.com

Andrew A. Paterson (P18690)

Attorney for Proposed Intervenor Davis
2893 East Eisenhower Parkway
Ann Arbor, Michigan 48108
248.568.9712
Aap43@outlook.com

_____/

# STIPULATED ORDER EXTENDING TIME FOR DEFENDANTS BENSON AND WHITMER TO REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION FOR SANCTIONS

The parties hereby stipulate and agree to a 14 day extension for Defendants Secretary of State Jocelyn Benson and Governor Gretchen Whitmer to file their reply to Plaintiffs' response to their motion for sanctions;

**IT IS HEREBY ORDERED** that a reply to the response will be required from Defendants Benson and Whitmer on or before March 11, 2021.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: February 25, 2021

The parties, through their respective counsel, stipulate to the entry of the above order.

| | |
|---|---|
| *s/Stephanie Lambert Junttila (w/consent)* | Dated:  February 24, 2021 |
| Stephanie Lambert Junttila (P71303) | |
| Attorney for Plaintiffs | |
| 500 Griswold, Suite 2340 | |
| Detroit, Michigan 48226 | |
| 313.963.4740 | |
| attorneystefanielambert@gmail.com | |

| | |
|---|---|
| *s/Heather S. Meingast* | Dated:  February 24, 2021 |
| Heather S. Meingast (P55439) | |
| Assistant Attorney General | |
| Attorney for Defendants Benson & Whitmer | |
| P.O. Box 30736 | |
| Lansing, Michigan 48909 | |
| 517.335.7659 | |
| meingasth@michigan.gov | |