# EXHIBIT A

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

**DANA NESSEL**
ATTORNEY GENERAL

October 28, 2020

Reilly O'Neal
Big League Politics
107 Fayetteville St.
Ste. 200
Raleigh, North Carolina 27601

Reilly O'Neal
Mustard Seed Media
PO Box 10853
Raleigh, North Carolina

Mr. O'Neal

    This CEASE and DESIST notice is to inform you that you are in violation of Michigan Law. It has come to our attention that you have used your website to post misleading and false election information.

    Your website contains videos entitled #Detroit Leaks and must be removed. The videos contain false and misleading information pertaining to Michigan elections. These videos and any links to these videos must be removed across all platforms. The videos violate Michigan law by intentionally misleading and altering information pertaining to elections.

    Specifically, at 2:45 of the youtube link it states that before 2020 challenged ballots never went into the tabulator. This is a false statement.

    At 6:36 you state that challenged ballots will be tabulated and cannot be uncounted later. This is a false statement as the challenger has six days to prove the improper vote.

    Other portions of the video clips posted on your site are taken out of context or deceptively edited. Further, they do not portray accurate information.

    Therefore, you are hereby ordered to CEASE and DESIST use of #Detroit Leaks video across all media platforms. Failure to comply will result in criminal prosecution. Please remove all posts, links and anything similar immediately which correspond with #Detroit Leaks.

    I appreciate your attention to this matter. If you have questions please do not hesitate to contact me at 517-241-9632.

Respectfully,

*Danielle Hagaman-Clark*

Danielle Hagaman-Clark
Assistant Attorney General