UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH,

    Plaintiffs,

v

GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,

    Defendants,

CITY OF DETROIT,
    Intervening Defendant,

ROBERT DAVIS,
    Intervening Defendant,

DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,

    Intervening Defendants.

No. 2-20-cv-13134

HON. LINDA V. PARKER

MAG. R. STEVEN WHALEN

_____

## EXHIBIT LIST

## DEFENDANTS WHITMER AND BENSON'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING

## EXHIBIT LIST

1. Defendants Whitmer and Benson's *Proposed* Supplemental Brief in Support of Motion for Sanctions Under 28 U.S.C. § 1927