## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>　　　　Defendants<br>　and<br><br>CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>　　　　Intervenor-Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

## THE CITY OF DETROIT'S CONCURRENCE WITH DEFENDANTS WHITMER AND BENSON'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR SANCTIONS UNDER 28 U.S.C. § 1927

The City of Detroit concurs in the arguments made by Governor Gretchen Whitmer and Secretary of State Jocelyn Benson in their Supplemental Brief in Support of Motion for Sanctions Under 28 U.S.C. § 1927 (ECF No. 118-2).

1

While it has always been clear that no reasonable person, after any due diligence, would conclude that the claims made in this litigation were "truly statements of fact," the astounding admissions by Sidney Powell leave no room for doubt that she and all of the attorneys on her team should bear the costs of this litigation and should be barred from practicing in any federal or state court.

April 23, 2021                                    Respectfully submitted,

                                                 **FINK BRESSACK**

                                                 By: */s/* David H. Fink
                                                 David H. Fink (P28235)
                                                 Nathan J. Fink (P75185)
                                                 *Attorneys for City of Detroit*
                                                 38500 Woodward Ave., Ste. 350
                                                 Bloomfield Hills, MI 48304
                                                 Tel: (248) 971-2500
                                                 dfink@finkbressack.com
                                                 nfink@finkbressack.com

                                                 **CITY OF DETROIT**
                                                 **LAW DEPARTMENT**
                                                 Lawrence T. Garcia (P54890)
                                                 James D. Noseda (P52563)
                                                 *Attorneys for City of Detroit*
                                                 2 Woodward Ave., 5th Floor
                                                 Detroit, MI 48226
                                                 Tel: (313) 237-5037
                                                 garcial@detroitmi.gov
                                                 nosej@detroitmi.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to all attorneys of record registered for electronic filing.

**FINK BRESSACK**

By:    /s/ Nathan J. Fink
Nathan J. Fink (P75185)
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel.: (248) 971-2500
nfink@finkbressack.com