UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE and MICHIGAN
DEMOCRATIC PARTY, and
ROBERT DAVIS,

    Intervenor-Defendants.
_____/

Case No. 20-13134
Honorable Linda V. Parker

## **ORDER**

Each attorney whose name appears on any of Plaintiffs' pleadings or briefs shall be present at the motion hearing set for July 6, 2021 at 2PM.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 17, 2021