**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH <br><br> Plaintiff <br><br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANCASSERS, <br><br> Defendants <br><br> CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, <br><br> Intervening Defendants. | Case No. 2:20-cv-13134 <br><br> HON. LINDA V. PARKER <br><br> MAG. R. STEVEN WHALEN |

## PLAINTIFF'S MOTION TO ADJOURN HEARING

Plaintiffs, TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH, by and through their counsel, file this Motion to Adjourn Hearing for the reasons stated herein.

1. The present schedule set by the Court calls for a motion hearing on July 6, 2021 at 2:00 PM.

2. Plaintiff's counsel, Stefanie Lambert Juntilla, has an unavoidable conflict on that date, being a planned vacation over the July 4, 2021 holiday with her children.

3. Pursuant to LR 7.1, Plaintiff's attorney sought concurrence with opposing counsel. Attorney Heather Meingast stated that she may also have a conflict and will not oppose the motion to adjourn. No other attorneys responded.

WHEREFORE, for the reasons stated herein Plaintiff respectfully requests that this Honorable Court adjourn the July 6, 2021 to a future date.

                          Respectfully submitted

Dated: June 28, 2021

*/s/ Stefanie Lambert Juntilla*
STEFANIE LAMBERT JUNTTILA (P71303)
Attorney for the Plaintiffs
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com

2

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN WADE RUBINGH | Case No. 2:20-cv-13134 |
| Plaintiff | |
| v. | HON. LINDA V. PARKER |
| GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State, and the Michigan BOARD OF STATE CANCASSERS, | MAG. R. STEVEN WHALEN |
| Defendants | |
| CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, | |
| Intervening Defendants. | |

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO ADJOURN HEARING

This motion is based on LR 7 and the files and records in this case.

Respectfully submitted

Dated: June 28, 2021

*/s/ Stefanie Lambert Juntilla*
STEFANIE LAMBERT JUNTTILA (P71303)
Attorney for the Plaintiffs
500 Griswold Street, Ste. 2340
Detroit, MI 48226
(313) 963-4740
attorneystefanielambert@gmail.com