UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN SOUTHERN
DIVISION

TIMOTHY KING, MARIAN ELLEN
SHERIDAN, JOHN EARL HAGGARD,
CHARLES JAMES RITCHARD, JAMES
DAVID HOOPER, and DAREN WADE
RUBINGH

Case No. 2:20-cv-13134

     Plaintiff

v.

HON. LINDA V. PARKER

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
JOCELYN BENSON, in her official capacity
as Michigan Secretary of State, and the
Michigan BOARD OF STATE
CANCASSERS,
     Defendants

MAG. R. STEVEN WHALEN

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC
PARTY,

     Intervening Defendants.

## PLAINTIFF'S MOTION TO ADJOURN HEARING

Plaintiffs, TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL

HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DAREN

WADE RUBINGH, by and through their counsel, file this Motion to Adjourn Hearing for the

reasons stated herein.

1.     The present schedule set by the Court calls for a motion hearing on July 6, 2021 at

2:00 PM.

2.     Plaintiff's counsel, Stefanie Lambert Juntilla, has an unavoidable conflict on that

date, being a planned vacation over the July 4, 2021 holiday with her children.

3.      Pursuant to LR 7.1, Plaintiff's attorney sought concurrence with opposing counsel.

Attorney Heather Meingast stated that she may also have a conflict and will not oppose the motion

to adjourn. Additionally, attorney Scott Eldridge does not object to an adjournment, and attorney

Andrew Paterson does object to an adjournment. No other attorneys responded.   WHEREFORE,

for the reasons stated herein Plaintiff respectfully requests that this

Honorable Court adjourn the July 6, 2021 to a future date.

Respectfully submitted


Dated: June 28, 2021

*/s/ Stefanie Lambert Juntilla*
STEFANIE LAMBERT JUNTTILA
(P71303)
Attorney for the Plaintiffs
500 Griswold Street, Ste. 2340
Detroit, MI 48226 (313)
963-4740
attorneystefanielambert@gmail.com

2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN SOUTHERN**
**DIVISION**

TIMOTHY KING, MARIAN ELLEN
SHERIDAN, JOHN EARL HAGGARD,
CHARLES JAMES RITCHARD, JAMES
DAVID HOOPER, and DAREN WADE
RUBINGH

    Plaintiff

v.

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
JOCELYN BENSON, in her official capacity
as Michigan Secretary of State, and the
Michigan BOARD OF STATE
CANCASSERS,
    Defendants

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC
PARTY,

    Intervening Defendants.

Case No. 2:20-cv-13134

HON. LINDA V. PARKER

MAG. R. STEVEN WHALEN

---

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO ADJOURN HEARING**

This motion is based on LR 7 and the files and records in this case.

Detroit, MI 48226 (313) 963-4740
attorneystefanielambert@gmail.com

Dated: June 28, 2021
Respectfully
submitted

*/s/ Stefanie Lambert
Juntilla*

STEFANIE
LAMBERT
JUNTTILA
(P71303)
Attorney for the
Plaintiffs
500    Griswold
Street, Ste. 2340

3