UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TIMOTHY KING, et al,

       Plaintiffs,　　　　　　　　Case No. 2:20-cv-13134-LVP-RSW
　　　　　　　　　　　　　　　　　Hon. Linda V. Parker

v.

GRETCHEN WHITMER, et al,　　　Mag. Judge R. Steven Whalen

       Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL COMMITTEE
and MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

       Intervenor-Defendants.

---

## **APPEARANCE ON BEHALF OF L. LIN WOOD**

I have been retained to represent L. LIN WOOD in response to the Court's Order to Appear issued on June 17, 2021 in the above-entitled cause

of action. Accordingly, I submit this appearance under Local Rule 83.25.

        Respectfully submitted,

        COLLINS EINHORN FARREL PC

        /s/ *Donald D. Campbell*
        DONALD D. CAMPBELL (P43088)
        PATRICK K. McGLINN (P51558)
        Attorneys for L. Lin Wood
        4000 Town Center, 9th Fl.
        Southfield, MI 48075

Dated: June 30, 2021        248.351.5426

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2021, I electronically filed an appearance on behalf of L. LIN WOOD with the Clerk of the Court using the ECF system, and that a copy was electronically served on all counsel of record via the ECF system and to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

        COLLINS EINHORN FARREL PC

        /s/ *Donald D. Campbell*
        DONALD D. CAMPBELL (P43088)
        Attorneys for L. Lin Wood