UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

      Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

      Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE and MICHIGAN
DEMOCRATIC PARTY, and
ROBERT DAVIS,

      Intervenor-Defendants.
_____/

Case No. 20-13134
Honorable Linda V. Parker

## **ORDER**

On June 8, 2021, the Court notified the parties of a July 6 hearing via video conference regarding several motions for sanctions. (ECF No. 122 (citing ECF Nos. 69, 78, 105).) Twenty days later, on June 28, Stefanie Lambert Junttila, co-counsel for Plaintiffs, filed a motion to adjourn the hearing to an unspecified "future date," citing "a planned vacation over the July 4, 2021 holiday" as an "unavoidable conflict." (ECF No. 126 at Pg ID 5200-01.) Counsel for the State Defendants and the Democratic National Committee/Michigan Democratic Party

do not object; counsel for Robert Davis does; and counsel for the City of Detroit did not respond to Junttila's request for concurrence and has not responded to the motion to adjourn.  (*Id.* at Pg ID 5201.)

Having considered the above-referenced facts, the Court **GRANTS** Plaintiff's Motion to Adjourn Hearing (ECF No. 126) and resets the hearing for Tuesday, July 13, 2021 at 2:00 p.m.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: June 30, 2021