UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>    Plaintiffs,<br>  v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, et al,<br><br>    Defendants,<br><br>  and<br><br>CITY OF DETROIT, et al,<br><br>    Intervenor-Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

**STIPULATED ORDER
RESETTING HEARING ON MOTIONS FOR SANCTIONS**

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties that a hearing will be held via video conference on **July 12, 2021 at 8:30 a.m**. regarding the following motions:

Motion for Sanctions – ECF No. 69

1

      Motion for Sanctions – ECF No. 78

      Motion for Sanctions – ECF No. 105

The public may request access to view the proceeding by visiting the Court's website: http://www.mied.uscourts.gov.

**IT IS SO ORDERED.**

                                            s/ Linda V. Parker  
                                            LINDA V. PARKER  
                                            U.S. DISTRICT JUDGE

Dated: July 7, 2021

**STIPULATED TO AND APPROVED BY:**

Date: July 2, 2021

/s/ *Stefanie Lambert Junttila* (with permission)  
Stefanie Lambert Junttila (P71303)  
Attorney for Plaintiffs  
500 Griswold Street, Ste. 2340  
Detroit, MI 48226  
(313) 963-4740  
attorneystefanielambert@gmail.com


/s/ *Heather S. Meingast* (with permission)  
Heather S. Meingast (P55439)  
Erik A. Grill (P64713)  
Assistant Attorneys General  
Attorneys for Defendants  
PO Box 30736  
Lansing, MI 48909  
517-335-7659  
meingasth@michigan.gov  
grille@michigan.gov

/s/ *David H. Fink*
David H. Fink (P28235)
Nathan J. Fink (P75185)
FINK BRESSACK
Attorneys for Intervenor-Defendant City of Detroit
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

 /s/ *Mary Ellen Gurewitz* (with permission)
Mary Ellen Gurewitz (P25724)
CUMMINGS & CUMMINGS
Attorney for Intervenor-Defendants DNC and MDP
423 North Main Street, Suite 200
Royal Oak, MI 48067
313-204-6979
maryellen@cummingslawpllc.com

 /s/ *Scott R. Eldridge* (with permission)
Scott R. Eldridge (P66452)
MILLER CANFIELD
Attorney for Intervenor-Defendants DNC and MDP
One Michigan Avenue, Suite 900
Lansing, MI 48933
517-483-4918
eldridge@millercanfield.com

 /s/ *Andrew A Paterson* (with permission)
Andrew A Paterson (P18690)
Attorney for Intervenor Davis
2893 Easter Eisenhower Parkway
Ann Arbor, MI 48108
248-568-9712
aap43@outlook.com

/s/ *Donald D. Campbell* (with permission)
Donald D. Campbell (P43088)
Patrick K. McGlinn (P51558)
COLLINS EINHORN FARREL PC
Attorneys for Sidney Powell, L. Lin Wood,
Howard Kleinhendler, Gregory Rohl,
Brandon Johnson, Julia Haller, and
Scott Hagerstrom
4000 Town Center, 9th Fl.
Southfield, MI 48075
248-351-5426
Donald.Campbell@ceflawyers.com
Patrick.McGlinn@ceflawyers.com