

| 103RD DISTRICT<br>STATE CAPITOL<br>P.O. BOX 30014<br>LANSING, MI 48909-7514 | **MICHIGAN HOUSE OF REPRESENTATIVES**<br><br>**DAIRE RENDON**<br>STATE REPRESENTATIVE | PHONE (517) 373-3(cut off)<br>FAX (517) 373-54(cut off)<br>E-MAIL: dairerendon@house.mi.(cut off)<br>www.RepRendon.c(cut off) |
|---|---|---|

Friday June 25, 2021

FOR IMMEDIATE RELEASE

To: The Citizens of the United States of America
From: Michigan State Representative Daire Rendon

I have read and considered the June 23, 2021 report titled "Report on the November 2020 Election in Michigan" from the Michigan Senate Oversight Committee.

The Michigan Senate Oversight Committee concluded their investigation without examining appropriate evidence, expert reports, and requesting testimony from qualified experts. The report concludes that there was "no widespread or systematic fraud in Michigan's prosecution of the 2020 election". And yet, the Oversight Committee Chair stated in his Executive Summary that "this investigation should not be considered exhaustive" and that "every possible investigative avenue was not undertaken".

I am in receipt of evidence reflecting systematic election fraud in Michigan that occurred in the November 2020 election.

Many Michigan voters believe that the Michigan Senate Oversight Committee's conclusion was formed without a proper investigation, and so I encourage attorneys in Michigan and beyond to pursue legal avenues that will reveal truth and transparency to the citizens of the United States.

Sincerely,

*Daire Rendon*

Daire Rendon