AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| TIMOTHY KING, et al. <br> *Plaintiff* <br> v. <br> GRETCHEN WHITMER, et al. <br> *Defendant* | ) <br> ) <br> ) Case No. 20-13134 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Emily Newman

Date:   07/08/2021

*Attorney's signature*

Tom Buchanan    5449546
*Printed name and bar number*
Winston & Strawn LLP
1901 L Street, NW
Washington, DC 20036

*Address*

tbuchana@winston.com
*E-mail address*

(202) 282-5787
*Telephone number*

(202) 282-5100
*FAX number*