UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,          Civil Case No. 20-13134
                                                            Honorable Linda V. Parker

    Defendants,

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY, and
ROBERT DAVIS,

    Intervenor-Defendants.
_____/

## ORDER

    The Court held a hearing today on pending motions for sanctions. As discussed at the hearing, the Court will allow supplemental briefing by Mr. Campbell, Mr. Fink, Mr. Wood, and Ms. Junttila. Supplemental briefs shall not exceed twenty (20) pages and shall be filed on or before July 26, 2021. Response briefs to any supplemental brief shall be filed within seven (7) days of the filing of any supplemental brief.

    **SO ORDERED**.

                                                              s/ Linda V. Parker
                                                              LINDA V. PARKER
                                                              U.S. DISTRICT JUDGE

Dated: July 12, 2021