UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

      Plaintiffs,

v.

      Case No. 20-13134
      Honorable Linda V. Parker

GRETCHEN WHITMER, et al.,

      Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE and MICHIGAN
DEMOCRATIC PARTY, and
ROBERT DAVIS,

      Intervenor-Defendants.
_____/

## OPINION AND ORDER

On July 14, 2021, counsel for Plaintiffs' counsel filed an emergency motion asking the Court to release the video of the July 12 hearing in this matter. (ECF No. 152.) Counsel argues that "[t]hroughout our history, the open courtroom has been a fundamental feature of the American judicial system." (*Id*. at Pg ID 5286 (quoting *Brown & Williamson Tobacco Corp. v. FTC*, 710 F.2d 1165, 1177 (6th Cir. 1983).) The Court in fact threw the virtual doors to the July 12 proceeding wide open—far wider than could have been accommodated had the hearing been

conducted in person.  As counsel notes in the motion, more than 13,000 people watched live, "viewing the proceedings just as they were conducted."  (ECF No. 152 at Pg ID 5287.)  As to counsel's suggestion that the video is needed to prepare a supplement brief, attorneys routinely prepare such briefs following a hearing without video or audio recordings of the proceedings and often without a transcript.

For these reasons,

**IT IS ORDERED** that the emergency motion (ECF No. 152) is **DENIED**.

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: July 14, 2021