UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,    Civil Case No. 20-13134

    Defendants.    Honorable Linda V. Parker

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.

_____

## APPEARANCE FOR EMILY NEWMAN

The undersigned counsel appears in this action for Emily Newman.

        TIMOTHY E. GALLIGAN PLLC

        By:   /s/ Timothy E. Galligan
            Timothy E. Galligan (P51768)
            39 South Main St., Suite 24
            Clarkston, MI 48346
            (248) 241-6179
            galligan@galliganpllc.com
            Attorney for Emily Newman

Dated: July 15, 2021

## Certificate of Service

The undersigned hereby certifies that on July 15, 2021, a true and correct copy of the forgoing was filed electronically using the CM/ECF system which will send notification of such filing to all attorneys of record.

/s/Timothy E. Galligan