UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,        Civil Case No. 20-13134

    Defendants.                    Honorable Linda V. Parker

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.

_____

### STIPULATED ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR EMILY NEWMAN

    The undersigned counsel for Emily Newman stipulate to the withdrawal of Thomas M. Buchanan of Winston & Strawn LLP as counsel of record for her and the substitution in his place of Timothy E. Galligan. The Court is further advised that Emily Newman has advised the undersigned counsel that she consents to this substitution.

IT IS HEREBY ORDERED that pursuant to LR 83.25 that Thomas M. Buchanan of Winston & Strawn LLP is deemed to have withdrawn as counsel for Emily Newman as of the entry of this Order and that Timothy E. Galligan is deemed to have substituted in his place.

**IT IS SO ORDERED.**

                                                     s/ Linda V. Parker
                                                     LINDA V. PARKER
                                                     U.S. DISTRICT JUDGE

Dated: July 15, 2021

SO STIPULATED:

/s/Thomas M. Buchanan
Thomas M. Buchanan
Winston & Strawn LLP
1901 L. Street, NW
Washington, DC 20036
(202) 282-5787
tbuchana@winston.com

/s/Timothy E. Galligan
Timothy E. Galligan (P51768)
Timothy E. Galligan PLLC
39 S. Main Street
Suite 24
Clarkston, MI 48346
(248) 241-6179
galligan@galliganpllc.com

## Certificate of Service

  The undersigned hereby certifies that on July 15, 2021, a true and correct copy of the forgoing will be served on all counsel of record by email.

                <u>/s/Timothy E. Galligan</u>