UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

      Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

      Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE and MICHIGAN
DEMOCRATIC PARTY, and
ROBERT DAVIS,

      Intervenor-Defendants.
_____/

Case No. 20-13134
Honorable Linda V. Parker

## **ORDER**

Presently before the Court is a Motion for Order to Show Cause Why Attorney Lin Wood Should Not be Held in Criminal Contempt for Violating Local Rule 83.32(d)(3) and (e)(2).  (ECF No. 151.)  On the morning of July 12, 2021, the Court held a virtual hearing regarding three pending motions for sanctions.  "[W]ithin hours of the close of those proceedings," it appears L. Lin Wood "posted a video snippet on his more than 840,000-follower" social media account.  (*Id.* at Pg ID 5271 (citations omitted).)

Eastern District of Michigan Local Rule 83.32(e)(2) prohibits "the . . . broadcasting of Judicial Proceedings by radio or television or other means." The movant notes that violators may be held in criminal contempt of court and disciplined in accordance with Local Rule 83.22, and requests that the Court consider the former. (ECF No. 151 at Pg ID 5772-73 (citing E.D. Mich. L.R. 83.32(g)(1), (3)).) The Court declines but will consider the latter.

Accordingly,

**IT IS ORDERED** that the Motion for Order to Show Cause Why Attorney Lin Wood Should Not be Held in Criminal Contempt for Violating Local Rule 83.32(d)(3) and (e)(2) (ECF No. 151) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that L. Lin Wood shall show cause, in writing, by July 22, 2021, why he should not be disciplined in accordance with Local Rule 83.22(d) for "broadcasting" the proceeding on social media in violation of Local Rule 83.32(e)(2).

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: July 15, 2021