UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

                Plaintiffs,        Case No: 2: 20-cv-13134

-v-                                    Honorable Linda V. Parker

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
et al.
                Defendants,
and
CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY, and ROBERT DAVIS,
                Intervenor-Defendants.

## APPEARANCE

The undersigned counsel hereby enters his appearance in the above-captioned matter for L. Lin Wood.

                                                    /s/Paul Stablein
                                                    Paul Stablein
                                                    Paul Stablein, PLLC
                                                    380 N. Old Woodward Avenue, Ste 320
                                                    Birmingham, MI 48009
                                                    (248) 540-1600
                                                    PaulStablein@StableinLaw.com