UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TIMOTHY KING, et al.,

                    Plaintiffs,      Case No: 2: 20-cv-13134

-v-                                         Honorable Linda V. Parker

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
et al.
                    Defendants,
and
CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY, and ROBERT DAVIS,
                    Intervenor-Defendants.

---

**STIPULATION TO
SUBSTITUTION OF ATTORNEYS
FOR L. LIN WOOD**

_____

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for L. Lin Wood, that attorney PAUL J. STABLEIN shall be substituted as the attorney for, L. LIN WOOD, in the place of DONALD D. CAMPBELL and PATRICK K. McGLINN, in the above-captioned matter.

                                    /s/ Donald D. Campbell–with permission/PJS
                                    /s/Patrick K. McGlinn – with permission/PJS
                                    4000 Town Center
                                    Suite 909
                                    Southfield, MI 48075-1473
                                    248-355-4141
                                    Email: donald.campbell@ceflawyers.com

                                        Email: Patrick.McGlinn@Ceflawyers.com

/s/Paul Stablein
Paul Stablein
Paul Stablein, PLLC
380 N. Old Woodward Avenue, Ste 320
Birmingham, MI 48009
(248) 540-1600
PaulStablein@StableinLaw.com

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TIMOTHY KING, et al.,

                      Plaintiffs,        Case No: 2: 20-cv-13134
-v-                                               Honorable Linda V. Parker

GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
et al.
                      Defendants.

## ORDER FOR SUBSTITUTION OF ATTORNEYS

Upon reading and filing the above Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that PAUL J. STABLEIN, shall be substituted in the place of DONALD D. CAMPBELL and PATRICK K. McGLINN, as Attorney for L. LIN WOOD, in the above cause.

**IT IS SO ORDERED.**

                                                            s/ Linda V. Parker
                                                            LINDA V. PARKER
                                                            U.S. DISTRICT JUDGE

Dated: July 16, 2021