

**Lin Wood**
840,291 subscribers



https://www.redvoicemedia.com/2021/07/sidney-powell-states-her-election-fraud-case-in-front-of-judge-takes-full-responsibility-video/

**Red Voice Media**
Sidney Powell States Her Election Fraud Case In Front Of Judge, Takes Full Responsibility [VIDEO]