IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, MARIAN SHERIDAN,
JOHN HAGGARD, CHARLES RITCHARD,
JAMES HOOPER, DAREN RUBINGH,

        Plaintiffs,

v.

GRETCHEN WHITMER, in her
official capacity as the Governor of the
State of Michigan, JOCELYN
BENSON, in her official capacity as
Michigan Secretary of State and the
Michigan BOARD OF STATE
CANVASSERS,

        Defendants,

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY,

        Intervenor-Defendants.

No. 2:20-cv-13134
Judge Linda V. Parker
Mag. R. Steven Whalen

---

# Index of Attachments to
## Supplemental Brief of Gregory Rohl, Brandon Johnson, Howard Kleinhendler, Sidney Powell, Julia Haller, and Scott Hagerstrom per This Court's July 12, 2021 Order [ECF No. 150]

| | |
|---|---|
| **Attachment A** | July 12, 2021 Transcript |
| **Attachment B** | *Safe-Harbor Notice* |
| **Attachment C** | *Williams Huron Gardens 397 Trust v. Waterford Township,* 2019 WL 659009 (E.D. Mich. 2019) |
| **Attachment D** | *Krieger v. City of Peoria,* No. CV–14–01762–PHX–DGC, 2014 WL 4187500 (D. Ariz. Aug. 22, 2014) |
| **Attachment E** | *Moore v. Johnson,* No. 14–11903, 2014 WL 4924409 (E.D. Mich. May 23, 2014) |
| **Attachment F** | *Ford v. Tennessee Senate,* No. 06-2031 D V, 2006 WL 8435145 (W.D. Tenn. Feb. 1, 2006) |