UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>Defendants<br>and<br><br>CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>Intervenor-Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

### THE CITY OF DETROIT'S EMERGENCY MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR THE FILING OF SUPPLEMENTAL BRIEFS

Intervenor-Defendant the City of Detroit (the "City"), by and through counsel, respectfully requests leave to extend the deadline for the filing of supplemental briefs as permitted by this Court's July 12, 2021 Order (ECF No. 150) to July 28, 2021,

1

with responses due on or before August 4, 2021. In support of this request, the City states:

1. While the City intended to file its supplemental brief consistent with the Court's July 12, 2021 Order, when asked by Stefanie Lambert Junttila to stipulate to extend the deadline for the filing of supplemental briefs, David Fink agreed to such an extension, as long as it would be a mutual extension.

2. Because Ms. Lambert Junttila previously represented all Plaintiffs' counsel in filing the Opposition to the City's Motion for Sanctions (ECF No. 95) and the Supplemental Opposition to the City's Motion for Sanctions (ECF No. 111), Mr. Fink erroneously assumed that Ms. Lambert Junttila spoke for all Plaintiffs' counsel in her extension request.

3. Unfortunately, Mr. Fink did not realize that Donald Campbell, Timothy Galligan, and Paul Stablein were not copied on the email exchange initiated by Ms. Lambert Junttila regarding the requested extension. When he saw that Mr. Campbell filed a supplemental brief, Mr. Fink understood that not all counsel had been included in the prior discussions and immediately reached out to Mr. Campbell.

4. Although Ms. Lambert Junttila advised Mr. Fink that she had cleared the requested extension with Mr. Campbell, at 6:31 p.m. last night, Mr. Campbell refused to stipulate to the requested extension.

5. Mr. Fink has a full day deposition today and a full day mediation on July 28, 2021, and asks this Court to extend the deadline for filing supplemental briefs to July 28, 2021 (with responses due August 4, 2021), consistent with the previous agreement with Ms. Lambert Junttila.

6. Pursuant to E.D. Mich. LR 7.1, counsel for the City requested concurrence from counsel for all parties in the requested relief. Defendants and Intervenor-Defendants concur in the requested extension. As noted above, Ms. Lambert Junttila previously advised Mr. Fink that she supported the proposed extension. Mr. Campbell opposes the request, and counsel for Mr. Wood and Ms. Newman have not yet responded to the request for concurrence.

WHEREFORE, the City respectfully requests that this Court extend the deadline for the filing of supplemental briefs as permitted by ECF No. 150 to July 28, 2021, with responses due on or before August 4, 2021.

Dated: July 27, 2021

Respectfully submitted,

**FINK BRESSACK**

By:   /s/ Nathan J. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
*Attorneys for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH,<br><br>Plaintiffs,<br><br>v.<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>Defendants<br>and<br><br>CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>Intervenor-Defendants. | No. 2:20-cv-13134<br><br>Hon. Linda V. Parker |

**THE CITY OF DETROIT'S BRIEF IN SUPPORT OF ITS EMERGENCY MOTION FOR LEAVE TO EXTEND THE DEADLINE FOR THE FILING OF SUPPLEMENTAL BRIEFS**

## STATEMENT OF THE ISSUE PRESENTED

Should the Court extend the deadline for the filing of supplemental briefs as permitted by ECF No. 150 to July 28, 2021, with responses due on or before August 4, 2021?

The City Answers: Yes.

The City relies on the facts and argument set forth in its Motion and respectfully requests that the Court extend the deadline for the filing of supplemental briefs as permitted by ECF No. 150 to July 28, 2021, with responses due on or before August 4, 2021.

Dated: July 27, 2021

Respectfully submitted,

**FINK BRESSACK**

By:  /s/ Nathan J. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
*Attorneys for City of Detroit*
38500 Woodward Ave., Ste. 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, I electronically filed the foregoing paper with the Clerk of the court using the electronic filing system, which sends notice to all counsel of record.

FINK BRESSACK

By: */s/ Nathan J. Fink*
Nathan J. Fink (P75185)
38500 Woodward Ave., Suite 350
Bloomfield Hills, MI 48304
Tel: (248) 971-2500
nfink@finkbressack.com