# INDEX OF EXHIBITS TO INTERVENOR-DEFENDANT CITY OF DETROIT'S SUPPLEMENTAL BRIEF IN SUPPORT OF SANCTIONS

| | |
|---|---|
| **Exhibit 1** | July 12, 2021 Hearing Transcript |
| **Exhibit 2** | Affidavit of Kimberly Hunt |
| **Exhibit 3** | Email to Plaintiffs' Counsel with Copy of Safe Harbor Letter |
| **Exhibit 4** | Law and Crime Article of Dec. 15, 2020 |
| **Exhibit 5** | Wood Tweet of Dec. 15, 2020 |
| **Exhibit 6** | Wood Tweet of Jan. 5, 2021 |
| **Exhibit 7** | *Throckmorton* Tweets |
| **Exhibit 8** | Plaintiffs' Petition for Writ of Certiorari |
| **Exhibit 9** | Email exchange between Darryl Bressack and Stefanie Lambert Junttila |
| **Exhibit 10** | Order Denying Petition for Writ of Certiorari |
| **Exhibit 11** | Transcript of Jan. 11, 2021 Hearing in *La Liberte v. Reid* |
| **Exhibit 12** | Appellant's Opening Brief in *Page v. Oath, Inc.* |
| **Exhibit 13** | Wood Deleted Telegram post of July 12, 2021 |
| **Exhibit 14** | Wood Telegram post of 22:03 on July 12, 2021 |
| **Exhibit 15** | Wood Telegram post of 23:34 on July 12, 2021 |