# EXHIBIT 5

← **Tweet**

**Lin Wood** @LLinWood · Dec 15, 2020

When you get falsely accused by the likes of David Fink & Marc Elias of Perkins Coie (The Hillary Clinton Firm) in a propaganda rag like Law & Crime, you smile because you know you are over the target & the enemy is runningscared!

Detroit Is Trying to Get Sidney Powell Fined, Banned from Court, and Re...The city of Detroit wants Sidney Powell and her self-styled "Kraken" teamto face sanctions for "frivolously undermining 'People's faith in the ...
🔗 lawandcrime.com

💬 750     🔁 9.1K     ♡ 28.2K     ⬆