# EXHIBIT 6



**Lin Wood** @LLinWood · Jan 5

Talk about unfair! Last defamation case I handled in Detroit (which went well for my client), I made a few trips there for some fun (for me) depositions. Stayed at MGM Grand & contributed to city tax revenues & salaries for Detroit workers. And this is the thanks I get???

---

**Alan Feuer** @alanfeuer

NEW: The city of Detroit has just asked a federal judge to refer Sidney Powell, Lin Wood and the rest of Team Kraken for disbarment proceedings.

Show this thread

---

💬 1.9K   🔁 7.0K   ♡ 21K