# EXHIBIT 7

**charlene**
@charleneeiben

Replying to @realDonaldTrump

the U.S Supreme Court has set a loud and clear precedent indicating so. The SCOTUS ruled in a landmark case UNITED STATES v. THROCKMORTON (98 US 61 – Supreme Court 1878) that "fraud vitiates every thing".

5:37 PM · Nov 11, 2020 · Twitter Web App

**Wxfront.com**
@weather_talk

Also, a ruling in 1878 by the supreme court states that any fraud located, whether it be 1 ballot or 900k, constitutes nullification of the presidential contest. This means, Trump wins by default because of the vote switching done by Dominion Machines. Look up Throckmorton 1878.

4:32 PM · Nov 12, 2020 · Twitter Web App

5 Retweets   7 Quote Tweets   11 Likes

**Amber Waves for Trump**
@Marsha250

RT: Lilapsophobiac @Mahlady70

The fraud will DISQUALIFY Biden completely and mean that Trump will be the winner of all 50 states, plus House and Senate. There can be no other outcome. "Fraud vitiates everything" US v. Throckmorton (98 US 61 - Supreme Court 1878)

1:26 AM · Nov 13, 2020 · Twitter Web App

1 Retweet   8 Likes







संजीव
@ballerinaaa2

@SidneyPowell1 you're the lawyer but havebyoublookes at U.S. vs Throckmorton? Supreme court rule "Fraud Vitiates Everything". The Nevada commissioner election...they've already admitted to Fraud. Precedent is there. Nationwide fraud is there. Don't need certification.

7:42 PM · Nov 19, 2020 · Twitter for Android



Roy Wagner
@royw07

Americans are totally fed up with the 2020 Election FRAUD!
We expect and demand that the #SCOTUS honor the Landmark decision in United States v. THROCKMORTON (1878): "Fraud vitiates everything."

> Tom Fitton @TomFitton · Dec 2, 2020
> State Legislatures Have a Constitutional Duty to Make Sure Ballots Were Counted Appropriately! @LouDobbs @JudicialWatch @realDonaldTrump youtu.be/ZNSFZAsBvzk

4:22 PM · Dec 2, 2020 · Twitter for iPhone



#GoBucs!
@ed122672

Replying to @SuzInKS @MariaBartiromo and 3 others

Joe will be disqualified if he knew about or was involved in even 1 fake vote like he admitted here "fraud vitiates everything" per Supreme Court UNITED STATES v. THROCKMORTON



Joe Biden says he's built most extensive "voter fraud" org in …
Joe Biden: "We have put together I think the most extensive and inclusive voter fraud organization in the history of …
🔗 youtube.com

6:57 PM · Dec 6, 2020 · Twitter Web App



1 Quote Tweet    1 Like



**Jenna Ryan** @dotjenna · Dec 15, 2020
Fraud Vitiates Everything - Supreme Court Case Law

> Court in the above referenced case of the United States versus Throckmorton.
>
> Ipso facto, the outcome of a POTUS election that is rife with one-sided fraud and criminality is rendered null and void. Especially any result which saw the winner attain his or her victory through fraudulent means and/or criminal conduct is automatically canceled and invalid under the law.

💬   🔁 3   ♡ 13   ↗

---

← **Tweet**

**Unlearnt Redneck**
@RedneckUnlearnt

Replying to @SidneyPowell1 @realDonaldTrump and 3 others

United States v Throckmorton..........

Fraud vitiates everything...

6:51 AM · Dec 15, 2020 · Twitter for Android

2 Likes

💬   🔁   ♡   ↗

---

**Tricia Flanagan (R-NJ)** ✓ @NewDayForNJ · Dec 27, 2020

Powell Report is released & provides basis for both the full nullification of the 2020 election results & 12th Amendment Constitutional trigger for #January6th

#SCOTUS precedence demands that fraud vitiates everything—
Evidence of fraud is overwhelming.
wpcdn.zenger.news/wp-content/upl...



💬 56   🔁 969   ♡ 1.5K   ↗

**indietexan**
@realindietexan

Fraud vitiates everything it touches. UNITED STATES v. THROCKMORTON, 98 U.S. 61 (1878)

"Vitiates" means negates, quashes, annuls, invalidates, revokes and abrogates.

Thus the Biden\Harris "swearing in" is negated, quashed annulled, invalidated, revoked and abrogated.

10:23 PM · Jan 20, 2021 · Twitter Web App

**Hokeypokey**
@Hokeypo62242131

He is NOT the President. "Fraud vitiates everything." That enduring opinion was the crux of the landmark decision handed down by the U.S. Supreme Court in the above referenced case of the United States versus Throckmorton.

> **Mark Lutchman** @marklutchman · Jan 21
> There is no way in hell Joe Biden will be a two term president.
>
> Who feels the same?

2:48 PM · Jan 21, 2021 · Twitter Web App

**luke hawker**
@lukehawker7

Fraudulent elections will not stand!!! I'm hangin in there!
The SCOTUS ruled in a landmark case UNITED STATES v. THROCKMORTON (98 US 61 - Supreme Court 1878) that "fraud vitiates everything".[1] Read More @ StateOfTheNation.co

12:35 PM · Jan 25, 2021 · Twitter Web App