# EXHIBIT 9

# Nate Fink

| | |
|---|---|
| **From:** | Stefanie Lambert <attorneystefanielambert@gmail.com> |
| **Sent:** | Thursday, January 21, 2021 7:22 PM |
| **To:** | Darryl Bressack |
| **Subject:** | Re: King v Whitmer - 2:20-cv-13134 |

It's my understanding that Sidney Powell's team is preparing it and I will submit it as soon as I receive it.

On Thu, Jan 21, 2021 at 7:17 PM Darryl Bressack <dbressack@finkbressack.com> wrote:

> Have you submitted this yet?
>
> **From:** Darryl Bressack <dbressack@finkbressack.com>
> **Sent:** Monday, January 18, 2021 3:43 PM
> **To:** Stefanie Lambert <attorneystefanielambert@gmail.com>
> **Subject:** Re: King v Whitmer - 2:20-cv-13134
>
> I consent on behalf of the city of Detroit
>
> Sent from my iPhone
>
> **From:** Stefanie Lambert <attorneystefanielambert@gmail.com>
> **Sent:** Monday, January 18, 2021 3:41:54 PM
> **To:** Darryl Bressack <dbressack@finkbressack.com>
> **Subject:** Re: King v Whitmer - 2:20-cv-13134
>
> Counsel,
>
> Please advise if you will you consent to dismissal/withdrawal of the appeal and petition for certiorari?
>
> Sincerely,

1

Stefanie Lambert Junttila

On Mon, Jan 18, 2021 at 10:53 AM Darryl Bressack <dbressack@finkbressack.com> wrote:

Counsel,

Have you filed a dismissal/withdrawal of the appeal and petition for certiorari in the King v Whitmer case? If not, please advise when you intend to do so.

Darryl Bressack



**Darryl Bressack**

T: 248-971-2500 | M: 734-255-4004
E: dbressack@finkbressack.com | W:
http://www.finkbressack.com

A: 38500 Woodward Ave., Suite 350, Bloomfield Hills, MI 48304

A: 535 Griswold St., Suite 1000, Detroit, MI 48226

NOTICE: This is a communication from Fink Bressack and is intended for the named recipient(s) only. It may contain information which is privileged, confidential and/or protected by the attorney-client privilege or attorney work product doctrine. If you received this by mistake, please destroy it and notify us of the error. Thank you.