# EXHIBIT 10

**(ORDER LIST: 592 U.S.)**

**MONDAY, FEBRUARY 22, 2021**

**CERTIORARI -- SUMMARY DISPOSITIONS**

20-31    McCOY, PRINCE V. ALAMU, TAJUDEEN

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Taylor* v. *Riojas*, 592 U. S. ___ (2020) (*per curiam*).

20-683   WILKE, DIRK, ET AL. V. PCMA

The petition for a writ of certiorari is granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Eighth Circuit for further consideration in light of *Rutledge* v. *Pharmaceutical Care Management Assn.*, 592 U. S. ___ (2020).

**ORDERS IN PENDING CASES**

20A63    TRUMP, DONALD J. V. VANCE, CYRUS R., ET AL.

The application for a stay presented to Justice Breyer and referred to the Court is denied.

20M50    SEIDMAN, LAWRENCE T. V. WEILER, FRANK D., ET AL.

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

20M51    THOMAS, BERNARD V. UNITED STATES

The motion for leave to file a petition for a writ of certiorari with the supplemental appendix under seal is granted.

1

| | |
|---|---|
| 20-6980 | WEST, MICHAEL R. V. UNITED STATES |
| 20-6989 | SIMS, RODNEY L. V. SEIBEL, WARDEN |

        The petitions for writs of certiorari are denied.

20-477     DAY, SHANIKA, ET AL. V. WOOTEN, FRANKLIN, ET AL.

        The petition for a writ of certiorari is denied. Justice Barrett took no part in the consideration or decision of this petition.

20-565     MATTHEWS, GEORGE, ET UX. V. BECKER, ANDREW J., ET AL.

        The motion of respondents for damages and costs pursuant to Rule 42.2 is denied. The petition for a writ of certiorari is denied.

20-634     ROBINSON, FELICIA V. WEBSTER COUNTY, MS, ET AL.

        The motion of Network for Victim Recovery of DC for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.

20-810     KELLY, MIKE, ET AL. V. PENNSYLVANIA, ET AL.

        The motion of 28 Current Members of the House of Representatives for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

20-815     KING, TIMOTHY, ET AL. V. WHITMER, GOV. OF MI, ET AL.

        The petition for a writ of certiorari before judgment is denied.

20-845     DONALD J. TRUMP FOR PRESIDENT V. DEGRAFFENREID, ACTING SEC. OF PA, ET AL.

        The motion of Constitutional Attorneys for leave to file a brief as *amici curiae* is granted. The motion of Republican Party of Pennsylvania for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied.