# EXHIBIT 13



**Lin Wood**
840,329 subscribers

**Lin Wood**
I have been yanked in front of a Michigan judge and threatened with sanctions with respect to the Michigan election lawsuit. The State Bar of Georgia has also filed a grievance against me arising out of the Michigan case. What???

As Sidney Powell acknowledged in her eloquent closing remarks at the end of the hearing today, I had "no role whatsoever" in the drafting and filing of the Michigan case.

The hearing today was clearly designed to create propaganda for the Mockingbird media and to intimidate lawyers from taking principled positions for their clients.

I thought I was attending a hearing in Venezuela or Communist China. The rule of law and due process does not exist at this time in our country except in a very, very few courtrooms. Both were absent in Michigan today.

3.7K edited 2:37 PM

Forwarded Message
From: TheStormHasArrived17 (TheStormHasArri...