# EXHIBIT 14

As Sidney Powell stated today, I had no role whatsoever in drafting or preparing the pleadings filed in the Detroit election case. But despite my lack of involvement, I am threatened with disciplinary actions and the loss of my right to practice law in Michigan and Georgia. When truth is not relevant, injustice follows. When due process and a fair opportunity to be heard are denied, tyranny rears its ugly head.

Here is the TRUTH:

I do not lie. Sidney Powell does not lie.

The Detroit Free Press is a liar. Detroit lawyer David Fink is a liar.

Federal Judge Linda Parker is an Obama appointee.

I think that pretty much says it all, don't you?

https://www.freep.com/story/news/politics/2021/07/12/michigan-elections-lawsuit-sidney-powell/5334859001/



**Detroit Free Press**
Federal judge grills Sidney Powell's legal team in Michigan elections sanctions case
U.S. District Judge Linda Parker pushed Powell's legal team to justify legal actions taken in lawsuit to overturn the election.

edited 160.9K 👁 22:03