# EXHIBIT 15

Now don't go and get me in trouble by telling on me with the court but many times today I moved away from the camera because I was chuckling at the errant nonsense being spewed by David Fink and his supporters at the Zoom hearing.

Michigan was one of the most corrupt states in the November 2020 election! President Trump won Michigan in a massive landslide.

Who do these people think they are fooling? Do they really believe that they can successfully hide the TRUTH from We The People?

David Fink said he filed the motion for sanctions against Sidney and me on January 5. Then Fink says I was responsible for causing the January 6 "insurrection" the next day!!! Wow! What timing! One might almost think it was planned!!!

There are no coincidences.

This is like watching a movie!

P.S. I do kinda wish the day would come when I could go one on one in a fair courtroom with Ol' David The Fink. Now that would be entertaining! But I have better things to do right now than to waste my time with the likes of Fink.

153.1K 👁 23:34