UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH,<br><br>  Plaintiffs,<br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>  Defendants,<br><br>CITY OF DETROIT,<br><br>  Intervening Defendant,<br><br>ROBERT DAVIS,<br><br>  Intervening Defendant,<br><br>DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>  Intervening Defendant.<br>_____ | No. 2-20-cv-13134<br><br>HON. LINDA V. PARKER<br><br>MAG. R. STEVEN WHALEN<br><br>**DEFENDANTS GOVERNOR GRECTHEN WHITMER AND SECRETARY OF STATE JOCELYN BENSON'S NOTICE REGARDING SANCTIONS AWARD** |

1

Gregory J. Rohl (P39185)
Attorney for Plaintiffs
41850 West 11 Mile Road, Suite 110
Novi, Michigan 48375
248.380.9404
gregoryrohl@yahoo.com

Heather S. Meingast (P55439)
Erik A. Grill (P64713)
Assistant Attorneys General
Attorneys for Defendants
PO Box 30736
Lansing, Michigan 48909
517.335.7659
meingasth@michigan.gov
grille@michigan.gov

David Fink (P28235)
Attorney for Intervenor City of Detroit
38500 Woodward Avenue, Suite 350
Bloomfield Hills, Michigan 48304
248.971.2500
dfrink@finkbressack.com

Mary Ellen Gurewitz (P25724)
Attorney for Intervenor DNC/MDP
423 North Main Street, Suite 200
Royal Oak, Michigan 48067
313.204.6979
maryellen@cummingslawpllc.com

Scott R. Eldridge
Attorney for Intervenor DNC/MDP
One Michigan Avenue, Suite 900
Lansing, Michigan 48933
517.483.4918
eldridge@millercanfield.com

Andrew A. Paterson (P18690)
Attorney for Intervenor Davis

2893 East Eisenhower Parkway
Ann Arbor, Michigan 48108
248.568.9712
Aap43@outlook.com

Timothy E. Galligan (P51768)
Attorney for Proposed Emily Newman
39 South Main Street, Suite 24
Clarkston, Michigan 48346
248.241-6179
galligan@galliganpllc.com

_____/

# DEFENDANTS GOVERNOR GRECTHEN WHITMER AND SECRETARY OF STATE JOCELYN BENSON'S NOTICE REGARDING SANCTIONS AWARD

As directed by the Court's August 25, 2021 Opinion and Order, ECF No. 172, counsel for Defendants Governor Gretchen Whitmer and Secretary of State Jocelyn Benson (the State Defendants) submit detailed billing statements regarding the fees incurred in defending this action. The State Defendants propose that they be awarded $21,964.75 in attorneys' fees based on the affidavits submitted by Assistant Attorney General Heather S. Meingast and Assistant Attorney General Erik A. Grill (attached hereto as Exhibits A and B.)

        Respectfully submitted,

        DANA NESSEL
        Attorney General

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        Erik A. Grill (P64713)
        Assistant Attorneys General
        Attorneys for Defendants
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659
        Email:  meingasth@michigan.gov
        P55439

Dated:  September 8, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

        *s/Heather S. Meingast*
        Heather S. Meingast (P55439)
        Assistant Attorney General
        Attorney for Defendants
        P.O. Box 30736
        Lansing, Michigan 48909
        517.335.7659