UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER, and DARREN WADE RUBINGH,<br><br>    Plaintiffs,<br>v<br><br>GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,<br><br>    Defendants,<br><br>CITY OF DETROIT,<br><br>    Intervening Defendant,<br><br>ROBERT DAVIS,<br><br>    Intervening Defendant,<br><br>DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,<br><br>    Intervening Defendant. | No. 2-20-cv-13134<br><br>HON. LINDA V. PARKER<br><br>MAG. R. STEVEN WHALEN<br><br>**DEFENDANTS GOVERNOR GRECTHEN WHITMER AND SECRETARY OF STATE JOCELYN BENSON'S NOTICE REGARDING SANCTIONS AWARD – INDEX OF EXHIBITS** |

_____/

**DEFENDANTS GOVERNOR GRECTHEN WHITMER AND SECRETARY OF STATE JOCELYN BENSON'S NOTICE REGARDING SANCTIONS AWARD – INDEX OF EXHIBITS**

A.Affidavit of Heather A. Meingast in Support of Defendants Whitmer and Benson's Motion for Sanctions

B.Affidavit of Erik A. Grill in Support of Defendants Whitmer and Benson's Motion for Sanctions