# EXHIBIT A

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| TIMOTHY KING, MARIAN ELLEN SHERIDAN, JOHN EARL HAGGARD, CHARLES JAMES RITCHARD, JAMES DAVID HOOPER and DAREN WADE RUBINGH, <br><br> Plaintiffs, <br> v. <br><br> GRETCHEN WHITMER, in her official capacity as Governor of the State of Michigan, et al, <br><br> Defendants, <br> and <br> CITY OF DETROIT, et al, <br><br> Intervenor-Defendants. | No. 2:20-cv-13134 <br><br> Hon. Linda V. Parker |

### AFFIDAVIT OF DAVID H. FINK IN SUPPORT OF THE CITY OF DETROIT'S MOTION FOR SANCTIONS

David H. Fink states as follows:

1. I am the Managing Partner of Fink Bressack ("FB"). I submit this Affidavit in support of the City of Detroit's request for attorneys' fees and costs pursuant to the Court's Opinion and Order (ECF No. 172).

2.  FB represents the City of Detroit (the "City") in this matter. I have been the attorney responsible for overseeing and reviewing the client bills for legal services rendered by FB.

3.  The City is a longstanding FB client. The undersigned began his legal career at the Law Department of the City of Detroit, in 1977, and has represented the City as outside counsel in countless matters since leaving the City to enter private practice more than forty years ago.

4.  Before taking on the election litigation arising from the 2020 General Election, FB agreed to charge a reduced blended rate of $325 per hour for all partners (David H. Fink, Darryl Bressack, and Nathan J. Fink), a blended rate of $225 per hour for all other FB attorneys, and a blended rate of $75 per hour for all law clerks and legal assistants. As an additional courtesy to the City, because of the unexpectedly large volume of work involved in the election litigation, FB later agreed to discount all fees by an additional 10%.

5.  FB partners David H. Fink and Darryl Bressack were both directly involved in every aspect of this litigation through January 23, 2021 (Mr. Bressack passed away suddenly on January 24, 2021, after suffering a heart attack), and they handled the majority of the work performed in this matter. FB partner Nathan J. Fink and associates Dave Bergh, John L. Mack, and Glenn R. Gayer also worked on this matter, as did law clerk Patrick J. Masterson.

6. The hourly rates charged by FB for this matter were agreed upon in advance by the clients (and then discounted by 10%). In negotiating hourly rates, FB considers overhead expenses, expenses of support personnel, and an evaluation of the prevailing hourly rates in the community for similar work. This fee is also consistent with rates charged by FB to the firm's other municipal clients. In determining the hourly rate for this matter, FB, in discussions with its client, addressed, among other things, (1) the urgency of the matter, including the need to prioritize this matter ahead of other litigation; (2) the complexity of the issues involved and the firm's prior experience with litigation seeking injunctions or emergency relief and its experience with complex legal issues; (3) the extent to which work would have to be performed by senior attorneys or partners, including a commitment that the firm's senior partner would participate directly in all aspects of the litigation; and (4) the uniqueness of the litigation.

7. From the outset, it was clear that this litigation would require immediate attention and substantial time from FB partners, including its senior partner. The hourly rate was established considering the specialized nature of the issues involved. The rate was also established considering that, unlike some municipal work, it was clear that the majority of the work would be done by the most senior attorneys. Finally, the rate was affected by the likelihood of unanticipated and unique arguments that might be (and were) made during the pendency of the litigation. That

said, the rate is substantially lower than the rates charged by FB attorneys in most litigation matters.

8. Attached to this Affidavit as Exhibit 1 are detailed time and expense records. Uncoded entries represent work defending *King v Whitmer* in the trial court. Entries coded with an "A" relate to work pertaining to appellate matters arising from *King v. Whitmer*. Entries coded with an "S" relate to work related to the sanctions motions. Also attached is a spreadsheet that subtotals for each timekeeper the work performed in each category (with totals for work defending *King v Whitmer* in the trial court identified on the spreadsheet with a "D").

9. The total hourly charges, at the City's negotiated and then discounted rates, for defending *King v Whitmer* at the trial court level are $39,999. The total hourly charges related to appellate matters pertaining to *King v Whitmer* are $26,077. The total hourly charges in *King v Whitmer* pertaining to the sanctions motions are $116,116.

_____

David H. Fink

In accordance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct.

Executed on this 8th day of September, 2021

# EXHIBIT 1

Fink Bressack
King v Whitmer Time Detail
11/26/2020 through 11/30/2020

| Nov-26-20 | DHF | Review of King et al v Whitmer et al; review of media reports regarding King lawsuit; text exchange regarding King lawsuit; telephone conference with DGB regarding King v Whitmer; review of Costantino case and Trump v Benson to identify similar allegations in King; e-mail to Mr. Sautter regarding ███████████ ███████████ e-mail to DGB regarding next steps; e-mail to Plaintiffs' counsel seeking concurrence in request to intervene; initial review of online information regarding Dominion allegations. | 3.75 |
|---|---|---|---|
| | DGB | Review of King v Whitmer Complaint; review of news articles regarding same; telephone conference with DHF; review of e-mail from Mr. Sautter; exchange of emails with DHF; review of e-mail from DHF regarding concurrence; review of emails from Mr. Kleinhendler; drafting of Motion to Intervene; factual investigation regarding claims; legal research for Motion to Dismiss; drafting of Motion to Dismiss. | 6.25 |
| | NJF | Email exchange with DHF and DGB regarding King Complaint; telephone conference with DHF regarding same. | 0.50 |
| | GRG | (King Case)   Initial review of King v Whitmer and all exhibits; e-mail exchange with DHF, DGB regarding same. | 1.50 |
| Nov-27-20 | DHF | Continued review of King Complaint and Exhibits; telephone conference with DGB regarding Motion to Intervene and Motion to Dismiss; conference call with GRG regarding factual investigation and comparison of Complaints; conference call with DGB and NJF regarding strategy; e-mail to Ms. Meingast regarding intervention; ███████████ ███████████████████████ | 6.50 |



███████████████

████████ telephone conference with
Mr. Garcia; review and revision of draft
Motion to Intervene (King v Whitmer);

███████████████

review of 3rd Circuit Opinion affirming
dismissal of Pa lawsuit; review of memos
from GRG regarding King claimants and
regarding King "experts"; e-mail exchange
with Mr. Sautter.

DGB    Drafting of Motion to Intervene in King v         4.50
       Whitmer; telephone conferences with DHF
       regarding same and regarding Motion to
       Dismiss; review of e-mail to Ms. Meingast;
       review of memo from GRG; review of
       affidavits submitted by plaintiffs; review of
       Notices of Appearance; telephone conference
       with counsel in Georgia lawsuit; review of
       filings in Georgia lawsuit; ████████

       █████████████████ review
       of emails regarding factual investigation into
       claims made in King; ██████████

       ████████ factual investigation regarding
       plaintiffs' "experts" in King; drafting of
       Motion to Dismiss for King; drafting of
       Motion to intervene in same; review of
       emails with Mr. Sautter; ████████

       ███████████████

NJF    Review of King Complaint; telephone               2.50
       conference with DHF and DGB regarding
       intervention; review of emails regarding
       same; review and revision of Motion to
       Intervene in King v Whitmer; final
       preparation and filing of same.

JLM    Preparation of appearances in King v.             3.75
       Whitmer; preparation of Motion to Intervene.

GRG    (King v Whitmer) Continued review of              8.50
       Plaintiffs' Complaint with exhibits; research
       regarding Intervenor COD's Motion to
       Dismiss; research regarding Plaintiffs'
       Complaint, affiants and experts; telephone
       conference with DHF and DGB; e-mail

exchanges with DHF and DGB; review of ruling in Trump v Pennsylvania case; telephone conference with DHF; review of Johnson v. Benson Supreme Court filings; preparation of side-by-side comparison of King Complaint to others.



PJM

Nov-28-20   DHF

DGB   Exchange of emails regarding   King v Whitmer; review of Georgia Sidney Powell filings; review of Dominion response to lawsuits; review of emails regarding legal research; exchange of emails regarding same; exchange of emails regarding Johnson mandamus action; conference call with DHF and NJF; legal research regarding same;   1.25

NJF

GRG

PJM

Nov-29-20   DHF



DGB

NJF

JLM

GRG

Nov-30-20   DHF   Telephone conference with Mr. Thomas;   2.50
review of King v Whitmer Amended
Complaint, Exhibits and Emergency Motion;
e-mail messages to counsel for DNC/MDP
and office of Attorney General; telephone
conferences with DGB and with NJF
regarding King Motions ▓▓ ▓▓▓

telephone conference with Mr. Sautter;

telephone
conference with GRG regarding affidavits;





review of Motion to Intervene by Robert Davis in King.

DGB  Review of Amended complaint in King; review of Motion for TRO; review of Motion to Seal; telephone conference with DHF;                                    2.25

review of proofs of service in King; review of e-mail from Mr. Eldridge;

review of emails regarding Dominion;

(Time capped at 12.00 hrs.)

NJF  Review of King First Amended Complaint, Emergency Motion for TRO, and Emergency Motion to Seal;                review of DNC and MDP's Motion to Intervene (King); review of Appearances regarding same; review of Robert Davis's Motion to Intervene (King);                                                       2.00

JLM

GRG



Nov-4--
Nov-30-20





Fink Bressack
King v Whitmer Time Detail
12/01/2020 through 12/31/2020

| **Professional Services** | | | **Hours** |
|---|---|---|---|
| Dec-01-20 | DHF | | 1.00 |



review of filings in King v Whitmer;



38500 Woodward Ave., Suite 350 • Bloomfield Hills, Michigan 48304 • T 248.971.2500 • F 248.971.2600
535 Griswold Street, Suite 1000 • Detroit, Michigan 48226 • T 313.387.3300 • f 313.794.9899
www.finkbressack.com



DGB ███████████████████ 1.50
████████████████
████████ review of
Motion to Expedite in King; ██████
███████████████
████████████████
█████████████████
█████████████████
█████████████████
████████████
█████████████ review
of Order regarding service in King; ████
████████████████
██████████████
██████████████
██████████████
█████████████████
review of emails regarding Response to
Motion in King; drafting of Response.
██████████

NJF ████████████████ 0.50
██████████████████
██████████████████
███████ review of Robert
Davis's Motion to Expedite (King); ████████
██████████████████
█████████████████
██████████████████
████████████████
██████████████████
██████████████████
███████ review of Order
Regarding Briefing Schedule (King ); ████
██████████████

JLM ███████████████████ ████
██████████████████
████████████





GRG ████████████████   ███

████████████████
████████████████
██████████████████
████████████████████
███

Dec-02-20   DHF   ██████████████████   2.00
█████████ review of Response to
Motions to Intervene; review of Reply in
Support of Davis Motion to Intervene;
████████████████████
████████████████████

████████ preparation of fact section for King
v Whitmer brief; review of Motion to Seal
and draft Response; review of Response, as
filed; review of Response to Motion to Seal
by Paterson; review of Order regarding
Intervention; ████████████
████████████████████
█████████   ████████████

DGB   ████████████████   8.00
███████████████████
████████████████████
review of Response to Motion to Intervene in
King; review and revision of response to
Motion to Seal in King; drafting of Response
to Motion for TRO in King; factual
investigation for same; legal research for
same; telephone conferences with Mr.
Thomas for same; review of Reply ISO
Motion to Intervene filed by Robert Davis in
King; exchange of emails with Mr. Thomas
regarding Response to Motion for TRO;
preparation of exhibits for Response to same;
telephone conferences with DHF regarding
same; additional review and revision of
same. ████████████████

NJF   Review of Plaintiffs' Response to Motion to   4.00
Intervene (King); email exchange with DHF
and DGB regarding same; review of Opinion
and Order Granting Motions to Intervene



(King); preparation of Response to
Emergency Motion to File Under Seal
(King); review and revision of Response to
Motion for TRO (King); telephone
conferences with DHF, DGB and JLM
regarding same; final preparation and filing
of King filings; review of King filings by
Co-Defendants.

JLM ███████████████████████ 0.25
███████████████████
███████████ preparation of motion to extend
page limit in King v Whitmer.

GRG Research for and assistance with Defendants' 9.00
Response to Plaintiffs' Emergency Motion
for Temporary Restraining Order and
Emergency Motion to Seal (King); telephone
conferences with and e-mail exchanges with
DHF regarding same.

Dec-03-20 DHF ███████████████████████ 1.50
███████████████
continued review of Response Briefs filed in
King v Whitmer; ████████████████████
███████████████████████
███████████████████
████████████████
███████████████████
███████████████████
███████████████████████
███████████ review of motion seeking
amicus status in King v Whitmer; ████████
███████████████ e-mail exchange regarding
███████████ request for extension from Plaintiffs in King
v Whitmer.

DGB ███████████████████████ 4.50
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
████████████████████
███████████ review of Motions to
Strike in King; ████████████████████
███████████████ ██████████████
████████████████████████ review of Motion
to Extend Time in King; review of proposed





amicus brief in King; review of emails regarding Motion to Extend Time; ███

███

███ review of filings by Robert Davis in King; review of Order on Motion to Strike; review of Order denying amicus in King; review of email from Lawyers' Committee for Civil Rights for King; review of emails regarding same; review of NAACP Motion for Leave to File Amicus; review of proposed amicus; review of Reply in support of Motion to Seal; review of Reply in support of Motion for TRO; ███ ███ (Time capped at 12.00 hrs.)

| | | |
|---|---|---|
| NJF | Review of Intervenor-Defendant Davis's Motion to Strike Plaintiffs' Amended Complaint (King); ███ ███ review of NAACP's Motion to Intervene (King); review of Plaintiffs' Reply In Support of Emergency Motion for Injunctive Relief (King); review of Plaintiffs' Reply In Support of Motion to Seal (King). | 2.75 |
| GRG | ███ | ███ |
| Dec-04-20 DHF | ███ review of "expert" reports of Mr. Braynard in Georgia, Arizona and Pennsylvania; internet research regarding Mr. Braynard; ███ review of newspaper and magazine articles about Mr. Braynard; ███ | 4.00 |





█████ review of pleadings in Wisconsin litigation; review of pleadings in Georgia litigation; review of Supplemental Brief in King v Whitmer, regarding Feehan v Wisconsin Elections Commission. █████

DGB                                                                     0.25

review of Order from Judge Parker;

NJF    Review of Intervenor-Defendant Robert          2.00
       Davis's Notice of Withdrawal of Emergency
       Motion to Strike (King); review of
       Appearances of counsel for NAACP (King);
       review of Order Granting NAACP's Motion
       for Leave to File Amicus Brief (King);
       review of NAACP's Amicus Brief; review of
       Plaintiffs' Supplemental Brief In Support of
       Motion for TRO (King);

JLM

GRG

Dec-05-20    DHF    Telephone conference with Mr. Thomas;          2.00
                    telephone conferences with NJF and with

|  |  |  |  |
|---|---|---|---|
|  |  | GRG regarding election lawsuits in other states; review of Wisconsin Order; review of Nevada order. |  |
|  | DGB | ████████████████████████████ ██████████████ review of Opinion and Order in Nevada lawsuit; review of Motion filed by Davis in King. | 0.50 |
|  | NJF | ████████████████████████████ ██████████████████████ review of news articles regarding pending cases in Michigan and in other states; telephone conference with DHF regarding same; review of emails from DHF regarding same. | 0.75 |
|  | GRG | Telephone conference with DHF regarding election cases in other states; research regarding election cases in other states. | 1.00 |
| Dec-06-20 | DHF | ████████████████████████████ ████████ review of Text-Only Order in King v Whitmer (Court dispensing with oral argument); review of rebuttal expert reports filed in Georgia; review of Supplemental Response in King v Whitmer; ████████ ████████ | 1.25 |
|  | DGB | Review of Georgia filings regarding plaintiffs' experts in King matter; review of Order in King; review of Supplemental Response filed in King; review of Order denying Motion to Take Judicial Notice; ██████████████████████ ████████ | 1.00 |
|  | NJF | ██████████████████████ ██████████████████████████ ██████████████████████ ██████████████████████ ██████████ | ████ |
|  | GRG | Research regarding election cases in other states; ██████████████████████ ████████ | 3.00 |
| Dec-07-20 | DHF | Early morning (1:30 AM) review of Opinion and Order denying Motion for TRO; e-mail messages to clients and others regarding Opinion and Order; ████████████ | 1.50 |





DGB    Review of Opinion and Order in King; review of emails regarding same;     1.00

NJF    Review of Opinion and Order Denying Motion for TRO (King);     0.75

GRG

Dec-08-20    DHF     0.50 *A*

telephone conferences with DGB





████████ review of ████████ Notice of
Appeal of King v Whitmer; ████████

DGB               0.50

████ review of Notice of Appeal in King v
Whitmer; telephone conference with DHF
regarding same.

NJF

GRG

Dec-09-20    DHF







review of 6th Circuit notice regarding appeal of King v Whitmer.

DGB    0.75 A

research regarding King v Whitmer; e-mail to DHF and NJF regarding same.

NJF    0.25 A

review of amended Certificate of Service of Notice of Appeal (King).

JLM

GRG

Dec-11-20   DHF





DGB ▬

NJF 0.75 A

email exchange
with Case Manager regarding 6th Circuit
Appearances (King); filing of appearances
(King);

GRG ▬

Dec-12-20    DHF    Telephone conference with ▬▬▬▬
                    regarding Supreme Court King v Whitmer
                    filing; telephone conferences with DGB and
                    with NJF regarding Cert Petition; e-mail
                    messages sent and received regarding King
                    Petition for Writ; review of King Supreme
                    Court filing; preparation of comments for
                    DGB regarding new arguments in King          5.75 A





Supreme Court filing; conference call with Eli Savit and NJF; telephone conference with Mr. Savit; e-mail to Mr. Garcia; e-mail to Mr. Thomas and Dr. Stewart; review of e-mail messages from Mr. Thomas and Mr. Steward; review of trial court brief in King v Whitmer;

DGB    Legal research regarding petition for writ of certiorari; exchange of emails with DHF; exchange of emails with Ms. Meingast; drafting of Response to Petition; telephone conferences with DHF regarding same; telephone conferences with DHF and NJF regarding same;     7.00 A

NJF    Telephone conference with DHF and DGB regarding SCOTUS cert petition (King); review of SCOTUS cert petition (King);     1.00 A

conference call with Mr. Savit and DHF;

JLM

Dec-13-20    DHF    Telephone conferences with DGB and with NJF; review of reports of Stanley Young, Robert Wilgus, Eric Quinnell, William Briggs, Russell Ramsland, Jr., and Louis Bouchard and preparation of notes for briefing; review of Georgia affidavits; telephone conferences with DGB and with NJF regarding     8.50 A

review of "Letter related to Emergency Petition" (requesting permission to file new documents under seal regarding Antrim County voting machines and regarding alleged affidavits that "evince





international interference in the election");
preparation for partial draft introduction.

DGB Drafting of Response to King petition; 8.25 *A*
telephone conferences with DHF; factual
investigation; regarding same; legal research
for same; drafting of same; review of
declaration regarding Dominion; exchange of
emails regarding same.

NJF Email exchange with DHF and DGB 0.25 *A*
regarding SCOTUS brief (King); telephone
conference with DHF regarding same.

JLM ███████████████████ ██████

Dec-14-20 DHF ███████████████████ ██████

███████review of State of Michigan
trial court response in King v Whitmer 1.50 *A*
(reviewed in preparation for Supreme Court
Response, if necessary); continued analysis
of "expert" reports in King v Whitmer;
review of DNC trial court response in King v
Whitmer, including attachments and expert
reports offered by DNC; review of media
reports regarding Antrim County Circuit
Court ruling on documents which King
Plaintiffs seek to submit to US Supreme
Court; ███████████████

review of draft Rule 1.00 *S*
11 Complaint for King v Whitmer; e-mail to
NJF regarding Rule 11 draft Complaint;

DGB Drafting of Answer to Petition for Cert; ██████
telephone conferences with DHF regarding





same; legal research for same; 2.50 A

review of Rule 11 Motion draft; 0.25 S

NJF    Telephone conference with DHF regarding SCOTUS brief and Rule 11 letter (King); preparation of Rule 11 Motion (King); email exchange with DHF regarding same; email to Mr. Garcia regarding same.    2.50 S

JLM

GRG    Telephone conference with DHF regarding King v Whitmer; review of State Response to motions; e-mail to DHF regarding same; research regarding Sydney Powell public statements; research regarding    4.00 A

Dec-15-20    DHF

review and revision of Rule 11 motion; review of case law regarding Rule 11; e-mail exchange regarding Rule 11 motion; telephone conference with Mr. Garcia;    1.50 S

DGB



1.75 S

███████ review of Rule 11 Motion;
review of email regarding ███████;
factual investigation for Rule 11; exchange
of emails regarding same; telephone
conference with DHF regarding same;
███████ review of Notice of
Supplemental Authority filed with SCOTUS;
review of opinions and orders entered in GA;
review of same from AZ.

1.50 A

NJF

.1.50 S

███████ review
and revision of Rule 11 Motion (King);
email to all counsel regarding same; email
exchange with DHF and DGB regarding
same; ███████

JLM

GRG

Dec-16-20    DHF

0.25 S

███████ telephone conference with
NJF regarding status of Rule 11 motion in
King; review of rulings in other states;
telephone conference with DGB; e-mail
exchange with GRG regarding official
election results.

1.00 A

DGB

0.25 S

███████ exchange of
emails Rule 11 Motion in King;
███████
telephone conference with DHF;

0.25 A

NJF    Telephone conference with DHF regarding



|  |  |  | |
|---|---|---|---|
| | | status of Rule 11 letter (King); ███████ | 0.25 *S* |
| | | ████████████████ | |
| | GRG | Research regarding King Supreme Court filing; research regarding nationwide election cases; research regarding election results in Michigan and Detroit in 2016 and 2020; email to DHF regarding same. | 2.00 *A* |
| Dec-17-20 | DHF | Telephone conference with Mr. Thomas; review of detailed letter from Dominion regarding defamatory statements by Ms. Powell; ███████████ ████████████████ ██████████ telephone conference with NJF regarding Dominion letter; telephone conference with GRG regarding ████ research regarding ██████ ████████ | ████ 1.75 |
| | DGB | Drafting of Motion to Dismiss for King v Whitmer; exchange of messages with Mr. Garcia; ███████████████ | ████ 2.00 |
| | NJF | Review of Dominion defamation retraction demand to Sidney Powell; telephone conference with DHF regarding same; ████████████████████ | 0.75 |
| | GRG | Research regarding attorney affiliations with organizations in all election cases; telephone conference with DHF regarding same; email to DHF regarding same; review of Dominion Demand Letter to Sidney Powell. | 2.50 |
| Dec-18-20 | DHF | Review of Supreme Court filings and related e-mail messages. | 3.25 *A* |
| | DGB | ████████████ review of filings before SCOTUS in King matter; legal research regarding same; exchange of emails with JLM regarding same; ████████████ | ████ 3.00 *A* |
| | JLM | Research on Supreme Court rules for | 1.00 *A* |



responses to motions and petitions for cert; e-mail exchange regarding SCOTUS procedures.

Dec-19-20    DHF    Telephone conferences with GRG regarding investigation to support motion for sanctions in King v Whitmer; ████████████ ████████████████████████ ███████ review of media reports regarding Sidney Powell; telephone conference with Mr. Thomas.    ████  1.00 *S*

             DGB    ████████████████████████ ████████████████████████ drafting of MTD for King.    ████  2.25

             GRG    Telephone conferences with DHF regarding facts in support of motion for sanctions; research regarding out of balance precincts in Wayne County; e-mail exchange with DHF regarding same; ████████████ ████████████████████████    ████  1.25 *S*

Dec-21-20    DHF    ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████    ████

             DGB    Drafting of Motion to Dismiss in King; ████████████████████████ ████████████████████████ ████████████████████████ ████████████████████████ exchange of emails with DHF regarding Motion to Dismiss in King; telephone conference with DHF regarding same; factual investigation for Motion for Sanctions in King.    ████  4.00

                                                                                                  1.00 *S*

             JLM    Review and revision of Motion to Dismiss in King.    0.75



GRG    Research regarding Sanctions Motion in King v Whitmer; research regarding public statements made by Plaintiff attorneys in same; ▓▓▓▓▓

2.75 S

Dec-22-20    DHF    Review and revision of draft Motion to Dismiss and for Sanctions (King v Whitmer); ▓▓▓▓▓

2.00

review and revision of sanctions section of brief ▓▓▓▓▓

0.50 S

DGB    Drafting of Motion to Dismiss in King; exchange of emails with DHF regarding same; telephone conference with Mr. Eldridge; exchange of emails with Mr. Eldridge; exchange of emails regarding concurrence in King ▓▓▓▓▓

4.75

▓▓▓▓▓ continued drafting of Motion for Sanctions in King; review of amicus in King; review of Motion for Sanctions filed by Davis.

4.00 S

NJF    Review of SOM Defendants' Motion to Dismiss (King); review of Robert Davis's Motion for Sanctions; review and revision of COD's Motion to Dismiss.

1.25

0.25 S

JLM    Review and revision of Motion to Dismiss in King.

2.25

GRG    Research regarding public statements made by Plaintiff attorneys in King v Whitmer; email to DHF, DGB and NJF regarding same.

1.50 S

Dec-23-20    DHF    ▓▓▓▓▓ review of e-mail messages regarding statements by counsel of record in King; ▓▓▓▓▓

0.50 S

DGB    Review of Motions to Dismiss filed in King; review of Motion for Sanctions filed in King; ▓▓▓▓▓ review of Order in King; factual investigation for Motion for

3.00 S



Sanctions; drafting of Motion for Sanctions;
exchange of emails regarding same; █████

NJF* ████████████████████████████    ████
████████████████████████████████
██████████████████████████████

GRG    Review of COD's Motion to Dismiss and for    2.50
an Award of Sanctions (King v Whitmer);
scheduling of same; research regarding
plaintiffs and attorneys in election cases.

Dec-24-20    DHF    ███████████████████████    ████████

DGB    ████████████████████████    ████████

Dec-25-20    DHF    ████████████████████████    ██████

DGB    ██████████████████████    ████

Dec-26-20    DGB    Drafting of Motion for Sanctions for King.    4.00    S

Dec-27-20    DGB    █████████████████████    ████

Dec-28-20    DHF    █████████████████████████
████████████████████████
████████████████████
████████████████████
██████review of State
response to King v Whitmer Supreme Court    1.00  A
motion; review of e-mail from Mr. Thomas,
with link to Dominion letter regarding
Mellissa Carone.

DGB    █████████████████████
████████    ████
review of briefing by SOM before SCOTUS;    0.50  A





GRG    Research for Rule 11 Sanctions motion; research regarding nationwide election cases; email to DHF, DGB and NJF regarding same; review of State Response to Motion to Expedite (King v Whitmer, SCOTUS).

0.50
2.00 S

Dec-29-20    DHF

DGB

NJF

JLM

Dec-30-20    DHF    Review of Kleinhendler letter to S Court;

0.25 A
0.25 S

e-mail exchange regarding King v Whitmer Rule 11 Motion.

DGB



████ review of briefing filed in King;    0.50 A
exchange of emails with DHF regarding
same ███████████████

NJF   Exchange of messages with DHF and DGB    0.25 S
      regarding Rule 11 Motion (King).

JLM   ████████████████████

Dec-31-20

DHF   ████████████████████
                                              0.25 S
      review of draft sanctions motion.

DGB   ████████████████████
                                              3.00 S
      ████ drafting of Motion for Sanctions in
      King.

GRG   ████████████

Dec-1—      ████████████
Dec-31-20

Fink Bressack
King v Whitmer Time Detail
01/01/2021 through 01/31/2021

| **Professional Services** | | | **Hours** | |
|---|---|---|---|---|
| Jan-01-21 | DGB | Drafting of Motion for Sanctions. | 1.75 | S |
| Jan-02-21 | DGB | Drafting of Motion for Sanctions. | 5.50 | S |
| Jan-03-21 | DHF | Review and revision of draft Rule 11 motion; review of transcript of telephone conference involving President Trump, Mark Meadows, Georgia Secretary of State Raffensberger and others; telephone conference with DGB regarding draft motion and regarding remaining pending matters; telephone conference with ████████████████ review of Plaintiffs' Motion to Extend Deadline for Filing Response to Robert Davis's Motion for Sanctions. | 2.75 | S |
| | DGB | Drafting of Motion for Sanctions. | 6.00 | S |
| | NJF | Review of Plaintiffs' Motion to Extend Deadline for Filing Response to Robert Davis's Motion for Sanctions. | 0.25 | S |

| Jan-04-21 | DHF | Continued review and revision of draft Rule 11 motion; e-mail to GRG; telephone conferences with DGB regarding draft Brief; | 6.75 S |
|---|---|---|---|
| | DGB | Drafting of Motion for Sanctions; telephone conferences with DHF regarding same; exchange of emails regarding same. | 11.75 S |
| | NJF | Review of draft Motion for Sanctions (King); review of emails regarding same; telephone conference with DHF regarding same; | 0.50 S |
| | JLM | Research regarding Rule 11 sanctions and assistance with preparation of brief in support of sanctions | 2.75 S |
| | GRG | Research regarding ██████████ research for Sanctions Motion; emails to DHF, DGB regarding same. | 3.50 S |
| Jan-05-21 | DHF | Review and revision of draft Rule 11 Brief; ██████████ review of expert reports and revised draft Motion and Brief; review and revision of draft Rule 11 Motion; telephone conferences with DGB and with NJF regarding██████████ telephone conference with Ms. Gurewitz. | 4.50 S |
| | DGB | Drafting of Motion for Sanctions; preparation of exhibits for same; factual investigation for same; telephone conferences with DHF regarding same; review of DHF edits regarding same; telephone conferences with GRG regarding same; preparation of same for filing. | 9.50 S |

|        |     |                                                                                                                                                                                                         |       |     |
|--------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|-----|
|        | NJF | Review and revision of Rule 11 Motion (King); email exchange with DGB regarding same; telephone conference with DHF regarding same; review and revision of same; final preparation and filing of same.     | 1.25  | S   |
|        | JLM | Review and revision of Motion for Sanctions; preparation of motion to extend page limit.                                                                                                                  | 1.00  | S   |
|        | GRG | Assistance with Sanctions Motion (King v Whitmer); multiple calls and e-mail exchanges with DGB.                                                                                                          | 7.00  | S   |
| Jan-06-21 | DHF | █████████████ review of public statements by opposing counsel; review of e-mail messages regarding Rule 11 Motion; ███████████                                                                       | 0.50  | S   |
|        | DGB | Review of e-mail messages regarding sanctions motion; ██████████████ e-mail exchange with Mr. Hoese regarding tweets by opposing counsel; review of Lin Wood tweets;                                      | 1.00  | S   |
|        | NJF | Review of e-mail messages regarding sanctions motion; e-mail regarding service of motion for sanctions on opposing counsel who have not filed proper appearances;                                        | 0.50  | S   |
| Jan-07-21 | DHF | E-mail exchange with Mr. Thomas; ████████████████████████ review of media reports regarding incitement by opposing counsel; conference call with DGB and GRG regarding L. Lin Wood and Sidney Powell tweets and regarding evidence of their incitement of January 6, 2021 activities; ████████████ | 1.00  | S   |



DGB  Conference call with DHF and GRG regarding incitement of insurrection by King v Whitmer counsel; review of related tweets;



1.00 S

review of e-mail regarding Ms. Babbitt's retweeting of tweet by opposing counsel; online research regarding incitement by opposing counsel.

NJF  Review of e-mail messages and follow-up on service of sanctions motion on opposing counsel;



0.25 S

GRG  Telephone conference with NJF regarding election cases; research regarding upcoming Reply brief for Sanctions Motion in King v Whitmer; telephone conference with DHF and DGB regarding Sanctions Motion; research regarding public statement of attorneys and rioters for sanctions motion.

6.50 S

Jan-08-21  DHF  Review of American Lawyer article How Trump-Tied Lawyers' Conspiracy Theories Moved From Court to a Capitol Mob; review of tweets from Lin Wood; review of social media postings that connect attorneys in Detroit litigation to Capitol mob; telephone conference with DGB; review of defamation lawsuit filed by Dominion against Ms. Powell; review of US Supreme Court Notice of Supplemental Authority (filed by Plaintiffs in King v Whitmer); review of Motion for Court to Take Judicial Notice of Motion to Withdraw as Counsel in Eastern District of Pa, filed in King v Whitmer.



3.75 S
0.75 A

DGB  E-mail exchange regarding service; e-mail to all Plaintiffs' counsel who have not registered for electronic filing in King v Whitmer; review of American Lawyer article about role of election lawyers in inciting Capitol insurrection; review of media reports and

1.50 A
5.00 S



|  |  | analysis of potential supplemental brief; review of Dominion defamation lawsuit and related media reports; review of reports regarding Lin Wood being banned from twitter; review of Lin Wood tweet, retweeting (on Parlor) claim that Babbit shooting is a false flag; e-mail exchanges with DHF, NJF and GRG regarding issues related to Reply or Supplemental Brief; review of Supreme Court Petitioners' Notice of Supplemental Authority, filed in King v Whitmer (claiming that an alternative slate of electors cast Michigan electoral votes for Trump and arguing that an "Interim Report" established "inherent errors" and "systemic fraud" with the Dominion Voting System in Antrim County); review of Motion to Take Judicial Notice, filed by Mr. Paterson. |  |  |
|  | NJF | Email exchange with DGB regarding service of Motion for Sanctions. | 0.25 | S |
|  | GRG | Research regarding upcoming Reply brief for Sanctions Motion in King v Whitmer; multiple e-mail exchanges with DHF and DGB; research regarding public statement of attorneys and rioters for sanctions motion. | 6.50 | S |
| Jan-09-21 | DHF | E-mail exchange with GRG regarding dismissal of election cases in Georgia; review of Notice of Voluntary Dismissal (filed in Northern District of Georgia); review of Response to Notice of Dismissal (denying settlement). | 0.75 | S |
|  | DGB | Review of e-mail messages and attachments related to Georgia federal court dismissals; review of defamation complaint. | 1.25 | S |
|  | GRG | Research regarding dismissals in Georgia election cases and relationship to Michigan election cases; email to DHF regarding same. | 1.00 | S |
| Jan-10-21 | GRG | Research regarding DC rioters arrested connections to Powell and Wood. | 4.00 | S |
| Jan-11-21 | DHF | ██████████████████████ review of extension request from King v Whitmer Plaintiffs' counsel; text exchange with Mr. Garcia; telephone conference with DGB; telephone | ███ 2.75 |  |

conference with Mr. Garcia; telephone
conference with Ms. Meingast; e-mail
exchange with DNC counsel; review of
improperly filed Motion for Extension of
Time; preparation of draft response to
anticipated Motion for Extension of Time to
File Response to Motion to Dismiss and for
Sanctions.

DGB Telephone conference with DHF; review of
e-mail messages ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ review
of e-mail regarding ▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮ review of
text-only order denying Motion to Expedite
Consideration of the request for certiorari
filed by King v Whitmer Plaintiffs; e-mail to
Mr. Garcia; ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮ review of improperly filed Motion
to Extend Time and email exchange
regarding proper response (or non-response).

                   0.75 A
                   1.00

NJF Review of Plaintiffs Motion to Extend Time
to Respond to Motion to Dismiss (misfiled
by Plaintiffs) (King); review of email
exchange regarding request for concurrence
regarding same; telephone conference with
DHF regarding same.

                   0.50

GRG Research for reply In Support of Motion for
Sanctions (King v Whitmer); Internet
research regarding election cases; email to
DHF regarding election matter; assistance
with Response to Motion for Extension of
Time to File Response (King. v. Whitmer).

                   3.50 S

Jan-12-21  DHF Review of dockets; telephone conference
with NJF regarding Motion for Extension of
time to file response in King v Whitmer;
review of Court Order striking motion and
setting deadline for properly filed motion;
review of corrected motion; telephone
conference with NJF regarding preparation
of Response to Motion for Extension; review
of Response, as filed; review of Court Order,
granting in part Motion for Extension.;

                   1.25 S



DGB   Drafting of Response to Certiorari Request; telephone conferences with DHF regarding same; telephone conference with DHF and SC expert regarding same; continued draft of same; review of Judge Parker's Order striking motion and setting deadline for properly filed motion; review of corrected motion; review of Response to Motion for Extension;  review of Court Order, granting in part and denying in part Motion for Extension;



3.00 A

0.75



NJF   Review of Order Striking Plaintiffs' Motion to Extend Time to File Response to Motion to Dismiss; telephone conference with DHF regarding same; review of Plaintiffs' Re filed Motion to Extend Time to File Response to Motion to Dismiss; preparation of Response to same; filing of same; telephone conference with DGB regarding same; review of Text-Only Order Granting in Part and Denying in Part Plaintiffs' Motion to Extend Time to File Response.

1.25

JLM

GRG   Research for Reply in support of Motion for Sanctions (King v Whitmer); review of filed documents and scheduling of election hearings.

4.50 S

Jan-13-21   DHF   Telephone conferences with DGB regarding Response to Petition for Cert; review of Delaware ruling regarding Lin Wood and related e-mail message; review of Law360 report regarding Lin Wood; review and revision of draft SCOTUS Brief.

2.50 A

DGB





6.50 A

telephone conferences with DHF regarding response to certiorari; review and revision of



Response to Petition for Writ of Certiorari; review of Delaware ruling regarding Lin Wood and Law360 report; e-mail exchange with NJF and GRG regarding Supreme Court filing of Response; review of Stoddard Notice of Hearing, as filed;

JLM ███████████████████ ████████

GRG    Research regarding Response to Petition for Writ of Certiorari (King v Whitmer); calls to DC Printer; e-mail exchanges with DGB and NJF regarding same; research for reply to sanctions motion and election cases.

████████
3.50 A
1.50 S

Jan-14-21    DHF    Review and revision of SCOTUS Brief; telephone conferences with DGB regarding SCOTUS brief; review of exhibits; e-mail messages regarding Brief; review of State of Michigan SCOTUS Brief; review of State of Michigan Notice of Joinder/Concurrence in COD Motion for Sanctions in King v Whitmer; initial review of late night filings by Plaintiffs in King v Whitmer, opposing sanctions and purporting to voluntarily dismiss the case in chief; review of State of Michigan Response to Cert Petition in SCOTUS.

████████
4.00 A
0.50 S

DGB    Preparation of Response to Petition for Cert; exchange of emails with GRG regarding same; telephone conferences with DHF regarding same; review of DHF edits to same; continued drafting of same; legal research for same; factual investigation regarding same; preparation of exhibits for same; review of State of Michigan Notice of Joinder/Concurrence in COD Motion for Sanctions in King v Whitmer; e-mail to Mr. Garcia with Response to Petition for Writ of Cert; review of State of Michigan SCOTUS filings.

████████
6.25 A
0.50 S

NJF    Review and revision of SCOTUS Response to Cert Petition (King); telephone conferences with GRG regarding final preparation and filing procedures; final preparation and filing of same.

1.75 A



| | GRG | Assistance with drafting and filing of Response to Petition for Writ of Certiorari (King v Whitmer); e-mail exchanges and telephone conference with DGB regarding same; telephone conferences with NJF regarding same. | 7.50 A |
| --- | --- | --- | --- |
| Jan-15-21 | DHF | Review of Notices of Voluntary Dismissal in King v Whitmer; review of Response to Motion to Dismiss and for Sanctions in King v Whitmer; telephone conferences with DGB and with NJF regarding Response; e-mail exchange regarding response to attempts to voluntarily dismiss selected defendants. | 1.50 |
| | DGB | Review of notices of "voluntary dismissal"; review of response to Motion for Sanctions; legal research regarding dismissals; telephone conferences with DHF; telephone conference with Ms. Meingast; review of e-mail from Ms. Meingast; telephone conference with Mr. Eldridge; e-mail to Mr. Garcia. | 2.00 |
| | NJF | Review of Plaintiffs' Response to Motion to Dismiss and for Sanctions (King); review of Plaintiffs' Notices of Voluntary Dismissal; email exchange with DHF and DGB regarding same; email exchange with GRG regarding same; online research regarding "expert" John Lott. | 1.50 |
| | GRG | Review of Plaintiff's Response to Motions to Dismiss and Award of Sanctions; research regarding same. | 2.00 |
| | PJM | Research regarding Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 4.00 S |
| Jan-16-21 | DHF | Review and response to e-mail from Ms. Gurewitz; e-mail exchange with DGB. | 0.50 |
| | DGB | Review of e-mail messages regarding "voluntary dismissal" as to selected Defendants, including intervening defendants; e-mail to DHF. | 0.50 |
| | PJM | Research regarding Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 5.00 S |



| Jan-17-21 | DHF | Email exchange with NJF regarding dismissals; email exchange with DGB, Mr. Eldridge, Ms. Gurewitz and Ms. Meingast regarding "dismissals" and pendency of appeal; review of Sunday evening Notice of Voluntary Dismissal (Motion to permit voluntary dismissal) as to Robert Davis; e-mail exchange with DGB regarding new filing. | 1.00 |
| | DGB | Exchange of emails with DHF, Mr. Eldridge and Ms. Meingast regarding dismissals in King; review of Sunday night "Notice of Voluntary Dismissal" regarding Robert Davis. | 0.50 |
| | NJF | Review of Plaintiffs' Motion for Voluntary Dismissal (King); review of email exchange regarding same. | 0.25 |
| Jan-18-21 | DHF | Review of e-mail messages between DGB and Ms. Lambert; review of Response and analysis of issues for Reply. | 1.25 |
| | DGB | Email exchange with other defense counsel ████████████████████████, e-mail to Ms. Lambert regarding dismissal/withdrawal of appeals; review of e-mail from Ms. Lambert; e-mail to Ms. Lambert consenting to dismissal of appeal and Petition for Writ to SCOTUS; research regarding Reply in Support of Motion to Dismiss and for Sanctions. | ██ 1.50 1.50 A |
| | PJM | Research regarding Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 0.50 S |
| Jan-19-21 | PJM | Research regarding Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 2.00 S |
| Jan-20-21 | DHF | Review of Plaintiffs' Opposition to Rule 11 Motion ████████████████ telephone conferences with DGB and with NJF regarding Responses and necessary Replies; review of Davis Motion to Strike Notice of Voluntary Dismissal. | ██ 1.50 S .25 |

| | | | |
|---|---|---|---|
| | DGB | Factual investigation for response to Motion for Sanctions; drafting of Response; telephone conference with DHF regarding same; telephone conference with DHF and NJF regarding same; review of Motion to Strike Notice of Voluntary Dismissal, filed by Robert Davis. | �,,,,,<br>0.50<br>3.50 S |
| | NJF | Review of Plaintiffs' Response to COD's Motion for Rule 11 Sanctions; telephone conference with DHF and DGB regarding same. | 1.00 S |
| | PJM | Preparation of draft of Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 7.50 S |
| Jan-21-21 | DHF | Preparation of draft Reply Brief,▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ e-mail to PM regarding research to support Reply Brief; review of e-mail messages from GRG with Powell and Wood tweets and postings on Parlor; e-mail exchange and telephone conference with Professor Grimmer regarding John Lott; e-mail to Ms. Lambert regarding delay in dismissing appeal; review of e-mail from Ms. Lambert, claiming "Sidney Powell's team is preparing" a notice of dismissal of appeal; e-mail to Professor Eggers regarding John Lott; review of exhibits in potential exhibits for Reply Brief; review of e-mail messages regarding John Lott; review of Response Brief on sanctions and analysis of signature issue. | ▮▮▮▮▮<br>0.50 A<br>4.25 S |
| | NJF | Telephone conference with PJM regarding Reply In Support of Rule 11 Motion and Reply In Support of Motion for Sanctions (from Motion to Dismiss) (King); telephone conference with DGB regarding same. | 0.50 S |
| | GRG | Review of social media screenshots regarding COD's Reply In Support of Motion for Sanctions; emails to DGB regarding same. | 1.50 S |
| | PJM | Research regarding Reply Brief In Support of Motion for Rule 11 Sanctions; e-mail message to DGB and NJF regarding same. | 4.50 S |



| Jan-22-21 | DHF | | ███ |
| | DGB | | ███ |
| | GRG | Research for Reply in support of Sanctions Motion; emails to DGB regarding same. | 3.50 S |
| | PJM | Research regarding Reply Brief In Support of Motion for Rule 11 Sanctions; preparation of draft sections of Reply Brief. | 5.50 S |
| Jan-23-21 | DHF | Review of draft Reply Brief on Rule 11 sanctions. | 0.50 S |
| | DGB | Preparation of draft Reply Brief; review of e-mail messages regarding research supporting Reply Brief; e-mail to DHF, NJF and GRG regarding draft Reply. | 6.00 S |
| Jan-24-21 | DHF | Review and revision draft Response to Rule 11 Motion and Brief; e-mail to DGB regarding brief████████████ | 2.00 S |
| Jan-25-21 | DHF | Review and revision of draft Reply Brief; ███████████████████review of Opinion and | 0.75 S |



Order Denying Davis Motion to Strike (King); ███████████

| | | | |
|---|---|---|---|

NJF   Review of Opinion and Order Denying Robert Davis' Motion to Strike (King); review of Order Requiring Response, ███████████ review and revision of Reply In Support of Motion for Rule 11 Sanctions (King); ███████████

2.00 S

Jan-26-21   DHF   Review of e-mail ███████████ with attached draft addition; review and revision of draft Reply Brief; review of stipulation of voluntary dismissal of appeal to 6th Circuit; review of Order Granting Stipulation to Voluntarily Dismiss; telephone conference with NJF.

0.50 A
3.50 S

NJF   Review and revision of Reply In Support of Rule 11 Motion (King); telephone conference with PJM regarding Reply In Support of Motion for Sanctions; telephone conference with DHF regarding same; final preparation of Reply In Support of Rule 11 Motion (King).

3.50 S

GRG   Assistance with draft of Reply in support of COD's Motion for Sanctions; preparation of exhibits for same; multiple telephone conferences with NJF regarding same; multiple e-mail exchanges with NJF regarding same; editing of final draft of same.

7.00 S

PJM   Review of Plaintiffs' Response to Motion to Dismiss and Motion for Sec. 1927 sanctions.

1.25
1.25 S

Jan-27-21   DHF   Review of e-mail from Mr. Rohl ███████████; telephone conference with Ms. Lambert ███████████ ███████████ telephone conference with NJF regarding Reply Brief; telephone conference with PJM regarding Reply Brief; e-mail to Ms. Lambert and Mr. Rohl regarding additional time for Reply

1.00
0.50 S



Brief; ██████████████████████, review of Order Granting Leave to File Excess Pages; evening e-mail exchange with Ms. Lambert.

| | | | |
|---|---|---|---|
| | NJF | Review of Order Granting Motion for Leave to File Excess Pages In Support of Reply Regarding Motion for Rule 11 Sanctions (King); telephone conference with Ms. Junttila regarding request to file supplemental brief; telephone conference with DHF regarding same; review and revision of Reply In Support of Motion for Section 1927 Sanctions. | 0.75 S |
| | JLM | Preparation of stipulation for extension to file reply brief in King v Whitmer. | 0.25 S |
| | GRG | Research regarding plaintiff's social media posts; email to DHF and NJF regarding same; review of court filings. | 1.50 S |
| | PJM | Preparation of draft Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions. | 3.50 S |
| Jan-28-21 | DHF | ████████████████████, review of stipulated order extending time for Reply in King v Whitmer; review of e-mail messages from GRG and from Mr. Eldridge regarding Judge Kenny's schedule; review of State Defendants' Motion for Sanctions in King v Whitmer; review of revised draft Reply for Rule 11 motion; telephone conference with PJM. | 0.75 S |
| | NJF | Review and revision of Stipulation Regarding Deadline for Reply In Support of Motion for Sanctions (King); email to Ms. Junttila regarding same; telephone conference with DHF regarding same; ████████████████████ | 0.25 S |





GRG

PJM     Preparation of and editing of draft Reply Brief In Support of Motion to Dismiss and Motion for Sec. 1927 sanctions.     5.50

Jan-29-21     DHF

Fink Bressack
King v Whitmer Time Detail
02/01/2021 through 02/28/2021

| **Professional Services** | | | **Hours** | |
|---|---|---|---|---|
| Feb-01-21 | DHF | ███████████████████████ | 0.50 | S |
| | | and revision of draft Reply Brief on sanctions motion. | | |
| Feb-02-21 | DHF | Review of State Defendants' Motion for Sanctions; review and revision of Reply Brief on sanctions; telephone conference with NJF regarding same. | 4.00 | S |
| | NJF | Review and revision of Reply In Support of Motion for 1927 Sanctions (King); email exchange with PJM regarding same; telephone conference with DHF regarding same. ███████ | 0.50 | S |
| | GRG | ████████████████████ | ████ | |

38500 Woodward Ave., Suite 350 • Bloomfield Hills, Michigan 48304 • T 248.971.2500 • F 248.971.2600
535 Griswold Street, Suite 1000 • Detroit, Michigan 48226 • T 313.387.3300 • F 313.794.9899
www.finkbressack.com

|  | PJM | Research regarding Reply Brief for Motion to Dismiss and Motion for Section 1927 sanctions; review of Plaintiffs' Response to City's Motion for Sanctions. | 0.75 *S* |
| Feb-03-21 | DHF | Continued preparation of Reply Brief regarding sanctions; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ review of US Supreme Court notice that petition for cert in King v Whitmer is being "distributed for conference"; e-mail exchange regarding significance of SCOTUS notice, suggesting Plaintiffs have not withdrawn their Cert Petition. | 1.00 *S* 0.50 *A* |
|  | NJF | Review of Notice of Distribution for Conference Regarding Cert Petition (King); email exchange with DHF and GRG regarding same. | 0.25 *A* |
|  | GRG | Research regarding Reply Brief In Support of Motion to Dismiss and Award of Sanctions (King v Whitmer); telephone conference with DHF regarding same; emails to DHF and NJF regarding same; research regarding SCOTUS filing in King v Whitmer. | 2.00 *S* 0.50 *A* |
|  | PJM | Preparation of responses to Plaintiffs' arguments presented in Response; research regarding same; telephone conference with DHF and NJF regarding same; email exchange with DHF regarding same. | 7.50 *S* |
| Feb-04-21 | DHF | Review and revision of Reply Brief regarding sanctions; review of cases cited; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with Ms. Meingast; late night e-mail exchange with Ms. Junttila regarding concurrence in supplemental response; telephone conferences with NJF regarding final preparation and filing of Reply Brief. | 6.50 *S* |



| | | | |
|---|---|---|---|
| | NJF | Review and revision of Reply In Support of Motion for Section 1927 Sanctions (King); telephone conference with DHF regarding same; final preparation and filing of same; preparation of Ex Parte Motion for Additional Pages Regarding Reply In Support of Motion to Dismiss and for Sanctions; final preparation and filing of same. | 2.50 S |
| Feb-05-21 | DHF | ██████████████████████████ ████████████████████ review of Motion for Leave to File Supplemental Brief and attachments; telephone conference with NJF regarding Motion for Leave; ████████ ████████████████████, review of Order Granting Motion for Leave to File Additional Pages In Support of Reply In Support of Motion to Dismiss and for an Award of Sanctions. | 0.75 S |
| | NJF | Review of Order Granting Motion for Leave to File Additional Pages In Support of Reply In Support of Motion to Dismiss and for an Award of Sanctions (King); review of Plaintiffs' Motion for Leave to File Supplemental Brief in Opposition to the City's Motion for Sanctions; telephone conference with DHF regarding same; review of Robert Davis's Response to Plaintiffs' Motion to Dismiss. | 1.25 S |
| | GRG | Review of Plaintiffs' Motion for Leave to File Supplemental Opposition to COD Motion for Sanctions; telephone conference with NJF regarding same. | 0.25 S |
| Feb-06-21 | GRG | Research regarding attorney public statements for Reply regarding sanctions motion. | 1.00 S |
| Feb-08-21 | DHF | ███████████████████████ review of Telegram messages posted by Sidney Powell and Lin Wood; telephone conference with NJF regarding Order Granting Plaintiffs' Motion for Leave to File Supplemental Brief; review of order. | 0.50 S |



| | | | | |
|---|---|---|---|---|
| | NJF | Review of Order Granting Plaintiffs' Motion for Leave to File Supplemental Brief (King); telephone conference with DHF regarding same. | 0.25 | S |
| | GRG | Research regarding attorney public statements for Reply regarding sanctions motion; review of Plaintiffs' Supplemental Brief in Opposition to COD's Motion for Sanctions; research regarding same. | 3.50 | S |
| Feb-09-21 | NJF | Telephone conference with GRG regarding Plaintiffs' Supplemental Brief in Opposition to COD's Motion for Sanctions. | 0.25 | S |
| | GRG | Research regarding responding to Plaintiffs' Supplemental Brief in Opposition to COD's Motion for Sanctions; telephone conference with NJF regarding same. | 1.00 | S |
| Feb-11-21 | DHF | ███████████████████ | ████ | |
| Feb-12-21 | DHF | Telephone conference with NJF regarding Plaintiffs' Response to Governor Whitmer and Secretary Benson's Motion for Sanctions; review of same. | 0.50 | S |
| | NJF | Review of Plaintiffs' Response to Governor Whitmer and Secretary Benson's Motion for Sanctions; telephone conference with DHF regarding same; telephone conference with GRG regarding same. | 1.00 | S |
| | GRG | Review of Plaintiffs' Opposition to State Defendants' Motion for Sanctions; research regarding responding to arguments in same; telephone conference with NJF regarding same. | 2.00 | S |
| Feb-15-21 | DHF | ███████████████ telephone conference with GRG regarding sanctions motion. | 0.25 | S |
| | GRG | Research regarding COD Sanctions Motion; telephone conference with DHF regarding same. | 2.50 | S |
| Feb-16-21 | DHF | Review of email from GRG regarding sanctions research. | 0.25 | S |



| | | | | |
|---|---|---|---|---|
| | NJF | ██████████████████ | ████ | |
| | GRG | Research regarding Sanctions Motion; email to DHF and NJF regarding same. | 3.00 | S |
| Feb-17-21 | GRG | Research regarding Sanctions Motions. | 1.50 | S |
| Feb-22-21 | DHF | Review of online report of SCOTUS denial of cert petition; review of Telegram posting by Sidney Powell, claiming case still alive as of February 4th; e-mail to clients and others regarding SCOTUS ruling; telephone conference with NJF regarding same; ████████████████████████████████████ | 0.75 A 0.25 S | |
| | NJF | Review of Order Denying Petition for Writ of Cert (King); telephone conference with DHF regarding same; email exchange with DHF regarding same. | 0.25 | S |
| Feb-24-21 | DHF | Review of e-mail exchange between Ms. Meingast and Ms. Lambert regarding extension for Reply; review of proposed stipulation. | 0.25 | S |
| Feb-25-21 | DHF | Review of Stipulated Order Extending Time for Benson and Whitmer to Reply to Response Regarding Sanctions. | 0.25 | S |

Fink Bressack
King v Whitmer Time Detail
03/01/2021 through 03/30/2021

**Professional Services**                                                                    <u>**Hours**</u>



| Mar-04-21 | DHF | | |
| | NJF | | |
| Mar-10-21 | DHF | | |
| | NJF | | |
| | DAB | | |
| Mar-11-21 | DHF | Review of Reply Brief by State Defendants in King v Whitmer; review of cases cited. | 1.00 |

38500 Woodward Ave., Suite 350 ∘ Bloomfield Hills, Michigan 48304 ∘ T 248.971.2500 ∘ F 248.971.2600
535 Griswold Street, Suite 1000 ∘ Detroit, Michigan 48226 ∘ T 313.387.3300 ∘ F 313.794.9899
www.finkbressack.com



| | NJF | Review of Defendants Whitmer and Benson's Reply In Support of Motion for Sanctions (King); | |
| --- | --- | --- | --- |
| | DAB | | |
| Mar-12-21 | DAB | | |
| Mar-15-21 | DHF | | |
| | NJF | | |
| | DAB | | |
| Mar-16-21 | DHF | | |
| | NJF | | |
| Mar-30-21 | DHF | | |

Fink Bressack
King v Whitmer Time Detail
04/01/2021 through 04/30/2021

| **Professional Services** | | | **Hours** | |
|---|---|---|---|---|
| Apr-05-21 | DHF | ████████████████ | 0.25 | *S* |
| Apr-06-21 | DHF | Telephone conference with NJF regarding Whitmer and Benson's Motion for Leave to File Supplemental Brief. | 0.25 | *S* |
| | NJF | Review of Governor Whitmer and Secretary Benson's Motion for Leave to File Supplemental Brief; email to DHF regarding same. | 0.75 | *S* |
| Apr-09-21 | DHF | Review of Text only order granting time for Response to Supplemental Brief; review of amended order. | 0.25 | *S* |
| | NJF | Review of Text-Only Order Granting Governor Whitmer and Secretary Benson's Motion for Leave to File Supplemental Brief; review of Amended Order regarding same. | 0.25 | *S* |

| Date | | Description | | |
|---|---|---|---|---|
| Apr-22-21 | DHF | Review of Text-only orders regarding Supplemental Briefing; review of Defendants Whitmer and Benson's Supplemental Brief and assessment of appropriate filing to concur in briefing; e-mail to NJF; telephone conference with GRG regarding remaining deadlines; text exchange with client. | 1.25 | S |
| | NJF | Review of email from DHF regarding addressing supplemental briefing. | 0.25 | S |
| | GRG | Telephone conference with DHF regarding case deadlines. | 0.25 | S |
| Apr-23-21 | DHF | Review of sanction briefs; review and revision of draft Concurrence in Supplemental Brief of Whitmer and Benson; telephone conference with NJF regarding filing procedure. | 1.00 | S |
| | NJF | Review and revision of Concurrence With Defendants Whitmer and Benson's Supplemental Brief in support of Motion for Sanctions; final preparation and filing of same; review of Plaintiffs' Response to Defendants Whitmer and Benson's Supplemental Brief in support of Motion for Sanctions; telephone conference with DHF regarding same. | 0.75 | S |
| Apr-24-21 | DHF | Review of Plaintiffs' Response to Supplemental Brief; review of related e-mail message. | 0.50 | S |
| Apr-25-21 | DHF | Telephone conference with NJF regarding Plaintiffs' Response to Supplemental Brief. | 0.25 | S |
| | NJF | Telephone conference with DHF regarding Plaintiffs' Response to Whitmer and Benson's Supplemental Brief in support of Motion for Sanctions. | N/C | S |



Fink Bressack
King v Whitmer Time Detail
05/01/2021 through 05/31/2021

| Professional Services | | | | Hours |
|---|---|---|---|---|
| May-10-21 | DHF | Telephone conference with NJF regarding Supplemental Brief; review of Lin Wood statements and review of representations by Plaintiffs regarding non-involvement of Lin Wood. | | 1.25 S |
| | NJF | Research regarding potential Supplemental Brief In Support of Motion for Sanctions; telephone conference with DHF regarding same; telephone conference with DAB regarding same; preparation of Motion for Leave to File Supplemental Brief. | | 1.00 S |
| | DAB | Telephone conference with NJF regarding supplemental brief issue; research regarding same. | | 5.00 S |
| May-11-21 | DHF | Review of Delaware filings by Lin Wood; review of sanctions briefs; review and revision of draft Motion for Leave to File Supplemental Brief; telephone conferences with NJF regarding Supplemental Brief; e-mail to Mr. Garcia. | | 2.75 S |

| | | | |
|---|---|---|---|
| | NJF | Preparation of Motion for Leave to File Supplemental Brief; telephone conference with DHF regarding same; final preparation and filing of same. | 0.50 ⟍ |
| May-17-21 | DHF | ███████████████████████ | ████ |
| | NJF | ███████████████████████ | ███ |
| May-20-21 | DHF | E-mail exchange with Ms. Gurewitz; review of Washington Post article regarding Ms. Junttila's public statements; e-mail exchange with GRG regarding Ms. Junttila's statement to Cheboygan Commissioners. | 0.75 ⟍ |
| | GRG | Research regarding Ms. Junttila's statements at Cheboygan County Board of Commissioners meeting; e-mail exchange with DHF regarding same. | 0.50 ⟍ |



Fink Bressack
King v Whitmer Time Detail
06/01/2021 through 06/23/2021

| **Professional Services** | | | **Hours** |
|---|---|---|---|
| Jun-08-21 | DHF | Review of Notice of Hearing related to sanctions motions before Judge Parker; transmittal to client; telephone conference with NJF regarding same. | 0.25 *S* |
| | NJF | Review of Notice of Hearing Regarding Motions for Sanctions; telephone conference with DHF regarding same. | 0.25 *S* |
| Jun-10-21 | DHF | Email exchange with Ms. Meingast and Mr. Paterson regarding hearing schedule. | 0.25 *S* |
| Jun-17-21 | DHF | Review of Order requiring all Plaintiffs' counsel to be present for July 6, 2021 hearing; text exchange and telephone conference with NJF; telephone conference with Ms. Gurewitz; review of briefs and analysis of issues for hearing and additional necessary investigation. | 2.00 *S* |

38500 Woodward Ave., Suite 350 • Bloomfield Hills, Michigan 48304 • T 248.971.2500 • F 248.971.2600
535 Griswold Street, Suite 1000 • Detroit, Michigan 48226 • T 313.387.3300 • F 313.794.9899
www.finkbressack.com

| | | | |
|---|---|---|---|
| | NJF | Review of Order Regarding Plaintiffs' Counsel's Required Appearance at Sanctions Hearing; telephone conference with DHF regarding same ███████████ ████████ telephone conference with GRG regarding same. | 0.25 S |
| | GRG | Telephone conference with NJF regarding Judge's 6.17.21 Order regarding sanctions motion hearing. | 0.25 S |
| Jun-18-21 | DHF | Review of e-mail messages; telephone conference with NJF regarding preparation for hearing; telephone conference with GRG regarding preparation for hearing; e-mail to NJF and GRG regarding hearing preparation; ████████████████ e-mail to client. | 1.00 S |
| | NJF | Telephone conference with DHF regarding preparation for hearing regarding Motion for Sanctions; review of email from DHF regarding same. | 0.25 S |
| | GRG | Telephone conference with DHF regarding hearing regarding sanctions motion; review of email from DHF regarding same; research regarding preparation for hearing regarding sanctions motion. | 0.50 S |
| Jun-21-21 | DHF | Review of e-mail from Ms. Junttila regarding scheduling conflict; review of prior e-mail messages regarding hearing date; review of Notice of Hearing on Motion to Dismiss; telephone conference with Ms. Meingast; review of e-mail from Ms. Meingast; telephone conference with NJF regarding same; preparation for oral argument on sanctions motions (review of briefs). | 2.50 S |
| | NJF | Review of email from Ms. Junttila regarding request to reschedule hearing regarding Motion for Sanctions; review of email from DHF regarding same; telephone conference with DHF regarding same. | 0.25 S |
| | GRG | Assistance with preparation for hearing regarding sanctions motions; research regarding same; drafting of emails to DHF regarding same. | 3.50 S |



| | | | |
|---|---|---|---|
| Jun-22-21 | DHF | Preparation for July 6th oral argument on sanctions motions; review of additional factual information to present to court; e-mail exchange with GRG and review of additional out of court statements of opposing counsel. | 3.50 ⟨ |
| | GRG | Assistance with preparation for hearing regarding sanctions motions; research regarding same; emails to DHF regarding same; e-mail exchanges with DHF regarding same. | 2.50 ⟨ |
| Jun-23-21 | DHF | Review of Davis Emergency Motion regarding State Senate report; review of State Senate Report. | 1.75 ⟨ |
| | NJF | ███████████████████ | ███ |
| | GRG | Review of MI Senate's 2/23/21 Report on Election; research regarding Hearing on Motions for Sanctions. | 1.00 ⟨ |

Fink Bressack
King v Whitmer Time Detail
06/24/2021 through 08/31/2021

**Professional Services**                                              **Hours**

Jun-24-21      DHF      ████████████████████████              ████

               NJF      Telephone conference with DHF regarding         0.25   S
                        preparation for hearing regarding Motion for
                        Sanctions; telephone conference with DAB
                        regarding same; review of media reports
                        regarding same.

               DAB      Telephone conference with NJF regarding         ████
                        Michigan Senate Election Report; review of      3.00  S
                        file; review of Michigan Senate Election
                        Report.

Jun-25-21      DAB      Review of MI Senate election report;            2.00  S
                        preparation of memo regarding MI Senate
                        election report; research regarding
                        documents filed in Rudy Giuliani discipline
                        action.

38500 Woodward Ave., Suite 350 • Bloomfield Hills, Michigan 48304 • T 248.971.2500 • F 248.971.2600
535 Griswold Street, Suite 1000 • Detroit, Michigan 48226 • T 313.387.3300 • F 313.794.9899
www.finkbressack.com

| Jun-28-21 | DHF | Review of e-mail from Mr. Paterson to Ms. Junttila; review of Motion to Adjourn; text exchange with Ms. Gurewitz; telephone conference with NJF regarding request for adjournment; telephone conference with Mr. Garcia. | 1.00 S |
| | NJF | Review of Plaintiffs' Motion to Adjourn Sanctions Hearing; review of Plaintiffs' Amended Motion to Adjourn Sanctions Hearing; email exchange with DHF regarding same; telephone conference with DHF regarding same. | 0.25 S |
| Jun-29-21 | DHF | Preparation for oral argument on sanctions motions; telephone conference with NJF; conference call with NJF and DAB. | 2.25 S |
| | NJF | Telephone conference with DHF and DAB regarding preparation for hearing regarding sanctions motions. | 0.25 S |
| | DAB | Telephone conference with DHF and NJF regarding research regarding plaintiffs' counsel statements and representation in preparation for sanctions hearing; review of file; preparation of memo regarding confirmed and potential misrepresentations made by Plaintiffs' counsel. | 3.50 S |
| Jun-30-21 | DHF | Office conference with DAB regarding preparation for oral argument; telephone conference with NJF regarding preparation for oral argument; review of Supplemental Briefs; review of briefs regarding oral argument schedule; review of Court Order adjourning hearing; telephone conference with Judge Parker's Case Manager; e-mail to counsel regarding schedule; preparation for oral argument; review of Notices of Appearance by Donald Campbell for representation of multiple attorneys (Hagerstrom, Haller, Johnson, Rohl, Wood, Kleinhendler, Powell,); review of Notices of Appearance by Patrick McClinn for each attorney represented by Mr. Campbell; review of e-mail messages from Ms. Meingast, Ms. Lambert, Mr. Eldridge and Mr. Campbell regarding oral argument schedule; review of e-mail from Case | 3.50 S |

|  |  |  |  |
|---|---|---|---|
|  |  | Manager regarding Court limitations on rescheduling of oral argument; evening e-mail exchange with all counsel (except Meingast) regarding oral argument; e-mail exchange with Ms. Meingast. |  |
|  | NJF | Review of Appearances filed by Mr. Campbell on behalf of Plaintiffs' counsel; telephone conference with DHF regarding same; email to client regarding same; review of Order Granting Motion to Adjourn Hearing; review of emails regarding same. | 0.25 S |
|  | DAB | Office conference with DHF regarding review of representations made by Plaintiffs' counsel in sanctions briefing; review of file; continued review of briefing regarding same; preparation of memo regarding same. | ▬▬ 2.00 S |
|  | GRG | Research regarding sanctions Motions; review of attorney appearances regarding same; telephone conference with DAB regarding case. | 1.50 S |
| Jul-01-21 | DHF | E-mail exchange with Judge Parker's Case Manager regarding oral argument; review and approval of draft stipulation regarding hearing schedule; review of e-mail messages from NJF, Mr. Campbell, Mr. Paterson, Ms. Meingast and Ms. Gurewitz; telephone conference with NJF regarding stipulation. | 1.00 S |
|  | NJF | Review of email from Case Manager regarding hearing date for Motions for Sanctions; preparation of Stipulated Order regarding same; email to all counsel regarding same; telephone conference with DHF regarding same. | 0.25 S |
| Jul-02-21 | DHF | Office conference with DAB regarding preparation for oral argument; review of e-mail messages regarding draft stipulation to reschedule oral argument; preparation for oral argument. | 1.00 S |
|  | DAB | Office conference with DHF regarding preparation for sanctions hearing; telephone conference with DHF regarding preparation for sanctions hearing; review of file regarding representations made to the Court by Plaintiffs' counsel; preparation of memo | ▬▬ 2.00 S |



|  |  | regarding same; assisting DHF regarding preparation for sanctions hearing. |  |
|---|---|---|---|
|  | GRG | Assistance with preparation for Sanctions Motion; telephone conference and e-mail exchange with DAB regarding same. | 0.75 S |
| Jul-05-21 | DAB | Research regarding Rule 11 sanctions issues; preparation of memo regarding representations made by Plaintiffs' counsel and other issues regarding sanctions hearing. | ▇▇▇ 1.50 S |
| Jul-06-21 | DHF | Preparation for oral argument; review and response to e-mail from Mr. McGlinn regarding non-appearance of his clients at sanctions hearing; e-mail to client. | 1.50 S |
|  | DAB | Office conference with DHF regarding preparation for sanctions hearing; research regarding Rule 11 sanctions issues; preparation of memo regarding representations made by Plaintiffs' counsel and other sanctions issues. | ▇▇▇ 2.00 S |
| Jul-07-21 | DHF | Preparation for oral argument; telephone conference with Ms. Gurewitz; review of Rule 11 letter; e-mail to Ms. Gurewitz; review of Ex Parte Motion for Leave to Appear by Counsel; review of Order denying Motion to Appear Via Counsel; review of e-mail from Case Manager regarding zoom and YouTube link; review of amended order, as submitted to Court. | 3.25 S |
|  | NJF | Telephone conference with DHF regarding preparation for hearing regarding Motions for Sanctions; review of Ex Parte Motion for Leave to Appear Through Counsel; review of Text-Only Order Denying same; review of email from Case Manager regarding revised Stipulated Order; preparation of same; submission of same; email to all counsel regarding same; review of Plaintiffs' Response to Intervenor-Defendant Davis's Request for the Court to Take Judicial Notice. | 1.00 S |
|  | DAB | Research regarding Rule 11 sanctions issues; preparation of memo regarding issues for sanctions hearing. | ▇▇▇ 2.00 S |



| | | | |
|---|---|---|---|
| Jul-08-21 | DHF | Preparation for oral argument; review of Notice of Hearing; ▮▮▮▮▮▮▮▮▮▮▮▮ , review of information regarding attorneys representing ex-President Trump in social media lawsuits. | 4.00 S |
| | NJF | Review of Notice of Hearing Regarding Motion for Sanctions; telephone conference with DHF regarding same; review of Notice of Appearance of Mr. Buchanan on behalf of Emily Newman. | 0.25 S |
| | DAB | Office conference with DHF regarding preparation for sanctions hearing; research regarding same. | 0.75 S |
| | GRG | Telephone conference with DHF regarding Sanctions Motion Hearing. | 0.25 S |
| Jul-09-21 | DHF | Preparation for oral argument; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ office conference with DAB and telephone conference with NJF regarding oral argument. | 2.50 S |
| | NJF | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮ |
| | DAB | Office conference with DHF regarding issues for King sanctions hearing; preparation of memo regarding sanctions hearing issues; preparation of outline of sanctions hearing argument. | 3.50 S |
| | GRG | Assistance with preparation for Sanctions Hearing; drafting of memo regarding same; multiple office conferences and e-mail exchanges with DHF and DAB. | 3.00 S |
| Jul-10-21 | DHF | Preparation for oral argument on sanctions motions; review of all briefs. | 3.50 S |
| Jul-11-21 | DHF | Preparation for oral argument. | 6.00 S |
| | NJF | Assisting DHF with preparation for hearing regarding motions for sanctions; telephone conferences with DHF regarding same; review of all briefs regarding same; research regarding same; email exchange with DHF | 2.00 S |



regarding same.

|  |  |  |  |
|---|---|---|---|
| | DAB | Preparation for sanctions hearing. | 1.00 S |
| Jul-12-21 | DHF | Final preparation for oral argument on sanctions motions; appearance for ███ hearing before Judge Parker; ███ ███████ telephone conference with Mr. Garcia; telephone conference with Ms. Gurewitz; review of notes for supplemental briefing; office conference with NJF regarding same. | ████ 6.00 S |
| | NJF | Assistance with DHF's preparation for hearing regarding Motions for Sanctions; attendance at Zoom hearing regarding Motions for Sanctions; office conference with DHF regarding same; review of Order Regarding Supplemental Briefing; office conference with DHF regarding same. | 4.50 S |
| | DAB | Observation of sanctions hearing to assist with legal issues. | ████ N/C |
| | GRG | Assistance with preparation for Sanctions Hearings; observation of Sanctions Hearing; multiple e-mail exchanges and office conferences with DHF, NJF and DAB regarding same. | ████ N/C |
| Jul-13-21 | DHF | ██████████████████████ ███████ review of Motion for Order to Show Cause, filed by Mr. Davis; ███ | ████ 0.25 S |
| | DAB | Telephone conference with DHF regarding supplemental sanctions brief; telephone conference with GRG regarding same; research regarding same; preparation of memo regarding same. | ████ 4.00 S |
| | GRG | Research regarding supplemental briefing for Sanctions Motions; e-mail exchanges with DHF and DAB regarding same. | 1.50 S |



| | | | |
|---|---|---|---|
| Jul-14-21 | DHF | Review of e-mail exchange with court reporter; review of transcript of Monday's proceedings; ▮▮▮▮▮▮▮ review of issues for Supplemental Brief. | ▮▮▮▮ 1.75 S |
| | NJF | Review of Plaintiffs' Counsel's Emergency Motion to Release Video from Sanctions Hearing; telephone conference with DHF regarding same; review of Opinion and Order Denying same. | 0.25 S |
| | DAB | Research regarding issues regarding supplemental brief; review of hearing transcript regarding same; preparation of memo regarding same. | ▮▮▮▮ 3.50 S |
| | GRG | Research regarding supplemental briefing for Sanctions Motions; e-mail exchanges with DHF and DAB regarding same; telephone conference with DAB regarding same. | 1.75 S |
| Jul-15-21 | DHF | Review of Order to Show Cause; review of scheduling notice regarding Show Cause; review of stipulation and order regarding substitution of counsel for Ms. Newman; review of Ms. Junttila's appearance on OAN; review of transcript and preparation of outline of additional issues for Supplemental Brief. | 3.50 S |
| | NJF | Review of Stipulation and Order of Substitution of Counsel for Emily Newman; telephone conference with DHF regarding same. | 0.25 S |
| | DAB | Review of hearing transcript to identify statements relevant to supplemental brief; research regarding issues for supplemental brief; preparation of memo regarding same; telephone conference with GRG regarding post-hearing statements of Plaintiffs' attorneys. | ▮▮▮▮ 2.75 S |
| | GRG | Research regarding supplemental briefing for Sanctions Hearing; telephone conference with DAB regarding same; emails to DAB regarding same. | 1.00 S |



| | | | |
|---|---|---|---|
| Jul-16-21 | DHF | Preparation of Supplemental Brief; conference call with potential witness with video and audio evidence; review of transcript; conference call with DAB and GRG regarding Supplemental Brief. | 3.00 S |
| | DAB | Review of hearing transcript; research regarding cases cited by Plaintiffs during hearing; telephone conference with DHF and GRG regarding potential supplemental brief issues; preparation of memo regarding issues for supplemental brief; preparation of outline of supplemental brief; telephone conference with GRG regarding factual issues relevant to supplemental brief. | 4.00 S |
| | GRG | Research regarding supplemental briefing for Sanctions Hearing; telephone conference with DHF and DAB regarding same. | 1.00 S |
| Jul-19-21 | DHF | Office conference with GRG and review of recent Telegram postings by Lin Wood referring to DHF; review of media reports regarding sanctions; office conference with DAB regarding draft Supplemental Brief; review of exhibits for Supplemental Brief; online research regarding opposing counsel; review of stipulated substitution of counsel for Lin Wood. | 2.25 S |
| | NJF | Telephone conference with DHF and DAB regarding Supplemental Brief Regarding Sanctions. | 0.25 S |
| | DAB | Office conference with DHF regarding preparation of supplemental brief; preparation of supplemental brief. | 3.25 S |
| | GRG | Research regarding supplemental briefing for Sanctions Hearing; office conference with DHF and DAB regarding same. | 1.00 S |
| Jul-20-21 | DAB | Office conference with DHF regarding preparation of supplemental brief; preparation of supplemental brief; research regarding same. | 2.50 S |
| | GRG | Telephone conference with DAB regarding Supplemental Briefing for Sanctions Hearing; research regarding same. | 0.50 S |



| Jul-21-21 | DHF | Review and revision of Supplemental Brief. | 2.50 S |
| | NJF | Telephone conference with DHF regarding Supplemental Brief Regarding Sanctions. | 0.25 S |
| | DAB | Legal research regarding supplemental brief; office conference with DHF regarding preparation of supplemental sanctions brief; review of Plaintiffs' prior filings regarding same. | 3.00 S |
| | GRG | Review of draft of Supplemental Brief for sanctions hearing; telephone conference with DAB regarding same. | 0.50 S |
| Jul-22-21 | DHF | Review and revision of draft Supplemental Brief; e-mail to NJF and DAB; review of New York transcript of hearing regarding Lin Wood's Pro Hac Vice status; review of transcript of hearing. | 2.50 S |
| | NJF | Telephone conference with DHF regarding Supplemental Brief Regarding Sanctions; review and revision of same; telephone conference with DAB regarding same; research regarding same. | 0.25 S |
| | DAB | Preparation of memo regarding issues to address in supplemental brief; research regarding Lin Wood's involvement in New York defamation case and related PHV issues; review of DHF's edits to supplemental brief; preparation of exhibit regarding same. | 2.50 S |
| Jul-23-21 | NJF | Review of Mr. Wood's Response to Order to Show Cause; review and revision of Supplemental Brief Regarding Sanctions. | 1.00 S |
| | DAB | Review of Lin Wood response to show cause order; telephone conferences with NJF regarding preparation of supplemental brief; telephone conference with GRG regarding preparation of supplemental brief; review of Plaintiffs' counsel's social media posts. | 2.50 S |
| | GRG | Telephone conference with DAB regarding Supplemental Briefing for Sanctions Motion. | 0.25 S |

| | | | |
|---|---|---|---|
| Jul-25-21 | NJF | Review and revision of Supplemental Brief Regarding Sanctions; telephone conference with DHF regarding same. | 1.00 S |
| | DAB | Review and revision of supplemental brief. | 1.00 S |
| Jul-26-21 | DHF | Review and response to e-mail messages from Ms. Lambert Junttila and other counsel; telephone conference with Ms. Lambert Junttila; conference call with Case Manager and Ms. Lambert Junttila; review and revision of draft Supplemental Brief; telephone conferences with DAB and with NJF regarding Supplemental Brief; review of e-mail from Case Manager regarding stipulated order; evening telephone conference with Ms. Lambert Junttila; email exchange with Mr. Campbell regarding Ms. Lambert Junttila's failure to include him in e-mail notification (despite talking to him and obtaining consent). | 2.50 S |
| | NJF | Review and revision of Supplemental Brief Regarding Sanctions; telephone conference with DHF regarding same; telephone conference with DAB regarding same. | 1.25 S |
| | DAB | Office conferences with DHF regarding supplemental sanctions brief; review and revision of supplemental brief; telephone conference with GRG regarding exhibits for supplemental brief; review of hearing transcript and related briefing regarding issues relevant to preparation of supplemental brief. | 2.50 S |
| | GRG | Telephone conference with DAB regarding Supplemental Briefing for Sanctions Motion; review of Supplemental briefs filed by Plaintiffs' attorneys. | 1.00 S |
| Jul-27-21 | DHF | Telephone conference with NJF regarding Motion for Extension; review of Motion for Extension and Order Granting Extension; review of related e-mail messages; review and revision of draft Supplemental Brief; review of exhibits. | 2.00 S |



| | | | |
|---|---|---|---|
| | NJF | Review and revision of Supplemental Brief Regarding Sanctions; preparation of Emergency Motion to Extend Deadline for Filing Supplemental Briefs; email to all counsel regarding same; telephone conference with DHF regarding same; telephone conference with DAB regarding same; final preparation and filing of same; review of Text-Only Order granting same. | 2.00 S |
| | DAB | Preparation of draft Affidavit of KSH to attach to supplemental brief; telephone conferences with NJF regarding preparation of supplemental brief; preparation of supplemental brief; preparation of exhibits for supplemental brief; ▮▮▮▮▮▮▮▮▮ | ▮▮▮ 3.00 S |
| | GRG | Office conference with DAB regarding Supplemental Briefing for Sanctions Motion; emails to DAB regarding same. | 0.75 S |
| Jul-28-21 | DHF | Review and revision of draft Supplemental Brief; office conferences with KSH and DAB regarding affidavit of service; review of revised draft Affidavit; | 5.25 S |
| | NJF | Review and revision of Supplemental Brief Regarding Sanctions; telephone conference with DHF regarding same; telephone conference with DAB regarding same; final preparation and filing of same. | 4.00 S |
| | DAB | Review of Lin Wood supplemental brief; review of Sidney Powell et al supplemental brief; research regarding issues raised in supplemental briefs; ▮▮▮▮▮▮▮▮ office conferences with DHF regarding preparation of supplemental brief; telephone conferences with NJF regarding preparation of supplemental brief; preparation of exhibits for supplemental brief, preparation of supplemental brief. | ▮▮▮ 4.00 S |
| | KSH | Office conference with DHF regarding affidavit of service. | ▮▮ N/C |



| Jul-29-21 | DHF | Review of Supplemental Briefs filed by Powell, Junttila and Campbell; ███████ ███████ | ███ 2.00 S |
| | DAB | Review of Plaintiffs' counsels' supplemental briefs; legal research regarding issues raised in supplemental briefs, preparation of memo regarding responses to supplemental briefs; office conference with DHF and NJF regarding preparation of responses to supplemental briefs. | ███ 4.00 S |
| Aug-02-21 | DHF | Review of briefs; preparation of Response Brief. | 4.00 S |
| | DAB | Preparation of brief in response to supplemental briefs filed by Plaintiffs' counsel. | ███ 3.75 S |
| Aug-03-21 | DHF | Review of Supplemental Briefs; telephone conference with DAB regarding Response Brief issues; office conference with DAB regarding Response Brief issues; telephone conference with NJF regarding Response Brief. | 5.50 S |
| | NJF | Telephone conference with DHF regarding response to supplemental briefs regarding sanctions. | 0.25 S |
| | DAB | Research regarding issues raised in supplemental briefs; telephone conference with DHF regarding issues raised in supplemental briefs; preparation of response to Plaintiffs' counsels' supplemental briefs; research regarding same. | ███ 3.50 S |
| Aug-04-21 | DHF | Review and revision of Response Brief; review of Order Granting Sanctions, entered by Magistrate Judge Neureiter in Colorado US District Court Dominion litigation. | 5.00 S |
| | NJF | Review and revision of Response Brief; final preparation and filing of same. | 0.25 S |
| | DAB | Preparation of response to Plaintiffs' counsels' supplemental briefs; office conferences with DHF regarding same; telephone conferences with DHF and NJF regarding preparation of response to | ███ 2.25 S |



supplemental briefs; preparation of exhibit
for response to supplemental briefs.

| | | | |
|---|---|---|---|
| Aug-05-21 | DHF | Review and response to media inquiries; review of Response Briefs filed by Plaintiffs' counsel. | 2.00 S |
| | NJF | Review of Plaintiffs' counsel's Responses to Supplemental Briefs; telephone conference with DHF regarding same. | 0.25 S |
| | DAB | Review of Plaintiffs' responses to the City's supplemental brief. | 0.50 S |
| Aug-25-21 | DHF | Review of Opinion and Order; response to e-mail messages ████████████ | ████ 1.50 S |
| | NJF | Review of Opinion and Order Regarding Sanctions; telephone conference with DHF regarding same. | 0.25 S |



| Timekeeper | Category | Hours | Rate | Total | Total (Reduced by 10%) |
|---|---|---|---|---|---|
| DHF | D | 38.5 | 325 | 12512.5 | 11261.25 |
| DHF | A | 31.5 | 325 | 10237.5 | 9213.75 |
| DHF | S | 156.25 | 325 | 50781.25 | 45703.125 |
| DGB | D | 50.75 | 325 | 16493.75 | 14844.375 |
| DGB | A | 40.25 | 325 | 13081.25 | 11773.125 |
| DGB | S | 66 | 325 | 21450 | 19305 |
| JLM | D | 7 | 225 | 1575 | 1417.5 |
| JLM | A | 1 | 225 | 225 | 202.5 |
| JLM | S | 3.75 | 225 | 843.75 | 759.375 |
| NJF | D | 21.25 | 325 | 6906.25 | 6215.625 |
| NJF | A | 4.25 | 325 | 1381.25 | 1243.125 |
| NJF | S | 41 | 325 | 13325 | 11992.5 |
| GRG | D | 30.5 | 225 | 6862.5 | 6176.25 |
| GRG | A | 18 | 225 | 4050 | 3645 |
| GRG | S | 99 | 225 | 22275 | 20047.5 |
| PJM | D | 1.25 | 75 | 93.75 | 84.375 |
| PJM | S | 42.5 | 75 | 3187.5 | 2868.75 |
| DAB | S | 76.25 | 225 | 17156.25 | 15440.625 |
| | | | | | |
| | | | | **Category Totals** | |
| | | | | Defense in Trial Court (D) | 39999.375 |
| | | | | Appeal (A) | 26077.5 |
| | | | | Sanctions Proceedings (S) | 116116.875 |