## EXHIBIT INDEX

1 Spreadsheet Comparison of Hours Claimed by City Detroit and State Defendants