**EXHIBIT 1**

| Attorney | | all | trial | appeal | sanctions | total | Attorney | trial | appeal | sanctions | total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | **City of Detroit** | | | | | **State Defendants** | | | |
| DHF | d | 38.5 | 38.5 | | | | HM | 13.55 | | | |
| DHF | a | 31.5 | | 31.5 | | | HM | | 0 | | |
| DHF | s | 156.25 | | | 156.25 | | HM | | | 25 | |
| DGB | d | 50.75 | 50.75 | | | | EG | 15 | | | |
| DGB | a | 40.25 | | 40.25 | | | EG | | 0 | | |
| DGB | s | 66 | | | 66 | | EG | | | 4.25 | |
| JLM | d | 7 | 7 | | | | | | | | |
| JLM | a | 1 | | 1 | | | | | | | |
| JLM | s | 3.75 | | | 3.75 | | | | | | |
| NJF | d | 21.25 | 21.25 | | | | | | | | |
| NJF | a | 4.25 | | 4.25 | | | | | | | |
| NJF | s | 41 | | | 41 | | | | | | |
| GRG | d | 30.5 | 30.5 | | | | | | | | |
| GRG | a | 18 | | 18 | | | | | | | |
| GRG | s | 99 | | | 99 | | | | | | |
| PJM | d | 1.25 | 1.25 | | | | | | | | |
| PJM | s | 42.5 | | | 42.5 | | | | | | |
| DAB | s | 76.25 | | | 76.25 | | | | | | |
| **total hours** | | | 149.25 | 95 | 484.75 | 729 | | 28.55 | 0 | 29.25 | 57.8 |
| **total fee** | | | $ 39,999 | $ 26,077 | $ 116,116 | $ 182,192 | | $ 10,602 | $ - | $ 11,363 | $ 21,965 |

**Detroit hour totals and categories are taken from ECF No. 174-1 at Pg ID 7097.**

**State hour totals and categories are taken from ECF No. 173-2 at Pg ID 7009-7010 and ECF NO. 173-3 at Pg ID 7015-7016.**