UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,

    Defendants,

and

CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY, and ROBERT DAVIS,

    Intervenor-Defendants.

CIVIL CASE NO. 20-13134

Hon. Linda V. Parker

---

**STIPULATED ORDER FOR WITHDRAWAL OF PATRICK K. MCGLINN, ONLY, AS COUNSEL FOR SCOTT HAGERSTROM, JULIA HALLER, BRANDON JOHNSON, HOWARD KLEINHENDLER, SIDNEY POWELL, AND GREGORY ROHL**

The undersigned counsel for Scott Hagerstrom, Julia Haller, Brandon Johnson, Howard Kleinhendler, Sidney Powell, and Gregory Rohl ("clients") stipulate to the withdrawal of Patrick K. McGlinn, only, as counsel of record for them. The Court is further advised that all clients have been communicated with regarding this withdrawal and they consent to it.

IT IS HEREBY ORDERED pursuant to LR 83.25 that Patrick K. McGlinn, only, is deemed to have withdrawn as counsel for Scott Hagerstrom, Julia Haller, Brandon Johnson, Howard Kleinhendler, Sidney Powell, and Gregory Rohl as of the entry of this order.

**IT IS SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 18, 2021

SO STIPULATED:

/s/ Patrick K. McGlinn
Law Office of Susan Leigh Brown, P.C.
37887 W. 12 Mile Rd.
Farmington Hills, MI 48334
(248) 987-4040
pmcglinn@susanlbrownlaw.com

/s/ Donald D. Campbell
Collins Einhorn Farrell, PC
4000 Town Center, 9th Floor
Southfield, MI 48075
(248) 351-5426
donald.campbell@ceflawyers.com