UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,        Civil Case No. 20-13134
                                                  Honorable Linda V. Parker

    Defendants.,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.
_____/

## JUDGMENT

Plaintiffs initiated this action on November 25, 2020. (ECF No. 1.) Their claims were subsequently dismissed either voluntarily (ECF Nos. 86-91) or by leave of Court (ECF No. 149). Defendants and the Intervenor-Defendants filed motions for sanctions. On August 25, 2021, the Court granted the motions filed by Michigan Governor Gretchen Whitmer, Michigan Secretary of State Jocelyn Benson, and the City of Detroit and granted in part and denied in part the motion filed by Robert Davis. (ECF No. 172.) The sanctions awarded included the

reasonable attorneys' fees incurred by Governor Whitmer, Secretary of State Benson, and the City of Detroit. The Court decided on the amount of the fee awards in an Opinion and Order entered today.

Accordingly,

**IT IS ORDERED** that Plaintiffs' counsel, jointly and severally, shall pay attorneys' fees in the amount of $21,964.75 to Defendants Gretchen Whitmer and Jocelyn Benson;

**IT IS FURTHER ORDERED** that Plaintiffs' counsel, jointly and severally, shall pay attorneys' fees in the amount of $153,285.62 to Intervenor-Defendant City of Detroit;

**IT IS FURTHER ORDERED** that this matter is **CLOSED**.

**IT IS SO ORDERED.**

                                                     s/ Linda V. Parker
                                                     LINDA V. PARKER
                                                     U.S. DISTRICT JUDGE

Dated: December 2, 2021