UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**TIMOTHY KING, et al.,**

                  **Plaintiffs,**    Case No: 2: 20-cv-13134

**-v-**                                     Honorable Linda V. Parker

**GRETCHEN WHITMER, in her official
capacity as Governor of the State of Michigan,
et al.**

                  **Defendants,**

**and**

**CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY, and
ROBERT DAVIS,**

                  **Intervenor-Defendants.**

## NOTICE OF APPEAL

Please take notice that Attorney L. Lin Wood appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on December 2, 2021.

                                                     Respectfully submitted,

                                                     /s/Paul J. Stablein
                                                   Paul J. Stablein
                                                   Paul Stablein, PLLC
                                                   380 North Old Woodward

                                                                             Suite 320  
                                                                             Birmingham, MI 48009  
                                                                             (248) 540-1600  
                                                                             PaulStablein@StableinLaw.com

DATED:      December 3, 2021

## **PROOF OF SERVICE**

I, Paul Stablein, certify that the foregoing document(s) was filed and served via the Court's electronic case filing and noticing system (ECF) this 3rd day of December, 2021, which will automatically send notification of such filing to all attorneys and parties of record registered electronically, and, to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

Respectfully submitted,

/s/Paul J. Stablein
Paul Stablein
Attorney for Mr. Wood

DATED: December 3, 2021