UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

           Plaintiff(s),

v.                                                      Case No. 2:20-cv-13134-LVP-RSW
                                                      Hon. Linda V. Parker

, et al.,

           Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202-3988

and all interested parties, by electronic means or first class U.S. mail, on December 3, 2021.

                                                      KINIKIA D. ESSIX, CLERK OF COURT

                                                        By: s/ Tracy A Thompson
                                                             Deputy Clerk

Dated:   December 3, 2021