UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,        Civil Case No. 20-13134

    Defendants.                 Honorable Linda V. Parker

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.

_____

## EMILY NEWMAN'S NOTICE OF APPEAL

Notice is hereby given that Emily Newman appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment entered in this action on December 2, 2021 (ECF No. 180).

2

                    TIMOTHY E. GALLIGAN PLLC

        By:    /s/ Timothy E. Galligan
                Timothy E. Galligan (P51768)
                39 South Main St., Suite 24
                Clarkston, MI 48346
                (248) 241-6179
                galligan@galliganpllc.com
                Attorney for Emily Newman

Dated:  December 6, 2021

## Certificate of Service

The undersigned hereby certifies that on December 6, 2021, a true and correct copy of the forgoing was filed electronically using the CM/ECF system which will send notification of such filing to all attorneys of record.

                /s/Timothy E. Galligan