UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Timothy King, et al.,

Plaintiff(s),

v.                                                        Case No. 2:20−cv−13134−LVP−RSW
                                                          Hon. Linda V. Parker

, et al.,

Defendant(s).

_____


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on December 6, 2021.


KINIKIA D. ESSIX, CLERK OF COURT


By: s/ S Krause_____
Deputy Clerk


Dated:   December 6, 2021