UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, MARIAN SHERIDAN, JOHN HAGGARD, CHARLES RITCHARD, JAMES HOOPER, DAREN RUBINGH,

 Plaintiffs,

vs.

GRETCHEN WHITMER, in her official capacity as the Governor of the State of Michigan, JOCELYN BENSON, in her official capacity as Michigan Secretary of State and the Michigan BOARD OF STATE CANVASSERS,

 Defendants,

and

CITY OF DETROIT, DEMOCRATIC NATIONAL COMMITTEE and MICHIGAN DEMOCRATIC PARTY,

 Intervenor-Defendants.

Case No. 2:20-CV-13134

Hon. Judge Linda V. Parker
Magistrate Mag. R. Steven Whalen

---

## STEFANIE LYNN JUNTILLA'S NOTICE OF APPEAL

Stefanie Lynn Juntilla (Lambert), appearing in pro per, against whom the district court awarded sanctions in the above-captioned case, hereby gives notice of an appeal to the United States Court of Appeals for the Sixth Circuit from the orders

and judgments of the district court imposing sanctions against her and awarding attorneys' fees to the City of Detroit, Gretchen Whitmer and Jocelyn Benson [Docket Nos. 172, 179, and 180] and from all orders subsumed thereunder with respect to said judgment.

The Court entered its final judgment on December 2, 2021 (Docket No. 180), and this notice of appeal is timely filed.

Respectfully submitted,

/s/ Stefanie Lynn Lambert

Stefanie Lynn Junttila (in pro per)
Law Office of Stefanie L. Lambert PLLC
500 Griswold Steeet, Ste 2340
Detroit, MI 48301
(313) 410-6872
Email: attorneystefanielambert@gmail.com

Dated : January 3, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2022, I electronically filed Stefanie Lynn Juntilla's Notice of Appeal with the Clerk of the Court using the ECF system, and that a copy of same was electronically served on all counsel of record via the ECF system and to any counsel not registered to receive electronic copies from the court, by enclosing same in a sealed envelope with first class postage fully prepaid, addressed to the above, and depositing said envelope and its contents in a receptacle for the US Mail.

    Respectfully submitted,

    /s/ Stefanie Lynn Lambert

    Stefanie Lynn Junttila (in pro per)
    Law Office of Stefanie L. Lambert PLLC
    500 Griswold Steeet, Ste 2340
    Detroit, MI 48301
    (313) 410-6872
    Email: attorneystefanielambert@gmail.com