UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Timothy King, et al.,

                Plaintiff(s),

v.                                      Case No. 2:20−cv−13134−LVP−RSW
                                        Hon. Linda V. Parker
STEFANIE LYNN LAMBERT, et al.,

                Defendant(s).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

        United States Court of Appeals for the Sixth Circuit
        Potter Stewart U.S. Courthouse
        100 East Fifth Street, Fifth Floor
        Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on January 4, 2022.

                                        KINIKIA D. ESSIX, CLERK OF COURT

                                        By: s/ N Ahmed
                                             Deputy Clerk

Dated:   January 4, 2022