# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 04, 2022

Mr. Darryl G. Bressack
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Erik A. Grill
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Ms. Stefanie Lynn Junttila
Federal Criminal Attorneys of Michigan
500 Griswold Street
Suite 2340
Detroit, MI 48301

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

        Re:  Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
               Originating Case No. : 2:20-cv-13134

Dear Counsel,

   The Court issued the enclosed Order today in this case.

                                      Sincerely yours,

                                      s/C. Anthony Milton
                                      Case Manager
                                      Direct Dial No. 513-564-7026

cc:  Ms. Kinikia D. Essix

Enclosure

Case No. 22-1010

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

TIMOTHY KING

    Plaintiff

and

STEFANIE LYNN JUNTTILA

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

Upon consideration of the appellant's motion to reinstate the case and the motion to seal the motion to reinstate,

And it appearing that the defaults which led to dismissal of the appeal have been cured,

It is **ORDERED** that the motions be and they hereby are **GRANTED**.

                                           **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: February 04, 2022