No Envelope Attached.

7037387739  PAGE. 1/5

Regarding Civil Case No. 20-13134



FILED
FEB 17 2022
CLERK'S OFFICE
DETROIT

**Regarding Civil Case No. 20-13134:** Judge Linda V. Parker's decision for the sanctioning and disbarment of Attorney Sidney Powell relating to Case No. 20-815, "Timothy King, et al vs. Gretchen Whitmer in her official capacity as Governor of the State of Michigan."

Request reconsideration of the decision to sanction and disbar Attorney Sidney Powell.

RECEIVED
FEB 17 2022
CLERK'S OFFICE
U.S. DISTRICT CT

**Reasons:**
Regarding claim that she "unreasonably and vexatiously multiplied the proceedings..."

Sidney Powell, like any good lawyer, assertively used every method she could to forward her case of election fraud in Michigan. Her purpose was not to harass, nor cause churn nor expense. She was striving to protect the vote of her client and indirectly the vote of half of the US population. Sidney Powell believed the claims that she made, and subsequent evidence has proven her claims to be valid.

**Specific complaint #1**
"1. The absentee voting counts in some counties in Michigan have likely been manipulated by a computer algorithm and at some time after the 2016 election, software was installed that programmed tabulating machines to 'shift a percentage of absentee ballot votes from Trump to Biden."

In August 10-12, 2021, new information was released at the Cybersecurity Symposium in South Dakota demonstrating that the November 2020 election was manipulated by foreign hackers using the vulnerabilities of electronic voting machines that were connected

to the internet. A full 37 terabytes of data from the November 2020 election data were captured. Analysis of the data shows that the 2010 census database was used to inflate voter registration databases using an algorithm.
(4 minute video)
https://rumble.com/vkz461-dr.-doug-frank-on-the-37-terabytes-of-data-that-has-been-reviewed-for-the-c.html

(2 minute video)
https://rumble.com/vkz40h-dr.-doug-frank-details-how-election-databases-can-be-hacked-and-inflated-wi.html

(35 minute video)
https://rumble.com/vkynsx-2010-census-was-used-to-fabricate-and-inflate-the-2020-vote.html


This article describes how votes have been shown to be flipped using the Dominion machines:

"Antrim County Lawsuit Expert: Votes Can Be Flipped" By Wendi Strauch Mahoney - May 5, 2021
https://uncoverdc.com/2021/05/05/antrim-county-lawsuit-expert-votes-can-be-flipped/

"…groundbreaking evidence in the Bailey/DePerno election integrity case was released early Tuesday in an exclusive from One America News (OAN). Constitutional attorney Matthew De Perno alleges he has additional evidence that the machines used in the 2020 election can flip votes. In the Antrim County race, the vote tally for the Presidential race was changed by "5,754 votes between November 3 and November 5," as reported by Patrick Colbeck on Tuesday. There was a "7,060 vote difference between the November 3 and final December 17 tally."

**Specific complaint #2**
"2. Smartmatic and Dominion were founded by foreign oligarchs and dictators to ensure computerized ballot-stuffing and vote manipulation to whatever level was needed to make certain Venezuelan dictator Hugo Chavez never lost another election."

**These articles confirm Attorney Powell's assertion that Smartmatic / Dominion machines were used in Venezuela to manipulate votes:**
"Venezuela election results were manipulated, voting company says"
By Cody Weddle and Patricia Mazzei, Miami Herald, Updated August 02, 2017 11:05 PM
https://www.miamiherald.com/news/nation-world/world/americas/venezuela/article164968042.html

"In a stunning admission that fueled opponents of Venezuelan President Nicolás Maduro, the company that runs the South American country's voting technology said the results of a widely condemned election Sunday had been manipulated."

"The chief executive of Smartmatic, a company founded by Venezuelans specifically to supply voting software for the administration of the late President Hugo Chávez, acknowledged that Sunday's results had been inflated by at least 1 million out of nearly 8.1 million votes."

""It is with the deepest regret that we have to report that the turnout numbers on Sunday, 30 July, for the constituent assembly in Venezuela were tampered with," Antonio Mugica said Wednesday."

"Eyewitness: How Hugo Chavez stole the August 2004 election in Venezuela"
By World Tribune on November 24, 2020

https://www.worldtribune.com/eyewitness-how-hugo-chavez-stole-the-august-2004-election-in-venezuela/

"One of the leading opposition voices against the socialist regime in Venezuela has detailed how dictator Hugo Chavez in 2004 put in place a voting system to rig the country's elections in the socialists' favor."

"In a Nov. 23 interview with ElAmerican.com, Maria Corina Machado, Venezuelan civil rights leader and National Assembly member, described how Chavez used the Smartmatic system, the voting machines startup bought by Dominion Voting Systems."

### Specific complaint #3
"3. The several spikes cast solely for Biden could easily be produced in the Dominion system by preloading batches of blank ballots in files such as Write-Ins, then casting them all for Biden using the Override Procedure (to cast Write-In ballots) that is available to the operator of the system."

**Dominion's Adjudication process is a means by which an administrator can override/change votes. In this video, a woman demonstrates how she pre-loads a batch of ballots into the scanner and proceeds to change the vote selection to Joe Biden.**
(3 minute video)
https://rumble.com/vhha79-adjudication-explained.html

**This article shows that spikes for Biden also occurred after a delivery of ballots that arrived 8 hours after the deadline on election night at the TCF Center. Eyewitnesses' claims are confirmed by video footage.**
"Exclusive: The TCF Center Election Fraud – Newly Discovered Video Shows Late Night Deliveries of Tens of Thousands of Illegal Ballots 8 Hours After Deadline" By Jim Hoft

Published February 5, 2021 at 7:20am
https://www.thegatewaypundit.com/2021/02/exclusive-tcf-center-election-fraud-newly-recovered-video-shows-late-night-deliveries-tens-thousands-illegal-ballots-michigan-arena/

"On Tuesday, November 3rd President Trump was ahead of Joe Biden in the swing state of Michigan by over 100,000 votes. This appeared to be another solid win for President Trump in Michigan with a greater margin than his 2016 victory. The ballot counting in Detroit, Michigan on election night took place at the TCF Center, formerly known as Cobo Hall."

"This is the site where Detroit City Officials put cardboard over the windows to prevent the GOP observers from seeing in, where poll workers were militantly hostile to the GOP observers, and where hundreds of affidavits by election observers claim they witnessed voter fraud."

"At least three election observers testified in sworn affidavits that they witnessed vehicles delivering fraudulent ballots to the TCF Center early in the morning on November 4th."

**In conclusion, evidence supports Attorney Sidney Powell's claims in the Case No. 20-815, "Timothy King, et al vs. Gretchen Whitmer in her official capacity as Governor of the State of Michigan." Attorney Powell pursued her case aggressively, which is to be expected considering the circumstances of the case.**

**Considering the evidence, Attorney Sidney Powell does not deserve to be sanctioned nor disbarred.**

**Please reconsider your opinion in Civil Case No. 20-13134. Thank you.**

Sincerely,
Maria Cunningham, oremus7@verizon.net