UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

        Plaintiff,

v.                                    Case No. 20-13134
                                    Honorable Linda V. Parker

GRETCHEN WHITMER, et al.,

        Defendant.
_____/

## ORDER STRIKING REQUEST (ECF No. 191)

On February 17, 2022, a REQUEST (Letter) was entered on the docket by a non-party to this case.

**IT IS ORDERED** that the REQUEST [ECF No. 191] is **STRICKEN**.

                                      s/ Linda V. Parker
                                      LINDA V. PARKER
                                      U.S. DISTRICT JUDGE

Dated: February 18, 2022