IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

```
-----------------------------------------------x
TIMOTHY KING, et al,                            )
                                                )    20-cv-13134-LVP-RSW
              Plaintiffs,                       )
                                                )
                                                )
     v.                                         )
                                                )    AFFIDAVIT OF
                                                )    HOWARD KLEINHENDLER
GRETCHEN WHITMER, et al,                        )
                                                )
              Defendants.                       )
-----------------------------------------------x


STATE OF NEW YORK        )
                             SS:
COUNTY OF NEW YORK       )
```

HOWARD KLEINHENDLER, under the penalty of perjury, hereby states:

1. Pursuant to this Court's Order, dated August 25, 2021 [ECF 172], and Judgment dated December 2, 2021 [ECF 180], I confirm that I have completed at least twelve hours of continuing legal education in the subjects of pleading standards (at least six hours) and election law (at least six hours).

2. The pleading standard courses, their content and length are set forth in Exhibit A. (*The Fundamentals of Pleading and Practice in State and Federal Court*; *An Introduction to § 1983 Civil Rights Pleading Practice*; *Introduction to*

*Litigation*; *Advanced Drafting of Complaints and Answers*; *Pleadings & Motions*; *Civil Practice & Examples*.)

3. The election law courses, their content and length are set forth in Exhibit B. (*Vote by Mail, Early Voting and Digitized Election Administration*; *Gender Parity in the Election Process*; *Hacking Elections, Cyber Threats, Vulnerabilities, and The Way Forward*; *Election Law*.)

4. I have personally paid for all of these courses.

5. Nothing contained herein shall constitute a waiver of matters under appeal from this Court to the United States Court of Appeals for the Sixth Circuit per the appeal dated December 3, 2021 [ECF 182].

6. My attorney in this matter is Donald Campbell, Esq., of Collins Einhorn PC, 4000 Town Center, 9th Floor, Southfield, MI 48075. His telephone number is (248) 351-5426 and his Email is: Donald.Campbell@ceflawyers.com.

_____
Howard Kleinhendler

Sworn to before me this
24th day of February, 2022

_____
Notary Public

ERIC C. ZABICKI
Notary Public, State of New York
No. 02ZA6078736
Qualified in New York County
Commission Expires August 5, 20 22