UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al,

        Plaintiffs,                    20-cv-13134-LVP-RSW

v.

GRETCHEN WHITMER, et al,

        Defendants.

**INDEX OF EXHIBITS TO**
**AFFIDAVIT OF HOWARD KLEINHENDLER**

EXHIBIT A      Pleading standard courses

EXHIBIT B      Election law courses