# EXHIBIT B

🖨 Print Certificate                                                                 Close Window  X

## New Jersey Continuing Legal Education Certificate of Attendance

This certificate is issued under Rule 1:42 and BCLE Reg. 301:8 of the Board on Continuing Legal Education.

**Title of Program:** Vote by Mail, Early Voting and Digitized Election Administration
**Date(s) of attendance:** 1/16/2022  **Location (City/State):** Online at www.clecenter.com

**Format:**
☐ Traditional live classroom format                    ☐ CD           ☐ Webinar
☐ Teleconference/Videoconference                       ☐ DVD          ☑ Other: online/ondemand
☐ Simulcast                                            ☐ Audio/Videotape

**This program has been approved for:**

2.40  General
Including  0  Ethics credits
**This course also qualifies for certification credit for:**
☐ Civil trial law   ☐ Criminal trial law   ☐ Matrimonial law   ☐ Municipal Court Law   ☐ Workers' compensation law

**Attorneys: Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.**

**Name of Attorney:** Howard Kleinhendler
**Signature:** /s/ H. Kleinhendler            **Attorney ID#(if applicable):** 028181994

**Credit for Faculty Participation**
☐ Speaker                                              ☐ Moderator
☐ Panel member                                         ☐ _____ Others

**Providers: By issuing this certificate, you verify that the attorney named above completed this program.**
**Provider:** Law.com CLE Center- A Division of ALM Media LLC  120 Broadway 6th floor. New York, NY 10271  (800) 348-0466

**Acknowledged by:** Law.com CLE Center- A Division of ALM Media LLC
(Provider Representative Signature)

HOME (/) / CLASSROOM

# Vote by Mail, Early Voting and Digitized Election Administration

**Need Help?**   Save and Close (/userprograms/active/)   View Certificate (/certificate/5853)

0:00

Having trouble viewing this course? Click here to refresh!

cc

**Progress**

100%

**My Courses**   View all (/userprograms/active/)

We use cookies to optimize the experience on our website. By continuing to use our website, you are agreeing to our use of cookies.   OK

Live Chat

Course Details    Library    Panelists    Ask Expert

## Agenda

- Early Voting in America
    - A Typology of Early Voting Law and Procedures
    - Three Periods of Reform
    - Early voting Today: Wide Public Usage and Support
- Digitized Election Administration
    - Introduction
    - Election Administration and the Digital Revolution
    - State and Federal Efforts to Ensure the Reliability and Security
- Conclusion

**Runtime:** 2 hours

**Recorded:** July 21, 2020

Please **CLICK HERE** (/customerservice/techfaqs)if you are experiencing technical issues with your CLE Courses.

To resume progress from your last viewed point, please drag the cursor in the media player forward until it halts. If you experience any issues or are unable to resume from your last viewed point in the program, please contact a CLE counselor at (800) 348-0466.

We use cookies to optimize the experience on our website. By continuing to use our website, you are agreeing to our use of cookies.    OK

Live Chat

🖨 **Print Certificate**                                          Close Window  X

## New Jersey Continuing Legal Education Certificate of Attendance

This certificate is issued under Rule 1:42 and BCLE Reg. 301:8 of the Board on Continuing Legal Education.

**Title of Program:**  Gender Parity in the Electoral Process
**Date(s) of attendance:**  1/16/2022  **Location (City/State):** Online at www.clecenter.com

**Format:**

☐ Traditional live classroom format                    ☐ CD          ☐ Webinar

☐ Teleconference/Videoconference                  ☐ DVD         ☑ Other: online/ondemand
☐ Simulcast                                                              ☐ Audio/Videotape

**This program has been approved for:**

1.20 General
including  0  Ethics credits
**This course also qualifies for certification credit for:**
☐ Civil trial law   ☐ Criminal trial law   ☐ Matrimonial law   ☐ Municipal Court Law   ☐ Workers' compensation law
Attorneys: Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:**  Howard Kleinhendler
**Signature:** _/s/ Howard Kleinhendler_                **Attorney ID#(if applicable):** 028181994

**Credit for Faculty Participation**
☐ Speaker                                                              ☐ Moderator
☐ Panel member                                                   ☐ _____ Others

Providers: By issuing this certificate, you verify that the attorney named above completed this program.
**Provider:** Law.com CLE Center- A Division of ALM Media LLC   120 Broadway 6th floor. New York, NY 10271   (800) 348-0466

Acknowledged by: Law.com CLE Center- A Division of ALM Media LLC
(Provider Representative Signature)

Course Details    Library    Panelists    Ask Expert

## Agenda

- Examine the representation of women in elective office
- Study how campaign finance and other election-related laws impact gender parity in the electoral process
- Identify potential changes in the law that the ABA may pursue through recommendations, resolutions or guidelines
- Provide resources for lawyers interested in more involvement

**Runtime:** 1 hour, 2 minutes

**Recorded:** August 24, 2020

Please **CLICK HERE** (/customerservice/techfaqs)if you are experiencing technical issues with your CLE Courses.

To resume progress from your last viewed point, please drag the cursor in the media player forward until it halts. If you experience any issues or are unable to resume from your last viewed point in the program, please contact a CLE counselor at (800) 348-0466.

**AZ, DE, LA, IN, NE, NJ, NY, OH, PA, SC, TN, and RI attorneys:**

This CLE program contains one or more verification code(s) within the media. To verify your attendance, you must:

1. Write this code down exactly as it appears in the program.
2. When prompted for the code to earn your certificate, enter the code that appeared in the program.
3. Click "View Certificate" at any time to access your CLE certificate.
4. If you do not access the certificate immediately upon completion of the program, you may at any time return to CLECenter.com, go to My Account and click Completed Programs where you will be prompted to enter the code to view your certificate.
5. If you missed the code at any point, replay the program until you see the code appear,

We use cookies to optimize the experience on our website. By continuing to use our website, you are agreeing to our use of cookies.    OK

Live Chat

Print Certificate      Close Window X

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

**Howard Kleinhendler**
▲ Name of Attorney

**Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward**
▲ Title of Program

**1/16/2022**
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

**Online at www.clecenter.com**
▲ Location of Program (City, State)
☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

○ 1. Traditional Live Classroom Format
○ 2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)
○ 3. Questions Allowed During Program (Synchronous Interactivity)
○ 4. Questions Not Allowed During Program

⦿ 5. On-Demand/Recorded (Audio/Video)
○ 6. Other (Describe) [_____]

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or

⦿ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)
The **content** of the course is appropriate for:

○ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| 1.50 | Areas of Professional Practice |

For Experienced Attorneys Only:

| N/A | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker    ○ Panel member
○ Moderator    ○ Law Competition faculty

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| N/A | Areas of Professional Practice |
| N/A | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

**CLECenter.com**
▲ Provider Organization

**150 E 42nd St,Mezzanine, New York, NY 10017**
▲ Address

**800-348-0466**
▲ Telephone

**Juan Gomez**
▲ Provider Agent Name

*Juan Gomez*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

⊙ ONLY experienced attorneys (nontransitional), or

○ ONLY newly admitted attorneys (transitional)

⊙ has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as: N/A
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

**Course Details**     Library     Panelists     Ask Expert

## Agenda

- Cybersecurity Overview
- Foreign Interference
- Election Ecosystem
- Cascading Effects
- Changing Nature of Threats and Adversary Thinking
- Election System Reforms
- Conclusions
- Q & A

Runtime: 1 hour and 34 minutes

Recorded: March 18, 2019

Please **CLICK HERE** (/customerservice/techfaqs)if you are experiencing technical issues with your CLE Courses.

To resume progress from your last viewed point, please drag the cursor in the media player forward until it halts. If you experience any issues or are unable to resume from your last viewed point in the program, please contact a CLE counselor at (800) 348-0466.

We use cookies to optimize the experience on our website. By continuing to use our website, you are agreeing to our use of cookies. OK

Live Chat

Save Form    Print Form    Clear Form

# New Jersey Continuing Legal Education
## Certificate of Attendance

This certificate is issued under *Rule* 1:42 and *BCLE Reg.* 301:8 of the Board on Continuing Legal Education.

**Title of Program:** Election Law

**Date:** 01/18/2022    **Location:** online

**Format:** (please check)
- ☐ Traditional live classroom setting
- ☐ Teleconference/Videoconference
- ☐ Simulcast
- ☐ CD
- ☐ DVD
- ☐ Audio/Videotape
- ☐ Webinar
- ■ Other: INTERNET COMPUTER

All credits are calculated on a 50-minute hour.
**Credit for Attendance:** Total __1.50__ as indicated below:

- __1.50__ General credits (excluding Ethics)
- __0.00__ Ethics credits (exclusive of Diversity/Inclusion/Elimination of Bias)
- __0.00__ Diversity/Inclusion/Elimination of Bias credits

**Additional Credit for Faculty Participation:** Total _____ as indicated below:

☐ Speaker    ☐ Panel Member    ☐ Moderator    ☐ Other _____

_____ Additional General credits for faculty participation (excluding Ethics)
_____ Additional Ethics credits for faculty participation (exclusive of Diversity/Inclusion/Elimination of Bias
_____ Additional Diversity/Inclusion/Elimination of Bias credits for faculty participation

**This program has been approved for New Jersey Newly Admitted Attorney Credits:**

_____ credits in NJ Basic Estate Administration
_____ credits in NJ Basic Estate Planning
_____ credits in NJ Civil or Criminal Trial Preparation
_____ credits in NJ Family Law Practice
_____ credits in NJ Real Estate Closing Procedures
_____ credits in NJ Trust and Business Accounting
_____ credits in NJ Landlord/Tenant Practice
_____ credits in NJ Municipal Court Practice
_____ credits in NJ Law Office Management

Attorneys: Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:** Howard Kleinhendler

**Signature:** /s/ Howard Kleinhendler    **Attorney ID #:** 028818/1994

Providers: By issuing this certificate, you verify that the attorney named above completed this program.

**Provider:** Garden State CLE (Robert Ramsey, Instructor)

**Acknowledged by:** _____
(Provider Representative Signature)

Revised: 11/2020, CN 11388    page 1 of 1

ELECTION LAW: So you want to be a New Jersey election law attorney?

I. Presenters

    A. Robert Ramsey, Esquire, Garden State CLE Senior Instructor

    B. Robert D. Herman, Esquire, Certified Criminal Trial Attorney

        1. Extensive Campaign Experience

        2. Represents Atlantic County Democratic Committee

II. Public Policy- The public must have absolute confidence in the legitimacy and accuracy of the election process.

III. Terms, Definitions and Miscellaneous Issues

    A. Franchise- The right to vote.

        1. New Jersey Voter Registration Requirements

            a. U.S. Citizen.

            b. At least 17 years old to register, but must be 18 to vote.

            c. County resident for 30 days before the election.

            d. A person not serving a sentence of incarceration as a result of a conviction for any indictable offense under the laws of this or another state, or of the United States. Accordingly, people on probation and parole are eligible to vote.

        2. Residency Issues

            a. If more than one residence, vote where the majority of time is spent. Voting in both locations will result in criminal charges.

            b. If the same or more time is spent in another state, but the voter considers himself/herself a New Jersey resident, look at factors such as real estate taxes, driver's license, family ties, etc.

        3. Residency Issues- Procedure

            a. If the residency issue is raised pre-election, a provisional ballot is used.

            b. If it is raised post-election, a complaint is filed.

            c. On election day, the issue is addressed by one of the on-call superior court judges.

B. Canvass- The acts of collecting and processing the ballots.

C. Vote by Mail- In New Jersey, a vote by mail is the same as an absentee vote; the terms are interchangeable. Voting by mail was established in New Jersey in response to the COVID-19 pandemic. Prior to the pandemic, several western states were already allowing votes by mail.

D. Ballot- A diminutive ball, *i.e.*, a little ball used in giving votes.

E. Tally- Total votes (noun); accumulating or checking the number of votes for a candidate or issue and coming up with a total (verb).

F. Active v. Inactive Voter

> 1. Unlike an active voter, an inactive voter has not voted in a certain number of elections, which is generally two successive federal elections.
>
> 2. An inactive voter may still vote. He/she simply needs to confirm his/her address at the polling station by use of a form containing an affirmation. If there is a dispute, the ballot is provisional.

G. Number and Locations of Polling Stations- The number and locations of polling stations are determined by each County Board of Elections. In 2020, in consideration of the anticipated increase in voting by mail, a statutory requirement mandating that only 50% of the existing polling stations be maintained was enacted.

H. Challengers- Representatives of the political parties with challenger credentials. Challengers are relied upon by the attorneys to establish whether there are any issues with a particular polling station. Examples of issues (challenges) include, but are not limited to, electioneering and improper behavior by poll workers.

I. Electioneering- When a politician or campaign worker takes part actively and energetically in the activities of a campaign in the polling place, or within 100 feet of its entrance, unless the activity occurs on private property. Election law attorneys, who represent a party/candidate, look for electioneering.

J. Ballot Cure Act- Established in August, 2020 to modify and establish vote by mail procedures.

K. County Superintendent of Elections

> 1. Appointed by the governor to a five-year term.
>
> 2. Principal duty is to ensure the integrity of the vote.
>
> 3. Additional Responsibilities

> a. Maintains ballot security, *i.e.*, makes sure no one has access to ballots received.
>
> b. Investigates election issues.
>
> c. Canvasses.
>
> d. Controls the polling machines.

L. Responsibilities of County Clerk

> 1. Handles registration materials.
>
> 2. Processes vote by mail requests.
>
> 3. Oversees voters' movements from inactive to active status.
>
> 4. Ensures that the ballot is printed correctly.

M. Role of Municipal Court Clerk- Works with the County Board of Elections to designate polling stations.

N. Responsibilities of the County Board of Elections

> 1. Responsible for poll workers and their training.
>
> 2. Staffed by representatives of both major political parties.
>
> 3. Responsible for the unofficial tally. (A tally is not official until certified by the County Clerk.)

O. Voter Assistance- Statutory requirement that voters be provided assistance for physical disabilities, language deficiencies, difficulties in understanding the election process, etc.

P. Are children permitted to be in the voting booth? Children are allowed in the voting booth, but they are not permitted to push the buttons.

Q. Clean Voter- A clean voter is a properly registered voter.

R. Is ID required at the polling place? Identification is only required if the voter did not previously submit his/her driver's license number or the last four digits of his/her social security number and/or the State cannot trace the voter.

S. To what extent is the election law attorney involved when the vote is very close? The attorney may file a petition for a recount.

T. Electoral College

> 1. A vote cast for a presidential candidate is not a direct vote. Rather, the vote is cast for a slate of electors from the Electoral College.

   2. The number of electors for each state is equal to its total number of Senators and Representatives in Congress. Accordingly, the Electoral College is made up of 538 electors. (435 for the House, 100 for the Senate, and 3 for the District of Columbia.) To win the presidency, a candidate must secure a simple majority of 270 votes.

IV. Best way to prepare for a career as an election attorney is to read the primer on Election Law published by the State of New Jersey.

V. Rules for Election Attorneys

  A. Election days are very long. The attorneys must have the requisite stamina.

  B. Must maintain professional and courteous relationships with adversaries. Good idea to reach out to adversary 30 days or so prior to the election.

  C. Attitude toward voters and the public should be one of politeness, consideration, and courtesy.

  D. On Election Day, attorneys must expect unpredictability.

VI. Contact Information- For questions about this lecture or election law in general, Mr. Herman may be reached at rdhesq1@msn.com.