UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,     Civil Case No. 20-13134

    Defendants.     Honorable Linda V. Parker

and

CITY OF DETROIT, DEMOCRATIC
NATIONAL COMMITTEE and
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.

---

### AFFIDAVIT OF EMILY P. NEWMAN

The assertions contained in this affidavit are based on my personal knowledge and to which I could testify if called to do so.

1. To satisfy the requirement of this Court's August 25, 2021 Opinion regarding continuing legal education, I attended the following classes in their entirety for the hours noted:

Pleading Standards:

| Date | Class Title | Provider | Hours |
|---|---|---|---|
| 02/19/22 | Front Loading the Litigation: The Keys to Pretrial Advocacy | National Academy of Continuing Legal Education | 1.5 |
| 02/20/22 | The Fundamentals of Pleading Practice in State and Federal Court | National Academy of Continuing Legal Education | 1 |
| 02/23/22 | Affirmative Defenses Under Twombly and Iqbal: Complying With Higher Pleading Standards in Recent Cases | Strafford | 1.25 |
| 02/24/22 | Pleading Standards, Affirmative Defenses and Motions to Dismiss in Federal Court | Strafford | 1.5 |
| 02/24/22 | An Introduction to Section 1983 Civil Rights Pleading Practice | Lawline | 1 |

Election Law:

| Date | Class Title | Provider | Hours |
|---|---|---|---|
| 02/18/22 | Voting Rights In The United States From Inception To The Present | National Academy of Continuing Legal Education | 1.5 |
| 02/20/22 | The Voting Rights Act of 1965: A Cornerstone of Equal Rights for All Americans | National Academy of Continuing Legal Education | 1.25 |
| 02/20/22 | Political Law Updates During the COVID Crisis | Lawline | 1 |
| 02/20/22 | Voting Rights Litigation Today: Strategies for Moving from Voter Suppression to Election Protection | Lawline | 1 |
| 02/20/22 | Election Protection for Attorneys: How to Help Voters in 2020 | Lawline | 1.25 |

2. My attendance was via on-demand videos (online and downloaded). A description of the content of each class is found in Exhibit 1. Each class was paid for at my expense, and each provider is non-partisan.

I make this affidavit under penalty of perjury.

_____
Emily P. Newman

STATE OF FLORIDA )
COUNTY OF SARASOTA )

The foregoing instrument was acknowledged before me this 24 day of February, 2022 by Emily P. Newman.


Subscribed and sworn to before me on 24 FEBRUARY 2022.
Lisa Phillips, Notary Public
County of SARASOTA State of FLORIDA
My Commission expires 10/06/2022

Notary Public State of Florida
Lisa Phillips
My Commission GG 920017
Expires 10/06/2023

3