## Index of Exhibits

1	Course descriptions