# EXHIBIT A

# New Jersey Continuing Legal Education
# Certificate of Attendance

This certificate is issued under *Rule* 1:42 and *BCLE Reg.* 301:8 of the Board on Continuing Legal Education.

**Title of Program:** The Fundamentals of Pleading Practice in State and Federal Court

**Date:** Saturday, February 19, 2022      **Location:** Not Applicable

**Format:** (please check)

- ☐ Traditional live classroom setting
- ☐ Teleconference/Videoconference
- ☐ Simulcast
- ☐ CD
- ☐ DVD
- ☐ Audio/Videotape
- ☐ Webinar
- ■ Other: Online Video

**All credits are calculated on a 50-minute hour.**
**Credit for Attendance: Total __1.2__ as indicated below:**

- __1.2__ General credits (excluding Ethics)
- _____ Ethics credits (exclusive of Diversity/Inclusion/Elimination of Bias)
- _____ Diversity/Inclusion/Elimination of Bias credits

**Additional Credit for Faculty Participation: Total __0.00__ as indicated below:**

☐ Speaker   ☐ Panel Member   ☐ Moderator   ☐ Other _____

- _____ Additional General credits for faculty participation (excluding Ethics)
- _____ Additional Ethics credits for faculty participation (exclusive of Diversity/Inclusion/Elimination of Bias)
- _____ Additional Diversity/Inclusion/Elimination of Bias credits for faculty participation

**This program has been approved for New Jersey Newly Admitted Attorney Credits:**

- _____ credits in NJ Basic Estate Administration
- _____ credits in NJ Basic Estate Planning
- _____ credits in NJ Civil or Criminal Trial Preparation
- _____ credits in NJ Family Law Practice
- _____ credits in NJ Real Estate Closing Procedures
- _____ credits in NJ Trust and Business Accounting
- _____ credits in NJ Landlord/Tenant Practice
- _____ credits in NJ Municipal Court Practice
- _____ credits in NJ Law Office Management

**Attorneys:** Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:** Julia Haller

**Signature:** *[signature]*      **Attorney ID #:** 039471996

**Providers:** By issuing this certificate, you verify that the attorney named above completed this program.

**Provider:** National Academy of Continuing Legal Education

**Acknowledged by:** *[signature]*
*(Provider Representative Signature)*

Revised: 11/2020, CN 11388                                            page 1 of 1

# UNIFORM CERTIFICATE OF ATTENDANCE
## ON-DEMAND

Within 30 days of the activity, this certificate shall be filed with the appropriate MCLE Board(s) or Commission(s)

Sponsor: **District of Columbia Bar**

Activity Title: **Developing Your Case: The Who, What, When, Why and How - 2021 Government Law Institute**

Date: __2/23/2022__

Location: ONLINE/WEBINAR/WEBCAST

Activity Number: _____
(for those states designating seminar numbers)

This program has been approved for a total of __1.5__ CLE credit hours based on a 60-minute hour

__1.5__ CLE credit hours based on a 50-minute hour

Of this total __0.0__ CLE credit hour(s) of this program is/are devoted to instruction in ethics/professionalism *(Based on 60-Min.Hr.)*

__0.0__ CLE credit hour(s) of this program is/are devoted to instruction in ethics/professionalism *(Based on 50-Min.Hr.)*

**Reminder: Introductory remarks, keynote addresses, business meetings, breaks, receptions, etc. are not to be included in the computation of credit.**

## TO BE COMPLETED BY ATTORNEY

By signing below, I certify that I attended the activity described above and am entitled to claim __1.5__ CLE credit hours, including __0__ Ethics credits.

__Julia Z. Haller__
Attorney Name (Print)

Signature: /s/ Haller

Date: 02/24/2022

**Supreme Court Number REQUIRED**

** Note: If you are required to report to more than one state, please complete a form for each state. **

_____
State where credits are to be registered

When Required, Complete the Following:

Acknowledged By:

__Theresa Inniss__
Sponsor Representative

# New Jersey Continuing Legal Education
## Certificate of Attendance

This certificate is issued under *Rule* 1:42 and *BCLE Reg.* 301:8 of the Board on Continuing Legal Education.

**Title of Program:** Judicial Review of Agency Decision Making 2022

**Date:** February 8, 2022      **Location:** Online

**Format:** (please check)
- ☐ Traditional live classroom setting
- ☐ Teleconference/Videoconference
- ☐ Simulcast
- ☐ CD
- ☐ DVD
- ☐ Audio/Videotape
- ■ Webinar
- ☐ Other: _____

**All credits are calculated on a 50-minute hour.**
**Credit for Attendance: Total** __3.60__ **as indicated below:**

- __3.60__ General credits (excluding Ethics)
- __0.00__ Ethics credits (exclusive of Diversity/Inclusion/Elimination of Bias)
- __0.00__ Diversity/Inclusion/Elimination of Bias credits

**Additional Credit for Faculty Participation: Total** __0.00__ **as indicated below:**

☐ Speaker    ☐ Panel Member    ☐ Moderator    ☐ Other _____

- _____ Additional General credits for faculty participation (excluding Ethics)
- _____ Additional Ethics credits for faculty participation (exclusive of Diversity/Inclusion/Elimination of Bias
- _____ Additional Diversity/Inclusion/Elimination of Bias credits for faculty participation

**This program has been approved for New Jersey Newly Admitted Attorney Credits:**

- __0.00__ credits in NJ Basic Estate Administration
- __0.00__ credits in NJ Basic Estate Planning
- __0.00__ credits in NJ Civil or Criminal Trial Preparation
- __0.00__ credits in NJ Family Law Practice
- __0.00__ credits in NJ Real Estate Closing Procedures
- __0.00__ credits in NJ Trust and Business Accounting
- __0.00__ credits in NJ Landlord/Tenant Practice
- __0.00__ credits in NJ Municipal Court Practice
- __0.00__ credits in NJ Law Office Management

**Attorneys:** Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:** Julia Haller

**Signature:** JZHALLER    *[signature]*    **Attorney ID #:** 039471996

**Providers:** By issuing this certificate, you verify that the attorney named above completed this program.

**Provider:** District of Columbia Bar

**Acknowledged by:** *Theresa Inniss*
*(Provider Representative Signature)*

Revised: 11/2020, CN 11388                                        page 1 of 1

# New Jersey Continuing Legal Education
# Certificate of Attendance

This certificate is issued under *Rule* 1:42 and *BCLE Reg.* 301:8 of the Board on Continuing Legal Education.

**Title of Program:** Election Crimes

**Date:** February 9, 2022    **Location:** Online

**Format:** (please check)
- ☐ Traditional live classroom setting
- ☐ Teleconference/Videoconference
- ☐ Simulcast
- ☐ CD
- ☐ DVD
- ☐ Audio/Videotape
- ☒ Webinar
- ☐ Other:

**All credits are calculated on a 50-minute hour.**
**Credit for Attendance: Total** __1.20__ **as indicated below:**

- __1.20__ General credits (excluding Ethics)
- __0.00__ Ethics credits (exclusive of Diversity/Inclusion/Elimination of Bias)
- __0.00__ Diversity/Inclusion/Elimination of Bias credits

**Additional Credit for Faculty Participation: Total** __0.00__ **as indicated below:**

☐ Speaker    ☐ Panel Member    ☐ Moderator    ☐ Other _____

- _____ Additional General credits for faculty participation (excluding Ethics)
- _____ Additional Ethics credits for faculty participation (exclusive of Diversity/Inclusion/Elimination of Bias
- _____ Additional Diversity/Inclusion/Elimination of Bias credits for faculty participation

**This program has been approved for New Jersey Newly Admitted Attorney Credits:**

- __0.00__ credits in NJ Basic Estate Administration
- __0.00__ credits in NJ Basic Estate Planning
- __0.00__ credits in NJ Civil or Criminal Trial Preparation
- __0.00__ credits in NJ Family Law Practice
- __0.00__ credits in NJ Real Estate Closing Procedures
- __0.00__ credits in NJ Trust and Business Accounting
- __0.00__ credits in NJ Landlord/Tenant Practice
- __0.00__ credits in NJ Municipal Court Practice
- __0.00__ credits in NJ Law Office Management

**Attorneys:** Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:** Julia Haller

**Signature:** *[signature: J Haller]*    **Attorney ID #:** 039471996

**Providers:** By issuing this certificate, you verify that the attorney named above completed this program.

**Provider:** District of Columbia Bar

**Acknowledged by:** *[signature: Theresa Inniss]*
*(Provider Representative Signature)*

Revised: 11/2020, CN 11388    page 1 of 1

Print Certificate     Close Window X

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

**Name of Attorney:** Juli Haller

**Title of Program:** Vote by Mail, Early Voting and Digitized Election Administration

**Date(s) of Attendance:** 2/22/2022

**Location of Program (City, State):** Online at www.clecenter.com

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

○ 1. Traditional Live Classroom Format
○ 2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

○ 3. Questions Allowed During Program (Synchronous Interactivity)
○ 4. Questions Not Allowed During Program

◉ 5. On-Demand/Recorded (Audio/Video)
○ 6. Other (Describe) _____

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or

◉ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

○ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

◉ ONLY experienced attorneys (nontransitional), or

○ ONLY newly admitted attorneys (transitional)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| 2.50 | Areas of Professional Practice |

For Experienced Attorneys Only:

| N/A | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker    ○ Panel member
○ Moderator    ○ Law Competition faculty

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| N/A | Areas of Professional Practice |
| N/A | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

**Provider Organization:** CLECenter.com

**Address:** 150 E 42nd St, Mezzanine, New York, NY 10017

**Telephone:** 800-348-0466

**Provider Agent Name:** Juan Gomez

**Provider Agent Signature:** *Juan Gomez*

The CLE Provider: (Check only one)

◉ has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as: N/A

**Course Number**

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

Print Certificate                    Close Window X



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Juli Haller
▲ Name of Attorney

Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward
▲ Title of Program

2/23/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

Online at www.clecenter.com
▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

○ 1. Traditional Live Classroom Format
○ 2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

○ 3. Questions Allowed During Program (Synchronous Interactivity)
○ 4. Questions Not Allowed During Program

● 5. On-Demand/Recorded (Audio/Video)
○ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or

● Individual/Self-Study (Including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

○ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

● ONLY experienced attorneys (nontransitional), or

○ ONLY newly admitted attorneys (transitional)

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| 1.50 | Areas of Professional Practice |

For Experienced Attorneys Only:

| N/A | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker    ○ Panel member
○ Moderator  ○ Law Competition faculty

| N/A | Ethics and Professionalism |
| N/A | Skills |
| N/A | Law Practice Management |
| N/A | Areas of Professional Practice |
| N/A | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

CLECenter.com
▲ Provider Organization

150 E 42nd St, Mezzanine, New York, NY 10017
▲ Address

800-348-0466
▲ Telephone

Juan Gomez
▲ Provider Agent Name

*Juan Gomez*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as: N/A
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

# New Jersey Continuing Legal Education
## Certificate of Attendance

This certificate is issued under *Rule* 1:42 and *BCLE Reg.* 301:8 of the Board on Continuing Legal Education.

**Title of Program:** Supreme Court Review and Preview 2021
**Date:** September 22, 2021  **Location:** Online

**Format:** (please check)
- ☐ Traditional live classroom setting
- ☐ Teleconference/Videoconference
- ☐ Simulcast
- ☐ CD
- ☐ DVD
- ☐ Audio/Videotape
- ☒ Webinar
- ☐ Other: _____

**All credits are calculated on a 50-minute hour.**
**Credit for Attendance: Total __3.60__ as indicated below:**

- __3.60__ General credits (excluding Ethics)
- __0.00__ Ethics credits (exclusive of Diversity/Inclusion/Elimination of Bias)
- __0.00__ Diversity/Inclusion/Elimination of Bias credits

**Additional Credit for Faculty Participation: Total __0.00__ as indicated below:**

☐ Speaker  ☐ Panel Member  ☐ Moderator  ☐ Other _____

- _____ Additional General credits for faculty participation (excluding Ethics)
- _____ Additional Ethics credits for faculty participation (exclusive of Diversity/Inclusion/Elimination of Bias
- _____ Additional Diversity/Inclusion/Elimination of Bias credits for faculty participation

**This program has been approved for New Jersey Newly Admitted Attorney Credits:**

- __0.00__ credits in NJ Basic Estate Administration
- __0.00__ credits in NJ Basic Estate Planning
- __0.00__ credits in NJ Civil or Criminal Trial Preparation
- __0.00__ credits in NJ Family Law Practice
- __0.00__ credits in NJ Real Estate Closing Procedures
- __0.00__ credits in NJ Trust and Business Accounting
- __0.00__ credits in NJ Landlord/Tenant Practice
- __0.00__ credits in NJ Municipal Court Practice
- __0.00__ credits in NJ Law Office Management

**Attorneys:** Retain this certificate for a period of at least three years from the date of your attendance. In the event of an audit, you will be required to provide this certificate as proof of your compliance. By signing this certificate, you certify that you attended the activity described above and are entitled to claim the amount of credits listed.

**Name of Attorney:** Julia Haller
**Signature:** *[signed] J Haller*    **Attorney ID #:** 039471996

**Providers:** By issuing this certificate, you verify that the attorney named above completed this program.

**Provider:** District of Columbia Bar

**Acknowledged by:** *[signed] Theresa Inniss*
(Provider Representative Signature)

Revised: 11/2020, CN 11388    page 1 of 1