UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

          Plaintiff,

v.                                        Case No: 20-13134
                                          Honorable Linda V Parker

GRETCHEN WHITMER, et al.,

          Defendant.

---

## AFFIDAVIT OF GREGORY J. ROHL

The undersigned being first duly sworn, deposes and states that if called upon to testify, has personal knowledge and is competent to testify to the following facts:

1. That he was one of the attorneys of record with respect to the above-referenced matter.

2. In Compliance with the Opinion and Order issued August 2021, affiant completed 12 hours of continuing legal education as is clear from the attached certifications.

3. That I am represented by Donald D. Campbell, Collins Einhorn Farrell PC, 400 Town Center, 9th Floor, Southfield, MI 48075, 248-351-5426.

4. That the CLE credits here at issue include the following:

    a. The Voting Rights Act of 1965: A Cornerstone of Equal Rights for All Americans

       1.5 Credit Hours

    b. Voting Rights in the United States From Inception to the Present

       2 Credit Hours

    c. Counsel's Role in Adopting, Implementing and Enforcing a Code of Ethics

    1 Credit Hours

  e. Professionalism in Challenging Practice Areas

    1 Credit Hours

  f. How to Ethically Introduce Yourself to Reporters and Speak about your Practice, Cases and Other Matters.

    1.5 Credit Hours

  g. Ethical Considerations in Conducting Investigations

    1 Credit Hours

  h. Counsel's Role in Developing and Adopting a Code of Ethics

    1 Credit Hours

  i. Attorney Professionalism and Social Justice: Why We All Should be Engaged.

    1 Credit Hours

  j. The Fundamentals of Pleading Practice in State and Federal Court

    1 Credit Hours

*Further Affiant Sayeth Not.*

                                              GREGORY J. KOHL P 39185

Subscribed and sworn to before me this 24th day of February, 2022

_____
Notary Public

AMANDA K. PERKINS
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF WAYNE
My Commission Expires   August 7, 2028
Acting in the County of Oakland