UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al,

        Plaintiffs,                20-cv-13134-LVP-RSW

v.

GRETCHEN WHITMER, et al,

        Defendants.

INDEX OF EXHIBITS TO
AFFIDAVIT OF GREGORY J. ROHL

EXHIBIT A        CLE Certificates of Attendance