

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

The Fundamentals of Pleading Practice in State and Federal Court
▲ Title of Program

Sunday, January 2, 2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)
☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

  0 Ethics and Professionalism
  0 Skills
  1 Law Practice Management
  0 Areas of Professional Practice

For Experienced Attorneys Only:

  0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker        ☐ Panel Member
☐ Moderator      ☐ Law Competition Faculty

  Ethics and Professionalism
  Skills
  Law Practice Management
  Areas of Professional Practice
  Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                                         ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

Title of Course : The Fundamentals of Pleading Practice in State and Federal Court

Name of Instructor : Ryan R. Smith, Esq.

Date Course Completed : 1/2/2022

Credits Earned : 1 Law Practice Management

SKU : LIT900

Format : Online Video    Verification Code(s) : STORE

**Attendee**

Name : Gregory Rohl    Firm :

Address : 41850 West Eleven Mile Road Suite 110

City, State, Zip : Novi , MI 48375

Phone Number : 248-766-8624    Fax Number :

Area of Practice :

Bar Number : not admitted in new york    Birthday :

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Professionalism in Challenging Practice Areas

▲ Title of Program

Thursday, February 3, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)
☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

    1 Ethics and Professionalism
    0 Skills
    0 Law Practice Management
    0 Areas of Professional Practice

For Experienced Attorneys Only:

    0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker      ☐ Panel Member
☐ Moderator      ☐ Law Competition Faculty

    Ethics and Professionalism
    Skills
    Law Practice Management
    Areas of Professional Practice
    Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
    ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
**OF CONTINUING LEGAL EDUCATION**

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

Title of Course : Professionalism in Challenging Practice Areas

Name of Instructor : Kenneth Craig Dobson, Esq.

Date Course Completed : 2/3/2022

Credits Earned : 1 Ethics

Sku : PROF500

Format : Online Video     Verification Code(s) : GREEN

Attendee

Name : Gregory Rohl     Firm :

Address : 41850 West Eleven Mile Road Suite 110

City, State, Zip : Novi , MI 48375

Phone Number : 248-766-8624   Fax Number :

Area of Practice :

Bar Number : not admitted in new york     Birthday :

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

E-Discovery?s Emerging Ethical Challenges

▲ Title of Program

Sunday, February 20, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

    1 Ethics and Professionalism

    0 Skills

    0 Law Practice Management

    0 Areas of Professional Practice

For Experienced Attorneys Only:

    0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker      ☐ Panel Member

☐ Moderator      ☐ Law Competition Faculty

    Ethics and Professionalism

    Skills

    Law Practice Management

    Areas of Professional Practice

    Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                                      ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course:** E-Discovery's Emerging Ethical Challenges

**Name of Instructor:** James Fine, Esq.

**Date Course Completed:** 2/20/2022

**Credits Earned:** 1 Ethics

**Sku:** EPR038

**Format:** Online Video    **Verification Code(s):** ANSWER

---

Attendee

**Name:** Gregory Rohl    **Firm:**

**Address:** 41850 West Eleven Mile Road Suite 110

**City, State, Zip:** Novi, MI 48375

**Phone Number:** 248-766-8624    **Fax Number:**

**Area of Practice:**

**Bar Number:** not admitted in new york    **Birthday:**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone: 866.466.2253  Fax: 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Counsel?s Role in Adopting, Implementing & Enforcing a Code of Ethics

▲ Title of Program

Saturday, February 19, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

✔ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

    1 Ethics and Professionalism

    0 Skills

    0 Law Practice Management

    0 Areas of Professional Practice

For Experienced Attorneys Only:

    0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker      ☐ Panel Member

☐ Moderator      ☐ Law Competition Faculty

    Ethics and Professionalism

    Skills

    Law Practice Management

    Areas of Professional Practice

    Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
    ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

Title of Course : Counsel's Role in Adopting, Implementing & Enforcing a Code of Ethics

Name of Instructor : Morris A. Nunes, Esq.

Date Course Completed : 2/19/2022

Credits Earned : 1 Ethics

Sku : EPR030

Format : Online Video    Verification Code(s) : FRY

Attendee

Name : Gregory Rohl    Firm :

Address : 41850 West Eleven Mile Road Suite 110

City, State, Zip : Novi , MI 48375

Phone Number : 248-766-8624    Fax Number :

Area of Practice :

Bar Number : not admitted in new york    Birthday :

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.

Retain this document for your records for 4 years from date of participation.

( NOT VALID WITHOUT STAMP )

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Voting Rights In The United States From Inception To The Present

▲ Title of Program

Thursday, December 30, 2021

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)
The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

    0 Ethics and Professionalism

    0 Skills

    0 Law Practice Management

    2 Areas of Professional Practice

For Experienced Attorneys Only:

    0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker      ☐ Panel Member

☐ Moderator      ☐ Law Competition Faculty

    Ethics and Professionalism

    Skills

    Law Practice Management

    Areas of Professional Practice

    Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
    ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

Title of Course : Voting Rights In The United States From Inception To The Present

Name of Instructor : Dr. Louis J. Braun, Esq.

Date Course Completed : 12/30/2021

Credits Earned : 2 Professional Practice

Sku : ELE600

Format : Online Video     Verification Code(s) : NORTH, SOUTH

**Attendee**

Name : Gregory Rohl     Firm :

Address : 41850 West Eleven Mile Road Suite 110

City, State, Zip : Novi, MI 48375

Phone Number : 248-766-8624     Fax Number :

Area of Practice :

Bar Number : not admitted in new york     Birthday :

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253   Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

The Voting Rights Act of 1965: A Cornerstone of Equal Rights for All Americans

▲ Title of Program

Thursday, December 30, 2021

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program

(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)
☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

  0 Ethics and Professionalism
  0 Skills
  0 Law Practice Management
  1.5 Areas of Professional Practice

For Experienced Attorneys Only:

  0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker           ☐ Panel Member
☐ Moderator         ☐ Law Competition Faculty

  Ethics and Professionalism
  Skills
  Law Practice Management
  Areas of Professional Practice
  Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
  ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

**Title of Course :** The Voting Rights Act of 1965: A Cornerstone of Equal Rights for All Americans

**Name of Instructor :** Dr. Louis J. Braun, Esq.

**Date Course Completed :** 12/30/2021

**Credits Earned :** 1.5 Professional Practice

**SKU :** ELE500

**Format :** Online Video     **Verification Code(s) :** TONIC

Attendee

**Name :** Gregory Rohl     **Firm :**

**Address :** 41850 West Eleven Mile Road Suite 110

**City, State, Zip :** Novi, MI 48375

**Phone Number :** 248-766-8624   **Fax Number :**

**Area of Practice :**

**Bar Number :** not admitted in new york     **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

( NOT VALID WITHOUT STAMP )

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Attorney Professionalism and Social Justice: Why We All Should Be Engaged

▲ Title of Program

Saturday, February 5, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

   1 Ethics and Professionalism

   0 Skills

   0 Law Practice Management

   0 Areas of Professional Practice

For Experienced Attorneys Only:

   0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker     ☐ Panel Member

☐ Moderator     ☐ Law Competition Faculty

   Ethics and Professionalism

   Skills

   Law Practice Management

   Areas of Professional Practice

   Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                     ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

**Title of Course :** Attorney Professionalism and Social Justice: Why We All Should Be Engaged

**Name of Instructor :** Tricia Hoffler, Esq.

**Date Course Completed :** 2/5/2022

**Credits Earned :** 1 Ethics

**Sku :** PROF300

**Format :** Online Video     **Verification Code(s) :** PILLOW

Attendee

**Name :** Gregory Rohl     **Firm :**

**Address :** 41850 West Eleven Mile Road Suite 110

**City, State, Zip :** Novi , MI 48375

**Phone Number :** 248-766-8624     **Fax Number :**

**Area of Practice :**

**Bar Number :** not admitted in new york     **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Counsel's Role in Developing & Adopting a Code of Ethics

▲ Title of Program

Saturday, February 5, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format

☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)

☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)

☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or

☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

☐ ONLY experienced attorneys (nontransitional), or

☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

   1 Ethics and Professionalism

   0 Skills

   0 Law Practice Management

   0 Areas of Professional Practice

For Experienced Attorneys Only:

   0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker     ☐ Panel Member

☐ Moderator     ☐ Law Competition Faculty

   Ethics and Professionalism

   Skills

   Law Practice Management

   Areas of Professional Practice

   Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
          ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

Title of Course : Counsel's Role in Developing & Adopting a Code of Ethics

Name of Instructor : Morris A. Nunes, Esq.

Date Course Completed : 2/5/2022

Credits Earned : 1 Ethics

Sku : EPR029

Format : Online Video   Verification Code(s) : GREEN

Attendee

Name : Gregory Rohl    Firm :

Address : 41850 West Eleven Mile Road Suite 110

City, State, Zip : Novi , MI 48375

Phone Number : 248-766-8624   Fax Number :

Area of Practice :

Bar Number : not admitted in new york   Birthday :

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

Ethical Considerations in Conducting Investigations
▲ Title of Program

Saturday, February 5, 2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)
☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

　1 Ethics and Professionalism
　0 Skills
　0 Law Practice Management
　0 Areas of Professional Practice

For Experienced Attorneys Only:

　0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker　　　　　☐ Panel Member
☐ Moderator　　　　☐ Law Competition Faculty

　Ethics and Professionalism
　Skills
　Law Practice Management
　Areas of Professional Practice
　Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
　　　　　　　　　　　　　　　　▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

NEW YORK STATE CONTINUING LEGAL EDUCATION
## ATTORNEY AFFIRMATION

Title of Course: Ethical Considerations in Conducting Investigations

Name of Instructor: William Belmont, Esq.

Date Course Completed: 2/5/2022

Credits Earned: 1 Ethics

Sku: EPR025

Format: Online Video    Verification Code(s): FIELD

Attendee

Name: Gregory Rohl    Firm:

Address: 41850 West Eleven Mile Road Suite 110

City, State, Zip: Novi, MI 48375

Phone Number: 248-766-8624    Fax Number:

Area of Practice:

Bar Number: not admitted in new york    Birthday:

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone: 866.466.2253  Fax: 516.481.4172



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Gregory Rohl
▲ Name of Attorney

How to Ethically Introduce Yourself to Reporters and Speak About Your Practice, Cases and Other Matters

▲ Title of Program

Sunday, February 6, 2022

▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☑ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1. Traditional Live Classroom Format
☐ 2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc)

☐ 3. Questions Allowed During Program (Synchronous Interactivity)
☐ 4. Questions Not Allowed During Program

☑ 5. On-Demand/Recorded (Audio/Video)
☐ 6. Other (Describe)

Newly admitted attorney format restrictions (except as provided in §2(A) and §2(F) of the Regulations):
* Formats 1 & 2 - acceptable for credit in any category
* Format 3 - unacceptable for Skills credit
* Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

☐ Group Setting, or
☑ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

☑ BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
☐ ONLY experienced attorneys (nontransitional), or
☐ ONLY newly admitted attorneys (transitional)

New York State CLE Board · www.nycourts.gov/attorneys/cle · Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

   1.5 Ethics and Professionalism
   0 Skills
   0 Law Practice Management
   0 Areas of Professional Practice

For Experienced Attorneys Only:

   0 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

☐ Speaker   ☐ Panel Member
☐ Moderator   ☐ Law Competition Faculty

   Ethics and Professionalism
   Skills
   Law Practice Management
   Areas of Professional Practice
   Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

National Academy of Continuing Legal Education
▲ Provider Organization

483 Hempstead Ave, West Hempstead, NY 11552
▲ Address

212-776-4943
▲ Telephone

Simcha Dornbush
▲ Provider Agent Name

*[signature]*
▲ Provider Agent Signature

The CLE Provider: (Check only one)

☑ has been certified as an Accredited Provider by the NYS CLE Board, or

☐ has had this individual course accredited by the NYS CLE Board as:
                               ▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



NEW YORK STATE CONTINUING LEGAL EDUCATION
# ATTORNEY AFFIRMATION

**Title of Course :** How to Ethically Introduce Yourself to Reporters and Speak About Your Practice, Cases and Other Matters

**Name of Instructor :** Various Speakers

**Date Course Completed :** 2/6/2022

**Credits Earned :** 1.5 Ethics

**Sku :** EPR014

**Format :** Online Video    **Verification Code(s) :** FILM

Attendee

**Name :** Gregory Rohl    **Firm :**

**Address :** 41850 West Eleven Mile Road Suite 110

**City, State, Zip :** Novi, MI 48375

**Phone Number :** 248-766-8624    **Fax Number :**

**Area of Practice :**

**Bar Number :** not admitted in new york    **Birthday :**

By electronic signature below, I have certified that I have completed the above mentioned course and am entitled to claim CLE credit.
Retain this document for your records for 4 years from date of participation.

(NOT VALID WITHOUT STAMP)

Gregory Rohl
Signature

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253  Fax : 516.481.4172