UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,           Civil Case No. 20-13134
                                                   Honorable Linda V. Parker

    Defendants.,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY,
and ROBERT DAVIS,

    Intervenor-Defendants.
_____/

## AFFIDAVIT

I, L. Lin Wood, being duly sworn, depose and state as follows:

1. My name is L. Lin Wood. I am over 18 years of age and of sound mind, and I am capable of making this affidavit. I have personal knowledge of the facts set forth herein, and, if called to testify about those facts, I could and would do so competently and under oath.

2. I am a licensed attorney in the State of Georgia and have been practicing law in the state for 44 years. I am the President and sole owner of L. Lin Wood, P.C., a professional corporation registered to transact business in Georgia.

3. I submit this affidavit subject to my continued objections to the jurisdiction of this Court as set forth in my prior filings.

4. The Court's Order of August 25, 2021, states that "Plaintiffs' attorneys shall each complete at least twelve (12) hours of continuing legal education in the subjects of pleading standards (at least six hours total) and election law (at least six hours total) within six months of this decision."

5. As of this date, I have completed twelve (12) hours of continuing legal education as follows:

- Vote by Mail, Early Voting and Digitized Election Administration (2 Hours)
- COVID-19 and Voting Rights: Ensuring Full and Equal Participation (1.5 Hours)
- Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward (1.5 Hours)
- International Political Influence and Corruption in Elections: Will Recent Events Lead to Stricter U.S. Regulation? (1.0 Hours)
- Pleadings Standards Post-Iqbal (1.5 Hours)
- Pleadings, Affirmative Defenses & Dismissal Motions (1.5 Hours)
- Pleadings & Motions: Civil Practice Tips & Examples (2 Hours)
- Formatting Briefs and Pleadings in MS Word (1 Hour)

6. The confirmation receipts for the online CLE courses attended are provided hereto as Exhibit A.

**FURTHER AFFIANT SAYETH NOT.**

_____
L. Lin Wood

Sworn to and subscribed before me
This 25 day of February, 2022.

_____
Notary Public
My Commission Expires: 3/4/2025

2