## **INDEX OF EXHIBITS**

Exhibit A          Confirmation Receipts and Certificates of Attendance