# Exhibit A

 Print Receipt 

# CLECenter.com

## Order Confirmation

### Thank you for your order!

Access to programs on Law.com CLE Center is available for one year from date of purchase.

| | |
|---|---|
| **Confirmation Number:** | 435173 |
| **Order Date:** | 2/24/2022 |

| Items Purchased | Price |
|---|---|
| Programs | |
| Vote by Mail, Early Voting and Digitized Election Administration ☐ | $150.00 |
| COVID-19 and Voting Rights: Ensuring Full and Equal Participation ☐ | $115.00 |
| Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward ☐ | $115.00 |
| International Political Influence and Corruption in Elections: Will Recent Events Lead to Stricter U.S. Regulation? ☐ | $75.00 |

| | |
|---|---|
| **Purchased by:** | Lin Wood |
| **Billing Address:** | 663 Greenview Ave NE GA 30305 |
| **Payment Method:** | Visa |
| **Card Number:** | xxxxxxxxxxxx▇▇▇▇ |
| **Credit Card Expiration Date:** | ▇▇▇▇▇▇ |
| **Subtotal:** | $455.00 |
| **Total:** | $455.00 |

All purchased items expire one year from the date of purchase. Purchases are non-refundable after 30 days. Partially used bundles or programs (including Buy One, Get One programs) are not eligible for a refund. All refund requests must be submitted in writing within 30-days of purchase for consideration. Certificates earned will always be available to you even after expiration.

Please contact a CLE counselor™ at (800) 348-0466 or send us an **email** if you require more detail.

🛒 Cart          👤 Lin Wood          Logout          1-800-926-7926          [Search for programs]

**Strafford**

🔑 Passes    👥 Enterprise    ✏️ Custom Webinars    🖥️ CLE & CPE    💬 Customer Service

# Order Confirmation

**Web Order Number: WOOD-220224-1306-61**

## Thank you for your order!

If you have any questions, please call us toll-free at 1-800-926-7926 (or 404-881-1141).

## Order Summary

| | |
|---|---|
| **Pleadings Standards Post-Iqbal** 07/15/10 | $297.00 |
| Lin Wood, lwood@linwoodlaw.com | |
| Download  [DOWNLOAD] | $297.00 |
| **Pleadings, Affirmative Defenses & Dismissal Motions** 08/29/13 | $297.00 |
| Lin Wood, lwood@linwoodlaw.com | |
| Download  [DOWNLOAD] | $297.00 |
| **TOTAL** | **$594.00** |

## Program Information

The link to access your purchase will be posted to your Strafford web account. Click here to access your account.

Click here to access your account. | Need download help?

**Strafford will provide a CLE certificate of attendance to the attorney listed as the attendee on the order receipt.**

## Order Information

**ORDER INFORMATION**

**Email:** lwood@linwoodlaw.com
**Order Date:** 02/24/2022
**Order Time:** 1:06:18pm
**Web Order Number:** WOOD-220224-1306-61

**PAYMENT INFORMATION**

**Payment Date:** 02/24/2022 1:06:18pm
**Amount:** $594.00
**Credit Card:** Visa
**Card Number:** XXXXXXXXXXXX▮▮▮▮
**Expiration:** ▮▮▮▮▮▮
**Authorization:** 024642

**BILLING INFORMATION**

**Name:** Lucian Wood
663 Greenview Ave
Atlanta, GA 30305
**Phone:** ▮▮▮▮▮▮▮▮▮▮

## Notes

Thank you for your order! If you have any questions, please call us toll-free at 1-800-926-7926 (or 1-404-881-1141).

**Strafford will provide a CLE certificate of attendance to the attorney listed as the attendee on the order receipt.**

lwood@linwoodlaw.com and registrants have been emailed an order confirmation and all other communications concerning this order.

---

**Strafford**

By Phone:
1-800-926-7926 or
1-404-881-1141

By Email:
customerservice@straffordpub.com

590 Dutch Valley Road
PO Box 13729
Atlanta, GA 30324-0729

Copyright © 2022 Strafford Publications, Inc.
All rights reserved.

About Strafford | Customer Service | Privacy Policy | Terms of Use

By using our site, you agree to our cookie policy.
See Privacy Policy for more information.

CHAT or 800-926-7926



Explore Courses | CLE Bundles | Resources | Unlimited CLE

# Welcome to your My Account, Lin !

Add Picture

| HOME | MY COURSES | MY CREDIT | MY INFO | HELP CENTER |

## Order Complete

🖨 Print This Page

Thanks, **Lin** !

We've received your order and sent a confirmation email to **lwood@linwoodlaw.com**. Your order number is **#1396892** , and we've included this information in the email.

### What happens next?

- Continue to [My Courses](#) to access your content.
- Please don't hesitate to reach out to our Customer Service department at [(877) 624-7707](#) with any questions.

## Items Purchased

| TITLE | QTY | PRICE | EXT PRICE |
|---|---|---|---|
| ▶ OnDemand Video<br>**Pleadings & Motions: Civil Practice Tips & Examples**<br>Product ID # 88220SVDM<br>Copyright: December, 2020<br>Lin Wood | 1 | $249.00 | $249.00 |
| ▶ OnDemand Video<br>**Formatting Briefs and Pleadings in MS Word**<br>Product ID # 89894SVDM<br>Copyright: June, 2021<br>Lin Wood | 1 | $199.00 | $199.00 |

Subtotal: $448.00
Shipping: $0.00
Taxes: $0.00

**Order Total:** **$448.00**

## Order Info

**Placed**
2/24/2022 12:50 PM

**Customer Details**
Lin Wood
L. Lin Wood, P.C.
lwood@linwoodlaw.com


## Billing & Payment

**Billing Address**
L. Lin Wood, P.C.
Lin Wood
663 Greenview Ave NE
Atlanta, GA 30305


**Payment Method**
Visa xxxxxxxxxxxx

---



**(800) 930-6182**

Connect with Us: 💼 📘 🐦

### Get to Know Us
About NBI
What We Offer
Careers
Speak for Us
Faculty Directory
Customer Reviews

### Shop & Learn
Explore Courses
CLE Bundles
Offers & Subscriptions
Groupcasting
Unlimited CLE
Unlimited Group CLE

### Resources for You
NBI Blog
State MCLE Requirements
Hardship Tuition
FAQs
View My Account

### Let Us Help You
Contact Us
Get News & Updates
Remove from Mailing List
Returns & Cancellations
Terms of Use
Privacy Policy

**IPE** INSTITUTE for PARALEGAL EDUCATION
Keep your edge with IPE resources
Visit IPE

© 2022 - National Business Institute



# Certificate of Attendance

This certificate should be retained for your records.

## Lin Wood

*has completed the professional development course*

**Formatting Briefs and Pleadings in MS Word**

**Copyright Date: June, 2021**

1218 McCann Drive, Altoona, WI 54720    Ph: (866) 240-1890    Fx: (715) 835-1405    W: www.nbi-sems.com

© 2022 • NBI, Inc. • All Rights Reserved



# Certificate of Attendance

This certificate should be retained for your records.

## Lin Wood

*has completed the professional development course*

**Pleadings & Motions: Civil Practice Tips & Examples**

**Copyright Date: December, 2020**

1218 McCann Drive, Altoona, WI 54720   Ph: (866) 240-1890   Fx: (715) 835-1405   W: www.nbi-sems.com

© 2022 • NBI, Inc. • All Rights Reserved

PRINT PAGE