IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY KING, et al,.<br><br>    Plaintiffs,<br>v.<br><br>GRETCHEN WHITMER, et al,<br><br>    Defendants. | Civil Action No. No. 2:20-cv-13134-LVP |

Washington, DC

## AFFIDAVIT OF BRANDON C. JOHNSON

BRANDON JOHNSON, under the penalty of perjury, hereby states:

1. My name is Brandon C. Johnson. I am over the age of eighteen and have personal knowledge of the facts set forth below.

2. Pursuant to the August 25, 2021, Order and Opinion (ECF 172), and Judgment dated December 2, 2021 (ECF 180), I confirm that I completed at least 12 hours of continuing legal education in pleading standards (6 hours) and election law (6 hours)2.

3. By voluntarily complying with the Court's Order, I do not waive any legal defenses or arguments, including those raised in the pending Appeal of this Court's final Judgement of December 2, 2021. In particular, I am not waiving the fact that I never practiced in this court or applied for admission under L.R. 83.20(d)(2).

4. I completed 6.0 hours of CLE addressing pleading standards and related issues through the following courses (all offered through WestLaw LegalEd Center: (1) "A Judge's View of Dispositive Motions" (1.0 hour); (2) "How to Succeed as a Trial Lawyer" (1.0 hour); (3) "NEWBIE LITIGATOR SCHOOL – Dispositive Motions" (1.0 hour); (4) NEWBIE LITIGATOR SCHOOL – TROs and Preliminary Injunctions" (1.0 hour); (5) "NEWBIE

LITIGATOR SCHOOL – Federal Rules of Civil Procedure" (1.0 hour); and (6) "Section 1983 Tips for Successfully Litigating Qualified Immunity" (1.0 hour).

5. I also completed 7.0 hours of CLE addressing election issues through the following courses: (1) "Is it 2020 Already? Understanding Election Law Compliance" (1.0 hour); (2) "Protecting the Right to Vote in 2021" (1.0 hour); (3) "Vote by Mail, Early Voting and Digitized Election Administration" (2.0 hours); (4) "Election Year Do's and Don'ts for Nonprofits (1.5 hours); (5) "COVID-19 and Voting Rights: Ensuring Full and Equal Protection" (1.5 hours).

6. The hours, titles, and contents of these CLE courses are set forth in the CLE course completion certifications attached hereto.

7. I am represented herein by Donald D. Campbell of Collins Einhorn, 4000 Town Center Drive, 9th Floor, Southfield, MI 48075; (248) 351-5426; donald.campbell@ceflawyers.com

I HEREBY DECLARE under penalty of perjury that the foregoing is true and correct. Executed on this 24th day of February 2022 in Alexandria, Virginia

_/s/ Brandon Johnson_
Brandon Johnson

Sworn to before me this 25th day of February, 2022

_Kevin Antonio Luna_
Notary Public

KEVIN ANTONIO LUNA
Notary Public - State of Maryland
Prince George's County
My Commission Expires Jan 24, 2024