# EXHIBIT A



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

A Judge's View of Dispositive Motions: MSJs, MTDs and More - 12/10/2020
▲ Title of Program

02/23/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:
- 0.00  Ethics and Professionalism
- 0.00  Skills
- 0.00  Law Practice Management
- 1.00  Areas of Professional Practice

For Experienced Attorneys Only:
- 0.00  Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:
○ Speaker        ○ Panel Member
○ Moderator     ○ Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. **Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.**

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

How to Succeed as a Trial Lawyer
▲ Title of Program

02/15/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)
☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:
BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:
- 0.00 Ethics and Professionalism
- 1.00 Skills
- 0.00 Law Practice Management
- 0.00 Areas of Professional Practice

For Experienced Attorneys Only:
- 0.00 Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:
○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address   Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)
● has been certified as an Accredited Provider by the NYS CLE Board, or
○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

Is it 2020 Already? Understanding Election Law Compliance
▲ Title of Program

01/25/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

Ethics and Professionalism
Skills
Law Practice Management
Areas of Professional Practice
Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address   Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

Section 1983  Tips For Successfully Litigating Qualified Immunity
▲ Title of Program

02/20/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

**Live Simultaneous Transmission**
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

ONLY experienced attorneys (nontransitional), or

ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 1.00 | Skills |
| 0.00 | Law Practice Management |
| 0.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker      ○ Panel Member
○ Moderator    ○ Law Competition Faculty

| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. ***Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.***

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

NEWBIE LITIGATOR SCHOOL- FALL 2020 EDITION: Dispositive Motions
▲ Title of Program

02/16/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The ***content*** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

- 0.00  Ethics and Professionalism
- 0.00  Skills
- 0.00  Law Practice Management
- 1.00  Areas of Professional Practice

For Experienced Attorneys Only:

- 0.00  Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

NEWBIE LITIGATOR SCHOOL- FALL 2020 EDITION: The Federal Rules of Civil Procedure
▲ Title of Program

02/20/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The **content** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or

ONLY experienced attorneys (nontransitional), or

ONLY newly admitted attorneys (transitional)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| | |
|---|---|
| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| | |
|---|---|
| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker   ○ Panel Member
○ Moderator   ○ Law Competition Faculty

| | |
|---|---|
| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address   Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

Protecting the Right to Vote in 2021
▲ Title of Program

02/18/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

[X] Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

[X] 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker           ○ Panel Member
○ Moderator         ○ Law Competition Faculty

| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address   Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

[●] has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. *Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.*

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

NEWBIE LITIGATOR SCHOOL PART I 2021: TROs and Preliminary Injunctions
▲ Title of Program

02/20/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The *content* of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance
Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 1.00 | Skills |
| 0.00 | Law Practice Management |
| 0.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation
Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. ***Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.***

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

COVID-19 and Voting Rights: Ensuring Full and Equal Participation
▲ Title of Program

02/24/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
⬤ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The ***content*** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 1.50 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

| | Ethics and Professionalism |
| | Skills |
| | Law Practice Management |
| | Areas of Professional Practice |
| | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

⬤ has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. ***Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.***

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

Election Year Do's and Don'ts for Nonprofits
▲ Title of Program

02/20/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ Location Not Applicable (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
◉ Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The ***content*** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:
- 0.00  Ethics and Professionalism
- 0.00  Skills
- 0.00  Law Practice Management
- 1.50  Areas of Professional Practice

For Experienced Attorneys Only:
- 0.00  Diversity, Inclusion and Elimination of Bias

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:
○ Speaker          ○ Panel Member
○ Moderator        ○ Law Competition Faculty

- Ethics and Professionalism
- Skills
- Law Practice Management
- Areas of Professional Practice
- Diversity, Inclusion and Elimination of Bias

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

◉ has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.



# NEW YORK CLE CERTIFICATE OF ATTENDANCE

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD. ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER.**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program. ***Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.***

## A. Attorney and Program Information

Brandon Johnson
▲ Name of Attorney

Vote by Mail, Early Voting and Digitized Election Administration
▲ Title of Program

02/20/2022
▲ Date(s) of Attendance (For self-study programs, indicate date attorney completed program.)

▲ Location of Program (City, State)

☒ **Location Not Applicable** (Check only for self-study programs.)

## B. Format of Program
(Check only the format completed by the attorney to whom this certificate is issued.)

1. Traditional Live Classroom Format
2. Fully Interactive Videoconference

Live Simultaneous Transmission
(webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

3. Questions Allowed During Program (Synchronous Interactivity)
4. Questions Not Allowed During Program

☒ 5. On-Demand/Recorded (Audio/Video)
6. Other (Describe)

**Newly admitted attorney format restrictions** (except as provided in §2(A) and §2(F) of the Regulations):
- Formats 1 & 2 - acceptable for credit in any category
- Format 3 - unacceptable for Skills credit
- Formats 4 & 5 - unacceptable for Skills or Ethics and Professionalism credit

## C. Attorney's Method of Participation (Check only one)

○ Group Setting, or
● Individual/Self-Study (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

## D. Level of Difficulty (Check only one)

The ***content*** of the course is appropriate for:

BOTH newly admitted and experienced attorneys (transitional/nontransitional), or
ONLY experienced attorneys (nontransitional), or
ONLY newly admitted attorneys (transitional)

## E. Credit for Attendance

Award credit in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category:

For Newly Admitted and/or Experienced Attorneys:

| 0.00 | Ethics and Professionalism |
| 0.00 | Skills |
| 0.00 | Law Practice Management |
| 2.00 | Areas of Professional Practice |

For Experienced Attorneys Only:

| 0.00 | Diversity, Inclusion and Elimination of Bias |

In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney.

## F. Credit for Faculty Participation

Award credit in accordance with §3(D) of the Regulations. Select participation type and enter number of credits earned in each category:

For Experienced Attorneys Only:

○ Speaker          ○ Panel Member
○ Moderator       ○ Law Competition Faculty

|   | Ethics and Professionalism |
|   | Skills |
|   | Law Practice Management |
|   | Areas of Professional Practice |
|   | Diversity, Inclusion and Elimination of Bias |

## G. CLE Provider Information

West LegalEdcenter
▲ Provider Organization

610 Opperman Drive, D6.3752
▲ Address  Eagan MN 55123

800-495-9378
▲ Telephone

John E. Murphy Registrar
▲ Provider Agent Name

▲ Provider Agent Signature

The CLE Provider: (Check only one)

● has been certified as an Accredited Provider by the NYS CLE Board, or

○ has had this individual course accredited by the NYS CLE Board as:
▲ Course Number

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

New York State CLE Board • www.nycourts.gov/attorneys/cle • Revised 01/18