IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

----------------------------------------------------------- x
TIMOTHY KING, et al,                )
                                    )        20-cv-13134-LVP-RSW
                                    )
     v.                             )
                                    )        AFFIDAVIT OF
                                    )        SCOTT HAGERSTROM
GRETCHEN WHITMER, et al,            )
                                    )
     Defendants.                    )
----------------------------------------------------------- x

STATE OF FLORIDA          )
                          SS:
COUNTY OF ORANGE

SCOTT HAGERSTROM, under the penalty of perjury, hereby states:

1. Pursuant to this Court's Order, datted August. 25, 2021 [ECF 172], and Judgment dated December 2, 2021 [ECF 180], I confirm that I have. Completed at least twelve hour of continuing legal education in the subjects of pleading standards (at least six hours) and election law (at least six hours).

2. The pleading standard courses, their Content and length are set forth in Exhibit A. *(How To Succeed as a Trial Lawyer: Arguing Motions and Appeals Persuasively; How to Succeed as a Trial Lawyer: Drafting Pleadings, Motions, and Memos Strategically; Advanced Drafting of Complaints & Answers; Winning at the Gate: Practical. Lessons for Stating or Attacking Claims in a Post-Twombly/Iqbal World; The. Fundamentals of Pleading Practice in State and Federal Court; and Advanced. Drafting of Complaints & Answers).*

1

3. The election law courses, their content and length. Are set forth in Exhibit B. *(Vote by Mail, Early Voting and Digitized Election Administration; Gender Parity in the Electoral Process; Covid-19 and Voting Rights: Ensuring Full and Equal Participation; Campaign Finance Enforcement Trends: The Use of Public Resources and Other Hot Topics; and Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward).*

4. Nothing contained herein shall constitute a waiver of matters under appeal from this Court to the United States Court of Appeals for the Sixth Circuit per the appeal dated December 3, 2021 [ECF 182].

5. My attorney in this matter is Donald Campbell, Esq., of Collins Einhorn PC, 4000 Town Center, 9th Floor, Southfield, MI 48075.  His telephone number is 248.351.5426 and his Email is: Donald Campbell@ceflawyers.com.

Scott Hagerstrom

Sworn to before me this 25th day of February, 2022 by Richard Scott Hagerstrom, who provided valid photo identification.

Notary Public  YVETTE C BISHOP



YVETTE C. BISHOP
Notary Public - State of Florida
Commission # HH 086349
My Comm. Expires Feb 6, 2025
Bonded through National Notary Assn.

2