*Exhibit A*

My Active Courses          **My Completed Courses**          MCLE Credits



### How to Succeed as a Trial Lawyer: Arguin…

With these tips, you will enhance your persuasiveness in arguing motions and appeals.…

**Last Viewed: Feb 24 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback



### How to Succeed as a Trial Lawyer: Drafti…

Do you know how to make the most of the complex federal court rules to achieve success…

**Last Viewed: Feb 24 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback



### Vote by Mail, Early Voting and Digitized…

In this seminar, an expert panel will discuss the challenges presented by the changes in…

**Last Viewed: Feb 22 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback



### Gender Parity in the Electoral Process

Commemorate the 100th anniversary of women's voting rights in this country by…

**Last Viewed: Feb 22 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback



### COVID-19 and Voting Rights: Ensuring Full…

Our nation prepares for a presidential election during a national pandemic. States are…

**Last Viewed: Feb 22 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback



### Campaign Finance Enforcement Trends:…

Campaign financing and the rules surrounding it have come into the spotlight recently. Le…

**Last Viewed: Feb 22 2022**
**Valid Until: Feb 21 2023**

View Program | View Credits | Give Feedback

Bundles

Programs                    >



Strafford

Passes | Enterprise | Custom Webinars | CLE & CPE | Customer Service

# Order Confirmation

Web Order Number: HAGE-220224-1900-76

Thank you for your order!
If you have any questions, please call us toll-free at 1-800-926-7926 (or 404-881-1141).

## Order Summary

| | | |
|---|---|---|
| **Advanced Drafting of Complaints & Answers**  12/05/19 | | **$197.00** |
| Richard Hagerstrom, scotthagerstrom@yahoo.com | | |
| **Download**  DOWNLOAD | | $197.00 |
| **TOTAL** | | **$197.00** |

## Program Information

The link to access your purchase will be posted to your Strafford web account. Click here to access your account.
Click here to access your account. | Need download help?
**Strafford will provide a CLE certificate of attendance to the attorney listed as the attendee on the order receipt.**







**NATIONAL ACADEMY**
OF CONTINUING LEGAL EDUCATION

MICHIGAN CONTINUING LEGAL EDUCATION
**ATTORNEY AFFIRMATION**

**Title of Course :**   The Fundamentals of Pleading Practice in State and Federal Court

**Name of Instructor :**   Ryan R. Smith, Esq.

**Date Course Completed :**   2/24/2022

**Credits Earned :**   1 General

**Sku :**   LIT900

**Format :**   Online Video

---

**Attendee**

**Name :**  Richard Hagerstrom       **Firm :**

**Address :**   503 Mall Court 295

**City, State, Zip :**  Lansing, MI 48912

**Phone Number :** 5175056567       **Fax Number :**

**Area of Practice :**

**Bar Number :** 57885       **Birthday :**

By electronic signature below, I have certified that I have
completed the above mentioned course and am entitled to claim
CLE credit.
Retain this document for your records for 4 years from date of
participation.

Richard Hagerstrom
Signature

CERTIFIED CLE
NATIONAL ACADEMY OF
CONTINUING LEGAL EDUCATION
(NOT VALID WITHOUT STAMP)
CREDIT

483 Hempstead Avenue, West Hempstead, NY 11552
Telephone : 866.466.2253   Fax : 516.481.4172