*Exhibit B*



