IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TIMOTHY KING, MARIAN SHERIDAN,
JOHN HAGGARD, CHARLES
RITCHARD, JAMES HOOPER, DAREN
RUBINGH.

       Plaintiffs,

GRETCHEN WHITMER, in her official
capacity as the Governor of the State of
Michigan,
JOCELYN BENSON, in her official
capacity as Michigan Secretary of State
and the MICHIGAN BOARD OF STATE
CANVASSERS,

       Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL
COMMITTEE
and
MICHIGAN DEMOCRATIC PARTY,

       Intervenor-Defendants.

Civil Action No. No. 2:20-cv-
13134-LVP

## AFFIDAVIT OF SIDNEY POWELL

I, Sidney K. Powell do hereby state and AFFIRM:

1.    I am over the age of eighteen and have personal knowledge of the facts set forth below.  I submit this in response to the Court's Order of August 25, 2021, [ECF 172] and the Judgment, dated December 2, 2021 [ECF 180].

2.    I have practiced law for 43 years in the highest tradition of the bar.  For more than twenty years, I have taught federal practice and advocacy--trial and appellate--for the United States Department of Justice Attorney General's Advocacy Institute, the Federal Bar Association, the Bar Association of the Fifth Federal Circuit, the Texas Bar, the Ninth Circuit Judicial Conference, and at many other professional programs across the country.  I have taught alongside federal judges from across the country.

3.    I have been lead counsel in more than 500 federal appeals resulting in more than 180 published decisions--350 of those cases on behalf of the United States.  My overall success rate/win rate on appeal exceeds approximately 90%.  I have served as President of the Bar Association of the Fifth Federal Circuit and of the American Academy of Appellate Lawyers.  I am a member in good standing of multiple bars including the United States Supreme Court, multiple federal circuit courts of appeals, and the Texas bar.  My CLE requirements were current before I took the courses to ensure compliance with this Court's order.

4.    It was difficult to find courses that might comply with this Court's order on election law.  Ironically, it seems that all the available election law courses

occurred before the 2020 presidential election.  To augment the dearth of CLE

courses that deal with election issues I also reviewed the following materials:

> *Fraction Magic – Detailed Vote Rigging Demonstration*
> https://www.youtube.com/watch?v=Fob-AGgZn44
>
> *Hacking Democracy*
> *https://watchdocumentaries.com/hacking-democracy/*
>
> *http://www.hackingdemocracy.com/watch-movie*
> *(video inexplicably removed)*
>
> *https://www.youtube.com/watch?v=otc1Ca5Llr4*
>
> *Kill Chain: Cyber War on America's Elections*
> *https://www.hbo.com/documentaries/kill-chain-the-cyber-war-on-americas-elections*
>
> *J. Alex Hadlerman Lecture: Securing Digital Democracies*
> *https://www.youtube.com/watch?v=RAENJAQKBQo*

 In particular 'Kill Chain' includes interviews with former Georgia gubernatorial

candidate Stacey Abrams, United States Senators Amy Klobucher, Ron Wyden,

and James Lankford.  "Killchain" was released in spring 2019.  Dr. Halderman is

a recognized expert in voting machines and describes how easy it is to hack an

election, including changing the results of a presidential election.   "Hacking

Democracy" features machine and cyber expert Harri Hursti, who has long been

concerned about the ease of hacking our election machines.

    5.    I completed the following courses, the details of which are attached as

an exhibit to this affidavit, in my good faith effort to meet the requirements of this

Court's order.  They equate to more hours of CLE than the Court's order requires, and there are several more I intend to take and add to my Texas Bar CLE form. "Bill of Rights: Litigating the Constitution 2021" includes multiple hours of election related continuing legal education sections such as "Justice Ginsberg and Her Legacy on Voting Rights and Gender Equality," "Protests and the First Amendment," and "Voting and Election Litigation."  I also took the "High Cost of Poor Legal Writing," "Vote by Mail, Early Voting, and Digitized Election Administration."   "The New Wave of Cyber Attack Techniques Are Here" discusses how difficult it is to identify hacking and hackers, and how most high-powered hackers are located outside the United States—making it even more difficult to identify or trace them.  I also took an additional Federal Practice course described in Exhibit A.

6.   I make this certification without waiving any of the issues we have raised in our appeal or rendering them moot.  For the reasons stated in our brief and in our motion for stay to the Sixth Circuit, the court's order should be reversed in its entirety. I have complied with this Court's order out of my lifelong respect for the Courts of the United States of America.

7.   Copies of certificates of attendance and descriptions of the Continuing Education Classes ("CLEs") are provided as Exhibit A to this Declaration.

8.   I am represented herein by Donald D. Campbell of Collins Einhorn, 4000 Town Center Drive,  9th Floor, Southfield, Ml 48075.

I HEREBY AFFIRM under penalty of perjury that the foregoing is true and
correct.

Executed on this day 25ᵗʰ of February 2022.

County/City
of _Dallas_

Commonwealth/State
of _Texas_

The foregoing instrument was
prescribed and sworn before me
this 25th day of February 2022
by

_Sidney Powell_

(name of person seeking a
acknowledgement)

_John_

Notary Public

My Commission
Expires: 10/12/2025

JOHNATHON STILL
My Notary ID # 133384906
Expires October 12, 2025

Sidney Powell
Sidney Powell, P.C.
2911 Turtle Creek Blvd
Suite 300
Dallas, TX 75219
214-707-1775
sidney@federalappeals.com