*Exhibit A*

**From:** Mary Bridget McCann mbkateri@gmail.com
**Subject:** Re: Your Certificate of Attendance
**Date:** February 25, 2022 at 11:18 AM
**To:** Sherlock1776 Sherlock1776@protonmail.com

 

# Attorney Protective — CERTIFICATE OF ATTENDANCE

**The High Cost of Poor Legal Writing**
CLE Live Interactive Webinar for Attorneys, January 26, 2022

This document serves as certification that
**Sidney Powell**
attended and completed the above noted continuing legal education webinar.

This course is approved for 1 general credit in AL (266905), CO (808398), FL (2109933N), HI (P8-22), IL (489063), IN (295972), KS (185273), KY (236625), LA (7735220126) MN (438563), MS, OH (479193), OK (124086), TN (291299). This course is approved for 1 ethics credit in ID (22-0099), ND (20220126AP), NV (75719), TX (174139955), WI. Attorney Protective is an Approved Multiple Activity Provider in CA and NJ and this webinar will qualify for 1.2 CLE (ethics/professionalism) in NJ, and 1 CLE (legal ethics) in CA. Attorney Protective is an Accredited Provider in PA & VT and this webinar will qualify for 1 CLE (ethics) in PA & VT. This course is approved for 1.2 ethics credit in MO (686758). This course is approved for 1 law and legal credit in WA (1183564). NY attorneys may apply this course toward 1 CLE credit in accordance with the NY approved jurisdiction policy. CLE credit has been applied for and pending approval for 1 CLE (ethics) credit in most states. Please check back here to view updates regarding CLE credit approval.
NH MCLE does not approve or accredit CLE activities. Attorney Protective believes this live webcast meets the requirements of the NH Supreme Court Rule 53 and may qualify for 60 minutes of Ethics. NH attendees are required to self-report their attendance.

ERIN MCCARTNEY — SPONSOR

PARTICIPATING ATTORNEY

BAR NUMBER: 6209700

*By signing here I certify that I participated in the activity described above and that I am entitled to the following MCLE credit hours:*

Have topic suggestions or comments for our presenters?



Keeping on Top of Your Cases: SECRETS FOR MASTERING TIME MANAGEMENT — Attorney Protective — A FREE CLE — CLICK HERE TO RESERVE YOUR SEAT NOW

Case 2:20-cv-13134-LVP-RSW   ECF No. 202-2, PageID.7431   Filed 02/25/22   Page 3 of 10

# MY MCLE

# WELCOME SIDNEY POWELL

**SIDNEY POWELL**

**STATE BAR OF TEXAS**

2911 Turtle Creek Blvd Ste 300

Dallas, 75219-6243
United States

sidney@federalappeals.com (mailto:sidney@federalappeals.com)

*Edit Profile* (https://www.texasbar.com/AM/Template.cfm?Section=Update_My_Profile&Template=/CustomSource/AttorneyProfile/UserLandingPage.cfm)

 Texas Bar College (http://www.texasbarcollege.org)

*Eligibility* (https://www.texasbar.com/am/customsource/mcle/barcollege/barcollegeeligibility.cfm?id=98390039-0da3-e711-80d2-005056957304)

MCLE Compliance Summary for Year  2022 ⌄

It is your responsibility to make sure your MCLE hours are accurately and timely reported. Failure to timely report CLE credit hours could result in a non-compliance penalty.

Membership Status: **Active (for current yr only)**

MCLE Status: **Regular**

EDIT (/MCLE-STATUS-CHANGE/?ID=CC9836EB-6AFD-EB11-80DD-005056957304)

Compliance Dates: 5/1/2021 to 4/30/2022

MCLE Compliance Status: **In Compliance**

# YOUR MCLE HOURS

VIEW REPORTED ATTENDANCE (/REPORTED-ATTENDANCE-COMPLIANCE)

**2022 CLE Compliance Summary**

| Type | Accredited CLE Hours | Accredited Ethics Hours | Self Study Hours | Self Study Ethics Hours | Total Hours | Total Ethics Hours |
|---|---|---|---|---|---|---|
| Carried Forward From Last Year | 15.00 | 3.00 | 0.00 | 0.00 | **15.00** | **3.00** |
| Hours Earned During Current Year | 16.00 | 4.00 | 0.00 | 0.00 | **16.00** | **4.00** |
| Hours Applied To Current Year | 15.00 | 3.00 | 0.00 | 0.00 | **15.00** | **3.00** |
| Hours Needed for Current Year | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **0.00** |
| Carry Forward To Next Year | 15.00 | 3.00 | 0.00 | 0.00 | **15.00** | **3.00** |
| Hours Needed Next Year | 0.00 | 0.00 | 0.00 | 0.00 | **0.00** | **0.00** |

Your MCLE record shows you have completed all of the required CLE for this MCLE compliance year. Unless the information on this report is incorrect, no further action on your part is required. For questions regarding your record, contact MCLE at 1-800-204-2222, ext. 1806.

# COURSES HELD OUTSIDE OF TEXAS

Attorneys may apply individually for live/in-person presentations held outside the State of Texas. There will be a $25 fee for all Out of State Courses added. To avoid pending status, the fee would need to be paid once the course is submitted for accreditation.

# REPORTED ATTENDANCE

| Course # | Course Title (Course #) | Date Taken ↑ | Total Credit Hours | Total Ethics Hours | Self Study Hours | Self Study Ethics Hours | Compliance | Created On |
|---|---|---|---|---|---|---|---|---|
| 174126881 | Bill of Rights 2021: Litigating the Constitution | 2/25/2022 | 6.75 | 1.50 | 0.00 | 0.00 | 2022 | 2/25/2022 12:26 PM |
| 174151563 | Vote by Mail, Early Voting and Digitized Election Administra | 2/25/2022 | 2.00 | 0.00 | 0.00 | 0.00 | 2022 | 2/25/2022 12:28 PM |
| 174142645 | The New Wave of Cyber Attack Techniques are Here. Is your Fi | 2/25/2022 | 1.00 | 0.00 | 0.00 | 0.00 | 2022 | 2/25/2022 4:52 PM |
| 174126883 | Federal Court Practice 2021 | 2/24/2022 | 6.25 | 1.50 | 0.00 | 0.00 | 2022 | 2/25/2022 12:25 PM |
| 174139955 | The High Cost of Poor Legal Writing | 1/26/2022 | 1.00 | 1.00 | 0.00 | 0.00 | 2022 | 1/31/2022 2:41 PM |
|  | Other Self-study | 6/22/2021 | 0.00 | 0.00 | 10.00 | 10.00 | 2021 | 6/22/2021 7:02 PM |
| 777788888 | Legal Writing Credit | 2/18/2020 | 150.00 | 40.00 | 0.00 | 0.00 | 2021 | 6/22/2021 7:07 PM |

| Course # | Course Title (Course #) | Date Taken ⬆ | Total Credit Hours | Total Ethics Hours | Self Study Hours | Self Study Ethics Hours | Compliance | Created On |
|---|---|---|---|---|---|---|---|---|
|  | Other Self-study | 2/5/2020 | 0.00 | 0.00 | 50.00 | 1.00 | 2020 | 7/25/2020 7:55 PM |
| 174052191 | 2019 Appellate Advocacy Seminar | 10/7/2019 | 10.50 | 2.00 | 0.00 | 0.00 | 2020 | 3/3/2020 1:01 PM |
| 174049977 | 2019 Fifth Circuit Judicial Conference | 5/8/2019 | 8.00 | 0.00 | 0.00 | 0.00 | 2020 | 5/22/2019 11:10 AM |

< 1 2 3 4 5 6 7 8 .. 13 >



# Bill of Rights 2021: Litigating the Constitution, recorded May 2021

**MCLE#: 174126881**
**MCLE Credit: 6.75 hrs., includes 1.5 hrs. ethics** - *Applies to the Texas Bar College and to the Texas Board of Legal Specialization in Administrative, Civil Appellate, Civil Trial, and Legislative and Campaign Law.*

**Accreditation for this online presentation expires on June 30, 2022.**

**Qualified Immunity and Its Future** *(47 minutes, includes 15 minutes ethics)*
Nora Ahmed, *New Orleans, LA*
American Civil Liberties Union of Louisiana

Prof. Erin G. Busby, *Austin*
University of Texas School of Law

Prof. Lisa Eskow, *Austin*
University of Texas School of Law

- *'All three were interesting and informative.'*
- *'The material was easy to understand and interesting. Good practice tips.'*

**You're Fired! The First Amendment and Social Media** *(28 minutes, includes 15 minutes ethics)*
Candace Groth, *Dallas*
Vela Wood

- *'Very timely subject.'*

**The Due Process Limits of Personal Jurisdiction** *(31 minutes)*
Matthew Kolodoski, *Dallas*
Thompson Coe Cousins & Irons

- *'Great presentation on a complicated area of the law!'*

**Religious Liberties** *(31 minutes)*
Hon. April L. Farris, *Houston*
Justice, First Court of Appeals

Cody Rutowski, *Houston*
Yetter Coleman

- *'Very thorough paper.'*

**Justice Ginsberg and Her Legacy on Voting Rights and Gender Equality** *(60 minutes, includes 15 minutes ethics)*

Shelly L. Skeen, *Dallas*
Lambda Legal

David T. Goldberg, *New York, NY*
Donahue Goldberg Weaver & Littleton

Nina Perales, *San Antonio*
MALDEF

Hon. Lee H. Rosenthal, *Houston*
U. S. District Judge, U. S. District Court
Southern District of Texas

- *'Sensational panel!!!'*
- *'Delightful and engaging conversation.'*
- *'Outstanding subject and excellent presentations.'*

**Protests and the First Amendment** *(38 minutes, includes 15 minutes ethics)*
David T. Goldberg, *New York, NY*
Donahue Goldberg Weaver & Littleton

- *'Very good speaker and interesting material. Well organized!'*
- *'Excellent doctrinal lecture on this area of law.'*

**Voting and Election Litigation** *(44 minutes, includes 15 minutes ethics)*
Ian A. J. Pitz, *Madison, WI*
Michael Best & Friedrich

- *'Well organized and interesting presentation.'*
- *'Interesting and another timely subject.'*

**State of the Union on LGBT Rights** *(48 minutes)*
Sally Abrahamson, *Washington, D.C.*
Werman Salas

Shelly L. Skeen, *Dallas*
Lambda Legal

- *'Really interesting presentation.'*

**Government Emergency Powers: From Mandatory Vaccinations to Pandemics**
*(49 minutes, includes 15 minutes ethics)*
Chad Baruch, *Dallas*
Johnston Tobey Baruch

Grant C. Killoran, *Milwaukee, WI*
O'Neil, Cannon, Hollman, DeJong & Laing

Eliot D. Shavin, *Dallas*
Adjunct Clinical Professor of Law
Dedman School of Law
Chandler & Shavin

- *'Very timely topic.'*
- *'Thoughtful and balanced presentation on a controversial topic.'*

**Challenges to a Mandatory Bar** *(31 minutes)*
Thomas S. Leatherbury, *Dallas*
Vinson & Elkins

- *'Informative.'*
- *'Really fantastic presentation.'*



# Federal Court Practice 2021, recorded May 2021

**MCLE#: 174126883**
**MCLE Credit: 6.25 hrs., includes 1.5 hrs. ethics** - *Applies to the Texas Bar College and to the Texas Board of Legal Specialization in Civil Appellate, Civil Trial, Criminal Appellate, Criminal, Labor and Employment, and Personal Injury Trial Law.*

**Accreditation for this online presentation expires on June 30, 2022.**

**This course satisfies educational requirements for admission to the Southern and Western Districts of Texas. It also satisfies the Southern District of Texas' mandatory certification training and registration for the federal courts' Electronic Case Filing System.**

**Service of Process, Extraordinary Remedies, and Injunctive Relief** *(26 minutes)*
Daniel D. Hu, *Houston*
United States Attorney's Office

- *'This presentation was easy to follow and very well laid out.'*
- *'Very informative about the topic and clearly and effectively communicated.'*

**Removal and Remand** *(24 minutes)*
Angélique McCall, *Fort Worth*
Brackett & Ellis

- *'Excellent information.'*
- *'The case discussions were very helpful.'*

**Pleadings** *(30 minutes, includes 15 minutes ethics)*
Courtney Barksdale Perez, *Dallas*
Carter Arnett

- *'Ms. Perez' tips were great.'*
- *'Excellent content. Excellent speaker. Informative engaging and provided many practical tips and insights.'*

**Discovery** *(36 minutes, includes 15 minutes ethics)*
Herbert S. Hill, *San Antonio*
Curl Stahl Geis

14

- *'Mr. Hill was very engaging which is much appreciated.'*
- *'I thought Mr. Hill had a very interesting topic and his delivery made it more fun than expected.'*

**Dispositive Motions** *(29 minutes)*
Rachel H. Stinson, *Houston*
Wright Close & Barger

- *'Excellent presentation in particular the strategic tips and insight for motions practice.'*
- *'I particularly appreciated this presentation with its reminders to proceed carefully and not have your pleadings misconstrued.'*

**Federal District Judges Panel: Civil and Criminal** *(63 minutes, includes 30 minutes ethics)*
Augustin Rivera, Jr., *Corpus Christi*
Del Mar College

Hon. Ada E. Brown, *Dallas*
Judge, U. S. District Court
Northern District of Texas

Hon. Jeff Brown, *Galveston*
Judge, U. S. District Court
Southern District of Texas

Hon. Sean D. Jordan, *Plano*
Judge, U. S. District Court
Eastern District of Texas

Hon. Jason K. Pulliam, *San Antonio*
Judge, U. S. District Court
Western District of Texas

- *'I found the discussions interesting and good reminders of the judges' perspectives as a case proceeds.'*
- *'This was a great panel. Hearing directly from bench about what pleases them and what displeases them is always instructive.'*

**Magistrate Judges Panel: Civil and Criminal** *(62 minutes, includes 30 minutes ethics)*
Augustin Rivera, Jr., *Corpus Christi*
Del Mar College

Hon. Andrew M. Edison, *Galveston*
U. S. Magistrate Judge, U. S. District Court
Southern District of Texas

15

Hon. Kimberly Johnson, *Plano*
U. S. Magistrate Judge, U. S. District Court
Eastern District of Texas

Hon. Jeffrey C. Manske, *Waco*
U. S. Magistrate Judge, U. S. District Court
Western District of Texas

Hon. Lee Ann Reno, *Amarillo*
U. S. Magistrate Judge, U. S. District Court
Northern District of Texas

- *'One day it will be my pleasure to meet any one of these good lawyer judges.'*
- *'This was a lively panel that provided helpful ideas on how to proceed in a post-COVID period.'*

**Criminal Sentencing Guidelines** *(30 minutes)*
Edward A. Stapleton III, *Brownsville*
Law Office of Ed Stapleton

- *'Mr. Stapleton's long experience in this area is invaluable.'*
- *'Best short presentation on a big complex issue from a master.'*

**Trial Procedure** *(44 minutes)*
Michael J. Smith, *Houston*
Smith & Hassler

- *'Excellent reminders for preparing for trial and remembering to keep the needs and perspectives of the trier of fact in the forefront of your case.'*

**Post-Judgment: From Trial to Appeal** *(31 minutes)*
Raffi Melkonian, *Houston*
Wright Close & Barger

- *'This presentation was full of very practical advice for appeals.'*
- *'Nice information about transition from trial to appeal re: JMOL and Motion for new trial.'*

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS PRESENTED TO

## Sidney Powell

FOR THE COMPLETION OF

Federal Court Civil Practice 2021

ON

## 02/25/2022

---

**ORIGINAL PRODUCTION DATE:** 11/10/2021
**PROGRAM DURATION:** 219 **MINUTES**

**TO BE COMPLETED BY ATTENDEE:**
By signing below, I certify that I completed the program described above.

*Sidney Powell*

*John E. Murphy Registrar*

West LegalEdcenter
610 Opperman Drive, D6.3752
Eagan MN 55123



THOMSON REUTERS

WEST.



**THOMSON REUTERS**
**West LegalEdcenter**

| Welcome | My CLE Knowledge Center℠ | Search Catalog | State Requirements | Content Partners |

Help | Shopping Cart | Contact Us | Sign In

## Program Details

Sign In

New User Registration
Forgot Username/Password
Video Help

**Federal Court Civil Practice 2021**

Price: $300.00*

Content Partner: MCLE | New England — MCLE

Learn More

*Applicable Membership or Subscription discounts will be added in your shopping cart

**Description:** Learn the basics of taking a case from its inception to trial in federal court. Understand the considerations at play in deciding to bring an action in federal court, challenges faced at the outset of litigation—including those related to preliminary injunctions and temporary restraining orders, the handling of discovery, dispositive motions, alternative dispute resolution and trial. This program gives you the opportunity to learn from thoughtful seasoned litigators with a broad range of experience in federal court, as well as from Judges who oversee these cases. Agenda & Materials 1:00 pm - 1:03 pm Welcome and Introduction eLecture Inga S. Bernstein, Esq., Zalkind, Duncan & Bernstein LLP , Boston 1:03 pm - 1:37 pm Choosing to Litigate in Federal Court and Initiating a Federal Court Action eLecture Hon. Indira Talwani, U.S. District Court, District of Massachusetts , Boston Leonard H. Kesten, Esq., Brody, Hardoon, Perkins & Kesten LLP , Boston Doreen M. Rachal, Esq., Sidley Austin LLP , Boston 1:37 pm - 2:16 pm Federal Court Civil Practice 2021: Motions to Dismiss, Preliminary Injunctions and Temporary Restraining Orders eLecture Add to Cart Hon. Indira Talwani, U.S. District Court, District of Massachusetts , Boston Christopher E. Hart, Esq., Foley Hoag LLP , Boston Mala M. Rafik, Esq., Rosenfeld & Rafik, PC , Boston 2:16 pm - 2:44 pm Federal Court Civil Practice 2021: Commencing and Conducting Discovery eLecture Hon. Indira Talwani, U.S. District Court, District of Massachusetts , Boston Christopher E. Hart, Esq., Foley Hoag LLP , Boston Doreen M. Rachal, Esq., Sidley Austin LLP , Boston 2:44 pm - 3:05 pm Federal Court Civil Practice 2021: Trials During COVID eLecture Hon. Indira Talwani, U.S. District Court, District of Massachusetts , Boston Leonard H. Kesten, Esq., Brody, Hardoon, Perkins & Kesten LLP , Boston 3:05 pm - 3:15 pm Break 3:15 pm - 3:55 pm Federal Court Civil Practice 2021: Summary Judgment eLecture Hon. Leo T. Sorokin, U.S. District Court, District of Massachusetts , Boston Doreen M. Rachal, Esq., Sidley Austin LLP , Boston Mala M. Rafik, Esq., Rosenfeld & Rafik, PC , Boston 3:55 pm - 4:48 pm Federal Court Civil Practice 2021: How Cases Resolve: Trials and ADR eLecture Hon. Leo T. Sorokin, U.S. District Court, District of Massachusetts , Boston Leonard H. Kesten, Esq., Brody, Hardoon, Perkins & Kesten LLP , Boston Mala M. Rafik, Esq., Rosenfeld & Rafik, PC , Boston 4:45 pm - 5:00 pm "Ask the Experts" Q&A Session

| | |
|---|---|
| **Practice Areas:** | Litigation & Appeals, Trial Skills |
| **Online Media Type:** | Video |
| **Production Date:** | 11/10/2021 |
| **Level:** | Intermediate |
| **Category:** | Standard |
| **Duration:** | 3 Hours, 39 Minutes |
| **Online Format:** | On Demand |

Click here for information on subscription discounts and Group Viewing opportunities.

Purchase of this product provides **online access for 180 days**. If you are purchasing a live webcast, you will receive complimentary access to the on demand version for 180 days once it becomes available. Please note that the on demand and podcast versions may or may not be accredited in your state.

**If you intend to take a course for CLE credit,** please make sure your state is listed in the "Accreditation" section to the upper right of the program description. Accreditation displayed is unique to the purchased program format (live conference, live webcast, on demand, podcast). Credit totals listed for live conferences are the maximum credits available. Credits issued will be based upon actual time in attendance. Credit totals

E-mail a colleague about this program.

**Credit Eligibility:**

Click on the jurisdiction to view credit eligibility details for this program

AB, AK, AL, AR, AZ, CA, CEU, CLP, CO, CT, DE, FL, GA, GU, HI, IL-EXPER, IL-NEWADMIT, IN, MO, MS, MT, ND, NF, NH, NJ, NM, NS, NT, NU, NV, NY-EXPER, OK, PA, PE, PR, TN, UK-BSB, UK-SRA, VI, VT, WI, WV, YT

**Alaska**

**Total Credits:** 3.5
**Specialty Credits:**
**Status:** Reciprocal Credit Available
**Expiration:** 11/09/2024
**Training Type:** Online

West LegalEdcenter provides accreditation as described here. You may be able to self apply for credits in states not listed.

Check your state requirements and get contact information.

**Speakers:**

- **Inga S. Bernstein** - Zalkind, Duncan & Bernstein LLP, Boston
- **Christopher E. Hart** - Foley Hoag LLP, Boston
- **Leonard H. Kesten** - Brody, Hardoon, Perkins & Kesten LLP, Boston
- **Doreen M. Rachal** - Sidley Austin LLP, Boston
- **Mala M. Rafik** - Rosenfeld & Rafik, PC, Boston
- **Hon. Leo T. Sorokin** - U.S. District Court, District of Massachusetts, Boston
- **Hon. Indira Talwani** - U.S. District Court, District of

CLE

Accredited For
Specialty Credits
Practice Areas
Content Partners

**Core Business and Professional Skills**

**Paralegal Studies**

**Subscriptions**

**Thomson Reuters Product Trainings**

| | February 2022 | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | TH | F | S |
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | | | | | |

All Programs for This Month

About Us
CLE Mobile
Content Partners
FAQ
Site Features
Video Help

Find more programs in same

🖨 Print Certificate                              Close Window  X


## CLECenter.com

## Certificate

| | |
|---|---|
| Date: | 2/25/2022 |
| Provider Name: | American Bar Association |
| Attendee Name: | Sidney Powell |
| Bar # (if applicable) | 16209700 |
| Course # (if applicable) | 174151563 |
| Seminar Title | Vote by Mail, Early Voting and Digitized Election Administration |
| Location | Online at www.clecenter.com |
| State Credit being applied for: | TX |
| Total CLE Credit Hours: | 2.00 |
| Type of CLE Credit Hours: | General Participatory |

*********************    TO BE COMPLETED BY ATTORNEY    *************************

By signing below, I certify that I have participated in the activity described above and am entitled to claim the following CLE credit hours:

**2.00 Texas General Participatory**

_[signature]_

(First Name, Last Name) date

1 of 1                                                                   2/25/2022, 12:12 PM

Case 2:20-cv-13134-LVP-RSW ECF No. 202-2, PageID.7444 Filed 02/25/22 Page 16 of 19
Vote by Mail, Early Voting and Digitized Election Administration | CLE Center
2/25/22, 2:24 PM



| State | Credits | Credit Type |
|---|---|---|
| AK (/state-bundle/alaska/) | 2 | Voluntary |
| AR (/state-bundle/arkansas/) | 2 | General |
| AZ (/state-bundle/arizona/) | 2 | Interactive |
| CT (/state-bundle/connecticut/) | 2 | Self-Study |
| IL (/state-bundle/illinois/) | 2 | General |

Expiry date for Illinois: 02/18/2023

## Agenda

- Early Voting in America
  - A Typology of Early Voting Law and Procedures
  - Three Periods of Reform
  - Early voting Today: Wide Public Usage and Support
- Digitized Election Administration
  - Introduction
  - Election Administration and the Digital Revolution
  - State and Federal Efforts to Ensure the Reliability and Security
- Conclusion

Runtime: 2 hours
Recorded: July 21, 2020

## Description

In this seminar, an expert panel will discuss the challenges presented by the changes in voting laws throughout the country, including the expansion of vote by mail, early voting and digitized voting administration.

This program was recorded on July 21st, 2020.

## Provided By

American Bar Association

## Panelists



Rebecca Green
Professor of the Practice of Law, Kelly Professor of Excellence in Teaching, Co-Director of the Elec
William & Mary Law School

Rebecca Green is Herbert Kelly Professor for Excellence in Teaching and Professor of the Practice of Law. Professor Green Co-Directs of the Election Law Program, a joint project of the Law School and the National Center for State Courts. In that role, Green oversees its annual symposia and

🖨 Print Certificate                                    Close Window X



## Certificate

| | |
|---|---|
| Date: | 2/25/2022 |
| Provider Name: | Legalweek |
| Attendee Name: | Sidney Powell |
| Bar # (if applicable) | 16209700 |
| Course # (if applicable) | 174142645 |
| Seminar Title | The New Wave of Cyber Attack Techniques are Here. Is your Firm Prepared? |
| Location | Online at www.clecenter.com |
| State Credit being applied for: | TX |
| Total CLE Credit Hours: | 1.00 |
| Type of CLE Credit Hours: | General Participatory |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    TO BE COMPLETED BY ATTORNEY    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

By signing below, I certify that I have participated in the activity described above and am entitled to claim the following CLE credit hours:

**1.00 Texas General Participatory**

_[signature]_

(First Name, Last Name) date





### The New Wave of Cyber Attack Techniques are Here. Is your Firm Prepared? (/UserPrograms/ViewProgram/6187)

Everyone needs to be concerned with cyber-attacks, these days. It's a myth that only large organizations need to be concerned about hackers trying to get their information.

Last Viewed: Feb 25 2022
Valid Until: Feb 25 2023

TX 1 General Participatory

View Program (/UserPrograms/ViewProgram/6187) | View Credits | View Certificate (/certificate/6187) | Give Feedback (/program-feedback/6187/1727835/44)



### Vote by Mail, Early Voting and Digitized Election Administration (/UserPrograms/ViewProgram/5853)

Live Chat

22

In this seminar, an expert panel will discuss the challenges presented by the changes in voting laws throughout the country, including the expansion of vote by mail, early voting and digitized voting administration.

Last Viewed: Feb 25 2022

Valid Until: Feb 24 2023

TX 2 General Participatory

View Program (/UserPrograms/ViewProgram/5853) | View Credits | View Certificate (/certificate/5853) | Give Feedback (/program-feedback/5853/1727773/44)

**FEATURED NEWS**          View ALL (/customerservice/news/)

**UPDATE - Due to the Coronavirus Pandemic many states are changing their CLE rules. Click here

(http://www.linkedin.com/groups/CLE-Center-3779342)   (http://facebook.com/CLECenter)
(http://twitter.com/CLECenterdotcom)   (/customerservice/contactus/)
About CLECenter.com (/customerservice/aboutclecenter/) | Privacy Policy (/customerservice/privacypolicy/) |
Terms & Condition (/customerservice/termsconditions/) | Contact Us (/customerservice/contactus/) |
Accessibility Statement (/accessibility) | Financial Aid (/financial-aid) | Become an Affiliate Partner (/affiliate-program/)

Copyright © 2020 by ALM Media Properties, LLC | All rights reserved

Customer Support - 800-348-0466

Live Chat