UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY KING, et al.,

    Plaintiffs,

v.

GRETCHEN WHITMER, et al.,        Civil Case No. 20-13134
                                              Honorable Linda V. Parker

    Defendants,

and

CITY OF DETROIT,
DEMOCRATIC NATIONAL COMMITTEE,
MICHIGAN DEMOCRATIC PARTY,
And ROBERT DAVIS,

    Intervenor-Defendants.
_____/

### AFFIDAVIT OF STAFANIE LAMBERT JUNTTILA

I, Stefanie Lambert Junttila, being duly sworn, hereby depose and state as follows:

1) I am over the age of 18, and I understand and believe in the obligations of an oath. I make this affidavit of my own free will.

2) I am an attorney with 15 years of experience, with 12 of those years spent working as a prosecutor. I have significant experience with fraud cases over the course of my career.

3) I do not waive any legal defenses or arguments to be raised on appeal of this Court's Order dated December 2, 2021.

1

4) I have completed the following CLE courses: (1) Hacking Elections: Cyber Threats, Vulnerabilities, and The Way Forward -1 hour and 35 min. video (2) Public Records and Ethics for Public Officers and Public Employees 2021- 5 hours 45 min. video (3) Advanced Appellate Practice and Board Certification Review 2022- 7 hours and 10 min. video (4) How to Assure the Opposition is Playing Fair – 58 min. video (5) COVID-19 and Voting Rights: Ensuring Full and Equal Participation – 1 hour and 32 min. video, and (6) Vote by Mail, Early Voting and Digitized Administration – 2 hour and 2 min. video.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

_____ 2/25/22
Stefanie Lambert Junttila

_____ 2/27/22

NILESH PATEL
NOTARY PUBLIC
State of Michigan
My Commission Expires
December 01, 2026

Patel
02/27/2022

2