# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 13, 2022

Mr. David H. Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Nathan Joshua Fink
Fink Bressack
38500 Woodward Avenue
Suite 350
Bloomfield Hills, MI 48304

Mr. Erik A. Grill
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Mr. Howard Kleinhendler
Howard Kleinhendler Esquire
369 Lexington Avenue
12th Floor
New York, NY 10017

Ms. Heather S. Meingast
Office of the Attorney General
of Michigan
P.O. Box 30217
Lansing, MI 48909

Ms. Sidney Powell
Sidney Powell
2911 Turtle Creek Boulevard
Suite # 300
Dallas, TX 75219

                  Re:  Case No. 21-1786, *Timothy King v. Gretchen Whitmer, et al*
                           Originating Case No. : 2:20-cv-13134

Dear Counsel,

    The Court issued the enclosed Order today in this case.

                                     Sincerely yours,

                                       s/C. Anthony Milton
                                     Case Manager
                                     Direct Dial No. 513-564-7026

cc:  Ms. Kinikia D. Essix
     Mr. T. Russell Nobile
     Mr. Paul Joseph Orfanedes

Enclosure

No.  21-1786

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Sep 13, 2022
DEBORAH S. HUNT, Clerk

TIMOTHY KING, et al.,                      )
                                           )
      Plaintiffs,                        )
                                           )
and                                        )          O R D E R
                                           )
GREGORY J. ROHL, et al.,                   )
                                           )
      Interested Parties-Appellants,     )
                                           )
v.                                         )
                                           )
GRETCHEN WHITMER, et al.,                  )
                                           )
      Defendants-Appellees.              )


      Plaintiffs' counsel appeal as interested parties from the district court's order approving an award of attorney fees to be paid by plaintiffs' counsel as sanction for filing a frivolous suit alleging fraud in the 2020 presidential election.  They move for leave to file an oversized reply brief consisting of 9,243 words, citing the voluminous record and oversized principal briefs.

      The court seldom permits briefs in excess of the word limitations set by the Federal Rules of Appellate Procedure.  6 Cir. I.O.P. 28(a).  Accordingly, the motion is PROVISIONALLY GRANTED, insofar as the filed oversized reply brief shall be referred to the ultimate merits panel upon the completion of all briefing with deference to that panel to make a final ruling.

                    ENTERED PURSUANT TO RULE 45(a)
                    RULES OF THE SIXTH CIRCUIT


                    Deborah S. Hunt, Clerk