# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: July 19, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 22-1010, *Timothy King v. Gretchen Whitmer, et al*
         Originating Case No. 2:20-cv-13134

Dear Ms. Essix:

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Patricia J. Elder, Senior Case Manager
                 for C. Anthony Milton, Case Manager

cc: Mr. David H. Fink
   Mr. Nathan Joshua Fink
   Mr. Erik A. Grill
   Ms. Stefanie Lynn Junttila
   Ms. Heather S. Meingast

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-1010

_____

Filed: July 19, 2023

TIMOTHY KING

    Plaintiff

 and

STEFANIE LYNN JUNTTILA

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

 COSTS: None