# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 19, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

          Re: Case No. 21-1787, *Timothy King v. Gretchen Whitmer, et al*
               Originating Case No. 2:20-cv-13134

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                              Sincerely yours,

                                              s/Patricia J. Elder, Senior Case Manager
                                                for C. Anthony Milton, Case Manager

cc: Mr. David H. Fink
    Mr. Nathan Joshua Fink
    Mr. Timothy E. Galligan
    Mr. Erik A. Grill
    Ms. Heather S. Meingast

Enclosure

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 21-1787

_____

Filed: July 19, 2023

TIMOTHY KING, et al.

    Plaintiffs

and

EMILY NEWMAN

    Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

COSTS: None