# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 8, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

**FILED**
Nov 13, 2023
KELLY L. STEPHENS, Clerk

Re: Sidney Powell, et al.
v. Gretchen Whitmer, et al.
No. 23-486
(Your No. 21-1786)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 6, 2023 and placed on the docket November 8, 2023 as No. 23-486.

Sincerely,

**Scott S. Harris**, Clerk

by

Redmond K. Barnes
Case Analyst