# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 21, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 21-1785, *Timothy King v. Gretchen Whitmer, et al*
         Originating Case No. : 2:20-cv-13134

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

                  Sincerely yours,

                  s/Mackenzie A. Collett
                   For Anthony Milton

cc:  Mr. David H. Fink
    Mr. Nathan Joshua Fink
    Mr. Erik A. Grill
    Ms. Heather S. Meingast
    Mr. Paul J. Stablein

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1785

_____

Filed: February 21, 2024

TIMOTHY KING, et al.

      Plaintiffs

and

L. LIN WOOD

      Interested Party - Appellant

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

      Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

 COSTS: None