# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 21, 2024

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 21-1786, *Timothy King, et al v. Gretchen Whitmer, et al*
         Originating Case No. : 2:20-cv-13134

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Mackenzie A. Collett
                 For Anthony Milton

cc: Mr. David H. Fink
   Mr. Nathan Joshua Fink
   Mr. Erik A. Grill
   Mr. Howard Kleinhendler
   Ms. Heather S. Meingast
   Mr. T. Russell Nobile
   Mr. Paul Joseph Orfanedes
   Ms. Sidney Powell

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1786

_____

Filed: February 21, 2024

TIMOTHY KING, et al.

    Plaintiffs

and

GREGORY J ROHL; BRANDON JOHNSON; HOWARD KLEINHENDLER; SIDNEY POWELL; JULIA HALLER; SCOTT HAGERSTROM

    Interested Parties - Appellants

v.

GRETCHEN WHITMER; JOCELYN BENSON; CITY OF DETROIT, MI

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/23/2023 the mandate for this case hereby issues today.

COSTS: None